## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  1:18-cv-08128-RJS                                        Purchased/Filed: September 10, 2018

STATE OF NEW YORK        UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT

*Alex Goldfarb*                                                                 Plaintiff

against

*Channel One Russia and RT America*                                              Defendant

STATE OF NEW YORK  
COUNTY OF ALBANY         SS.:

_____James Perone_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____September 26, 2018_____, at ___3:45pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Verified Complaint with Supporting Exhibits

on _____Channel One Russia_____, the Defendant in this action, by delivering to and leaving with _____Nancy Dougherty_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___306 Business Corporation Law___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: ___55-60___   Approx. Wt: ___130lbs___   Approx. Ht: ___5'3"___  
Color of skin: ___White___   Hair color: ___Black___   Sex: ___Female___   Other: _____

Sworn to before me on this  
___26th___ day of _____September, 2018_____

SCOTT SCHUSTER  
NOTARY PUBLIC, State of New York  
NO. 01SC6308636, Albany County  
Commission Expires July 28, 2022

James Perone  
Attny's File No.  
Invoice•Work Order # SP1813782

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-08128- RJS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Alex Goldfarb v Channel One Russia and RT America
was received by me on *(date)* 9/26/2018 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Nancy Dougherty , who is designated by law to accept service of process on behalf of *(name of organization)* New York State Dept. of State, 99 Washington Avenue, 6th Fl, Albany NY on *(date)* 9/26/2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 9/27/2018

*Server's signature*

James Perone,
*Printed name and title*

283 Washington Avenue
Albany, NY 12206

*Server's address*

Additional information regarding attempted service, etc:
Served Channel One Russia under §306 Business Corporation Law.