UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                                  :
ALEX GOLDFARB,                                      : Civil Action No. 18-cv-08128(RJS)

                            Plaintiff,              :

                v.                                   :

CHANNEL ONE RUSSIA AND RT AMERICA,  :

                            Defendants.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## CERTIFICATION OF SERVICE

       I hereby certify that on October 22, 2018, pursuant to the Order of the Court issued October 19, 2018 (the "Order"), I caused copies of the summons, complaint, exhibits and the Order to be served by courier (Federal Express) and email as follows:

    Matthew S. Leddicotte, Esq.
    White & Case LLP
    701 Thirteenth Street, NW
    Washington, D.C. 20005-3807
        -and-
    mleddicotte@whitecase.com

                                  ROTTENBERG LIPMAN RICH, P.C.

                                  By:_____
                                     Bertrand C. Sellier, Esq.
                                    230 Park Avenue, 18th Floor
                                    New York, New York 10169
                                    T: (212) 661-3080
                                    F: (646) 203-0281
                                    Attorneys for Plaintiff Alex Goldfarb