Rottenberg Lipman Rich, P.C.

The Helmsley Building
230 Park Avenue
Eighteenth Floor
New York, New York 10169
Telephone (212) 661-3080
Telecopier (212) 867-1914

new jersey office
park 80 west, Plaza One
250 Pehle Avenue, Suite 101
saddle brook, new jersey 07663
telephone (201) 490-2022
telecopier (201) 490-2040

www.rlrpclaw.com

Bertrand Sellier
Member
bsellier@rlrpclaw.com

November 9, 2018

**BY ECF**

Hon. Deborah A. Batts
U.S. District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

   Re: Goldfarb v. Channel One Russia et al.,
     <u>1:18-cv-08128 (DAB)</u>

Dear Judge Batts:

  In order to resolve an administrative issue, I write to request that the Court direct the Clerk of Court to amend the caption in this case to be consistent with paragraph 13 of the Complaint. The caption, as amended, should read:

| | |
|---|---|
| ALEX GOLDFARB,<br>    Plaintiff,<br><br>v.<br><br>CHANNEL ONE RUSSIA<br><br>and<br><br>RT AMERICA, a.k.a. ANO TV-NOVOSTI,<br>    Defendants. | Case No. 1:18-cv-08128-DAB |

ROTTENBERG LIPMAN RICH, P.C.

Hon. Deborah A. Batts
November 9, 2018
Page 2

       Thank you for your attention to this matter.

                                  Respectfully submitted,

                                  Bertrand Sellier

BCS:als
3365

cc.      Matthew Leddicotte, Esq. (by email)