IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEX GOLDFARB,<br><br>                      Plaintiff,<br><br>   v.<br><br>CHANNEL ONE RUSSIA and<br>RT AMERICA,<br>                      Defendants. | Case No. 1:18-cv-08128-DAB |

### DEFENDANT RT AMERICA, A.K.A. ANO TV NOVOSTI'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant RT America, a.k.a. ANO TV Novosti (*see* Compl. ¶ 13; Pl.'s Mot. to Amend Caption, ECF No. 18; Pl.'s Ltr. Re: Amending Caption, ECF. No. 19) hereby certifies that ANO TV Novosti has no parent corporations and that no publicly held corporation owns 10% or more of its stock.

Dated:  February 11, 2019
         Washington, DC

Respectfully submitted,

**WHITE & CASE**

 /s/ *Nicole Erb*
Nicole Erb
Matthew S. Leddicotte (*pro hac vice* admission
   pending)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC  20005
Telephone:   + 1 202 626 3600
Facsimile:    + 1 202 639 9355
nerb@whitecase.com
mleddicotte@whitecase.com

*Counsel for Defendant RT America, a.k.a. ANO TV Novosti*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 11, 2019, I caused an electronic copy of the foregoing Corporate Disclosure Statement to be served electronically by the Court's Electronic Case Filing (ECF) System.

I also hereby certify that, on February 11, 2019, I caused a copy the foregoing Corporate Disclosure Statement to be served by U.S. mail as follows:

Vladimir Lenskiy
108 Perry Street
Unit 2A
New York, New York 10014

Channel One Russia
250 West 57th Street
Suite 429
New York, New York 10107

Dated: February 11, 2019

/s/ *Nicole Erb*
Nicole Erb