IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEX GOLDFARB, <br><br>                     Plaintiff, <br><br> v. <br><br> CHANNEL ONE RUSSIA and RT AMERICA, <br><br>                     Defendants. | Case No. 1:18-cv-08128-DAB <br><br> ORAL ARGUMENT REQUESTED |

**RT AMERICA, A.K.A. ANO TV NOVOSTI'S
NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT
FOR LACK OF PERSONAL JURISDICTION AND FAILURE TO STATE A CLAIM**

PLEASE TAKE NOTICE that, pursuant to Rules 7(b), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, Defendant RT America, a.k.a. ANO TV Novosti, hereby appears for the purpose of moving the Court, before the Honorable Deborah A. Batts, United States District Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, at a date and time to be determined by the Court, for an order dismissing all of the claims asserted against RT America, a.k.a. ANO TV Novosti, for want of personal jurisdiction and for failure to state a claim. A memorandum of law in support of this Motion is filed herewith.

| | |
|---|---|
| Dated: February 11, 2019<br>Washington, DC | Respectfully submitted,<br><br>**WHITE & CASE**<br><br>/s/ *Nicole Erb*<br>Nicole Erb<br>Matthew S. Leddicotte (*pro hac vice* admission pending)<br>WHITE & CASE LLP<br>701 Thirteenth Street, NW<br>Washington, DC 20005<br>Telephone:  + 1 202 626 3600<br>Facsimile:  + 1 202 639 9355<br>nerb@whitecase.com<br>mleddicotte@whitecase.com<br><br>*Counsel for Defendant RT America, a.k.a. ANO TV Novosti* |

## CERTIFICATE OF SERVICE

I hereby certify that, on February 11, 2019, I caused an electronic copy of the foregoing Notice of Motion to be served electronically by the Court's Electronic Case Filing (ECF) System.

I also hereby certify that, on February 11, 2019, I caused a copy the foregoing Notice of Motion to be served by U.S. mail as follows:

Vladimir Lenskiy
108 Perry Street
Unit 2A
New York, New York 10014

Channel One Russia
250 West 57th Street
Suite 429
New York, New York 10107

Dated: February 11, 2019                /s/ *Nicole Erb*
                                        Nicole Erb