# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through March 15, 2019.

Selected Entity Name: RTTV AMERICA, INC.
Selected Entity Status Information

**Current Entity Name:** RTTV AMERICA, INC.
**DOS ID #:** 3386364
**Initial DOS Filing Date:** JULY 10, 2006
**County:** NEW YORK
**Jurisdiction:** DISTRICT OF COLUMBIA
**Entity Type:** FOREIGN BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
RTTV AMERICA, INC.
747 THIRD AVENUE
SUITE 3CD
NEW YORK, NEW YORK, 10017

**Chief Executive Officer**
ALEX YAZLOVSKY
1325 G STREET NW #250
WASHINGTON, DISTRICT OF COLUMBIA, 20005

**Principal Executive Office**
RTTV AMERICA, INC.
1325 G STREET NW #250
WASHINGTON, DISTRICT OF COLUMBIA, 20005

**Registered Agent**
NONE

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| JUL 10, 2006 | Actual | RTTV AMERICA, INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results | New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us