Received by NSD/FARA Registration Unit 12/11/2017 10:28:35 AM

| | |
|---|---|
| Приложение № 1<br>к Договору № 1003/02-11<br>от "28" февраля 2011 г.<br>утверждено<br>Дополнительным соглашением № 2<br>от "10" декабря 2012 г.<br>к Договору № 1003/02-11<br>от "28" февраля 2011 г. | Appendix № 1<br>to the Contract № 1003/02-11<br>from February 28, 2011<br>approved by<br>Additional agreement No. 2<br>from December 10, 2012<br>to the Contract № 1003/02-11<br>from February 28, 2011 |

Ретрансляция Телепрограммы осуществляется в следующих Системах телевизионного вещания:

Сеть Time Warner Cable North East Region (включая Albany (NY), Binghamton (NY), Buffalo (NY), Portland (ME), Rochester (NY), Syracuse (NY)):
Ретрансляция осуществляется 24 часа в сутки, 7 дней в неделю.
Срок ретрансляции: 3 (три) года с даты начала ретрансляции.
Начало ретрансляции: "15" января 2011 г.
Стоимость ретрансляции – 1520000 (один миллион пятьсот двадцать тысяч) долларов США в год.

TV-programme shall be broadcasted via following Television Broadcast Systems:

Time Warner Cable North East Region (including Albany (NY), Binghamton (NY), Buffalo (NY), Portland (ME), Rochester (NY), Syracuse (NY)):
24 hours per day, 7 days a week.
Broadcasting term: 3 (three) years from the beginning of the broadcasting.
Broadcasting shall begin from January 15, 2011.
Cost – 1520000 (one million five hundred twenty thousand) US dollars per year.

Генеральный директор \ General director
АНО "ТВ-Новости" \ ANO "TV-Novosti"

А.Л. Николов \ A.L. Nikolov

Генеральный директор \ General director
RTTV AMERICA inc

А. Г. Язловский \ A.G. Yazlovsky

Received by NSD/FARA Registration Unit 12/11/2017 10:28:35 AM