Received by NSD/FARA Registration Unit 12/11/2017 10:28:35 AM

| Приложение № 1 | Appendix № 1 |
|---|---|
| к Договору № 1001/08-10 | to the Contract № 1001/08-10 |
| от "17" августа 2010 г. | from August 17, 2010 |
| утверждено | approved by |
| Дополнительным соглашением № 4 | Additional agreement No. 4 |
| от "10" июня 2015 г. | from June 10, 2015 |
| к Договору № 1001/08-10 | to the Contract № 1001/08-10 |
| от "17" августа 2010 г. | from August 17, 2010 |

Ретрансляция Телепрограммы осуществляется в следующих Системах телевизионного вещания:

TV-programme shall be broadcasted via following Television Broadcast Systems:

Сеть Time Warner Cable (New York, New Jersey):
Ретрансляция осуществляется 24 часа в сутки, 7 дней в неделю.
Период ретрансляции: с "15" сентября 2010 г. по "31" августа 2017 г.

Time Warner Cable (New York, New Jersey):
24 hours per day, 7 days a week.
Broadcasting period: from September 15, 2010 till August 31, 2017.

Сеть Time Warner Cable (Los Angeles, San Diego):
Ретрансляция осуществляется 24 часа в сутки, 7 дней в неделю.
Период ретрансляции: с "4" сентября 2013 г. по "31" августа 2017 г.

Time Warner Cable (Los Angeles, San Diego):
24 hours per day, 7 days a week.
Broadcasting period: from September 4, 2013 till August 31, 2017.

Стоимость ретрансляции:
За период с "15" сентября 2010 г. по "14" сентября 2012 г. составляет 1320000 (один миллион триста двадцать тысяч) долларов США 00 центов в год.

Cost:
For the period from September 15, 2010 to September 14, 2012 cost is 1320000 (one million three hundred twenty thousand) US dollars 00 cents per year.

За период с "15" сентября 2012 г. по "14" сентября 2013 г. составляет 1402112,33 (один миллион четыреста две тысячи сто двенадцать) долларов США 33 цента.

For the period from September 15, 2012 to September 14, 2013 cost is 1402112,33 (one million four hundred two thousand one hundred twelve) US dollars 33 cents.

За период с "15" сентября 2013 г. по "14" июня 2015 г. составляет 1011159,10 (один миллион одиннадцать тысяч сто пятьдесят девять) долларов США 10 центов в квартал.

For the period from September 15, 2013 to June 14, 2015 cost is 1011159,10 (one million eleven thousand one hundred fifty nine) US dollars 10 cents per quarter.

За период с "15" июня 2015 г. по "31" августа 2015 г. составляет 856022,36 (восемьсот пятьдесят шесть тысяч двадцать два) доллара США 36 центов.

For the period from June 15, 2015 to August 31, 2015 cost is 856022,36 (eight hundred fifty six thousand twenty two) US dollars 36 cents.

За период с "01" сентября 2015 г. по "31" августа 2017 г. составляет 3908425 (три миллиона девятьсот восемь тысяч четыреста двадцать пять) долларов США в год.

For the period from September 01, 2015 to August 31, 2015 cost is 3908425 (three million nine hundred eight thousand four hundred twenty five) US dollars per year.

Генеральный директор \ General director
АНО "ТВ-Новости" \ ANO "TV-Novosti"

_____ А.Л. Николов \ A.L. Nikolov

Генеральный директор \ General director
RTTV AMERICA inc

_____ А.Г. Язловский \ A.G. Yazlovsky

Received by NSD/FARA Registration Unit 12/11/2017 10:28:35 AM