Received by NSD/FARA Registration Unit 07/17/2018 5:24:53 PM

OMB No. 1124-0002; Expires May 31, 2020

**U.S. Department of Justice**

Washington, DC 20530

**Supplemental Statement**

**Pursuant to the Foreign Agents Registration Act of 1938, as amended**

For Six Month Period Ending 5/31/18
(Insert date)

## I - REGISTRANT

1. (a) Name of Registrant

   T & R Productions LLC

   (b) Registration No.

   6485

   (c) Business Address(es) of Registrant
   1325 G St., NW, Suite 250
   Washington, DC 20005

2. Has there been a change in the information previously furnished in connection with the following?

   (a) If an individual:
   - (1) Residence address(es)   Yes ☐   No ☐
   - (2) Citizenship             Yes ☐   No ☐
   - (3) Occupation              Yes ☐   No ☐

   (b) If an organization:
   - (1) Name                    Yes ☐   No ☒
   - (2) Ownership or control    Yes ☐   No ☒
   - (3) Branch offices          Yes ☐   No ☒

   (c) Explain fully all changes, if any, indicated in Items (a) and (b) above.

---

**IF THE REGISTRANT IS AN INDIVIDUAL, OMIT RESPONSE TO ITEMS 3, 4, AND 5(a).**

3. If you have previously filed Exhibit C[1], state whether any changes therein have occurred during this 6 month reporting period.

   Yes ☐      No ☒

   If yes, have you filed an amendment to the Exhibit C?   Yes ☐      No ☐

   If no, please attach the required amendment.

---

[1] The Exhibit C, for which no printed form is provided, consists of a true copy of the charter, articles of incorporation, association, and by laws of a registrant that is an organization. (A waiver of the requirement to file an Exhibit C may be obtained for good cause upon written application to the Assistant Attorney General, National Security Division, U.S. Department of Justice, Washington, DC 20530.)

FORM NSD-2
Revised 05/17

Received by NSD/FARA Registration Unit 07/17/2018 5:24:53 PM

Received by NSD/FARA Registration Unit   07/17/2018   5:24:53 PM

(PAGE 2)

4. (a) Have any persons ceased acting as partners, officers, directors or similar officials of the registrant during this 6 month reporting period?
   Yes ☐   No ☒
   If yes, furnish the following information:
   Name                Position                Date Connection Ended

   (b) Have any persons become partners, officers, directors or similar officials during this 6 month reporting period?
   Yes ☐   No ☒
   If yes, furnish the following information:
   Name       Residence Address       Citizenship       Position       Date Assumed

5. (a) Has any person named in Item 4(b) rendered services directly in furtherance of the interests of any foreign principal?
   Yes ☐   No ☐
   If yes, identify each such person and describe the service rendered.

   (b) During this six month reporting period, has the registrant hired as employees or in any other capacity, any persons who rendered or will render services to the registrant directly in furtherance of the interests of any foreign principal(s) in other than a clerical or secretarial, or in a related or similar capacity?   Yes ☐   No ☒
   Name       Residence Address       Citizenship       Position       Date Assumed

   (c) Have any employees or individuals, who have filed a short form registration statement, terminated their employment or connection with the registrant during this 6 month reporting period?   Yes ☐   No ☒
   If yes, furnish the following information:
   Name                Position or Connection                Date Terminated

   (d) Have any employees or individuals, who have filed a short form registration statement, terminated their connection with any foreign principal during this 6 month reporting period?   Yes ☐   No ☒
   If yes, furnish the following information:
   Name       Position or Connection       Foreign Principal       Date Terminated

6. Have short form registration statements been filed by all of the persons named in Items 5(a) and 5(b) of the supplemental statement?
   Yes ☐   No ☐
   If no, list names of persons who have not filed the required statement.

Received by NSD/FARA Registration Unit   07/17/2018   5:24:53 PM

(PAGE 3)

## II - FOREIGN PRINCIPAL

7. Has your connection with any foreign principal ended during this 6 month reporting period?   Yes ☐   No ☒
   If yes, furnish the following information:

   Foreign Principal                                    Date of Termination

8. Have you acquired any new foreign principal(s)[2] during this 6 month reporting period?   Yes ☐   No ☒
   If yes, furnish th following information:

   Name and Address of Foreign Principal(s)             Date Acquired

9. In addition to those named in Items 7 and 8, if any, list foreign principal(s)[2] whom you continued to represent during the 6 month reporting period.

   ANO TV-Novosti

10. (a) Have you filed exhibits for the newly acquired foreign principal(s), if any, listed in Item 8?
    Exhibit A[3]    Yes ☐    No ☐
    Exhibit B[4]    Yes ☐    No ☐

    If no, please attach the required exhibit.

    (b) Have there been any changes in the Exhibits A and B previously filed for any foreign principal whom you
        represented during this six month period?           Yes ☐    No ☒
        If yes, have you filed an amendment to these exhibits?   Yes ☐    No ☐

        If no, please attach the required amendment.

---

2  The term "foreign principal" includes, in addition to those defined in Section 1(b) of the Act, an individual organization any of whose activities are directly or indirectly supervised, directed, controlled, financed, or subsidized in whole or in major part by a foreign government, foreign political party, foreign organization or foreign individual. (See Rule 100(a) (9)). A registrant who represents more than one foreign principal is required to list in the statements he files under the Act only those principals for whom he is not entitled to claim exemption under Section 3 of the Act. (See Rule 208.)

3  The Exhibit A, which is filed on Form NSD-3, sets forth the information required to be disclosed concerning each foreign principal.

4  The Exhibit B, which is filed on Form NSD-4, sets forth the information concerning the agreement or understanding between the registrant and the foreign principal.

Received by NSD/FARA Registration Unit 07/17/2018 5:24:53 PM

(PAGE 4)

## III - ACTIVITIES

11. During this 6 month reporting period, have you engaged in any activities for or rendered any services to any foreign principal named in Items 7, 8, or 9 of this statement?    Yes ☒    No ☐

    If yes, identify each foreign principal and describe in full detail your activities and services:

    ANO TV-Novosti. Registrant produces news and talk show television programs. The programs are predominantly distributed by ANO TV-Novosti through its RT television channel and its Internet-based platforms. Registrant is related through Mr. Solodovnikov's common ownership to T&R Distributions LLC (a DC-registered business), which contracts with ANO TV-Novosti to secure a small number of distribution agreements with U.S.-based companies. (A Short Form Registration is being filed for T&R Distributions LLC simultaneously with this Supplemental Statement.) The activities of T&R Productions entail routine journalistic efforts of filming and producing television shows. T&R Productions LLC believes it does not contact U.S. government officials or U.S. media representatives to lobby them about U.S. Government policies or interests or the policies or interests of any foreign government. A list of contacts with U.S. Government officials or media representatives is attached to demonstrate the normal journalistic functions of Registrant (See Attachment 1).

12. During this 6 month reporting period, have you on behalf of any foreign principal engaged in political activity[5] as defined below?    Yes ☐    No ☒

    If yes, identify each such foreign principal and describe in full detail all such political activity, indicating, among other things, the relations, interests and policies sought to be influenced and the means employed to achieve this purpose. If the registrant arranged, sponsored or delivered speeches, lectures or radio and TV broadcasts, give details as to dates, places of delivery, names of speakers and subject matter.

    "No" answer reflects registrant's belief that the purpose of T & R Productions LLC is to produce news, talk show, and entertainment programs that are balanced journalistic endeavors designed merely to inform viewers, not to influence U.S. Government officials or the U.S. public about changing U.S. policies. Programs produced cover a broad range of news and talk show topics and reflect balance regarding commentary. There was one meeting on January 29, 2018, where Mr. Solodovnikov met with representatives of the Executive Committee of the Congressional Press Galleries to urge reversal of their decision to rescind press credentials; but that involved a party-specific dispute.

13. In addition to the above described activities, if any, have you engaged in activity on your own behalf which benefits your foreign principal(s)?    Yes ☐    No ☒

    If yes, describe fully.

---

[5] "Political activity," as defined in Section 1(o) of the Act, means any activity that the person engaging in believes will, or that the person intends to, in any way influence any agency or official of the Government of the United States or any section of the public within the United States with reference to formulating, adopting or changing the domestic or foreign policies of the United States or with reference to political or public interests, policies, or relations of a government of a foreign country or a foreign political party.

Received by NSD/FARA Registration Unit 07/17/2018 5:24:53 PM

## IV - FINANCIAL INFORMATION

14. (a) **RECEIPTS-MONIES**
   During this 6 month reporting period, have you received from any foreign principal named in Items 7, 8, or 9 of this statement, or from any other source, for or in the interests of any such foreign principal, any contributions, income or money either as compensation or otherwise?     Yes ☒     No ☐

   If no, explain why.

   If yes, set forth below in the required detail and separately for each foreign principal an account of such monies.[6]

   Date                From Whom                    Purpose                              Amount
   See Attachment 2

                                                                                         $17,960,897
                                                                                         Total

(b) **RECEIPTS - FUNDRAISING CAMPAIGN**
   During this 6 month reporting period, have you received, as part of a fundraising campaign[7], any money on behalf of any foreign principal named in Items 7, 8, or 9 of this statement?     Yes ☐     No ☒

   If yes, have you filed an Exhibit D[8] to your registration?     Yes ☐     No ☐

   If yes, indicate the date the Exhibit D was filed.     Date _____

(c) **RECEIPTS-THINGS OF VALUE**
   During this 6 month reporting period, have you received any thing of value[9] other than money from any foreign principal named in Items 7, 8, or 9 of this statement, or from any other source, for or in the interests of any such foreign principal?
   Yes ☐     No ☒

   If yes, furnish the following information:

   Foreign Principal            Date Received          Thing of Value              Purpose

---

6, 7 A registrant is required to file an Exhibit D if he collects or receives contributions, loans, moneys, or other things of value for a foreign principal, as part of a fundraising campaign. (See Rule 201(e)).
8 An Exhibit D, for which no printed form is provided, sets forth an account of money collected or received as a result of a fundraising campaign and transmitted for a foreign principal.
9 Things of value include but are not limited to gifts, interest free loans, expense free travel, favored stock purchases, exclusive rights, favored treatment over competitors, "kickbacks," and the like.

Received by NSD/FARA Registration Unit   07/17/2018   5:24:53 PM

(PAGE 6)

15. (a) **DISBURSEMENTS-MONIES**
   During this 6 month reporting period, have you
   (1) disbursed or expended monies in connection with activity on behalf of any foreign principal named in Items 7, 8, or 9 of this statement?   Yes ☒   No ☐
   (2) transmitted monies to any such foreign principal?   Yes ☐   No ☐

If no, explain in full detail why there were no disbursements made on behalf of any foreign principal.

If yes, set forth below in the required detail and separately for each foreign principal an account of such monies, including monies transmitted, if any, to each foreign principal.

| Date | To Whom | Purpose | Amount |
|---|---|---|---|
| See Attachment 2 | | | |

$21,204,686
Total

Received by NSD/FARA Registration Unit 07/17/2018 5:24:53 PM

(PAGE 7)

(b) **DISBURSEMENTS-THINGS OF VALUE**
During this 6 month reporting period, have you disposed of anything of value[10] other than money in furtherance of or in connection with activities on behalf of any foreign principal named in Items 7, 8, or 9 of this statement?

        Yes ☐     No ☒

If yes, furnish the following information:

| Date | Recipient | Foreign Principal | Thing of Value | Purpose |
|---|---|---|---|---|

(c) **DISBURSEMENTS-POLITICAL CONTRIBUTIONS**
During this 6 month reporting period, have you from your own funds and on your own behalf either directly or through any other person, made any contributions of money or other things of value[11] in connection with an election to any political office, or in connection with any primary election, convention, or caucus held to select candidates for political office?

        Yes ☐     No ☒

If yes, furnish the following information:

| Date | Amount or Thing of Value | Political Organization or Candidate | Location of Event |
|---|---|---|---|

---

10, 11 Things of value include but are not limited to gifts, interest free loans, expense free travel, favored stock purchases, exclusive rights, favored treatment over competitors, "kickbacks," and the like.

Received by NSD/FARA Registration Unit 07/17/2018 5:24:53 PM

Received by NSD/FARA Registration Unit 07/17/2018 5:24:53 PM

(PAGE 8)

## V - INFORMATIONAL MATERIALS

16. (a) During this 6 month reporting period, did you prepare, disseminate or cause to be disseminated any informational materials?[12]
    Yes ☒  No ☐
    If Yes, go to Item 17.
    (b) If you answered No to Item 16(a), do you disseminate any material in connection with your registration?
    Yes ☐  No ☐
    If Yes, please forward the materials disseminated during the six month period to the Registration Unit for review.

17. Identify each such foreign principal.
    ANO TV-Novosti

18. During this 6 month reporting period, has any foreign principal established a budget or allocated a specified sum of money to finance your activities in preparing or disseminating informational materials?  Yes ☒  No ☐

    If yes, identify each such foreign principal, specify amount, and indicate for what period of time.
    Registrant negotiates various commercial agreements with ANO TV-Novosti for the payment amount the latter will provide for various shows to be produced. The amounts vary over the years.

19. During this 6 month reporting period, did your activities in preparing, disseminating or causing the dissemination of informational materials include the use of any of the following:
    ☒ Radio or TV broadcasts   ☐ Magazine or newspaper   ☐ Motion picture films   ☐ Letters or telegrams
    ☐ Advertising campaigns    ☐ Press releases           ☐ Pamphlets or other publications ☐ Lectures or speeches
    ☐ Other *(specify)* _____

    **Electronic Communications**

    ☐ Email
    ☒ Website URL(s): (T&R Productions website not yet operational)
    ☒ Social media websites URL(s): http://www.youtube.com/user/RTAmerica (website used by ANO TV-Novosti)
    ☐ Other *(specify)* _____

20. During this 6 month reporting period, did you disseminate or cause to be disseminated informational materials among any of the following groups:
    ☐ Public officials      ☐ Newspapers                   ☐ Libraries
    ☐ Legislators           ☐ Editors                       ☐ Educational institutions
    ☐ Government agencies   ☐ Civic groups or associations  ☐ Nationality groups
    ☐ Other *(specify)* _____

21. What language was used in the informational materials:
    ☒ English                ☐ Other *(specify)* _____

22. Did you file with the Registration Unit, U.S. Department of Justice a copy of each item of such informational materials disseminated or caused to be disseminated during this 6 month reporting period?  Yes ☒  No ☐

23. Did you label each item of such informational materials with the statement required by Section 4(b) of the Act?
    Yes ☒  No ☐

---

[12] The term informational materials includes any oral, visual, graphic, written, or pictorial information or matter of any kind, including that published by means of advertising, books, periodicals, newspapers, lectures, broadcasts, motion pictures, or any means or instrumentality of interstate or foreign commerce or otherwise. Informational materials disseminated by an agent of a foreign principal as part of an activity in itself exempt from registration, or an activity which by itself would not require registration, need not be filed pursuant to Section 4(b) of the Act.

Received by NSD/FARA Registration Unit 07/17/2018 5:24:53 PM

Received by NSD/FARA Registration Unit  07/17/2018  5:24:53 PM

(PAGE 9)

## VI - EXECUTION

In accordance with 28 U.S.C. § 1746, the undersigned swear(s) or affirm(s) under penalty of perjury that he/she has (they have) read the information set forth in this registration statement and the attached exhibits and that he/she is (they are) familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her (their) knowledge and belief, except that the undersigned make(s) no representation as to truth or accuracy of the information contained in the attached Short Form Registration Statement(s), if any, insofar as such information is not within his/her (their) personal knowledge.

(Date of signature)            (Print or type name under each signature or provide electronic signature[13])

July 17, 2018            /s/ Mikhail V. Solodovnikov      eSigned

---

13 This statement shall be signed by the individual agent, if the registrant is an individual, or by a majority of those partners, officers, directors or persons performing similar functions, if the registrant is an organization, except that the organization can, by power of attorney, authorize one or more individuals to execute this statement on its behalf.

Received by NSD/FARA Registration Unit  07/17/2018  5:24:53 PM

Received by NSD/FARA Registration Unit 07/17/2018 5:24:53 PM

Attachment #1
Registration No. 6485
Question 11

## T & R Productions LLC

The registrant identifies below its contacts with U.S. Government officials or U.S. media representatives during the reporting period. Almost all relate to participation requests for television shows and/or for comments on news relevant stories.

| Date | Person/Entity Contacted | Manner of Contact | Nature of Contact |
|---|---|---|---|
| 11.03.17 | Fairness & Accuracy in Reporting | Email | Invitation to appear on show re: the future of the Democratic Party |
| 11.03.17 | Red Alert Politics | Email | Request to participate in a political panel re: Donna Brazile, Terrorism & Tax Cuts |
| 11.03.17 | One America News | Email | Request to participate in a political panel re: Donna Brazile, Terrorism & Tax Cuts |
| 11.06.17 | Press contact at US Navy | Email | Invitation to appear on show re: US Navy admirals involved in 'Fat Leonard' corruption scandal |
| 11.06.17 | Press Relations at DOJ | Email | Invitation to appear on show re: US Navy admirals involved in 'Fat Leonard' corruption scandal |
| 11.07.17 | PRS Media | Email | Responded to a request to have Jesse Ventura appear on their program to discuss what constitutes a conspiracy theory |
| 11.07.17 | The Globe | Email | Responded to a request about Russian sanctions on Canadian officials. |
| 11.09.17 | World Socialist Website | Email | Responded to a request about RT America FARA registration. |
| 11.14.17 | The Wall Street Journal | Email | Responded to a request about RT America FARA registration. |
| 11.16.17 | US Freelancer | Email | Invitation to appear on show re: Sexual Harassment Allegations |
| 11.21.18 | Press relations at DOJ | Email | Invitation to appear on show re: US indicts Iranian in 'Game of Thrones' HBO hack |
| 11.21.18 | Press relations at Centers for Disease Control and Prevention | Email | Invitation to appear on show re: emergency room visits tripling for self-harming early teen girls and CDC comment |
| 11.22.17 | Salon Media Group | Email | Invitation to appear on show re: a Baltimore special: Beauty in the struggle |
| 11.24.17 | Salon Media Group | Email | Invitation to appear on show re: a Baltimore Special: Beauty in the struggle |

1

200637.00001/110206914

Received by NSD/FARA Registration Unit 07/17/2018 5:24:53 PM

Received by NSD/FARA Registration Unit 07/17/2018 5:24:53 PM

Attachment #1
Registration No. 6485
Question 11

| | | | |
|---|---|---|---|
| 11.27.17 | TSA Press contact | Email | Invitation to appear on show re: Inquiry on facial recognition technology and the technology in New York City airports |
| 11.28.17 | Media relations for a U.S. Representative | Email | Invitation to appear on show re: a congressional candidate story |
| 11.30.17 | Press contact for a U.S. Senator | Email | Invitation to appear on show re: a congressional candidate story |
| 11.30.17 | Red Alert Politics | Email | Invitation to appear on show re: Congressional Leadership & Sexual Harassment |
| 11.30.17 | CNN | Email | Responded to a request about interviewing RT America staff about the RT America press credentials being revoked. |
| 12.01.17 | Red Alert Politics | Email | Invitation to appear on show re: Congressional Scandals & Shutdown. |
| 12.01.17 | The Nation Magazine | Email | Invitation to appear on show (Person was not available) |
| 12.01.17 | Press relations at the DOJ | Email | Invitation to appear on show re: former national security adviser Flynn pleading guilty to lying to FBI |
| 12.05.17 | Press relations at the DOJ | Email | Invitation to appear on show re: Mueller's Russia probe |
| 12.05.17 | PIO Capitol Police | Email | Invitation to appear on show re: 'Hands off our healthcare' – dozens arrested at Capitol Hill protest over GOP tax bill |
| 12.07.17 | The Washington Examiner | Email | Responded to a request to interview Jesse Ventura |
| 12.08.17 | Press relations at the DOD | Email | Invitation to appear on show re: officials announcing first DoD-wide audit; call for budget certainty |
| 12.11.17 | The Nation Magazine | Phone / Text message | Invitation to appear on show re: Alabama Senate race |
| 12.11.17 | The Nation Magazine | Email | Invitation to appear on show (Person was not available.) |
| 12.14.17 | NPR News | Email | Responded to request about RT America show "Redacted Tonight" and host Lee Camp |
| 12.14.17 | Press relations at National Transportation Safety Board | Email | Invitation to appear on show re: drone operator collision with Army helicopter |

2

200637.00001/110206914

Received by NSD/FARA Registration Unit 07/17/2018 5:24:53 PM

Attachment #1
Registration No. 6485
Question 11

| | | | |
|---|---|---|---|
| 12.15.17 | U.S. Representative - Press staff | Email | Invitation to appear on show re: tax reform. |
| 12.15.17 | The Nation Magazine | Email | Invitation to appear on show (Person was not available) |
| 12.17.17 | Communications Specialist, The Bad River of Lake Superior Chippewa Tribe | Email | Invitation to appear on show re: Native American teen shot dead by police after reporting himself in 911 call |
| 12.18.17 | Office of the Governor of Puerto Rico | Email | Invitation to appear on show re: Puerto Rico hurricane death toll to be recounted as official low figures are challenged |
| 12.18.17 | Foreign Policy Magazine | Email | Responded to request about RT America FARA registration. |
| 12.21.17 | The Nation Magazine | Phone / Text message | Invitation to appear on show re: the political news of the day (Person was not available) |
| 12.21.17 | Press relations at the Reagan National Airport | Email | Request for interview with Operations Manager |
| 12.28.17 | El Pais | Email | Responded to request about RT America FARA registration. |
| 01.04.18 | Press relations at US Department of Interior | Email | Invitation to appear on show re: US plan for opening oceans to offshore drilling for 'energy dominance' |
| 01.05.18 | Press relations at Nebraska US District Court | Email | Invitation to appear on show re: FBI charges against white supremacist for terrorism on Amtrak train |
| 01.12.18 | WGDJ Radio New York | Email | Invitation to appear on show re: Russiagate Investigation Subpoenas |
| 01.15.18 | Salon Media Group | Email | Invitation to appear on show re: Martin Luther King Jr. Day |
| 01.15.18 | Media contact Smithsonian NMAAHC | Phone, email | Permission to film outside of museum grounds |
| 01.15.18 | The Nation Magazine | Phone / Text message | Invitation for interview re: a preview of the State of the Union address (not able to work it out) |
| 01.16.18 | Customs and Border Protection | Phone / Text message | Invitation to appear on show re: story on government shutdown and request for assistance to see the border prototypes |

3

Received by NSD/FARA Registration Unit 07/17/2018 5:24:53 PM

Attachment #1
Registration No. 6485
Question 11

| | | | |
|---|---|---|---|
| 01.17.18 | Press relations at Office of Compliance | Email | Invitation to appear on show re: US Govt dishing out $17m to settle discrimination claims, $700K for House lawmakers |
| 01.18.18 | Press relations at NASA | Email | Invitation to appear on show re: 2017 hot year on Earth |
| 01.18.18 | Coast to Coast AM (radio) | Email | Invitation to appear on show re: Reevaluating Populism |
| 01.18.18 | CDC Press contact | Email | Invitation to appear on show re: flu outbreak |
| 01.19.18 | Customs and Border Protection | Email | Invitation to appear on show re: CBP story about the No More Deaths humanitarian group's report of Border Patrol abuses of migrants. |
| 01.22.18 | U.S. Representative - Press staff | Email | Invitation for an interview re: the latest government spending bill (not able to work out an interview) |
| 01.24.18 | The Nation Magazine | Email | Invitation to appear on show |
| 01.25.18 | "The Whole Truth With David Eisenhower" | Email | Responded to request to have Mr. Mikhail Solodovnikov appear as a guest on the show to discuss RT Americas FARA registration. |
| 01.29.18 | The Paper (China) | Email | Responded to request to speak with RT America staff about RT America FARA registration. |
| 01.29.18 | The Executive Committee of Correspondents | Meeting | Discussion regarding credentials renewal with Walt Cronkite, CBS News, Chair, Paul Orgel, C-SPAN, Vice-Chair, and others |
| 02.01.18 | Press relations at Centers for Disease Control and Prevention | Email | Invitation to appear on show re: Trump's CDC director resignation after report on tobacco stock holdings |
| 02.01.18 | Press relations at the US Department of Defense | Email | Invitation to appear on show re: half of US military bases affected by climate change – Pentagon report |
| 02.02.18 | U.S. Representative | Email | Invitation to appear on show re: Offshore drilling and Journalist Protection Act |

4

200637.00001/110206914

Received by NSD/FARA Registration Unit 07/17/2018 5:24:53 PM

Attachment #1
Registration No. 6485
Question 11

| Date | Contact | Method | Subject |
|---|---|---|---|
| 02.02.18 | Communications director for U.S. Senator | Email | Invitation to appear on show re: Offshore drilling and Journalist Protection Act |
| 02.05.18 | Allgov.com | Email | Invitation to appear on show re: Olympic banning games |
| 02.06.18 | Allgov.com | Email | Invitation to appear on show re: Olympic banning games |
| 02.08.18 | One America News | Email | Invitation to appear on show re: DACA & Budget Deal |
| 02.08.18 | Red Alert Politics | Email | Invitation to appear on show re: DACA & Budget Deal |
| 02.12.18 | U.S. Representative - Press staff | Email | Invitation for an interview re: budget (not able to work it out) |
| 02.12.18 | Trends Journal | Email | Invitation to appear on show re: Predicting Trends |
| 02.13.18 | Trends Journal | Email | Invitation to appear on show re: Predicting Trends |
| 02.15.18 | Press contact for U.S. Representative | Phone | Invitation for an interview re: airline chaos package (not able to work it out) |
| 02.16.18 | WGDJ Radio New York Contributor | Email | Invitation to appear on show re: MSM Bias, Assange, & Russia |
| 02.19.18 | Chief of Communications National Park Service | Email | Reached out for permission to film at the National Mall |
| 02.20.18 | Truth in Media | Email | Invitation to appear on show re: Independent Media |
| 02.21.18 | The Nation Magazine | Email | Invitation to appear on show (Person was not available.) |
| 02.23.18 | One America News | Email | Invitation to appear on show re: CPAC & Party Lines |
| 02.26.18 | The Nation Magazine | Phone / Text message | Invitation for an interview re: gun reform (Person was not available) |
| 03.02.18 | The Nation Magazine | Email | Invitation to appear on show (Person was not available) |
| 03.05.18 | Manager, Public Relations and Communications, American Academy Pediatrics | Email | Invitation to appear on show re: impact of screen time for kids |

5

200637.00001/110206914

Received by NSD/FARA Registration Unit 07/17/2018 5:24:53 PM

Received by NSD/FARA Registration Unit 07/17/2018 5:24:53 PM

Attachment #1
Registration No. 6485
Question 11

| | | | |
|---|---|---|---|
| 03.05.18 | Curator at NMAAHC | In person, phone | Invitation to appear on show re: The Big Picture Host takes a trip to the Smithsonian NMAAHC to learn about African American history and heritage |
| 03.06.18 | U.S. Representative - Press staff | Email | Invitation to appear on show re: U.S. Policy in Syria (did not receive a response) |
| 03.06.18 | U.S. Representative - Press staff | Email | Invitation to appear on show re: U.S. policy in Syria (did not receive a response) |
| 03.13.18 | Salon Media Group | Email | Invitation to appear on show re: Police Corruption |
| 03.16.18 | The Nation Magazine | Email | Invitation to appear on show (Person was not available) |
| 03.20.18 | Salon Media Group | Email | Invitation to appear on show re: Blacklisting Literature |
| 03.28.18 | Salon Media Group | Email | Invitation to appear on show re: media coverage of mass shootings |
| 03.29.18 | Voice of America | Email | Responded to a request for comment regarding MHZ networks dropping RT from broadcast. |
| 04.04.18 | The Nation Magazine | Phone / Text message | Invitation to appear on show re: a preview of the State of the Union address (not able to work it out) |
| 04.04.18 | U.S. Representative - Press staff | Email | Invitation to appear on show re: Mark Zuckerberg's testimony to the House Energy and Commerce Committee |
| 04.04.18 | Chief of Communications National Park Service | Email | Reached out for permission to film at the Martin Luther King Jr. Memorial |
| 04.05.18 | The Nation Magazine | Phone / Text message | Invitation to appear on show re: teachers strikes in Arizona |
| 04.05.18 | Communications director for U.S. Representative | Email / Phone | Invitation to appear on show re: Census questions on citizenship |
| 04.06.18 | Chief of Communications National Park Service | Email | Reached out for permission to film at the Martin Luther King Jr. Memorial |

6

200637.00001/110206914

Received by NSD/FARA Registration Unit 07/17/2018 5:24:53 PM

Received by NSD/FARA Registration Unit 07/17/2018 5:24:53 PM

Attachment #1
Registration No. 6485
Question 11

| Date | Entity | Method | Description |
|---|---|---|---|
| 04.06.18 | Salon Media Group | Email | Invitation to appear on show re: Stephon Clark shooting |
| 04.10.18 | Salon Media Group | Email | Invitation to appear on show re: Cardi B & race in pop culture |
| 04.10.18 | Communications director for U.S. Representative | Email / Phone | Invitation to appear on show re: Net neutrality |
| 04.11.18 | The Nation Magazine | Email | Invitation to appear on show (Person was not available) |
| 04.11.18 | U.S. Representative (Via staff) | Email | Invitation to appear on show re: U.S. Policy in Syria (did not receive a response) |
| 04.16.18 | U.S. Senator (Via staff) | Email | Reached out to share a news story about program host |
| 04.16.18 | One News | Email | Invitation to appear on show re: millennials running for Congress |
| 04.17.18 | U.S. Senator (Via staff) | Email | Invitation to appear on show re: comment about Russia being a state sponsor of terrorism. |
| 04.19.18 | Salon Media Group | Email | Invitation to appear on show re: Kendrick Lamar's Pulitzer Prize |
| 04.24.18 | Prison Legal News | Email | Invitation to appear on show re: South Carolina prison riot |
| 04.24.18 | The Nation Magazine | Email | Invitation to appear on show (Person was not available) |
| 04.26.18 | Director of Communications Intercept | Email | Invitation to appear on show re: coverage of US airstrikes on Syria. |
| 05.02.18 | 2018 DISH Network Team Summit | Meeting | Annual trade show dedicated to the DISH retailers and contractors |
| 05.04.18 | Salon Media Group | Email | Invitation to appear on show re: Kanye on slavery & Blitzer drops truth bombs |
| 05.09.18 | Salon Media Group | Email | Invitation to appear on show re: Childish Gambino's "This is America" |
| 05.14.18 | The Nation Magazine | Email | Invitation to appear on show (Person was not available) |
| 05.17.18 | Sputnik | Email | Invitation to appear on show re: Trump, Giuliana, & Mueller |
| 05.23.18 | Salon Media Group | Email | Invitation to appear on show re: Blue Lives Matter: Police in Danger? |

7

200637.00001/110206914

Received by NSD/FARA Registration Unit 07/17/2018 5:24:53 PM

Received by NSD/FARA Registration Unit   07/17/2018   5:24:53 PM

Attachment #1
Registration No. 6485
Question 11

| 05.30.18 | The Nation Magazine | Phone / Text message | Invitation to appear on show re: Tariffs (not able to make it happen) |
|---|---|---|---|
| 05.31.18 | Salon Media Group | Email | Invitation to appear on show re: the controversy over Drake & black face pictures |

8

200637.00001/110206914

Received by NSD/FARA Registration Unit   07/17/2018   5:24:53 PM

Received by NSD/FARA Registration Unit 07/17/2018 5:24:53 PM

Attachment #2
Registration No. 6485
Questions 14(a), 15(a)

**T & R Productions, LLC**
**Statement of Revenue and Expenses**
**For the Months of Nov 1, 2017 - May 31, 2018**

|  | TOTAL |
|---|---:|
| **Income** | |
| Television (from ANO TV-Novosti) | $ 17,814,199 |
| Advertising Income | 97,354 |
| Interest Income | 3,810 |
| Other Income | 45,534 |
| **Total Income** | 17,960,897 |
| **Expense** | |
| Salaries and Benefits | 7,624,905 |
| Travel Expenses | 822,889 |
| Live Feeds | 618,445 |
| Production | |
|   Closed Caption | 106,928 |
|   Co-Production | 2,611,276 |
|   Advertising | 3,819 |
|   Shows Promotions | 107,095 |
|   Production - Other | 9,657 |
| **Total Production** | 2,838,774 |
| Wardrobe | 13,034 |
| Seminar, Conference & Training | 17,814 |
| Contractors | 818,365 |
| Professional Fees | |
|   HR Services | 40,012 |
|   Accounting & Tax | 134,403 |
|   Consulting | 263,816 |
|   Legal | 450,048 |
|   Professional Fees - Other | 2,000 |
| **Total Professional Fees** | 890,279 |
| Office Expense | 2,145,748 |
| Business Expenses | 207,660 |
| Depreciation Expense | 50,157 |
| Income Tax Expenses | 1,933,472 |
| Construction/Improvments | 3,223,142 |
| **Total Expense** | $ 21,204,686 |