




# Вдова Литвиненко отреагировала на слова экс-свекра о смерти мужа

21 марта 2018, 17:51   👁 15792



© AP Photo / Kirsty Wigglesworth

**ЛОНДОН, 21 мар — РИА Новости, Мария Табак.** Вдова скончавшегося в Лондоне от отравления полонием экс-офицера ФСБ Александра Литвиненко Марина заявила, что не видит ничего нового в словах бывшего свекра Вальтера Литвиненко об обстоятельствах смерти ее мужа и не воспринимает их всерьез.

### Отец Литвиненко назвал предполагаемого убийцу своего сына

20 марта 2018, 20:51

Вальтер Литвиненко накануне рассказал в передаче Первого канала "Пусть говорят", кто, по его мнению, убил его сына. Появившись в студии, он поприветствовал и обнял Андрея Лугового, которого Великобритания подозревает в убийстве Литвиненко. По словам Вальтера Литвиненко, его сына убил Алекс Гольдфарб, человек из "близкого круга" Бориса Березовского.

"Все то же самое Вальтер говорил уже дважды, первый раз — в 2012 году", — сказала вдова Литвиненко РИА Новости.

По ее словам, в 2012 году в жизни Вальтера Литвиненко что-то произошло, вероятно, это связано с "не очень хорошими" условиями жизни в Италии. "Он начал говорить про Гольдфарба, начал говорить совершенно гнусные вещи какие-то в адрес умершей жены Алика, которая умерла от рака, и когда он еще начал это приплетать, я считаю, что это настолько бесчеловечно", — отметила она.

### Британский эксперт по делу Литвиненко покончил с собой

25 ноября 2016, 14:37

По ее мнению, Вальтеру Литвиненко не хватало внимания журналистов. "И абсолютно то же самое он повторил в 2016 году, на российском телеканале в ток-шоу с участием того же Лугового", — отметила она.

По мнению вдовы Литвиненко, принимать всерьез заявления ее бывшего свекра не стоит. "Доказательства участия Лугового и Дмитрия Ковтуна в этом преступлении были представлены в открытой части разбирательства, это была доказанная часть, полицейское расследование, которое доказывает, что убийцы моего мужа — это Луговой и Ковтун. Мы можем рассуждать на тему закрытой части и говорить, было это правильно или неправильно — почему сэр Роберт Оуэн (председатель разбирательства — ред.) сделал вывод о российском участии в этом деле, но что касается Лугового и Ковтуна — это абсолютно доказанная часть", — убеждена она.



Эксперт оценил ущерб от дела Литвиненко для международного сотрудничества

23 сентября 2016, 10:35

Литвиненко, бежавший в 2000 году в Великобританию, умер в ноябре 2006 года вскоре после получения британского гражданства. Самочувствие Литвиненко стало ухудшаться после встречи с Луговым и Ковтуном и совместного чаепития в лондонском отеле Millennium. После его смерти специалисты британского Агентства по охране здоровья утверждали, что обнаружили в организме Литвиненко значительное количество радиоактивного полония-210. Основным подозреваемым по делу Литвиненко проходит российский бизнесмен и депутат Луговой,

категорически отрицающий свою причастность. Он отрицает выдвинутые в его адрес обвинения, называя их политически мотивированными. Британский суд по итогам открытого разбирательства возложил ответственность за смерть Литвиненко на российское государство.

Оценить    157

Россия    Великобритания

Yandex Zen    Читайте РИА в Дзене



**Крошечная студия с гостиной, спальней и кухней: проект в Москве**

INMYROOM.RU  

Продажи видеокарт продолжают падать: во всём виноват вторичный рынок

3DNEWS

**Снижаем риск диабета: пищевые привычки, от которых стоит отказаться**

ДОМАШНИЙ ОЧАГ      4

РИА НОВОСТИ

 **Андрей Андреев**
21 марта 2018, 17:55

Литвиненко Марина живет под контролем МИ-6 и боится, что для обвинения России с ней поступят так же как с мужем


66

*EXHIBIT 6 - Translation from Russian*

**RIA Novosti**

**Litvinenko's Widow Responded to ex-Father-In-Law in re Husband's Death**

March 21, 2018, 17:51

**LONDON, 21 Mar - RIA Novosti, Maria Tabak.** Marina Litvinenko, the widow of ex-FSB officer Alexander Litvinenko who died in London from Polonium poisoning said she sees nothing new in the words of her former father-in-law Walter Litvinenko's about the death of her husband and does not take them seriously.

Appearing the previous night in the "Let Them Say" program of Channel One Walter Litvinenko said who in his view killed his son. When he entered the studio he greeted and hugged Andrey Lugovoy whom UK suspects of Litvinenko's murder. According to Walter Litvinenko, his son was killed by Alex Goldfarb, a member of the "close circle" of Boris Berezovsky.

"All of that Walter had said already twice, the first time in 2014", Marina Litvinenko told RIA Novosti.

She explained that in 2012, something happened in the life of Walter Litvinenko, which probably had to do with his "not so good" circumstances in Italy. "He started talking about Goldfarb, started saying some absolutely disgusting things about Alex's late wife who died of cancer, and when he started bringing up those things, I think it was exceedingly unhuman," she noted.

In her opinion, Walter Litvinenko lacked the attention of journalists. "And he repeated the exact same thing in 2016, on a Russian TV channel in a talk show with the participation of the same Lugovoy", - she said.

According to Litvinenko's widow, the statements of her former father-in-law should not be taken seriously. "The evidence of the involvement of Lugovoy and Dmitry Kovtun in this crime was presented in an open inquiry; it's the proven part, the police investigation which has proven that my husband's killers are Lugovoy and Kovtun. We can argue about the closed part and talk about whether it's true or false that Sir Robert Owen (*the Chairman of the Inquiry - ed*) found Russia complicit in the case, but as far as Lugovoy and Kovtun are concened, this is an absolutely proven part," she insists.

Litvinenko, who fled to the UK in 2000, died in November 2006 shortly after receiving British citizenship. Litvinenko's health began to deteriorate after meeting Lugovoy and Kovtun and drinking tea with them at the Millennium Hotel in London. After his death, experts from the British Health Protection Agency claimed that they found a significant amount of radioactive polonium-210 in Litvinenko's body. The main suspect in the Litvinenko case is a Russian businessman and deputy Lugovoi, who categorically denies any involvement. He denies the accusations against him, calling them politically motivated. A British court on the basis of an open inquiry has placed the responsibility for the death of Litvinenko on the Russian state.