IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEX GOLDFARB,<br><br>   Plaintiff,<br><br>v.<br><br>CHANNEL ONE RUSSIA<br><br>  and<br><br>RT AMERICA, a.k.a. ANO TV-NOVOSTI,<br><br>   Defendants. | Case No. 1:18-cv-08128 (DAB) |

**DECLARATION OF LARISA A. NASONOVA WITH TRANSLATION**

CHANNEL ONE RUSSIA
12 AK. KOROLEVA ST. MOSCOW 127000 RUSSIA TEL. 095 217 7739   WWW.1TV.RU

## ЗАЯВЛЕНИЕ НАСОНОВОЙ ЛАРИСЫ АНАТОЛЬЕВНЫ

1. Я, Насонова Лариса Анатольевна, являюсь начальником отдела по работе с персоналом акционерного общества «Первый канал» (АО «Первый канал») и лично осведомлена о фактах, излагаемых в настоящем заявлении.

2. АО «Первый канал» является компанией, учреждённой в соответствии с законодательством Российской Федерации с основным местом ведения бизнеса в Москве, Россия.

3. АО «Первый канал» содержит помещение корреспондентского пункта по адресу 250 Запад 57ая улица, Нью-Йорк, штат Нью-Йорк. Это помещение корреспондентского пункта служит местом хранения специального оборудования и местом, где журналисты собирают новостные материалы, которые передаются в Россию.

4. АО «Первый канал» является работодателем двух физических лиц — Жанны Агалаковой и Бориса Леонова, которые работают в Нью-Йорке. Жанна Агалакова является репортером, Борис Леонов является оператором.

5. Ни Жанна Агалакова, ни Борис Леонов не имеют полномочий для принятия редакционных или производственных решений в отношении программ, выходящих в эфир АО «Первый канал».

6. Все окончательные редакционные и производственные решения в отношении программ АО «Первый канал» принимаются руководящим составом работников, расположенным в Москве, Россия.

7. 22 марта 2018 года Жанна Агалакова брала интервью у Алекса Голдфарба в помещении корреспондентского пункта АО «Первый канал» по адресу 250 Запад 57ая улица, Нью-Йорк, штат Нью-Йорк. Я лично просмотрела запись этого интервью перед подписанием настоящего заявления. Это интервью длится 30 минут 01 секунду. Примерно 15 минут интервью обсуждаются общие вопросы, относящиеся к внешней и внутренней политике России. Примерно 14 минут интервью обсуждается опубликованная 15 июня 2017 года на *BuzzFeed News* статья, посвящённая произошедшим в Великобритании смертям четырнадцати связанных с Россией людей. Только 1 минуту 40 секунд интервью обсуждается роль Алекса Голдфарба в смерти Александра Литвиненко.

8. Лицо, упомянутое как "Лара" в параграфах 91-93 искового заявления Алекса Голдфарба, – это Лариса Назарова, базировавшийся в Москве работник АО «Первый канал», работавший в период с февраля по сентябрь 2018 года по гражданско-правовому договору и выполнявший работу по поиску героев и гостей программы "Пусть говорят".

9. Анастасия Орлянская, упомянутая в параграфе 93 искового заявления Алекса Голдфарба, не является работником АО «Первый канал». Она фрилансер, базирующийся в США.

Будучи предупреждённой об ответственности в соответствии с законодательством Соединенных Штатов Америки за предоставление заведомо ложных сведений, я заявляю, что вышесказанное является правдивым и верным.

_____
Насонова Л.А.

Подписано 11 апреля 2019 года в Москве, Россия.

0535

## DECLARATION OF LARISA A. NASONOVA

1. I, **Larisa A. Nasonova**, am the Head of Human Resources Department of Joint Stock Company Channel One Russia ("Channel One"). I have personal knowledge of the facts set forth in this declaration.

2. Channel One Russia is a company incorporated under the laws of Russia with its principal place of business in Moscow, Russia.

3. Channel One maintains a facility located at 250 West 57th Street, New York, NY. This facility serves as a storage area for special equipment and a place where journalists gather news information that is transmitted back to Russia.

4. Channel One employs two individuals—Ms. Zhanna Agalakova and Mr. Boris Leonov—who work in the New York region. Ms. Agalakova is a reporter. Mr. Leonov is a camera operator.

5. Neither Ms. Agalakova nor Mr. Leonov have authority to make editorial or production decisions for programs that are aired on Channel One.

6. All final editorial and production decisions for Channel One programs are made by senior-level employees located in Moscow, Russia.

7. On or about March 22, 2018, Ms. Agalakova interviewed Alex Goldfarb at Channel One's facility on West 57th Street. I have personally screened the tape of this interview prior to executing this declaration. This interview lasted for 30 minutes, 01 second. Approximately 15 minutes of the interview discussed general issues relating to Russian foreign and domestic policy. Approximately 14 minutes of the interview discussed a report published in *BuzzFeed News* on June 15, 2017, discussing the death of fourteen individuals in Great Britain who had ties to Russians. Only 1 minute, 40 seconds of the interview discussed Alex Goldfarb's role in the death of Alexander Litvinenko therein.

8. The individual referred to as "Lara" in paragraphs 91-93 of Goldfarb's complaint is Larisa Nazarova, a Moscow-based Channel One worker who worked under a civil law contract from February till September 2018 scouting characters and guests for the program "Let Them Talk."

9. Ms. Anastasia Orlyanskaya, referred to in paragraph 93 of Goldfarb's complaint, is not an employee of Channel One Russia. She is a freelancer based in the United States.

Having been informed about the responsibility, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

[*signature*]

Executed on April 11, 2019 in Moscow, Russia.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEX GOLDFARB,<br><br>        Plaintiff,<br><br>v.<br><br>CHANNEL ONE RUSSIA<br><br>and<br><br>RT AMERICA, a.k.a. ANO TV-NOVOSTI,<br><br>        Defendants. | Case No. 1:18-cv-08128 (DAB) |

## CERTIFICATE OF ACCURACY

      I hereby certify that the foregoing *Declaration of Larisa A. Nasonova* originally written in the Russian language is, to the best of my knowledge and belief, a true, accurate and complete translation into the English language.

      I declare under penalty of perjury that the foregoing is true and correct. Executed on this 11th day of April, 2019.

_____
Leonid Avrashov