IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEX GOLDFARB,<br><br>                              Plaintiff,<br><br>  v.<br><br>CHANNEL ONE RUSSIA and<br>RT AMERICA, a.k.a. ANO TV-NOVOSTI,<br>                              Defendants. | Case No. 1:18-cv-08128-VEC<br><br>ORAL ARGUMENT REQUESTED |

### RT AMERICA, A.K.A. ANO TV NOVOSTI'S MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, CERTIFICATION OF THE COURT'S MARCH 4, 2020 ORDER FOR INTERLOCUTORY APPEAL

PLEASE TAKE NOTICE that, pursuant to Rules 54(b) and 60(b) of the Federal Rules of Civil Procedure, Local Civil Rule 6.3, and 28 U.S.C. § 1292(b), Defendant RT America, a.k.a. ANO TV Novosti, hereby presents this motion for reconsideration of this Court's March 4, 2020 Order. In the alterative, TV Novosti petitions the Court to certify its Order for interlocutory appeal pursuant to 28 U.S.C. § 1292(b). A memorandum of law in support of this motion is filed herewith.

Counsel for TV Novosti has conferred with counsel for Plaintiff, and Plaintiff opposes the relief requested herein.

Dated: March 18, 2020
         Washington, DC

Respectfully submitted,

**WHITE & CASE**

/s/ *Nicole Erb*
Nicole Erb
Matthew S. Leddicotte (*pro hac vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC  20005
Telephone:    + 1 202 626 3600
Facsimile:      + 1 202 639 9355
nerb@whitecase.com
mleddicotte@whitecase.com

*Counsel for RT America, a.k.a. ANO TV Novosti*