USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ALEX GOLDFARB,  :
:
                      Plaintiff,  :
:
      -against-  :    18-CV-8128 (VEC)
:
:    ORDER
CHANNEL ONE RUSSIA and RT AMERICA,  :
a.k.a. ANO TV-NOVOSTI,  :
:
:
                    Defendants.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on February 11, 2019 Defendant RT America moved to dismiss the Complaint (Dkt. 30);

    WHEREAS on April 12, 2019 Defendant Channel One Russia ("Channel One") moved to dismiss the Complaint (Dkt. 59);

    WHEREAS on March 4, 2020, the Court denied Defendants' motions to dismiss (Dkt. 74);

    WHEREAS on March 18, 2020, Channel One and RT America filed separate motions for reconsideration of the Court's Order (Dkt. 75, 77);

    IT IS HEREBY ORDERED THAT:

1. Channel One's motion for reconsideration is HELD IN ABEYANCE pending jurisdictional discovery relative to Goldfarb's allegation that Channel One published the alleged defamatory material in New York through its subsidiary and agent Channel One Russia Worldwide.

1

2. RT America's motion for reconsideration is DENIED.  As previously ordered, the Court will allow jurisdictional discovery to determine whether the Court can exercise personal jurisdiction over Defendant RT America.

3. No later than **May 1, 2020**, the parties must jointly propose a reasonable schedule for jurisdictional discovery as to both Defendants.

The Clerk of Court is respectfully directed to close the open motions at docket entries 75 and 77.

**SO ORDERED.**

**Date:  April 9, 2020**
   **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**