# BakerHostetler

Baker & Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5403

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

June 1, 2020

David B. Rivkin, Jr.
direct dial: 202.861.1731
drivkin@bakerlaw.com

**VIA ECF**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   Alex Goldfarb v. Channel One Russia and RT America a.k.a. Ano TV-Novosti, *18-cv-08128 (VEC)*

Dear Judge Caproni:

    We are counsel for Defendant Channel One Russia in this matter and write on behalf of all parties to respectfully request entry of an order modifying the jurisdictional discovery schedule. Specifically, the parties request an adjournment of the deadline for responding to document requests and interrogatories until September 1, 2020, and a corresponding adjustment of the subsequent deadlines. This request follows a telephonic meet-and-confer between the parties on May 22, 2020 and is necessitated by the ongoing worldwide COVID-19 pandemic.

    By orders dated March 4, 2020 and April 9, 2020, and following consideration of Defendants' motions to dismiss, the Court directed the parties to engage in certain limited jurisdictional discovery. (ECF Nos. 74, 84). Further, the Court directed the parties to jointly propose a discovery schedule no later than May 1, 2020. (ECF No. 84).

    By letter dated May 1, 2020, the parties submitted a joint proposed scheduling order that, *inter alia*, provided a May 11, 2020 deadline for service of interrogatories and document demands and a June 11, 2020 deadline for responses to the same. (ECF No. 85). In that submission, the parties agreed that the schedule might require adjustment given the public health situation. (*Id.*) By Memo Endorsement the same day, the Court adopted and entered the parties' proposed schedule. (ECF No. 86).

    In advance of the May 11, 2020 deadline, Plaintiff Alex Goldfarb served discovery demands on both Defendants, and Defendant Channel One Russia served discovery demands on

Honorable Valerie E. Caproni
June 1, 2020
Page 2

Plaintiff. Having received and begun to evaluate the respective discovery demands, the parties believe that additional time will be required for completion of the discovery process. This need is particularly salient given that both Russia—where Defendants are located—and the United States—where Plaintiff and Counsel are located—continue to suffer from the COVID-19 pandemic and are subject to various restrictions and lockdown orders.

 Accordingly, the parties have agreed, subject to the Court's approval, on the following modified schedule for jurisdictional discovery:

| | |
|---|---|
| May 11, 2020: | Last day for service of interrogatories and document demands; |
| September 1, 2020: | Last day for responses to interrogatories and document demands; |
| September 25, 2020: | Last day to request depositions, if any; |
| October 23, 2020: | Last day to complete depositions, if any; |
| November 6, 2020: | Last day for Defendants to file any renewed motion to dismiss for lack of personal jurisdiction; |
| November 24, 2020: | Last day for Plaintiff to file answering papers to Defendants' renewed motions to dismiss; and |
| December 7, 2020: | Last day for Defendants to file reply papers. |

 The parties recognize that the ongoing public health situation remains fluid, and if they reasonably believe that a further adjustment of this schedule is required, they will promptly inform the Court and request the Court's approval. Wherefore, we respectfully request entry of a modified schedule for jurisdictional discovery as detailed above.

Respectfully submitted,

  /s/ David B. Rivkin, Jr.

David B. Rivkin, Jr.

*Counsel for Channel One Russia*


cc: All Counsel of Record (*via* ECF)