UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
ALEX GOLDFARB,

                          Plaintiff,

      -against-

CHANNEL ONE RUSSIA and RT AMERICA a.k.a.
ANO TV-NOVOSTI,
                         Defendants.
------------------------------------------------------------------ X

Civil Action No. 1:18 -cv-08128 (VEC)

**NOTICE OF DISMISSAL**

      PLEASE TAKE NOTICE that plaintiff Alex Goldfarb dismisses this action solely against defendant RT America a.k.a. ANO TV-Novosti pursuant to Fed. R. Civ. P. 41(a).

Dated:  New York, New York
         September 1, 2020

                                             ROTTENBERG LIPMAN RICH, P.C.

                                             By: _____
                                                Bertrand C. Sellier, Esq.
                                             230 Park Avenue, 18th Floor
                                             New York, New York 10169
                                             T: (212) 661-3080
                                             F: (646) 203-0281
                                             *Attorneys for Plaintiff Alex Goldfarb*