```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ALEX GOLDFARB,                                                   :
                                                                 :
                              Plaintiff,                         :
                                                                 :          18-CV-8128 (JPC)
           -v-                                                   :
                                                                 :              ORDER
CHANNEL ONE RUSSIA,                                              :
                                                                 :
                              Defendant.                         :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2020

JOHN P. CRONAN, United States District Judge:

The Pretrial Conference scheduled for December 16, 2020, at 11:30 a.m. is hereby adjourned *sine die*. If appropriate, the Court will schedule an Initial Pretrial Conference after disposition of the pending motion.

SO ORDERED.

Dated: December 11, 2020
       New York, New York                          _____
                                                          JOHN P. CRONAN
                                                     United States District Judge