**MANDATE**

S.D.N.Y.-N.Y.C.
18-cv-8128
Cronan, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of September, two thousand twenty-one.

Present:
    John M. Walker, Jr.,
    Joseph F. Bianco,
    Steven J. Menashi,
        *Circuit Judges.*

In re Channel One Russia,

    *Petitioner.*

Channel One Russia,

    *Petitioner*,
v.
    21-1311

Alex Goldfarb,

    *Respondent.*

Petitioner requests a writ of prohibition barring the district court from exercising personal jurisdiction over it. It also moves to stay district court proceedings pending resolution of the petition. Upon due consideration, it is hereby ORDERED that the petition is DENIED because Petitioner has not demonstrated that it has no other adequate means to obtain the relief it seeks, such as an appeal from a final judgment. *See Cheney v. U.S. Dist. Ct. for D.C.*, 542 U.S. 367, 380 (2004); *In re Roman Catholic Diocese of Albany, New York, Inc.*, 745 F.3d 30, 35 (2d Cir. 2014) (per curiam); *Linde v. Arab Bank, PLC*, 706 F.3d 92, 117–18 (2d Cir. 2013). It is further ORDERED that the motion for a stay is DENIED as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sep 22 2021

MANDATE ISSUED ON 09/22/2021