UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK


ALEX GOLDFARB,

        Plaintiff,


    vs.                    Case No.

                        1:18-CV-08128 (JPC)

CHANNEL ONE RUSSIA,

        Defendant.

_____


Deposition of ALEXANDER GOLDFARB

Taken via Remote Videoconference

Commencing at 9:31 a.m.

Friday, March 4, 2022

Before Paula S. Raskin, CSR-4757


Ref. No. 4369

**Page 2**

```
1    A P P E A R A N C E S (All Remote):
2
3    ROTTENBERG LIPMAN RICH, PC
4    Bertrand C. Sellier, Esq.
5    The Helmsley Building
6    230 Park Avenue, 18th Floor
7    New York, New York 10169
8    (212) 661-3080
9    bsellier@rlrpclaw.com
10       Appearing on behalf of the Plaintiff
11
12   BAKER & HOSTETLER LLP
13   Kendall E. Wangsgard, Esq.
14   Elizabeth Price Foley, Esq.
15   1050 Connecticut Avenue, NW, Suite 1100
16   Washington, DC 20036
17   (202) 861-1500
18   kwangsgard@bakerlaw.com
19       Appearing on behalf of the Defendant
20
21
22
23
24
25
```

**Page 4**

```
1    EXHIBIT I   Russian Blog, 3/4/19      236
2    EXHIBIT J   Russian Blog, 12/2/19     247
3    EXHIBIT K   Email, Goldfarb to Carter, 259
4        9/9/18
5
6        (Exhibits attached to transcript.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 3**

```
1        E X A M I N A T I O N S
2
3
4    WITNESS                    PAGE
5    ALEXANDER GOLDFARB
6    EXAMINATION BY MR. WANGSGARD:        5
7
8
9        E X H I B I T S
10
11   NUMBER        DESCRIPTION        PAGE
12   EXHIBIT A   Channel One Russia's First   31
13       Set of Requests for
14       Production of Documents to
15       Plaintiff
16   EXHIBIT B   Crimson Article     136
17   EXHIBIT C   Affidavit of Goldfarb in   174
18       Opposition to Motion to
19       Dismiss
20   EXHIBIT D   Alex Goldfarb's Blog on   214
21       Echo.msk.ru
22   EXHIBIT E   Russian Blog, 6/19/18    218
23   EXHIBIT F   Russian Blog, 7/25/18    221
24   EXHIBIT G   Russian Blog, 7/29/18    226
25   EXHIBIT H   Russian Blog, 2/9/19    234
```

**Page 5**

```
1           ALEXANDER GOLDFARB
2    Via Remote Videoconference
3    Friday, March 4, 2022
4    9:31 a.m.
5        MR. WANGSGARD:  All right.  Good
6    morning, everyone.  I think you might know
7    who I am, but just by way of introductions,
8    my name is Ken Wangsgard and I represent
9    Channel One Russia.  I'm joined on the
10   phone -- or joined on the video by my
11   colleague Elizabeth Price Foley.  She'll be
12   listening in, but I do want, you know, just
13   to let you know who's on with us today.
14          EXAMINATION
15   BY MR. WANGSGARD:
16       Q.   Could you please state your name for
17   the record, Dr. Goldfarb, your full name.
18       A.   My name is Alex a/k/a Alexander
19   Goldfarb.
20       Q.   And do you have a middle name?
21       A.   No middle name.
22       Q.   And just have you ever been deposed
23   before?  Sat for the process that we're going
24   through today?
25       A.   No.
```

2 (Pages 2 to 5)

Page 6

ALEXANDER GOLDFARB

1
2    Q.   Have you given testimony in a
3    different environment before, say in a courtroom
4    proceeding or similar?
5        A.   Yes, I did.
6        Q.   And what was that?  Can you describe
7    that for us?
8        A.   It was the lawsuit of Boris
9    Berezovsky against a Russian TV station in
10   London.  I was a witness.
11       Q.   And did you give live testi- --
12       A.   Also -- sorry.
13       Q.   Go ahead.
14       A.   Also I was a witness in the civil
15   suit of Boris Berezovsky against Roman
16   Abramovich in London.
17       Q.   And in those proceedings, did you
18   give live testimony?
19       A.   Yes.
20       Q.   So, you know, and as we get started,
21   I'm going to go over a few of the ground rules
22   just so that we all have, you know, an agreed
23   understanding, and I would like that
24   understanding to be on the record.
25            So for some of the rules that we're

Page 7

ALEXANDER GOLDFARB

1
2    going to go over, you know, obviously at the
3    beginning, you were placed under oath by the
4    court reporter.  The oath is the very same oath
5    that you would be given if you were in court
6    before the judge.  Do you understand that?
7        A.   Yes.
8        Q.   And the same rules that govern your
9    testimony today, even though we're on video and
10   it's a deposition, are the same rules that would
11   apply in court before a judge or a jury,
12   including rules against perjury.  Do you
13   understand that?
14       A.   Yes.
15       Q.   Just for ease of everyone here, you
16   know, obviously the court reporter is taking a
17   transcript of everything that's said, therefore
18   it's important that you verbalize all your
19   responses; yes, nos, et cetera.  Obviously the
20   court reporter can't get down non-verbal
21   responses such as hand motions, nodding of the
22   head, shrugs of the shoulder, that type of
23   thing.  Does that make sense?
24       A.   Yes.
25       Q.   You know, any discussion, any

Page 8

ALEXANDER GOLDFARB

1
2    dialogue we have will be written down unless we
3    all agree to go off the record.  So just making
4    sure you understand that as well.
5        A.   Yes.
6        Q.   It's also important that we try not
7    to talk over one another.  Obviously she can't
8    get down crosstalk, as we call it, so I'm going
9    to make sure to do my best to wait until you
10   conclude your answer, and, likewise, I would
11   just ask that you wait until my question is
12   completed before you begin answering.  Does that
13   make sense?
14       A.   Yes.
15       Q.   If I ask a question but you don't
16   understand it or you'd like me to rephrase it,
17   please let me know that you don't understand it
18   or ask that it be rephrased.  I'm happy to do
19   that.
20            It's just that if you -- if I ask a
21   question and you answer it without any sort of,
22   you know, statement that you don't understand,
23   I'm going to assume that you're answering the
24   question that's been asked and that you've
25   understood it.  Does that make sense?

Page 9

ALEXANDER GOLDFARB

1
2        A.   Yes, it does.
3        Q.   I don't know how long we'll be here
4    today, but I suspect it will be probably most of
5    the day.  So my practice is generally to try to
6    take a break at least once an hour; that said,
7    if you need a break before then or at any other
8    time, just let me know.  Any reason, I'm happy
9    to take a break.
10           My only request is that you not ask
11   for a break while a question is pending unless
12   you need to talk to Randy about something.  So
13   other than that, you know, breaks are perfectly
14   acceptable.  Does that make sense?
15       A.   Yes.
16       Q.   You know, your attorney may object to
17   questions that I ask.  Those objections are for
18   the record and for the judge to sort out later.
19   So, in other words, you need to answer my
20   questions unless you're instructed not to by
21   your lawyer.  So even if there's an objection,
22   you still have to answer, you know, the arguably
23   objectionable question.  Does that make sense?
24       A.   Okay, yes.
25       Q.   And so is there anything about your

ALEXANDER GOLDFARB

1
2  health today from, you know, a physical or a
3  mental or emotional reason that would interfere
4  with going forward with the deposition?
5      A.   No.
6      Q.   Is there anything about your health,
7  you know, physical, mental, or emotional, that
8  would get in the way of giving your most
9  accurate and honest testimony?
10     A.   No.
11     Q.   Have you taken any medications in the
12  last 24 hours that would affect your ability to
13  give your best testimony today?
14     A.   No.
15     Q.   Since say March of 2018, have you
16  taken any medications at any time that would
17  interfere with your memory?
18     A.   Other than an occasional sleeping
19  pill.
20     Q.   And how often do you take sleeping
21  pills?
22     A.   Couple of times a month.
23     Q.   And are those prescribed or
24  over-the-counter or what are those?
25     A.   Prescribed.

ALEXANDER GOLDFARB

1
2      Q.   And do you know the name of that
3  prescription, what the actual drug is?
4      A.   It's Ambien.
5      Q.   And how long have you been taking
6  prescribed Ambien?
7      A.   Maybe five or -- between five and ten
8  years.
9      Q.   So predating the lawsuit -- you know,
10 postdating the events that gave rise to the
11 lawsuit, but predating the 2018 episodes that
12 are subject of your complaint?  Is that
13 accurate?
14     A.   Yes.
15     Q.   Do you have any other prescription
16 medications that you take?
17     A.   Oh, yes.
18     Q.   What are those?
19     A.   Blood pressure, statin for
20 cholesterol, and this thing called metformin for
21 my diabetes.
22     Q.   And how long have you been prescribed
23 those medications?
24     A.   I guess 15 years or so.
25     Q.   Do you have any medical conditions

ALEXANDER GOLDFARB

1
2  that interfere with your memory?
3      A.   No.
4      Q.   Is there other -- any other reason
5  that we haven't addressed that you can think of
6  why you would not be able to testify today in an
7  accurate and honest manner?
8      A.   No.
9      Q.   So we talked about it a little bit
10 with some of your medications, but generally how
11 is your health, just from a general perspective?
12     A.   I would say it's all right given -- I
13 mean within the limits of age, I think I'm fine.
14     Q.   And has it changed at all since March
15 of 2018?
16     A.   Not really.
17     Q.   So "not really" is an interesting
18 answer.  I mean it could be yes, it could be no,
19 it could be a little bit, so...
20     A.   Okay.  No.
21     Q.   No?
22     A.   No.
23     Q.   Can you tell me what sort of medical
24 treatment you've received since approximately
25 March of 2018?

ALEXANDER GOLDFARB

1
2      A.   I had a broken ankle and I had a
3  cast.  That's probably quite recently, but
4  otherwise, no real -- no serious medical
5  treatment except for the maintenance of my
6  chronic conditions.
7      Q.   And by "chronic," we're referring to
8  the blood pressure, the cholesterol, and the
9  diabetes?
10     A.   Yes.
11     Q.   And what type of doctor prescribes
12 the Ambien?
13     A.   General, my GP, my family doctor.
14     Q.   Are you seeing a psychologist or a
15 psychiatrist for any reason?
16     A.   No.
17     Q.   Have you at any time in the last ten
18 years?
19     A.   No.
20     Q.   Have you sought any sort of mental
21 health treatment as a result of, you know, the
22 four programs aired by Channel One that are at
23 issue?
24     A.   No.
25     Q.   We might address some of that a

4 (Pages 10 to 13)

Page 14

ALEXANDER GOLDFARB

1
2  little bit later, but I want to move on and ask
3  you what you've done to prepare for today's
4  deposition.
5      A.   Well, I watched Channel One current
6  news programs for a couple of days just to see
7  whether anything has changed in the general
8  attitudes and the coverage styles of the
9  program -- of the channel.
10         I reviewed your counterclaim and some
11  of my own documents, such as my posts in my blog
12  over the past few years which related to the
13  current case.  They're all in the -- in the
14  evidence that I provided.
15     Q.   Did you meet or have any virtual or
16  in-person meetings with anybody in preparation
17  for the deposition?
18     A.   Nobody except my attorneys.
19     Q.   And when did you last meet with your
20  attorneys?
21     A.   Yesterday.  I mean virtually over the
22  phone yesterday.
23     Q.   And was anybody present in that
24  meeting other than your attorneys?
25     A.   No.

Page 15

ALEXANDER GOLDFARB

1
2      Q.   Did you review any other documents
3  other than sort of the blog posts that you
4  mentioned, the claims, the counterclaims?  Any
5  other documents that you reviewed?
6      A.   Not within the -- within the relation
7  to this case.  But, otherwise, I'm a reading
8  person and I review lots of things which appear
9  on the internet.
10     Q.   And who is Marina Litvinenko?
11     A.   Marina Litvinenko is my friend and my
12  colleague in the organization that we both
13  belong to called Litvinenko Justice Foundation,
14  and she's the wife of the Alexander Litvinenko
15  who is in the center of this case, late
16  Alexander Litvinenko.
17     Q.   And have you had any discussions with
18  Marina Litvinenko about your deposition today?
19     A.   I just told her that I might be
20  giving a deposition, that's all.  And it was
21  probably a month ago or before that.
22     Q.   When is the last time you saw her in
23  person?
24     A.   Oh, it was before the pandemic, so it
25  should be sometime in early 2020 or maybe late

Page 16

ALEXANDER GOLDFARB

1
2  2019.
3      Q.   And where did you see her?
4      A.   In London.
5      Q.   And what brought you to London -- or
6  I guess, actually, does she live in London?
7      A.   She lives in London, yes.
8      Q.   And what brought you to London?
9      A.   Well, I can tell you exactly.  It was
10  the summer of 2019 when I saw her last, and I
11  went to London to attend the recital of the
12  opera in London titled "The Life and Death of
13  Alexander Litvinenko," which was based on my
14  book co-written with Marina.
15     Q.   And was that premiering or --
16     A.   It was a premier, yes.
17     Q.   And who paid for your travel over to
18  see the premier of the opera?
19     A.   I paid myself.
20     Q.   And so setting aside the last time
21  you saw Ms. Litvinenko in person, when's the
22  last time you spoke to her, you know, either on
23  the phone, Zoom, and any other manner that
24  wasn't in person?
25     A.   I probably -- exactly I spoke to

Page 17

ALEXANDER GOLDFARB

1
2  her -- well, probably three or four days ago,
3  when she called me from London.
4      Q.   And what was the purpose of her call?
5      A.   Well, we are close friends and we
6  confer on the phone quite often.
7         She told -- in this particular case,
8  she told me two things: first, that she's safely
9  out of Ukraine, because she was in Ukraine when
10  the war started and that was the reason why
11  he [sic] disappeared for a few days; and the
12  second thing she told me is that she attended
13  the premier of the first episode of a miniseries
14  titled "Litvinenko," which is to be released by
15  the British cable channel ITV later this year.
16     Q.   Do you know why she was in Ukraine?
17     A.   She went for -- I think just for
18  vacation, she told me, and was surprised by the
19  Russian attacks.  She was in west Ukraine and
20  was able to get out on the bus with a bunch of
21  refugees.
22     Q.   But when you spoke to her three or
23  four days ago when she called you from London,
24  you didn't discuss the deposition though?
25     A.   No.

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 18

ALEXANDER GOLDFARB

1
2     Q.   When's the last time you spoke with
3  her regarding the subject matter of the lawsuit
4  that's at issue today?
5     A.   Well, in general terms, I speak to
6  her -- almost every time we speak, like I
7  explain what's going on with the case and what
8  stage we are and what is it to expect.
9          But as far as the substance is
10  concerned, I don't really tell her more than
11  what I put on my blog online, so all of this can
12  be gathered from there.  It's a general
13  chronology and summary of the things that are
14  happening, mostly exclusively what's --
15  exclusively what is known in the public domain,
16  such as on the website of the court -- of the,
17  you know, court docket.
18     Q.   Has she participated in any of -- any
19  meetings you've had with your lawyers?
20     A.   Yes.  It was in 2018, when she was in
21  New York and Washington.  Just before we filed
22  the complaint, she was here and her son was here
23  and we met with Randy, and that was -- I believe
24  is the only time she participated in the
25  lawyer's meeting.

Page 19

ALEXANDER GOLDFARB

1
2     Q.   What role, if any, did she have in
3  helping craft the allegations in the complaint?
4     A.   She didn't have any role in creating
5  the -- essentially the text of it and the
6  particulars of the complaint, but she reviewed
7  the complaint before I filed it, and she
8  approved it, essentially, because she --
9  initially it was thought that she would be a
10  party to this complaint, but it turned out that
11  for legal reasons she cannot be, so I went
12  alone.
13          Also she gave a lot -- many
14  interviews about this lawsuit in 2018, including
15  the time when she visited New York, so obviously
16  she was very well-informed about what's going
17  on.
18     Q.   And other than what you've described
19  so far, have you talked to anyone else about
20  your deposition, friends, neighbors, the fact
21  that you would be...
22     A.   No, no.
23     Q.   You've touched on it a little bit,
24  but could you describe to me sort of what is
25  your relationship with Ms. Litvinenko and sort

Page 20

ALEXANDER GOLDFARB

1
2  of how long it's lasted.
3     A.   Well, I first met her in Turkey in
4  the course of their flight from Russia to UK
5  when I went there to help them, and it was quite
6  a dramatic setting because they were -- we
7  believed they were pursued by the Russian
8  security services, she and her husband and their
9  son.
10          And then we stayed friendly, and I
11  met her many, many times in London, and she came
12  over here, so -- in the United States.
13          And when our book was released in
14  2007, we were both on the book tour in several
15  countries and across the United States, so
16  that's essentially what it was.
17          Oh, yes.  And, of course, during the
18  Litvinenko inquiry and before the Litvinenko
19  inquiry, during the preparation of the
20  inquiry -- it was 2015 -- 2012, 2016, I guess,
21  where -- when I went to London all the time, and
22  took a very active part in working with the
23  lawyers and with her and communicating with the
24  judge and giving evidence, and at that same time
25  talking to the police investigating the murder.

Page 21

ALEXANDER GOLDFARB

1
2     Q.   And how would you describe the
3  relationship?  Is it friends?  Is it...
4     A.   We're close friends, yes.
5     Q.   Has the relationship ever been
6  romantic or sexual?
7     A.   No.
8     Q.   Did you know her before you met her
9  husband, or did you meet her through...
10     A.   I met them together.
11     Q.   So you sort of touched on it a little
12  bit, but can you tell me in your understanding
13  why she didn't join you as a plaintiff in this
14  lawsuit?
15     A.   My understanding is that the
16  requirements of the US law, for foreign persons
17  suing other foreign persons in the New York
18  Federal Court, exclude her from being a
19  plaintiff.  That is my understanding.  Maybe I'm
20  wrong.  That's how I understood my lawyer's
21  advice.
22     Q.   So just on that, you know, if I ask
23  you for your understanding of something,
24  you're -- you know, you're happy -- you're
25  welcome to tell me what you understand, but I

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 22

ALEXANDER GOLDFARB

1
2  don't necessarily want you to tell me if you got
3  that understanding from a discussion with your
4  lawyers or anyone else.
5      A.   Okay.
6      Q.   It's not really my place to go into
7  that.  So, again, if you have an understanding,
8  share that with me, but don't necessarily tell
9  me where that came from.
10     A.   So I would say that she would have
11  been a party to this lawsuit if not for our
12  understanding that she's precluded by this -- by
13  legal reasons.
14     Q.   Would you characterize her as a
15  supporter of your lawsuit, notwithstanding the
16  fact that she's not --
17     A.   Yes.  Yeah.  She's a moral supporter.
18  She's not a financial supporter.
19     Q.   Does she have a fundraising page for
20  it, a GoFundMe or another mechanism?
21     A.   Well, she is very prominently
22  represented on my fundraising page and, you
23  know, she talks to people.
24          In 2018 -- before 2018 filing of the
25  lawsuit, when I was in London, we had a

Page 23

ALEXANDER GOLDFARB

1
2  fundraising event when she spoke.  So she is,
3  but only inasmuch as it's part of my own
4  fundraising.
5      Q.   So do you know whether or not she has
6  an independent GoFundMe page?
7      A.   No, I don't know about that.
8          I should clarify.  There was another
9  fundraising page in 2013 to about I think 2016
10  where we both were kind of owners of that page
11  and we raised money to fund her legal expenses
12  in the Litvinenko inquiry until the bill was
13  picked up by Her Majesty's Government.
14     Q.   Do you know if she's ever described
15  this legal action, quote, it's as good as if it
16  were my own, or mine?
17     A.   I don't remember exactly those words,
18  but it is quite possible that she did because it
19  is -- it reflects her attitude.
20     Q.   I mean did you want her as a
21  plaintiff?
22          Notwithstanding, you know, your
23  understanding that it wasn't possible, but if it
24  were possible, did you want her to be a
25  plaintiff?

Page 24

ALEXANDER GOLDFARB

1
2      A.   Well, the thing is that we, both of
3  us, believe that we were both defamed by the
4  programs and broadcasts in question, separately
5  and together; specifically that she feels that
6  allegations of me murdering her husband is a
7  stain on her campaign to get justice for her
8  husband, which culminated of course in the
9  decision of the British inquiry; and,
10  separately, when one of the program participants
11  alleged that she gave false testimony in the
12  London court.
13          So this is perceived by her as acts
14  of libel and defamation, and initially we
15  thought that that would be part of our joint
16  complaint, but as I said, I ended up doing it
17  alone.
18     Q.   Is she a UK citizen?  Is she --
19     A.   She's a UK citizen.  As far as I
20  know, she's a Russian.
21     Q.   But you think she was naturalized in
22  the UK at some point?
23     A.   Yes.  Yes, I know that.
24     Q.   Do you know if she's ever pursued any
25  defamation claims in the UK against any party?

Page 25

ALEXANDER GOLDFARB

1
2      A.   I don't think she did, as far as I
3  know.
4      Q.   Have you ever been the plaintiff in a
5  civil suit before the current one?
6      A.   Let me think.
7          No, I don't think so.  No.
8      Q.   Have you ever been the defendant in a
9  civil suit before or at any time?
10     A.   A defendant in a civil suit?  No, no,
11  not that I remember.
12     Q.   And what about the defendant in any
13  criminal suit?
14     A.   No.
15     Q.   Without getting into, you know, sort
16  of anything that you discussed with your legal
17  counsel, can you tell me if you ever considered
18  bringing this lawsuit in State Court in New York
19  or New Jersey?
20     A.   No.
21     Q.   Is that just something you didn't
22  look into or didn't want to or...
23     A.   I did my own research even before
24  talking to lawyers, and figured out that a
25  federal suit would be most appropriate.

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 26

ALEXANDER GOLDFARB

1
2     One clarification:  At some point
3  there was an idea of bringing the suit in the
4  United Kingdom, and I did discuss it with a
5  British lawyer.
6     Q.   But ultimately you chose not to bring
7  it in the UK?
8     A.   Yes.
9     Q.   Without going into substance, was
10 that due to discussions you had with your UK
11 lawyer?
12    A.   It was due to a combination of
13 things; mostly my own research, but also
14 conversations with a lawyer, because I felt that
15 the standard of proving a defamation in the US
16 is much higher than in the UK, and thereby it
17 would carry a bigger weight, so to say.  So I
18 wanted to have this case decided based on a
19 higher legal standard.
20    Q.   So if I'm understanding, you sought
21 out the more onerous jurisdiction to prove your
22 claims because, if successful, you think that
23 would be a larger victory?  Is that a fair or
24 a --
25    A.   It would be a larger moral victory

Page 27

ALEXANDER GOLDFARB

1
2  obviously, and from the point of view -- from
3  the standpoint of the let's say I would say
4  public impact, it would be a much higher
5  victory.
6     Q.   But had you brought it in the UK,
7  presumably Ms. Litvinenko would have been able
8  to join you as a plaintiff.
9     A.   Yes.
10    Q.   Did you discuss that trade-off with
11 her; the fact that in order to get a greater
12 public impact and a greater -- a larger moral
13 victory, that she wouldn't be able to be a
14 participant?
15    A.   Yes, I did, at the time.
16    Q.   And how did that discussion -- you
17 know, what was the substance of that discussion?
18    A.   Well, in this whole endeavor, I was
19 essentially the driving force, so I explained to
20 her what I think and she agreed.
21    Q.   And based on your own research when
22 you were looking into where to file, did you
23 look into whether or not she could join you as a
24 plaintiff if you had sued in State Court?
25    A.   No, I never researched it.

Page 28

ALEXANDER GOLDFARB

1
2     Q.   Sitting here today, do you have any
3  understanding as to whether or not she could be
4  a plaintiff if you had brought the case in State
5  Court?
6     A.   I have no idea.
7     MR. WANGSGARD:  So I think I'm going
8  to try to do an exhibit.  So bear with us
9  here while I'm -- I think the best way to
10 do this is pull it up and share it and see
11 if that works because I know we haven't
12 really done exhibits in these proceedings
13 too much.
14    MR. SELLIER:  So are you going to
15 tell me the tab number from your email?
16    MR. WANGSGARD:  Yes.  Let's go off
17 the record for just a minute while we
18 figure this one out, and then we'll --
19    MR. SELLIER:  Okay.
20    (Off the record at 10:05 a.m.)
21    (Back on the record at 10:05 a.m.)
22    MR. WANGSGARD:  All right.  So let's
23 go back on the record at I guess 10:05.
24 BY MR. WANGSGARD:
25    Q.   So just on the prior topic, before we

Page 29

ALEXANDER GOLDFARB

1
2  get to this document, is there a reason why you
3  didn't do your own research regarding State
4  Court as a place where you could have brought
5  these claims?
6     A.   I cannot recall right now.  I guess
7  it was because it didn't occur to me that I
8  should go to State Court.
9     Oh.  I can tell you.  Now I recall.
10 I went --
11    (Outside interruption and reporter
12    clarification.)
13    A.   I went the time to the
14 legal clinic --
15    (Reporter clarification.)
16    A.   I went to give a view on this to a
17 legal aid clinic at the Southern District Court,
18 and a lawyer there said that I have a
19 reasonable --
20    MR. SELLIER:  So Alex?
21    THE WITNESS:  Yes.
22    MR. SELLIER:  You really don't have
23 to talk about what any lawyers told you.
24    THE WITNESS:  Okay.  Sure, sorry.
25    A.   No.  Other than the lawyer's advice,

8 (Pages 26 to 29)

Page 30

ALEXANDER GOLDFARB

1
2  I didn't look into this.
3  BY MR. WANGSGARD:
4      Q.   So, again, without going into the
5  substance, you looked into it, talked to some
6  lawyers, but reached -- you know, came to the
7  conclusion that you wanted to see where you did
8  without --
9      A.   Yes.  I came to the conclusion that
10  that's the right venue, but I didn't really look
11  very seriously into the State Court issue.
12      Q.   And so on things like that, I'm happy
13  to reach, you know, tell me A to C without
14  connecting the dots as to what B, B and a half,
15  B and three-quarters were in the middle if it
16  involved lawyers, and that includes whether it's
17  your current lawyer or, you know, someone that
18  you consulted with even if you didn't retain
19  them.  Just --
20      A.   Okay.
21      Q.   -- on privilege issues, I'm not -- I
22  want you to know I'm not asking, and I'm not
23  trying to get you to tell me either.
24      A.   Sure.
25      Q.   So I have put on the screen here a

Page 31

ALEXANDER GOLDFARB

1
2  document.  Can you see the document,
3  Dr. Goldfarb?
4      A.   Yes, I do.
5      MR. WANGSGARD:  Just for the record,
6  I'm going to mark this one as Exhibit A, at
7  least initially.  This is a 12-page
8  document titled "Defendant Channel One
9  Russia's First Set of Requests for
10  Production of Documents to Plaintiff."
11      (DEPOSITION EXHIBIT A MARKED
12      FOR IDENTIFICATION at 10:08 a.m.)
13      A.   Yes.
14  BY MR. WANGSGARD:
15      Q.   You're welcome -- I don't know if
16  you -- do you have a copy of this in front of
17  you, or you have just the one that's on my
18  screen?
19      A.   I just have it on my screen.
20      Q.   You're welcome to review the whole
21  document, which I guess I can do by scrolling
22  through it, if you'd like, but otherwise I've
23  got just some specific questions, so let me know
24  if you'd like to review this first.
25      A.   No.  Go ahead with your questions,

Page 32

ALEXANDER GOLDFARB

1
2  please.
3      Q.   Have you seen this document before?
4      A.   Yes.
5      Q.   When?
6      A.   Last time I saw it, yesterday, and
7  then I saw it when it was produced.
8      Q.   So what's the context in which you
9  saw it yesterday?
10      A.   Well, in preparing for this
11  deposition, I reviewed documents which I --
12  briefly reviewed documents that I thought could
13  be relevant, so I kind of read through it very
14  quickly.
15      Q.   And without going into substance,
16  have you previously discussed this document with
17  your lawyers?
18      A.   I don't remember.  I might have.
19      Q.   Did you receive it from your lawyers
20  when it was first...
21      A.   I am subscribed to the, you know,
22  court records service, so I might have gotten it
23  from there or -- and/or from my lawyers.
24      Q.   And do you think that was
25  approximately, you know, maybe late July 2021?

Page 33

ALEXANDER GOLDFARB

1
2      A.   I would say I think so, when it was
3  posted on the web.
4      Q.   So in summer 2021 when you received
5  this document, what did you do after receiving
6  the document?
7      A.   What did I do?  It is the request for
8  production, right?  So I took my laptop, which
9  is the depository of all my archive, and I did a
10  thorough search, both on the email and the
11  documents and the files, using keywords, and
12  whatever came up I reviewed, to the extent
13  reasonably possible, because there were tons and
14  tons and tons of documents, both relevant, in my
15  view, and unrelated, and I compiled those
16  documents into a file and sent it to Randy for
17  production.
18      Q.   And were you the one who selected
19  sort of the keywords that you used for your
20  search?
21      A.   Yes.
22      Q.   Did you keep a copy of those keywords
23  anywhere on a list that you were searching, or
24  just...
25      A.   No, I don't think so.  I just, you

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

ALEXANDER GOLDFARB

1
2  know, keyed in the keywords and whatever came
3  up.
4      Q.   Sitting here today, do you recall
5  what any of those keywords were?
6      A.   Well, there were many specific
7  requests, so I would presume that for each of
8  them, I came up with a specific set of keywords.
9      Q.   And were those keywords just in your
10 email or were they across other documents?
11     A.   It was both for the email records in
12 my email service and for the files which are
13 stored on my hard disk.
14     Q.   And the email that you searched, how
15 long have you had that particular email address
16 and...
17     A.   Oh, I have it for ages, so it was
18 probably for 20 years I have this email.
19     Q.   And do the emails that are stored on
20 there go back, you know, to the beginning?
21     A.   I didn't get it.  Say it again,
22 please.
23     Q.   Do the emails that you have in that
24 address, do they go back to the beginning, the
25 inception, of that account?

ALEXANDER GOLDFARB

1
2      A.   Yes, except for all kinds of --
3  sometimes I do the cleaning and, you know, I get
4  rid of obvious junk, but mostly I keep all the
5  emails.
6      Q.   And then the computer you used, is
7  that a laptop or a desktop?
8      A.   It's a laptop.
9      Q.   And how long have you had the
10 particular laptop that you currently use?
11     A.   Well, on average, I replace them
12 every few years, let's say every three to four
13 years, so it's probably fifth or sixth
14 generation if you count from the beginning of
15 the storing, 2000.
16         And the archive, not necessarily, you
17 know, is transferred from one computer to
18 another, but I believe I did a good job of
19 searching for whatever is responsive.
20     Q.   So when you get a new computer, do
21 you have a backup of what you call an archive
22 that you keep?
23     A.   Well, I don't -- I -- yes, I do
24 transfer the file archives, definitely for the
25 past few years, and I don't remember what

ALEXANDER GOLDFARB

1
2  happened before really.
3          I want to clarify something, if I may
4  digress.  In the middle of -- when was that?  It
5  was sometimes in the early 2000s, so probably
6  2002 and 2003, I was involved in the
7  investigation by the Manhattan District Attorney
8  Office, and they requested to produce documents.
9  At that time, my lawyers came up with, I don't
10 know, several thousand pages of documents which
11 were produced to the DA office.
12         And I also -- and I have these boxes
13 with those documents.  So I dug into that and
14 produced some earlier documents of the beginning
15 of the 2000s, whichever you have in the
16 production, and added to them what I produced
17 now.
18     Q.   And what Manhattan DA investigation
19 was that, if you recall?
20     A.   The Manhattan DA investigation, as I
21 understand it -- they never specified it
22 specifically, but I -- from the way it's
23 conducted, they were interested in some aspects
24 of Boris Berezovsky's activities, so they wanted
25 me to produce all the emails, you know, and

ALEXANDER GOLDFARB

1
2  phone records and bank transfers and so on.
3          At the time, I was running
4  essentially a not-for-profit corporation called
5  International Union for Civil Liberties, funded
6  by Berezovsky to support a Russian civil
7  society.  It folded up in 2006 or '07 after
8  Litvinenko's murder, but at the time, we were
9  channeling tons of money, probably millions, to
10 various NGOs and human rights groups and
11 independent media in Russia or around Russia.
12         And also we were involved in
13 advocacy, essentially exposing what we believed
14 was the criminal activities of the Russian
15 government around the world and -- including the
16 parliaments, you know, governments and so on.
17         So it was a relatively big operation,
18 and all of this was funded by Berezovsky, who
19 sent money to this international foundation.
20 International Foundation for Civil Liberties,
21 that's how it was called, IFCL.  So he was
22 transferring money from all kinds of places to
23 our accounts in the US, and we spend them the
24 way essentially -- I ran it.  It was mostly my
25 operation.

10 (Pages 34 to 37)

ALEXANDER GOLDFARB

1
2      And the DA was interested in all of
3  these activities, apparently seeking to find
4  something illegal.  It was a Grand Jury
5  investigation, but it came to nothing.  After we
6  produced everything, they just forgot about it.
7      Q.   And just so the record's clear, you
8  said International Union, but you now think
9  it -- you're correcting it to International
10  Foundation for Civil Liberties?
11      A.   It was International Foundation for
12  Civil Liberties.
13      Q.   So if I say IFCL, we'll all agree
14  that we know what we're talking about?
15      A.   Yeah.
16      Q.   Just to clarify, what was your role
17  with IFCL at the time?
18      A.   I was the executive director
19  essentially, CEO.
20      Q.   And it was the investigation of
21  Mr. Berezovsky, as you understand, or the IFCL?
22  Or who was the target, in your understanding?
23      A.   I think I was the target.  I was the
24  target, but he was the reason.
25      Q.   So unpack that for me a little bit,

ALEXANDER GOLDFARB

1
2  if you will --
3      (Outside interruption and reporter
4      clarification.)
5      Q.   So unpack that for me a little bit.
6  Why do you say you were the target of the
7  Manhattan DA investigation?
8      A.   Because I ran the organization and
9  what the -- and Berezovsky was the reason, but
10  he was never involved in the operation other
11  than funding it.
12      Q.   Did the DA tell you that, or are
13  you --
14      A.   No.  I figured that out because the
15  subpoenas were addressed to me.
16      MR. SELLIER:  Do you want to -- it's
17  up to you.  I mean "target" is a term of
18  art.  I don't know if he understands it or
19  not.  You might want to explain it to him.
20  Up to you.
21      MR. WANGSGARD:  Sure, we can touch on
22  that.
23  BY MR. WANGSGARD:
24      Q.   So when you say the subpoenas were
25  addressed to you, were they addressed to you in

ALEXANDER GOLDFARB

1
2  a personal capacity or addressed to you in your
3  capacity as the head of the organization?
4      A.   I think -- I don't remember exactly,
5  but I think they were addressed to me in my
6  personal capacity.
7      Q.   And were the documents requested
8  personal documents or IFCL documents?
9      A.   It was all IFCL documents.
10      Q.   And you produced IFCL documents.
11      A.   Yes.
12      Q.   Did you have any meetings at any
13  point with prosecutors, with New York
14  prosecutors?
15      A.   No.  My lawyers did.
16      Q.   But you didn't attend them?
17      A.   No.
18      Q.   And was any proceeding, criminal or
19  civil, brought as a result of the investigation
20  that they were conducting?
21      A.   No.
22      Q.   And when you say that you were
23  I guess the target or the subject, what's your
24  understanding of the term?  Just as the person
25  who received it, or do you have a different

ALEXANDER GOLDFARB

1
2  understanding of what that would mean?
3      A.   My understanding is that they
4  stumbled over some payments and the wire
5  transfers and transactions, which they thought
6  were suspicious in the sense that millions of
7  dollars were coming to my organization's
8  accounts from overseas and then went back to
9  overseas, to other accounts.  So they thought,
10  again my understanding, it was suspicious, and
11  they decided to look into this.  And just by the
12  substance of the subpoenas, I understood that
13  the real person of interest was Berezovsky.
14      Q.   Did anybody from the government tell
15  you personally that you were a subject, using
16  the term "subject" of the investigation?
17      A.   No.
18      Q.   Did anybody from the government tell
19  you personally that you were a target of the
20  investigation?
21      A.   No.
22      Q.   Did anybody from the government tell
23  you personally that you were a witness in the
24  investigation?
25      A.   Well, you have to define "witness."

11 (Pages 38 to 41)

Page 42

ALEXANDER GOLDFARB
1
2  I received subpoenas to produce documents, and
3  that's all that was to it.
4      Q.   But my question is more did someone
5  with the government use the specific term "We
6  view you as a witness"?
7      A.   No, I don't think so, if I remember
8  correctly.
9      Q.   Did anybody associated with the
10 government tell you that the IFCL was a subject
11 of the investigation, specifically in terms
12 of --
13     A.   IFCL was mentioned in the subpoena,
14 so they asked to produce, you know, phone
15 records and bank account and so on, but not --
16 among many other things.
17         MR. SELLIER:  Alex, let me just
18     advise you on the record.  Kendall asked
19     you did anyone tell you that the IFCL was a
20     subject, I believe was the question.
21     A.   No.
22         MR. SELLIER:  That's all he asked
23     you.
24         THE WITNESS:  I see.
25         MR. SELLIER:  It's a yes or no

Page 43

ALEXANDER GOLDFARB
1
2  question.
3      A.   No.
4          MR. SELLIER:  He knows that there was
5      a subpoena.  He just asked you a very
6      straightforward yes or no question.
7      A.   No, nobody identified me or IFCL, to
8  the best of my recollection, that we either is a
9  target of an investigation.
10 BY MR. WANGSGARD:
11     Q.   Okay.  So that was my next question.
12         So no to using the term "subject,"
13 you or IFCL.  Is that correct?
14     A.   Yes.  I will -- I think I have those
15 subpoenas some place, so I can go and look,
16 double-check.
17     Q.   And no one used the term "target"
18 referring to either you or IFCL with respect to
19 this Manhattan DA investigation?
20     A.   No.
21     Q.   And then how about referring to IFCL
22 as a witness and using the specific term
23 "witness"?
24     A.   No.  I don't think so, no.
25     Q.   Perhaps some other time we can

Page 44

ALEXANDER GOLDFARB
1
2  discuss that those three terms have very
3  specific meanings in what I'll call my world, so
4  we'll set those aside.
5          But just I want to understand, when
6  you're describing it, you're describing IFCL as
7  a recipient of a subpoena from the DA seeking
8  certain transactional records, financial
9  records, and you might have copies of those
10 subpoenas still.  Is that correct?
11     A.   Yes.  I think I was the recipient of
12 the subpoena.
13     Q.   Did you provide any testimony at any
14 point in connection with those subpoenas?
15     A.   I think that there was a written
16 statement that I compiled, and it was produced
17 by my lawyers to the DA.
18     Q.   But you didn't -- did you sit down
19 with prosecutors at any point in a conference
20 room in lower Manhattan or anywhere else and --
21     A.   No.
22     Q.   -- speak with them?
23     A.   No.
24     Q.   Would you have a copy of that written
25 statement that was compiled and produced to

Page 45

ALEXANDER GOLDFARB
1
2  them?
3      A.   Well, I think -- I have to go in the
4  basement and look in all these old boxes, but
5  I'm pretty sure it should be there.
6      Q.   Were you ever called in to a Grand
7  Jury proceeding for testimony?
8      A.   No.
9      Q.   Was anyone else associated with IFCL,
10 to your knowledge, asked to provide testimony?
11     A.   No, that I know of.
12     Q.   Do you know if --
13         MR. SELLIER:  Kendall, wait.  When
14     you're done with this line of questioning,
15     can we take a five-minute break?
16         MR. WANGSGARD:  Yeah, I think that
17     makes sense.  We've been on for about an
18     hour, so let me just ask like a couple more
19     questions on this and then we'll take a
20     break.
21         MR. SELLIER:  Sure.
22 BY MR. WANGSGARD:
23     Q.   Do you know if Mr. Berezovsky was --
24 received a subpoena?
25     A.   No, I think he didn't.

12 (Pages 42 to 45)

ALEXANDER GOLDFARB

1
2    Q.   Do you know if he provided testimony
3  or any other information to the government?
4    A.   No, I'm sure he didn't.  He was not
5  in the United States.  He was in UK.
6    Q.   If you're able to locate those
7  documents, I think I would like to have them
8  produced.
9        MR. WANGSGARD:  So I think I'll
10  follow up with Randy on that one, but I
11  think the subpoenas and the written
12  testimonial document that was compiled and
13  produced might be relevant.  So I'm just
14  going to put that on the record as a
15  production request that we can discuss
16  after, and then let's take a five-minute
17  break.
18        MR. SELLIER:  Yeah, I'm going to
19  guess that there may be some other similar
20  documents that are mentioned that you asked
21  for, but, anyway, at the end of the
22  deposition, send me a note and I will
23  follow up.
24        MR. WANGSGARD:  Absolutely.
25        MR. SELLIER:  So we will take our

ALEXANDER GOLDFARB

1
2  five-minute break now.
3        (Recess taken at 10:30 a.m.)
4        (Back on the record at 10:38 a.m.)
5        MR. WANGSGARD:  Back on the record at
6  about 10:38.
7  BY MR. WANGSGARD:
8    Q.   So I think we left off having asked
9  some questions about the IFCL, which I might
10  touch on later, but I want to move on to
11  Exhibit A or Exhibit 1.
12        MR. WANGSGARD:  I called it A, but I
13  don't actually know how we want to
14  designate it, if there's a --
15        MR. SELLIER:  It can be letters if
16  you want.
17        MR. WANGSGARD:  I think I gave you
18  tab numbers, so let's use letters here for
19  clarity.
20  BY MR. WANGSGARD:
21    Q.   So Exhibit A, which is in front of
22  us, and I'm going to skip down --
23        MR. WANGSGARD:  I'm trying to click
24  the wrong screen, sorry.  It's not going to
25  work.

ALEXANDER GOLDFARB

1
2  BY MR. WANGSGARD:
3    Q.   So I want to direct your attention to
4  Item 1 here, if you'd like to take a chance to
5  read that.  I'll read it out loud:
6        "All documents supporting the
7  contention that the actions of Channel One
8  Russia have caused Goldfarb 'harm.'  See,
9  e.g., Complaint Paragraph 9."
10        Mr. Goldfarb, do you see that?
11    A.   Yes.
12    Q.   Did you review your files for
13  documents responsive to this request?
14    A.   Yes.
15    Q.   Did you provide those to your lawyer?
16    A.   Yes, I produced them through my
17  lawyer.
18    Q.   Were there any other documents not
19  produced that are responsive to Item Number 1
20  here?
21    A.   No.
22    Q.   And so referring to Item Number 2,
23  which I'll read:
24        "All documents supporting the
25  contention that the actions of Channel One

ALEXANDER GOLDFARB

1
2  Russia have caused Goldfarb 'significant
3  actual damages.'  See, e.g., Complaint
4  Paragraph 9."
5        Do you see that?
6    A.   Yes.
7    Q.   Did you review your files for any
8  documents responsive to that Item Number 2?
9    A.   Yes, I did.
10    Q.   Did you provide those to your lawyer?
11    A.   Whatever I provided, I provided
12  through my lawyer.
13    Q.   Any other items, you know, in your
14  files that you didn't provide?
15    A.   No.
16    Q.   Item Number 3:
17        "All documents supporting the
18  contention that 'Dr. Goldfarb enjoys a
19  considerable public standing in Russia and
20  around the world, including the
21  United States.'  See Complaint
22  Paragraph 108."
23        Do you see what I'm referring to
24  there?
25    A.   Yes.

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 50

```
1              ALEXANDER GOLDFARB
2      Q.   Did you review files and produce
3  those to your lawyer in response to that item?
4      A.   Yes.
5      Q.   Anything in your files that you
6  didn't produce?
7      A.   There were too many, but I think
8  whatever I produced cover the subject.
9      Q.   So when you say too many, I'm just
10 curious what you mean.
11     A.   Well, there are hundreds of press
12 clippings, for example.  I didn't produce them
13 all.
14     Q.   So you didn't endeavor to provide
15 something in the public domain?  Is that --
16     A.   Yes.
17     Q.   But in your personal documents that
18 would support that contention --
19     A.   No.  I provided everything.
20     Q.   Refer to Item Number 4, which I'll
21 read:
22          "All documents supporting the
23     contention that the actions of Channel One
24     Russia have 'caused Dr. Goldfarb public
25     humiliation, embarrassment, and irreparable
```

Page 51

```
1              ALEXANDER GOLDFARB
2      damage to his reputation.' See Complaint
3      Paragraph 108."
4          Do you see what I'm referring to
5  there.
6      A.   Yes.
7      Q.   Did you review your files for
8  documents responsive to that Item Number 4?
9      A.   Yes.
10     Q.   And you produced those through your
11 lawyer?
12     A.   Yes.
13     Q.   Any other items in your files not
14 produced?
15     A.   No.
16     Q.   I'm going to refer to Paragraph 5,
17 which is -- and I'll read it:
18          "All documents supporting the
19     contention that the actions of Channel One
20     Russia have 'caused Goldfarb particularly
21     deep mental anguish and emotional
22     distress.' See Complaint Paragraph 110."
23          Did you review your files for
24 documents responsive to that Item Number 5?
25     A.   Yes.
```

Page 52

```
1              ALEXANDER GOLDFARB
2      Q.   Did you produce those through your
3  lawyers?
4      A.   Yes.
5      Q.   Anything you -- any other documents
6  that you didn't produce that would be responsive
7  to the Item Number 5?
8      A.   No.
9      Q.   Refer to Paragraph 6, and I'll read
10 it:
11          "All documents supporting the
12     contention that the actions of Channel One
13     Russia have, quote, caused and will
14     continue to cause profound emotional damage
15     to Dr. Goldfarb, unquote.  See Complaint
16     Paragraph 113."
17          Did you review your file for
18 documents responsive to that Request Number 6?
19     A.   Yes.
20     Q.   Did you produce those through your
21 lawyer?
22     A.   Yes.
23     Q.   Anything not produced that would be
24 in your files?
25     A.   No.
```

Page 53

```
1              ALEXANDER GOLDFARB
2      Q.   Have you reviewed your files and
3  produced any documents supporting the, quote,
4  profound emotional damage that you have
5  suffered?
6      A.   Yes.
7      Q.   Any other documents supporting the
8  profound emotional damage that you've not
9  produced?
10     A.   No.
11     Q.   Have you produced all documents that
12 you contend support the allegation that
13 Channel One Russia acted with actual malice?
14     A.   Yes.
15     Q.   Have you withheld any documents that
16 would support your contentions of actual malice?
17     A.   No.
18     Q.   Refer you to Paragraph 9, which I'll
19 read:
20          "All documents supporting the
21     contention that 'defendants' wrongful
22     conduct was intended to curry favor with
23     the Russian government and thereby to
24     obtain economic and other benefits.'  See
25     Complaint Paragraph 114."
```

14 (Pages 50 to 53)

Page 54

ALEXANDER GOLDFARB

1
2      Have you produced all documents
3  responsive to this Item Number 9?
4      A.   Yes.
5      Q.   Have you withheld any documents that
6  you rely on to support the allegations quoted in
7  Paragraph 9?
8      A.   No.
9      Q.   Have you undertaken a review for all
10 communications that you, Dr. Goldfarb, have had
11 with other persons pertaining to, discussing,
12 referencing, or otherwise regarding the
13 allegations in the complaint?  And obviously
14 that's with exception of legal counsel.
15     A.   Yes.
16     Q.   Did you hold anything back?
17     A.   No.
18     Q.   Refer to Item Number 12, which I'll
19 read, and it says:
20          "All documents and communications
21     (except with legal counsel) concerning
22     Goldfarb's decision to bring this action."
23     Have you produced and undertaken to
24 review your files and produce all documents that
25 you've had with others --

Page 55

ALEXANDER GOLDFARB

1
2      A.   Yes.
3      Q.   -- concerning this Paragraph 12?
4      A.   Yes.
5      Q.   And the items referenced in
6  Paragraph 12, namely your decision to bring this
7  action and the reasons for it, I guess?
8      A.   Yes.
9      Q.   Have you had any discussions with
10 anyone else about your goals of this
11 litigation -- other than legal counsel
12 obviously -- what you hope to achieve?
13     A.   I have hoped to achieve a judgment in
14 my favor.
15     Q.   A monetary judgment?
16     A.   Sorry?
17     Q.   A monetary judgment, sort of dollars
18 and cents?
19     A.   Not a specific amount, if I remember
20 correctly, at the time of the complaint.  I left
21 it for the court to decide.
22     Q.   Between -- you know, we'll touch on
23 that a little bit later, but I guess my question
24 is, have you had discussions with other people
25 other than your lawyers with regard to the

Page 56

ALEXANDER GOLDFARB

1
2  amount of damages or the amount of judgment that
3  you want to be awarded?
4      A.   No.
5      Q.   Do you care what the amount of
6  judgment is that's entered?
7      A.   Of course I care, but this is
8  secondary to my goals.
9      Q.   What are the primary or first goals?
10     A.   The primary is to get the truth out
11 that I was defamed.
12     Q.   So you say that of course you care
13 what the value of the judgment is.  In what way
14 do you care?
15     A.   I would say that if I get a monetary
16 judgment, I would be happy.
17     Q.   With any magnitude of monetary
18 judgment or...
19     A.   No.  As I said in the complaint, I
20 leave it to the Court to decide, but the more
21 the better.
22     Q.   The more the better in what way?
23 Because more money is more money or because, you
24 know, it carries additional gravitas?  What's
25 the --

Page 57

ALEXANDER GOLDFARB

1
2      A.   Well, more money is better than less
3  money.  I think it's obvious.
4      Q.   Sure.  Are there other reasons why a
5  larger judgment other than dollars and cents has
6  a benefit to you?
7      A.   Well, to the extent it adds to the
8  impact of the judgment.  And the other goal of
9  mine, that is, to get the truth out in public
10 perception, the large judgment is evidence of
11 the gravity of defamation, in my view.
12     Q.   Are you familiar -- and not
13 necessarily on a personal basis, but are you
14 familiar with the recording artist Taylor Swift?
15     A.   No.  Oh, I've heard the name, of
16 course.  She's a singer.
17     Q.   Yes, a pop country singer, if I'm not
18 mistaken.
19     A.   Yes, I've heard something.
20     Q.   Are you aware of her relatively
21 recent lawsuit in which she sought and obtained
22 damages of $1 against -- I don't know if it was
23 a commercial dispute or what it was, but Taylor
24 Swift sued and achieved a judgment of $1?
25     A.   No, I'm not familiar with that.

15  (Pages 54 to 57)

Page 58

ALEXANDER GOLDFARB

1
2     Q.   Did you ever think for suing for $1
3  in damages?
4     A.   Well, it wouldn't have covered my
5  expenses, I guess, so...
6     Q.   I guess damages.  The judgment,
7  separate from legal costs and fees, of a dollar.
8     A.   No, I never considered suing for $1.
9     Q.   So referring back to Exhibit A on the
10 screen, Item Number 13, which I'll represent
11 that we limit it to the issues in the complaint,
12 but it reads all communications between yourself
13 and Marina Litvinenko.
14       Have you produced all communications
15 between you and Marina Litvinenko as related to
16 this complaint?
17    A.   Yes.
18    Q.   Anything held back?
19    A.   No.
20    Q.   How did you identify the documents
21 that you would produce?
22    A.   Well, as I mentioned, I ran the
23 search using keywords, search words, and
24 whatever came up I produced.
25    Q.   Whatever came up in the email,

Page 59

ALEXANDER GOLDFARB

1
2  correct?
3     A.   Yes.
4     Q.   Did you communicate with her, Marina
5  Litvinenko, through other means such as text
6  message, WhatsApp, Signal?
7     A.   WhatsApp?  No.  Really -- I may have
8  some text messages on unrelated matters.
9  Everything which has some substance to it is via
10 email.
11    Q.   I guess the question is, did -- are
12 you saying that sitting here today based on
13 recollection, or did you actually look at your
14 text messages with her --
15    A.   No, I didn't look into my text
16 messages because I know that I don't discuss any
17 substantial matters with her over text.
18    Q.   And when you say text, is that, you
19 know, text messages on your phone; SMS, as
20 we call it?
21    A.   Yes.  It's usually short messages,
22 very kind of day-to-day messages like arrival
23 time, departure time, that sort of thing.
24    Q.   Do you use WhatsApp?
25    A.   I use WhatsApp, yes.

Page 60

ALEXANDER GOLDFARB

1
2     Q.   Do you use it to communicate with
3  her?
4     A.   Occasionally.
5     Q.   Do you maintain those WhatsApp
6  messages?
7     A.   I do, but I mostly use WhatsApp for
8  voice communications.
9     Q.   Do you use any other messaging
10 services such as Signal?
11    A.   No, no Signal.
12    Q.   Any of the other ones that I haven't
13 named?
14    A.   Facebook Messenger I use
15 occasionally, very rarely.
16    Q.   And did you review the various
17 non-email methods of communicating with
18 Ms. Litvinenko?  Did you review those for
19 responsiveness to Item Number 13 in Exhibit A?
20    A.   No, because I know there's no
21 substantive content there which might be
22 responsive.
23    Q.   So at no point -- let me rephrase
24 that.
25       If I'm understanding you, you know

Page 61

ALEXANDER GOLDFARB

1
2  but haven't reviewed the messages that you've
3  never communicated with her outside of email
4  about the death of her husband?
5     A.   Please say it again?
6     Q.   Other than email, have you
7  communicated with her regarding the death of her
8  husband via text message or other non-email
9  communications?
10    A.   Only voice communications.
11    Q.   Other than email or voice, have you
12 communicated with her regarding the four
13 episodes aired by Channel One that form the
14 basis of your complaint?
15    A.   No.
16    Q.   Other than email or voice, have you
17 communicated with her regarding the allegation
18 by Walter Litvinenko that you poisoned his son,
19 her husband?
20    A.   No.  I might clarify, I might have
21 sent her the link to the program over text, but
22 that mostly.
23    Q.   Sitting here today, is it your
24 recollection that other than email or voice,
25 you've not communicated with Marina Litvinenko

16 (Pages 58 to 61)

Page 62

ALEXANDER GOLDFARB

1
2  regarding the issues in the complaint?  Which
3  are broad, I will say.
4      A.   It's a very broad question.  I do not
5  remember anything, but it's probably irrelevant
6  or unrelated, something minor.
7      Q.   Probably, but you haven't
8  specifically, in response to Item Number 13 in
9  Exhibit Number A, reviewed those to verify.  Is
10 that correct?
11     A.   As I said, I am pretty sure that I do
12 not use this means of communications to convey
13 anything of substance, so I did not review them.
14     Q.   How often do you communicate with her
15 in methods that are neither email, nor voice?
16 So text, WhatsApp, Facebook Messenger, or
17 others, how frequent?
18     A.   Not very often.  Maybe once a week
19 such as "I cannot reach you by phone."  Usually
20 we converse on the phone or over voice.
21     Q.   I'm going to direct your attention to
22 Paragraph 18 of Exhibit A, which I'll read:
23         "All documents Goldfarb contends
24     support the claims for losses, harm, and
25     other damages."

Page 63

ALEXANDER GOLDFARB

1
2         Have you provided all documents that
3  you contend support your claims for losses,
4  harm, and other damages?
5      A.   Yes.
6      Q.   Anything you're relying on for
7  losses, harm, or other damages that's not been
8  produced?
9      A.   No.
10     Q.   Have you produced all documents
11 relating to your calculation of your alleged
12 damages?
13     A.   Yes.
14     Q.   Directing your attention to
15 Paragraph 20, which I'll read:
16         "All documents supporting the
17     contention that 'plaintiff seeks
18     compensatory damages for the emotional
19     distress, mental suffering, embarrassment,
20     humiliation, and reputational damages
21     caused by Channel One's defamatory acts of
22     at least 10 million' as detailed in
23     plaintiff's initial disclosures dated
24     June 24th, 2021."
25         Have you produced all documents

Page 64

ALEXANDER GOLDFARB

1
2  supporting a claim for at least 10 million
3  dollars?
4      A.   Yes.
5      Q.   Anything you haven't produced that
6  supports a claim of at least 10 million dollars?
7      A.   No.
8      Q.   I'll direct your attention to
9  Paragraph 27, which I'll read:
10         "All documents reflecting statements
11     or positions Goldfarb has taken regarding
12     the government of the Russian Federation,
13     any political subdivisions or apparatuses
14     of the government of the Russian
15     Federation, or Defendant Channel One
16     Russia."
17         Have you produced all documents that
18 reflect statements or positions that you've
19 taken regarding the government of Russia?
20     A.   If you exclude documents that are in
21 the public domain, yes, but there were too many
22 in the public domain which I could reasonably
23 search and produce.
24     Q.   Have you produced all documents other
25 than those in the public domain regarding

Page 65

ALEXANDER GOLDFARB

1
2  positions that you've taken regarding
3  Channel One Russia?
4      A.   Yes.
5      Q.   Do you have an opinion on Channel One
6  Russia?
7      A.   Do I have an opinion?
8      Q.   Yes.
9      A.   I do, yes.
10     Q.   What is that opinion?
11     A.   That this is a propaganda operation
12 by serving in the interests of the Russian
13 government and spreading lies and fake news,
14 which are -- mostly around the world, which are
15 politically motivated on various issues.
16     Q.   I might come back to that, but I'll
17 move on to Paragraph 28, which I'll read:
18         "Documents sufficient to identify any
19     organizations of which Goldfarb is a member
20     or with which he is otherwise affiliated
21     that have made statements or taken
22     positions regarding the government of the
23     Russian Federation, any political
24     subdivisions or apparatuses of the
25     government of the Russian Federation, or

17 (Pages 62 to 65)

Page 66

ALEXANDER GOLDFARB

1
2    Defendant Channel One Russia."
3        Did you undertake to review and
4    produce documents in response to Paragraph 28?
5        A.   Yes.
6        Q.   Did you produce those through your
7    lawyers?
8        A.   Yes.
9        Q.   Any that you haven't produced?
10       A.   No.
11       Q.   And then last paragraph we'll look at
12   is Paragraph 31 on Exhibit A, which I'll read:
13           "To the extent not otherwise produced
14       in response to the foregoing requests, all
15       documents which support, evidence, refute,
16       or otherwise relate to Goldfarb's claims in
17       this action."
18       Did you undertake, notwithstanding
19   Paragraphs 1 through 30 of this exhibit, to
20   produce all documents which support, evidence,
21   refute, or otherwise relate to your claims?
22       A.   Yes, I did.
23       Q.   But perhaps not text messages?
24       A.   Well, everything that I found, I
25   would say.

Page 67

ALEXANDER GOLDFARB

1
2        Q.   Are you currently employed?
3        A.   No.
4        Q.   Are you retired?
5        A.   Yes.
6        Q.   When did you retire?
7        A.   Does self-employment count, no?
8        Q.   Well, let's break it up.  When --
9    were you self-employed for a period of time?
10       A.   Yes.
11       Q.   When?
12       A.   I was self-employed in the sense that
13   I'm an author of a book which was optioned to
14   dramatize as a movie, and in that capacity, I
15   got some income which is reported as
16   self-employment income.
17       Q.   So in that sense, obviously being an
18   author is an ongoing -- once you're an author,
19   you're always an author.  Is that fair to say?
20       A.   (No response.)
21       Q.   So presumably you're currently
22   self-employed as an author.  Is that accurate?
23       A.   Yeah.  You can say so, yeah.  Not
24   that I make a lot of money, but...
25       Q.   When's the last time you were

Page 68

ALEXANDER GOLDFARB

1
2    employed by an outside -- you know,
3    non-self-employment, so a third party?
4        A.   I was employed by a research
5    institute until 2006.  That is the time of
6    Litvinenko's death, a little bit later.  And
7    since then, I was technically employed by IFCL
8    until -- as long as it was in operation.  That
9    means probably until 2010 or '11.
10       Q.   Since IFCL in 2010 or 2011, have you
11   been employed by any outside -- any third
12   parties?
13       A.   No.
14       Q.   Did you regard yourself as retired at
15   that point?
16       A.   Yes.
17       Q.   What, if anything, is your current
18   source of income or sources of income?
19       A.   My current source of income is
20   savings and retirement benefits and some income
21   from writing.
22       Q.   Is that current writing or income
23   from the book?
24       A.   It's income from the book.
25   Occasional consulting, but very little.

Page 69

ALEXANDER GOLDFARB

1
2        Q.   When's the last time you consulted?
3        A.   I would say again it's related to the
4    film production, but probably 2018.
5        Q.   And who was the client?
6        A.   It was a British production company
7    which tries to develop film based on my book.
8        Q.   Have you done any consulting aside
9    from consulting related to the subject matter of
10   your book?
11       A.   No.
12           Oh, one more source of income, sorry.
13   I sold my archive, personal archive and
14   correspondence, to Columbia University last
15   year.  I don't know whether it's income or
16   capital gain, but whatever it is, it was some
17   money.
18       Q.   So what do you mean when you say
19   personal archive?
20       A.   Well, I have accumulated many emails,
21   documents, and correspondence and drafts and
22   articles over the past 30 years, and they
23   expressed interest, and so I collected all of
24   this in the boxes and shipped it to them.  They
25   paid some money.  The Goldfarb archive.

18 (Pages 66 to 69)

```
 1              ALEXANDER GOLDFARB
 2       Q.   And who -- when you say "them," you
 3  mean Columbia University?
 4       A.   Yes.  It's called Bakhmetiev Archive.
 5  It's one of the Russian-related archives of
 6  Columbia University.
 7       Q.   Is there a specific individual or
 8  individuals that you worked with on selling this
 9  archive?
10       A.   Yes.  The curator.
11       Q.   Does he or she have a name?
12       A.   She has a name.  Her name is Tatiana
13  and her last name is Chebotarev,
14  C-H-E-B-O-T-A-R-E-V.
15       Q.   And approximately how much did
16  Columbia University pay for your archive?
17       A.   $18,000.
18       Q.   One eight?
19       A.   One eight.
20       Q.   Did you maintain copies of the items
21  in the archive?
22       A.   No.  It was mostly printed archives.
23  I mean some of it were printouts from my laptop,
24  but -- in that sense, I do have copies, but not
25  all of it.
```

```
 1              ALEXANDER GOLDFARB
 2       Q.   Approximately how many boxes worth of
 3  material are we talking about?  I mean you said
 4  you boxed it up.  Is that correct?  Anything in
 5  hard copy you put in boxes --
 6       A.   Yeah.  It was about probably 11 or 12
 7  regular-size boxes, probably 30, 40,000 pages.
 8       Q.   Do you know what Columbia intends to
 9  do with those 30 or 40,000 pages?
10       A.   As far as I understand, they just
11  keep it and list it in their catalogs in case
12  that somebody wants to research the period and
13  the individuals and so on.
14       Q.   Did they digitize that?  Do you know?
15       A.   I don't think so.
16       Q.   So if I wanted to review any given
17  page from those 11 or 12 boxes, what's your
18  understanding of how I would do that?
19       A.   I would -- well, now they're closed
20  because of COVID, but once they open, they --
21  you would probably write -- like any other
22  university archives, you will write a letter to
23  the curator, explain your need, and they will
24  give you access.  And you would sit there, or
25  one of your colleagues, and manually look
```

```
 1              ALEXANDER GOLDFARB
 2  through all those documents and read them.  It
 3  will take you probably a long time, but you will
 4  pull out whatever interests you.
 5       Q.   And do you recall when you received
 6  the $18,000 for your archives?
 7       A.   Sometime late last year.
 8       Q.   And do you recall when you physically
 9  handed off the documents or put them in the
10  mail?
11       A.   I would say around September, October
12  last year.
13       Q.   Did you review those documents for
14  responsiveness to the items listed in Exhibit A
15  that we looked at before sending them off to
16  Columbia?
17       A.   Everything that is printed out from
18  my laptop has been reviewed in the search.
19  Responsiveness, whatever is the hard copies is
20  the old -- relates to the old times which
21  predate the issues that we are concerned with,
22  so I didn't.
23       Q.   So when you say old times, how -- I
24  mean I'm curious --
25       A.   2000 -- '90s, early '20s.
```

```
 1              ALEXANDER GOLDFARB
 2       Q.   The late 1990s and the early 2000s.
 3       A.   Yes.
 4       Q.   There are documents in the personal
 5  archive during that period that you --
 6       A.   Yes, it mostly predates Litvinenko
 7  murder.
 8       Q.   Any documents related to this lawsuit
 9  that would have been in --
10       A.   No.
11       Q.   -- (indiscernible) to Columbia?
12       A.   No.
13            (Reporter clarification.)
14       Q.   Any documents related to this lawsuit
15  that you sold to Columbia?
16       A.   No.
17       Q.   Is there a reason why you sold the
18  archive?
19       A.   Because I'm an old guy, and when I
20  die, nobody would be interested in this, I
21  presume.  And if anybody were, it would be
22  better preserved and made available, you know,
23  by a formal archive.
24       Q.   Did you approach Columbia or did
25  Columbia approach you for the transaction?
```

ALEXANDER GOLDFARB

1
2    A.   Well, it's a kind of a word-of-mouth,
3   you know, grapevine that they're buying those
4   kind of things.  I'm not the only one who is in
5   their archive, of course.  It's an established
6   archive dating back probably a hundred years.
7        And I think they approached me, yes.
8   Or maybe I wrote to them and offered it.  I
9   don't remember.
10    Q.   Do you know why they were interested
11  in your materials?
12    A.   Well, these materials relate to
13  myself and many public figures, such as George
14  Soros, for example, Berezovsky, and others in
15  that ar- -- in that -- things the programs that
16  were carried out by the IFCL, which cover a good
17  portion of the modern history of the Eastern
18  Europe, Russia, Ukraine.  So I guess that was
19  the reason.
20    Q.   And does Columbia, to your knowledge,
21  have specific archive programs such as yours
22  relating to Eastern Europe or Russia?
23    A.   Well, actually, the way it happened,
24  I was first contacted by the archive of the
25  Stanford University, and they came, reviewed the

ALEXANDER GOLDFARB

1
2   documents, and they said, no, they're not
3   interested.
4        And then I got in touch with
5   Columbia, and they got interested, so I think
6   it's part of their purview.  This particular
7   archive deals with Russian political and
8   cultural history, with an emphasis of the expat
9   community.
10    Q.   So your experience and life history
11  would be relevant to something that Columbia was
12  interested in for their archive?
13    A.   Yes.
14    Q.   When did Stanford reach out to you?
15    A.   A couple of years ago.  Actually they
16  reached out to me in 2013 for the first time
17  after the death of Berezovsky, asking whether
18  they can purchase any documents related to
19  Berezovsky, and I told them that I don't have
20  any.  I have my own which -- in which Berezovsky
21  is featured prominently.
22        And then it went on and off for a
23  couple of years, and then -- so it was going on
24  for a few years starting from Berezovsky's
25  death.  I believe it was 2013.  Was it?  Yes.

ALEXANDER GOLDFARB

1
2    Q.   And they came and actually looked at
3   the documents that you --
4    A.   Yes, they came in.  I pulled out the
5   boxes, they listed through it, and they said
6   what -- "We will send a car," and I said how
7   much -- what about the payment.  They said, "No,
8   we will get it free," and then I thought, no,
9   perhaps I could find something better and I
10  contacted Columbia.
11    Q.   Do you know if Columbia -- if the
12  project at Columbia or the archive at Columbia
13  that purchased your documents is funded by -- do
14  you know how that's funded, I guess?
15    A.   I think they have an endowment which
16  goes back for hundred years.
17    Q.   Do you think that's a general
18  endowment or specific to the --
19    A.   Specific.  I think it's specific
20  endowment.
21    Q.   Do you know what that's named?
22    A.   It's named Bakhmetiev Archive,
23  B-A-K-H-M-E-T-I-E-V Archive, and it was endowed
24  by Mr. Bakhmetiev, who was a politician and
25  industrialist before the Bolshevik Revolution.

ALEXANDER GOLDFARB

1
2    Q.   So the subject matter of your
3   personal documents is late '90- -- includes the
4   late '90s and the early 2000s?
5    A.   Yes.
6    Q.   Would it go through say 2006?
7    A.   It may.  I don't remember, to tell
8   you the truth.
9    Q.   Did it include materials related to
10  Alexander Litvinenko?
11    A.   It may touch upon it.  I don't
12  remember exactly.  Maybe a couple letters or
13  emails.  If it has it, I must have produced
14  those documents because they should surely come
15  from my laptop.
16    Q.   Were you -- so you were still in
17  possession of the 11 boxes in July 2021.  Is
18  that correct?
19    A.   Yes.
20    Q.   Did you review the 11 boxes of
21  documents when responding to the requests that
22  we looked at in Exhibit A?
23    A.   No.  As I said, I reviewed the
24  contents of my hard drive, and everything in
25  that -- in those boxes which may have relation

Page 78

ALEXANDER GOLDFARB

1
2  to this lawsuit should have -- be on the -- in
3  the electronic form which I produced, so there
4  was no reason to review that.
5      Q.   Were there any handwritten documents
6  in the 11 boxes that you sold to Columbia?
7      A.   There may have been from an earlier
8  time, from the '90s or maybe earlier -- no, from
9  the whole period, but nothing at all related to
10  this lawsuit.
11     Q.   So when you say related to this
12  lawsuit, just tell me what you -- what your
13  interpretation --
14     A.   Well, for example, as far as the IFCL
15  is concerned, there might have been written
16  requests for funding from various civil society
17  groups in Russia which were handwritten and a
18  form filled.
19     Q.   What about handwritten documents
20  dated between 2000 and 2006?
21     A.   There may have been some documents
22  handwritten, as I said, because the -- wait a
23  minute.  When did we finish with IFCL?
24          No, no.  Actually, no, it's all '90s
25  All these activities which were -- involved

Page 79

ALEXANDER GOLDFARB

1
2  interactions with the Russian civil society was
3  in the '90s.
4          Or, no, there may be.  Sorry, I don't
5  remember.  The short answer, I don't remember.
6  The long answer, it may be handwritten documents
7  in the early 2000s which are not related to the
8  lawsuit.
9      Q.   So, again, the question is, when you
10  say related to the lawsuit, describe for me what
11  class of documents in your mind --
12     A.   Well, as I said, the activities of
13  IFCL was grant-making to various worthy
14  recipients in and around Russia.  And, for
15  example, there were hundreds of requests to fund
16  legal aid to Russian conscripts which were
17  evading draft at the time of the second war in
18  Chechnya.  It was in 2000, 2001, so there were
19  several hundred requests from various NGOs in
20  Russia to give money to lawyers who would defend
21  those kids who refuse to serve in Chechnya, and
22  we were funding that.  So all of these requests
23  and then reports were submitted and handwritten
24  according to a specific form.
25     Q.   Were there documents related to

Page 80

ALEXANDER GOLDFARB

1
2  Litvinenko, when he was either alive or not
3  alive, in the 11 boxes of documents you sold to
4  Columbia?
5      A.   I think there were documents
6  definitely related to Litvinenko while he was
7  alive, particularly when he was writing his
8  books, but I don't remember if there were any
9  related to his murder and death.
10          In any event, they must be present in
11  the electronic form on my hard disk, which I
12  have produced.
13     Q.   And so when you refer to electronic
14  documents, are you referring to documents that
15  were created and -- originally created and
16  stored electronically?
17     A.   Yeah, like emails.
18     Q.   But not scanned copies of what might
19  have originally been --
20     A.   No.
21     Q.   -- handwritten --
22     A.   Emails.  It's mostly correspondence.
23     Q.   Did Columbia express interest in
24  the -- specific interest in the
25  Litvinenko-related documents that might have

Page 81

ALEXANDER GOLDFARB

1
2  been --
3      A.   No.
4      Q.   -- in these archives?
5      A.   No.
6          (Reporter clarification.)
7          MR. SELLIER:  Alex, remember the
8  three-second rule that I gave you.
9          THE WITNESS:  Yes.
10          MR. SELLIER:  Okay.
11  BY MR. WANGSGARD:
12     Q.   Listen to the question, absorb the
13  question, understand the question, let me finish
14  the question, all the good --
15          MR. SELLIER:  And wait three seconds
16  before you answer.
17          THE WITNESS:  Yes, sir.
18  BY MR. WANGSGARD:
19     Q.   Did you -- you know, for the $18,000
20  payment when Columbia purchased your archives,
21  were there documents related to that, such as a
22  purchase and sale agreement or a contract?
23     A.   There was an invoice I sent to them.
24     Q.   You sent them an invoice and they
25  sent you a check?

21 (Pages 78 to 81)

Page 82

ALEXANDER GOLDFARB

1
2    A.   I sent them invoice, yes, and they
3    sent me a check or a wire transfer, something.
4    Q.   Did anybody, either yourself or to
5    your knowledge anybody associated with Columbia,
6    create either an index or an inventory of the
7    items in those 11 boxes?
8    A.   No. I created a short summary of the
9    contents of these boxes.
10   Q.   When did you create that short
11   summary?
12   A.   I first created it probably somewhere
13   in 2000-- or just before the pandemic, and --
14   but I might have sent it to them. I created it
15   when this whole process started, so I may have
16   it some place still.
17   Q.   Did you create an inventory in 2013
18   approximately when Stanford first reached out?
19   A.   I probably did it at that time, but
20   then I might have edited it since, so the latest
21   version would be in 2021.
22   Q.   Is that a handwritten list or a Word
23   document? What is the inventory?
24   A.   It's a Word document.
25   Q.   Did you provide that inventory Word

Page 83

ALEXANDER GOLDFARB

1
2    document to Columbia?
3    A.   Yes.
4    Q.   Do you maintain a copy?
5    A.   Yes.
6    Q.   Would you be agreeable to producing a
7    copy of that inventory to me?
8    A.   I have to review it. If it's
9    responsive, yes.
10   Q.   I think before discussing the
11   archive, we left off on sort of what your
12   current employment is and I think that you said
13   you were retired, currently retired, but an
14   author. Is that correct?
15   A.   Yes.
16   Q.   Do you know how much income you
17   received from your book in the calendar year
18   2021?
19   A.   Nothing.
20   Q.   Nothing at all or --
21   A.   Nothing at all. It's an old book.
22   Q.   What about 2020?
23   A.   I have to look at my tax return. I
24   don't remember. Very little.
25   Q.   How about 2019?

Page 84

ALEXANDER GOLDFARB

1
2    A.   I think it was 2019 or 2018, it was
3    about $40,000.
4    Q.   How about 2017?
5    A.   Probably nothing.
6    Q.   2016?
7    A.   I have to look at year by year
8    because this option agreement for dramatization
9    included some payments, some option exercised,
10   and it was spread over years. Altogether from
11   2016 let's say until now, I received
12   approximately 50 to 60,000 from them.
13   Q.   Do you have a schedule of those
14   payments anywhere by year?
15   A.   I have a record.
16   Q.   How far back does that record go?
17   A.   I think we -- this particular one, we
18   sold the option, it was 2015.
19   Q.   The book came out in 2007. Is that
20   correct?
21   A.   Yes. Yes.
22   Q.   Who published the book?
23   A.   It's called Free Press. It's an
24   imprint of Simon & Schuster.
25   Q.   Was there an advance or other, you

Page 85

ALEXANDER GOLDFARB

1
2    know, payment you received up front for writing
3    the book?
4    A.   At the time, we received some money,
5    yes, in 2007.
6    Q.   So if I wanted to understand sales of
7    your book year to year and income that you've
8    received from your book year to year, how would
9    I do that?
10   A.   Well, my agent who sold the book is
11   now dead, so I have no idea. But I can tell you
12   the two of us, Marina and I, who are co-authors
13   of the book, got an advance of half a million
14   dollars at the time, 2006. We got an advance of
15   half a million dollars, and that was it.
16       All other income related to this
17   book -- I mean there were sales, but they didn't
18   cover the advance, so we didn't get anything
19   more. Half a million 2006, which was split
20   between us, so I received that means $250,000
21   less taxes, and then all other income related to
22   this book were for -- was from selling the
23   dramatization option, which was sold I believe
24   twice or three times.
25       It was sold -- I mean the option, the

22 (Pages 82 to 85)

Page 86

ALEXANDER GOLDFARB

1
2  rights to the book, were sold in 2007 to a big
3  studio, which paid us an option of another half
4  a million dollars, which we split between the
5  two of us.  So another 250 in 2007, and nothing
6  else for the next ten years or nine years.
7        And then this project never
8  materialized, so that option expired, and we
9  sold it again to this British production
10  company, the rights for the book, in 2016, if
11  I'm not mistaken, with a schedule, and up until
12  today, the two of us received approximately
13  $70,000, which was split, so that means that I
14  got 35.
15        So altogether since the publication,
16  I received half a million $35,000 over the 17 --
17  16 years.  That's it.
18        Q.  Do you or have you at any point
19  received royalties from book sales?
20        A.  No.  They never covered the advance.
21        Q.  So to this day, the book has not
22  gotten to the point where the publisher would
23  recover any advance, you know, and a royalty
24  structure would kick in.  Is that --
25        A.  Yes, yes, correct.

Page 87

ALEXANDER GOLDFARB

1
2        Q.  Are you kept apprised by the
3  publisher of their quantity of their sales,
4  copies sold?
5        A.  Well, it never reached me.  It was
6  kind of with the agent in London, but then the
7  agent died, and I don't know what's happening
8  with this.  But I would presume that if there
9  was some money, they would find me, would have
10  found me.
11        Q.  But I guess if you wanted to know "In
12  2021 how many copies did I sell, in 2020 how
13  many copies did I sell, in 2019 how many copies
14  did I sell," you don't have that information
15  handy?
16        A.  No, I don't.
17        Q.  So would you know if say sales either
18  went up, went down, or stayed level after March
19  2018?
20        A.  I wouldn't know.  I wouldn't know.
21  If there were any significant amounts of money
22  due to me, I would have known because somebody
23  is managing the files of our agent.  I think
24  somebody takes care of it in London.
25        Q.  Would you know if the publisher had

Page 88

ALEXANDER GOLDFARB

1
2  an increase in sales or a decrease in sales
3  following the Channel One programs at issue?
4        A.  I wouldn't.
5        Q.  Does either Simon & Schuster or Free
6  Press provide you any year-end documents as part
7  of the contract?
8        A.  As I said, they were sending it to my
9  agent for about ten years until he died, and
10  then his agency closed and was taken over by
11  another agency and then I lost track.
12        Q.  Was your agent forwarding those to
13  you?
14        A.  My -- what was his name?
15        Q.  No.  Was he forwarding you --
16        A.  Yes.
17        Q.  Was your agent, when he was alive,
18  passing on to you --
19        A.  Yeah, he was passing me some
20  financial statements which essentially said that
21  there's no money coming in.
22        Q.  And when did he die?
23        A.  I have to look up.  I think he died
24  2000 and maybe '12 or '13.
25        Q.  Do you have any insight into how your

Page 89

ALEXANDER GOLDFARB

1
2  book has been doing on the shelves since 2013?
3        A.  The only insight is the sales on
4  Amazon, which were not in any way anything of
5  interest or significance.  There were so many
6  books about Litvinenko since then, that my book
7  has faded into history.
8        Q.  When your agent closed, was he -- was
9  his agency sold or absorbed by different
10  entities?
11        A.  I think he was absorbed by a
12  different entity.
13        Q.  Do you know who that is?
14        A.  Yeah.
15        Q.  Who's that?
16        A.  It's -- let me think.
17        Curtis Brown.
18        Q.  And do you maintain contact with the
19  Curtis Brown agency?
20        A.  I -- not with regard to that book.
21        Q.  And is Curtis Brown the name of the
22  agency or of a person?
23        A.  Yeah, Curtis Brown, it's a major
24  international literary agency, I think based
25  on --

23 (Pages 86 to 89)

ALEXANDER GOLDFARB

1
2     Q.   Are they currently your agent with
3  respect to this book?
4     A.   I presume so.  I don't know, frankly.
5     Q.   Do they provide you any sort of
6  year-end schedule, quantity of books sold, or
7  any other documents?
8     A.   Not that I remember.
9     Q.   Do you know if either Simon &
10  Schuster or Free Press have suffered sales of
11  your book as a result of the Channel One
12  programs?
13     A.   I don't know.
14     Q.   Do you know --
15     A.   Free Press doesn't exist any longer.
16  It went -- it was dissolved some years ago, but
17  Simon & Schuster probably holds the rights.
18     Q.   Do you know for sure or...
19     A.   I know that Free Press doesn't exist,
20  but it was a division of Simon & Schuster, so
21  somebody in Simon & Schuster -- I mean if
22  somebody comes to me and says that "We want
23  something to do with your book," I would
24  probably contact Simon & Schuster and figure out
25  who is in charge of that particular book.

ALEXANDER GOLDFARB

1
2     Q.   Do you know if Simon & Schuster
3  benefited by way of increased sales following
4  March 2018 and the broadcasts at issue?
5     A.   I don't know.
6     Q.   But you personally, because the
7  advance has not been recovered by the publisher,
8  it sounds like your income was unaffected from
9  zero to zero following March 2018 with respect
10  to the book sales?
11     A.   That's correct.
12     Q.   With regard to the 11 boxes of
13  documents that you sold to Columbia, did you
14  have anyone -- did you have Randy or anyone at
15  Randy's law firm review those documents before
16  you sold them or, you know --
17     A.   No, no.
18     Q.   Are you kept apprised of how many
19  copies of your book have been sold, you know,
20  since its publication in 2007?
21     A.   I did, but I forgot really.  It was
22  in the -- it was issued in many languages, in
23  many countries, so it was somewhere of the order
24  of maybe 50 to 80,000 copies altogether.
25     Q.   Did you have an agency agreement with

ALEXANDER GOLDFARB

1
2  your agent before he passed away in 2012 or '13,
3  contract?
4     A.   I never had a contract with him.  It
5  was all kind of oral, but I'm sure that in his
6  files there is some sort of record.
7     Q.   Do you have a written agreement with
8  Curtis Brown?
9     A.   No, no.  I just have -- no, I have
10  just from the public domain that they absorbed
11  all the business of my previous agent.
12     Q.   Who is the studio, the original
13  studio, that had a ten-year option on the
14  dramatization rights?
15     A.   No, it was less than ten.  It was
16  Sony Pictures.  It was Sony Pictures, and it was
17  for about three or four years extended, and then
18  it kind of faded away.
19     Q.   So Sony purchased the rights under an
20  option agreement whereby they had -- was it
21  exclusive rights for a period of time if they
22  wanted to --
23     A.   Yes, they had exclusive rights, and
24  they have the right to extend, and they
25  extended, and then the time has passed, and then

ALEXANDER GOLDFARB

1
2  they essentially pulled the -- they developed it
3  quite a lot, spent a lot of money, had script,
4  had a director attached, tasked and so on, but
5  then eventually they pulled the project, as we
6  were told informally, because of the subject
7  matter.  To put it simply, they were afraid of
8  Mr. Putin.
9     Q.   Was there a screenwriter attached?
10     A.   There were I think at least two.
11     Q.   Was there a script?
12     A.   There was a script, but I don't have
13  it.  They own it.
14     Q.   Did you consult on the script?
15     A.   There was a consulting agreement
16  attached, option agreements which expired
17  simultaneously.  And I read the script, yes, and
18  gave some comments.  Not much.
19     Q.   Did you --
20     A.   And --
21     Q.   All right, go ahead.
22     A.   It was -- the consulting was part of
23  the option amount.  There was no extra money in
24  that.
25     Q.   Did you maintain a copy of that

Page 94

ALEXANDER GOLDFARB

1  script that you read?
2      A.   No, I don't think so that I have it.
3  I don't remember really.  I don't think I have
4  it because they were very uptight about
5  releasing it to everybody, so they might have
6  asked to return it.
7      Q.   And what's your understanding of what
8  phase the film was in?  Was it in -- had it gone
9  to shooting?  Was it still in preproduction?
10  What was the --
11      A.   It was in preproduction, as far as I
12  understand the process.  There was a director,
13  there was a script, there was some casting,
14  casting discussions.  It was all 2009.  There
15  was a, you know, production company, outside
16  production company, associated with the project.
17  It was funded by the studio, but there was a
18  production company, that means a producer, and
19  they worked a lot.  They spent quite a lot of
20  money I guess on the script, and then they --
21  and there was a director.
22      Q.   Who was the director that had been
23  attached?
24      A.   Michael Mann, you know, the

Page 95

ALEXANDER GOLDFARB

1  "Collateral."
2      Q.   And the plug was pulled on the
3  production because Sony Pictures was afraid of
4  Vladimir Putin?
5      A.   Yes.  That's what we were told, but I
6  have no documents to that effect.
7      Q.   Who told you that?
8      A.   My agent, the one who died, who
9  monitored that.
10      Q.   And what was the, you know, substance
11  of that discussion other than, you know, what
12  we've already said --
13      A.   The substance that when the story, as
14  far as I understand, of the film being produced
15  of the -- about the Litvinenko murder, which
16  involved, if I remember correctly, Mr. Putin
17  being named as the murderer, that Sony in the
18  end was told when the story was leaked in
19  Moscow, that they can forget about the Russian
20  market, which amounts to probably tens of
21  billions of dollars.  I don't know how much is
22  the Sony market in Russia, but it's substantive.
23  I mean the parent corporation.  So they got
24  afraid, and the parent Sony told Sony Pictures

Page 96

ALEXANDER GOLDFARB

1  forget about it.
2      Q.   And that was approximately when?
3  2009?
4      A.   I would say it was probably around
5  2009.
6          I should tell you for the sake of
7  entertainment is that there was another project,
8  based on another book, by Warner Brothers.  It
9  was based on a book written by the New York
10  Times correspondent in London entitled -- the
11  book title was "The Terminal Spy," and it was
12  optioned to the Warner Brothers and it was the
13  same story.  They were two competing projects,
14  and director, a famous director, attached and
15  the cast and so on.  Johnny Depp was involved.
16          And in the end, Warner Brothers
17  pulled -- at about the same time, they pulled
18  the project.  And the director, his name was
19  Mike -- I forgot it.  The "Harry Potter"
20  director.  Anyway, and he was on BBC and said
21  that the project was pulled because people in
22  Hollywood were so frightened to do a story on
23  that, that they pulled the project.  So it was
24  not exclusively a Sony situation.

Page 97

ALEXANDER GOLDFARB

1      MR. SELLIER:  Alex, remember when I
2  told you all you had to do was answer the
3  questions?
4      THE WITNESS:  Yeah.
5      MR. SELLIER:  Entertainment value is
6  not really what counsel is interested in,
7  but there you go.
8      THE WITNESS:  Okay, sorry.
9      (Off the record at 11:50 a.m.)
10      (Back on the record at 11:50 a.m.)
11  BY MR. WANGSGARD:
12      Q.   How long with extensions was the
13  Sony, you know, option agreement?  Seven years,
14  ten years, nine years, four years?
15      A.   It was I think standard agreement;
16  two years, with an option of extending it for
17  another year.  So it was three years, but then
18  it kind of lagged on informally for a year or
19  two.
20      Q.   But then the rights reverted to you,
21  and you were able to resell them again for
22  the --
23      A.   Yes.  And then some years later, this
24  British company came and got an option for very

25 (Pages 94 to 97)

Page 98

ALEXANDER GOLDFARB

1
2  little money and they're still developing it.
3      Q.  And they still hold that option?
4      A.  Yeah.
5      Q.  Do you know how long that lasts?
6      A.  It will expire next year.
7      Q.  Will the rights revert to you and
8  Marina at that time?
9      A.  Probably, yeah, exactly.  No, that's
10  what the contract says, but as I said, I don't
11  see much value in those rights.  I mean maybe
12  for Marina, is her life rights, but not for me,
13  because since then, there were probably half a
14  dozen books on Litvinenko, and there are several
15  film projects which are based on those other
16  books.  One is coming out this year in the UK.
17  Another is being developed by HBO, but it has
18  nothing to do with us.
19          The only reason I'm saying it is
20  that -- the reason is that because of all those
21  other film projects, the value of our book,
22  which, after all, was published a long time ago,
23  has diminished dramatically.
24      Q.  And my understanding is that you are
25  a widower.  Is that correct?

Page 99

ALEXANDER GOLDFARB

1
2      A.  Yes.
3      Q.  And when did your wife die?
4      A.  My wife died 2010.
5      Q.  And what was her name?
6      A.  Her name was Svetlana,
7  S-V-E-T-L-A-N-A.
8      Q.  Did you have a wife before Svetlana?
9      A.  Yes.
10      Q.  When were you first married to your
11  first wife?
12      A.  My first wife, I was married back in
13  Russia when I was 23, so it was long time ago.
14      Q.  And for how long were you married to
15  your first wife?
16      A.  Probably five years or so.
17      Q.  Did that result in divorce or...
18      A.  Yes.
19      Q.  And do you recall when you were
20  divorced?
21      A.  I was divorced before I left Russia,
22  and it was 1973.
23      Q.  Do you know if your first wife is
24  still living?
25      A.  Yes.

Page 100

ALEXANDER GOLDFARB

1
2      Q.  And do you know where she lives?
3      A.  In California.
4      Q.  And without going into too much
5  personal detail, can you just sort of tell me in
6  a nutshell why the marriage resulted in divorce?
7      A.  The marriage resulted in divorce
8  because I had to emigrate from Russia, otherwise
9  I would highly likely end up in jail, and she
10  didn't want to leave her parents, so we
11  divorced.
12      Q.  And her parents were in Russia at the
13  time or I guess USSR?
14      A.  Yes, USSR.
15      Q.  And so she stayed there for a period
16  of time after --
17      A.  She stayed there for a period of
18  time, and then eventually she ended up here with
19  her second husband.
20      Q.  Do you know when she ended up here?
21  And I assume "here" means the
22  United States.
23      A.  Yes.
24          When?  After the end of the Soviet
25  Union, so should be early '90s.  Oh, yeah, early

Page 101

ALEXANDER GOLDFARB

1
2  '90s, of course.  '91 maybe.
3      Q.  So you divorced, and then you
4  emigrated to the US.  Is that --
5      A.  No, I emigrated to Israel.
6      Q.  Israel, Germany, we'll get into that.
7  I'm sorry to jump ahead.
8          Ultimately you --
9          MR. SELLIER:  Hold on just one
10  second.
11          Alex?
12          THE WITNESS:  Yes.
13          MR. SELLIER:  Please let Kendall
14  finish his questions.
15          THE WITNESS:  Oh, yeah.  Sorry.
16          MR. SELLIER:  You are jumping in
17  before he's finished his question.  You
18  probably are right when you're guessing
19  what the question's going to be, but you
20  should wait.
21          THE WITNESS:  Yes.
22          MR. SELLIER:  Okay.  And it will be
23  easier for the court reporter.
24          THE WITNESS:  Sorry.
25          MR. SELLIER:  And the record will be

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 102

ALEXANDER GOLDFARB

1
2  clearer.
3      THE WITNESS:  Yes, sorry.
4      MR. SELLIER:  Okay, good.
5      MR. WANGSGARD:  So actually I mean
6  it's probably a good time to take another
7  five-minute break.  Before we -- so let's
8  do that.  Go off the record and we can take
9  a break.
10     (Recess taken at 11:56 a.m.)
11     (Back on the record at 12:06 p.m.)
12     MR. WANGSGARD:  We're back at 12:06
13 on my watch.
14 BY MR. WANGSGARD:
15     Q.   And I think we were talking a little
16 bit about your marriage to your second wife,
17 Svetlana, who died.  When did she die?
18     A.   She died in 2010.
19     Q.   And how old was she when she died?
20     A.   She was born in '55, so she must have
21 been, let me see.  45 and 10.  55.
22     Q.   She was born in 1955?
23     A.   Yeah.
24     Q.   And died in 2010?
25     A.   Yes.

Page 103

ALEXANDER GOLDFARB

1
2      Q.   So she was 55?
3      A.   Yes.
4      Q.   Got it.  Are you aware of news
5  reports, including The Daily Beast and
6  Courthouse News, that reported her being 51 when
7  she died?
8      A.   No, I'm not aware of that.
9      Q.   Any idea why anyone would have that
10 impression that she died at 51 and not 55?
11     A.   Well, if you go by what Walter
12 Litvinenko said, she died in 2006, which would
13 make it 51.  But the reality is that she died in
14 2010, which would make it 55.  So in the
15 confusion probably, that was the reason.
16     Q.   And what was the cause of her death?
17     A.   Cancer.
18     Q.   And was that in New York or
19 elsewhere?
20     A.   It was in New York.
21     Q.   Have you been remarried since then?
22     A.   Yes.
23     Q.   You've been remarried since 2010?
24     A.   Yes.
25     Q.   Are you currently married?

Page 104

ALEXANDER GOLDFARB

1
2      A.   Yes.
3      Q.   Who is your current wife?
4      THE WITNESS:  Randy, do I have to
5  answer that?
6      MR. SELLIER:  Is there some
7  conceivable relevance to this current --
8  give him her first name.
9      A.   Her name is Tanya.
10 BY MR. WANGSGARD:
11     Q.   So going to your second wife,
12 Svetlana, when did you meet her?
13     A.   I met her in New York.  When?  Let me
14 see.  I met her the late '80s, it should be
15 probably.  Let me tell you exactly.
16         Probably 1990, around that time.
17     Q.   1990?
18     A.   Yes.
19     Q.   And how did you meet her?
20     A.   At a restaurant.
21     Q.   In the United States, in Russia,
22 or --
23     A.   In New York.
24     Q.   Is she Russian or was she Russian?
25     A.   Yes.

Page 105

ALEXANDER GOLDFARB

1
2      Q.   Did she speak Russian?
3      A.   Yes.
4      Q.   Was she fluent?
5      A.   Yes.
6      Q.   Do you know if she had a -- if she
7  knew Alexander Litvinenko before?
8      A.   Yes.
9      Q.   How did she know Alexander
10 Litvinenko?
11     A.   She went with me to Turkey in -- was
12 it October, I guess, in October 2000, and
13 actually we met them together, Marina and
14 Alexander.  That's how she met them.
15     Q.   Is it your understanding that that's
16 the first time they met?
17     A.   Yes.
18     Q.   And when did you marry your current
19 wife?
20     A.   Last year.
21     Q.   And how did you meet her?
22     A.   Some party in Manhattan.
23     Q.   Does she have a separate income from
24 you?  Does she work, I guess?
25     A.   Yes.  She's self-employed.

27 (Pages 102 to 105)

Page 106

ALEXANDER GOLDFARB

1
2  Q.   And what's she do for
3  self-employment?
4      A.   She's a --
5      THE WITNESS:  Randy, may I ask a
6  question?
7      MR. SELLIER:  Yeah, could -- we're
8  getting a little far afield here, Kendall.
9  I'm not sure it matters.
10     But you can answer.  Go ahead.  We'll
11 watch this.
12     THE WITNESS:  Ask my question to you,
13 is it off the record?
14     MR. SELLIER:  No.  Do you want to
15 give me a call?
16     THE WITNESS:  Yes.
17     MR. WANGSGARD:  Let's go off the
18 record.
19     (Off the record at 12:12 p.m.)
20     (Back on the record at 12:14 p.m.)
21     MR. SELLIER:  Okay.
22     MR. WANGSGARD:  So we're back on at
23 about 12:14.  Was there a question pending?
24     MR. SELLIER:  You wanted to know what
25 his wife's --

Page 107

ALEXANDER GOLDFARB

1
2      MR. WANGSGARD:  Self-employment is.
3      MR. SELLIER:  -- self-employment is.
4  Go ahead, he can answer that.
5      A.   Yeah, she's a music teacher.
6  BY MR. WANGSGARD:
7      Q.   What's her approximate income yearly?
8      A.   $20,000.
9      Q.   Have you ever met her -- or did you
10 know her during the relevant period, so let's
11 say up through March of 2018, or did you meet
12 her after the events --
13     A.   No, I met her last year or a year
14 before that.
15     Q.   Does she have any relation to -- does
16 she have any relation to Marina Litvinenko,
17 friends or otherwise?
18     A.   They know each other.
19     Q.   Did they meet through you?
20     A.   They met through me, yes.
21     Q.   Oh, this is March 2018?
22     A.   Maybe before that.  I don't remember.
23     No, but, no, of course, because it's
24 when we met, so post 2018 clearly.
25     Q.   You met your current wife at a party

Page 108

ALEXANDER GOLDFARB

1
2  sometime in 2019, '20, or '21?
3      A.   Yes, I would say so.  I have to
4  remember when we met, but it was a couple of
5  years before we got married.  And then sometime
6  later, she met Marina when Marina visited, and
7  she visited in 2018 when we filed the complaint.
8      Q.   Just to put a bookmark in it or an
9  end mark on it, you met your wife after the
10 complaint was filed.  Is that correct?
11     A.   No, I met her shortly before, but she
12 was not my wife at the time.
13     Q.   Got it.  And you got married
14 thereafter.
15     A.   I got married exactly one year ago.
16     Q.   And approximately what is her age,
17 just...
18     A.   Her age is approximately
19 50-something.
20     Q.   In her 50s?
21     A.   Yeah.
22     Q.   All right.  I think I'll move on from
23 there and focus a little bit more on your
24 background.
25     Were you born in approximately 1947?

Page 109

ALEXANDER GOLDFARB

1
2  Is that correct?
3      A.   Yes, exactly.
4      Q.   Was that in Moscow?
5      A.   Yes.
6      Q.   Did you grow up in Moscow?
7      A.   Yes.
8      Q.   And did you attend school in Moscow?
9      A.   Yes.
10     Q.   Did you wind up going to university?
11     A.   Yes.
12     Q.   And where was that?
13     A.   It was Moscow State University.
14     Q.   And did you graduate from Moscow
15 State University?
16     A.   Yes.
17     Q.   Approximately when?
18     A.   1969.
19     Q.   And did you receive a bachelor's
20 degree of some sort?
21     A.   It was master's degree in '69.
22     Q.   Did you receive a bachelor's before
23 1969?
24     A.   Yeah.  It was probably '67.
25     Q.   And was that a BA or a BS or...

28 (Pages 106 to 109)

Page 110

ALEXANDER GOLDFARB

1
2      A.   It's a different system, so there is
3  no formal bachelor's degree.  It goes straight
4  to master's like the German system.  It's not
5  the British system.
6      Q.   So in 1969 you received a master's
7  from Moscow State University.
8      A.   Yes.
9      Q.   And what was the subject of that
10 degree?
11     A.   Biochemistry.
12     Q.   So tell me what -- you know, what
13 does a degree in biochemistry entail?
14     A.   Degree in biochemistry entails
15 research in basic fields of biology.  It's in a
16 basic field of biology.
17     Q.   So what type of classes do you take?
18 What are the, you know, subjects you are
19 studying?
20     A.   Biology, math, physics, chemistry,
21 physiology, neurology and that sort of thing,
22 but not in the medical sense, in the basic
23 science sense.
24     Q.   So in the sense of the type of
25 physics that you would study, what physics

Page 111

ALEXANDER GOLDFARB

1
2  classes were you taking?
3      A.   I took a regular university class of
4  physics.
5      Q.   Just one?  Just like a --
6      A.   I don't remember at the moment.
7      Q.   Any nuclear-related studies as part
8  of the biochemistry degree?
9      A.   Not at that time.
10     Q.   How about at a later time?
11     A.   I did my Ph.D. in a nuclear research
12 center, although my specific subject had nothing
13 to do with nuclear medicine.
14     Q.   We'll come back to that, but let's
15 talk about what you did for employment after
16 graduating with a master's in 1969.
17     A.   Well, I went to work as a junior
18 scientist in the Soviet Institute of Atomic
19 Energy, which is a national flagship lab in many
20 fields of basic science, with a particular focus
21 on atomic energy.
22     Q.   Did you start there immediately after
23 graduation?
24     A.   Yes.
25     Q.   And how long were you employed at the

Page 112

ALEXANDER GOLDFARB

1
2  Institute of Atomic Energy?
3      A.   Four years.
4      Q.   And what was your specific role
5  there?
6      A.   I was a kind of graduate student
7  there.
8      Q.   And what did that involve on sort of
9  a day-to-day basis?
10     A.   It involved doing research in their
11 biology division on my thesis, which had to do
12 with basic issues of biochemistry, so I did lab
13 experiments and getting guidance and advice from
14 my supervisor.  And eventually I was supposed to
15 write a thesis, which I did not.
16     Q.   You ultimately did not write a thesis
17 or did not write that thesis?
18     A.   I did not write the thesis, so I
19 never finished my Ph.D. program there.
20     Q.   And what sort of nuclear-related work
21 or research went into your activities there?
22     A.   Well, there was not much
23 nuclear-related aspects of my research other
24 than belonging to the lab, which was part of the
25 huge atomic energy and bureaucracy.  Our

Page 113

ALEXANDER GOLDFARB

1
2  division was a biology division, which did
3  biological research to the same extent let's say
4  that a biology lab in -- let's say in an
5  American lab belonging to a national laboratory
6  would do biological research.
7      Q.   Any work or research that touched on
8  polonium-210?
9      A.   No.
10     Q.   Do you know what polonium-210 is?
11     A.   Now, yes.
12     Q.   When did you first learn what
13 polonium-210 is?
14     A.   I first learned it on the -- the name
15 essential- -- well, of course I knew the name
16 from my basic chemistry course, but I first kind
17 of focused on the specific substance on the day
18 the British police told us that Litvinenko was
19 poisoned with polonium-210, and it took me
20 probably 20 minutes to figure out what it was on
21 the internet.
22     Q.   When you were studying at the
23 Institute of Atomic Energy, did any of the
24 biology work that you were working on relate to
25 absorption or other physiological effects of

29 (Pages 110 to 113)

Page 114

ALEXANDER GOLDFARB

1
2  radioactive materials or radioactivity?
3     A.   None whatsoever.
4     Q.   Are others -- you know, I'm just
5  trying to understand the connection between
6  studying biology at an institute of something
7  called the Institute of Atomic Energy.
8         Was anyone else who was studying your
9  subject, biology, focused on anything related to
10  atomic energy, the intersection of atomic energy
11  and biology?
12    A.   Not in our department, as far as I
13  can tell.  Our department was a pure -- how you
14  call it? -- pure basic research which had no
15  relation to applied aspects such as medicine,
16  defense, economy, and so on.
17    Q.   Not in your department, but were
18  there other departments then --
19    A.   The other departments were behind the
20  wall, and we had no idea what's going there,
21  what's going on there.
22    Q.   When you say the wall, is that a --
23    A.   The wall is the security screen
24  between different departments.  It was a --
25  everything was -- in Russia was very secure.

Page 115

ALEXANDER GOLDFARB

1
2     Q.   And is that wall because those other
3  departments related to, for example, security or
4  defense or weapons?
5     A.   Yes, yes.  That was the institute
6  that was involved in creating Russian bomb in
7  the '50s.
8     Q.   And after you graduated in 1969, how
9  did you choose to go continue sort of your work
10  and research at the institute?
11    A.   Well, it's a marketplace in a way.
12  Fresh graduates are choosing their thesis
13  advisors, and thesis advisors around town are
14  choosing students to do graduate work.  And it
15  so happens that my thesis advisor chose me, and
16  I started doing this thesis research in his
17  laboratory which belonged to Atomic Energy
18  Institute.
19    Q.   Who was your thesis advisor?
20    A.   His name was Professor Khesin,
21  K-H-E-S-I-N, Roman Khesin.  He is a famous
22  Russian Soviet biologist.
23    Q.   And what was the name of his lab?
24    A.   It was -- I don't remember.  It -- I
25  don't remember.  It was something to do with

Page 116

ALEXANDER GOLDFARB

1
2  biochemistry of genetics processes.
3     Q.   Anything related to the effect of
4  atomic energy on biological processes?
5     A.   No.
6     Q.   And the thesis that you were working
7  on but you didn't finish there, what was the
8  subject or...
9     A.   It was -- the subject was the
10  mechanism of genetic transcription, which is an
11  aspect of gene expression in bacteria.
12    Q.   Ultimately it sounds like you didn't
13  complete your Ph.D. there, but you obviously
14  have a Ph.D.  Is that correct?
15    A.   Yes.
16    Q.   And you completed that somewhere else
17  at some later time?
18    A.   Yes, in Israel.
19    Q.   And when was that?
20    A.   Let me see.  1980 or so.  Maybe '79
21  or '80.
22    Q.   Why was what you were working on in
23  the USSR in the field of biology, why was that
24  conducted at the Institute of Atomic Energy as
25  opposed to elsewhere?

Page 117

ALEXANDER GOLDFARB

1
2     A.   Because the Institute of Atomic
3  Energy had the biology division, and they were
4  involved in basic biological research.
5  Institute of Atomic Energy is a huge institution
6  employing probably a couple of thousands of
7  scientists and comprised of probably a hundred
8  labs in every field of basic science; chemistry,
9  physics, nuclear physics, biology, biochemistry,
10  and so on.  And so that's how it was there; to
11  the same extent that national labs of US Atomic
12  Energy Commission have labs doing all kinds of
13  science.
14    Q.   Does the name Andrei Sakharov, is
15  that familiar to you?
16    A.   Yes.
17    Q.   Who is Mr. Sakharov?  Which is, if
18  I'm not mistaken, S-A-K-H-A-R-O-V.
19    A.   He is a famous physicist who is
20  credited with the design of Russian hydrogen
21  bomb, who later fell off with the Soviet
22  government and became a prominent human rights
23  activist and human rights defender and who
24  eventually was awarded a Nobel Peace Prize for
25  his human rights work.

30 (Pages 114 to 117)

Page 118

ALEXANDER GOLDFARB

1
2    Q.   And when did you meet Mr. Sakharov?
3    A.   I met him in 1973 when I was no
4 longer employed by the Atomic Institute.
5    Q.   Why did you ultimately leave
6 employment at the Atomic Institute?
7    A.   I left the employment of the Atomic
8 Institute at the request of my thesis advisor.
9 It was early 1973, and he requested that I
10 resign because I told him that I will be seeking
11 immigration visa from the -- exit visa from the
12 Soviet Union, which at the time was considered
13 an ultimate declaration of disloyalty to the
14 regime.
15        So when I told my thesis advisor that
16 this is what I was planning to do, he said
17 "They'll fire you anyway, so why don't you
18 resign, which will save me a lot of
19 aggravation," and I did because I was on very
20 good terms with the man.
21    Q.   When you received your degree in
22 1969, was that spring of '69?
23    A.   I don't -- '69 from the Moscow
24 University, my master's degree?
25    Q.   Yes.

Page 119

ALEXANDER GOLDFARB

1
2    A.   It was spring of 1969, yes.
3    Q.   And then you started at the Atomic
4 Institute shortly thereafter?
5    A.   Actually I started even a little bit
6 earlier as a student who was coming to the lab
7 to work while I still was at the university.
8 But, yeah, I would say a few months before that,
9 before my graduation, I started working in
10 Khesin's lab.
11    Q.   And then when in 1973 was it
12 suggested to you that you submit your
13 resignation?
14    A.   It was sometime in early spring,
15 probably in April, that I came to him and said I
16 had enough, "I will be seeking to emigrate."
17 And he said, "You know what, why don't you do
18 this favor to me and resign," and I said sure.
19    Q.   Why did you choose that time to seek
20 your exit visa?
21    A.   Seeking an exit visa in the Soviet
22 Union was a big issue because emigration was
23 prohibited.
24        Only certain categories of people
25 were not only allowed to seek an exit visa but

Page 120

ALEXANDER GOLDFARB

1
2 even were thinking about it, and being Jewish
3 was one of those reasons.
4        To seek an exit visa as a Jew, you
5 would argue that you want to go to Israel as a
6 Jew, so that was a big trend at the time in
7 Russia.  And there are many people -- relatively
8 many people, thousands, who were leaving using
9 that route, and I figured out that I want to get
10 out of the Soviet Union for political reasons
11 essentially.
12    Q.   And what were those political
13 reasons?
14    A.   I disagreed with the Soviet basic
15 tenets and communism and couldn't see myself
16 making a career in the Soviet science and
17 staying sane and in good conscience.
18    Q.   And when did you meet Mr. Sakharov?
19    A.   I met Mr. Sakharov a couple of months
20 after I resigned from Kurchatov Institute in
21 Moscow.
22    Q.   And how did that meeting come about?
23    A.   Mr. Sakharov was actually at the time
24 involved in a big public, very public, conflict
25 with the Soviet government, and he was arguing

Page 121

ALEXANDER GOLDFARB

1
2 against many Soviet policies from, you know,
3 nuclear tests to human rights.
4        And he was actually well-known to
5 everybody in town and around town because he was
6 giving interviews to Western media, which came
7 back to Moscow through Western broadcasts like
8 the Voice of America, for example.
9        And at the time -- and he didn't know
10 English, by the way, didn't know English good
11 enough and I knew English reasonably well.  And
12 somebody who was helping Mr. Sakharov
13 communicate with the English speaking world,
14 that is, foreign correspondents in Moscow,
15 somebody who was actually acting as his
16 interpreter suddenly got an exit visa and was
17 leaving the country.  So -- and I knew that
18 person, and he said "Would you mind taking my
19 place as Professor Sakharov's interpreter and
20 translator," and I said yes.
21        And this person brought me to
22 Sakharov's apartment and that's how I met him.
23 It was probably May or June 2073.
24    Q.   1973?
25    A.   Yes.

31 (Pages 118 to 121)

Page 122

ALEXANDER GOLDFARB

1
2    Q.    What was he doing, you know, for a
3  living at the time?
4    A.    Who?  Sakharov?
5    Q.    Yes.
6    A.    Well, he was top establishment, and
7  he was getting whatever members of the
8  academy -- he was a full member of the Russian
9  Academy of Sciences, and they got -- were
10  receiving allowance from the academy.  I guess
11  that was his main income.  That's as far as I
12  know.
13    Q.    Did you work with him on any of his
14  scientific projects?
15    A.    No.
16    Q.    Did you work for him in any other
17  capacity other than as a translator or
18  interpreter?
19    A.    No.
20    Q.    Did you travel with him?
21    A.    No.  He didn't travel and I didn't
22  travel with him.
23    Q.    And when he was giving interviews to,
24  you know, Western outlets or individuals, was
25  that in Moscow or was that elsewhere?

Page 123

ALEXANDER GOLDFARB

1
2    A.    It was in Moscow, mostly in his
3  apartment.
4         Actually my first meeting with him
5  was to translate his interview, which I believe
6  became a cover story in Newsweek, and ever
7  since, I just met him socially mostly in his
8  apartment and usually in the context of him
9  communicating with foreign correspondents or
10  visiting foreigners.  For example, I think I
11  brought a US senator to visit him in Moscow and
12  it was '74.
13    Q.    Ultimately you received an exit visa.
14  Is that correct?
15    A.    That is correct.
16    Q.    And when did that occur?
17    A.    It was spring 1975.
18    Q.    In between when you resigned in
19  spring of '73 and spring of '75 when you
20  received your exit visa, did you have any other
21  employment besides working with Mr. Sakharov as
22  an interpreter?
23    A.    I tutored privately.
24    Q.    In biology or some other subject?
25    A.    Biology.

Page 124

ALEXANDER GOLDFARB

1
2    Q.    And what level of tutoring?
3    A.    Mostly kids for their university
4  entry exams.  And I translated.  And once I got
5  $500, which was a lot of money at the time, from
6  a Moscow New York Times correspondent by the
7  name of Hedrick Smith, who was writing a book
8  about Russia, and I helped him find sources.
9    Q.    Did Mr. Sakharov face any sort of
10  repercussions from within the USSR government
11  for sort of the Western-related interviews or
12  interactions he was having?
13    A.    Yes.
14    Q.    Can you describe those.
15    A.    Shortly after I left, I think it was
16  the end of 1975, he was exiled to a provincial
17  city of Gorky, which is at the time -- presently
18  is Nizhny Novgorod, but at the time it was
19  called Gorky, and he spent there five years
20  essentially confined to his apartment, under
21  virtual house arrest, where he could no longer
22  meet any foreigner, and he -- his family was put
23  under tremendous pressure.
24         He held a hunger strike, he was
25  force-fed, and in the end he was released by

Page 125

ALEXANDER GOLDFARB

1
2  Mikhail Gorbachev when the reform- -- Gorbachev
3  reforms started, but for five years he was in
4  bad shape.
5    Q.    Were you in contact with him during
6  that five-year period of exile?
7    A.    No.
8    Q.    Did you reestablish contact with him
9  at some point after he was released?
10    A.    Yes.  When Gorbachev allowed him to
11  come back to Moscow and Sakharov became sort of
12  a national hero for a reform-minded Russian, I
13  immediately established contact with him.  And
14  as an example, when he gave his first interview
15  to American television over a satellite link, I
16  was sitting in the studio of NBC News in
17  New York translating.
18    Q.    What year was that?
19    A.    '80- -- let me see.  It was probably
20  '86.
21    Q.    Do you recall who the senator was
22  that visited him in Moscow before, you know --
23    A.    Yes.
24    Q.    -- 1974?
25         Who was that?

32 (Pages 122 to 125)

ALEXANDER GOLDFARB

1
2    A.   James Buckley.
3    Q.   And how did that meeting come about?
4   How was it arranged?
5    A.   Well, there was a sort of underground
6   network of several hundred individuals who for
7   one or other reasons had problems with the
8   authorities.  We were all closely watched by the
9   KGB, of course.
10       And when Buckley visited Moscow, I
11  actually met him on the street.  Somebody
12  introduced me to him, and he said -- and I was
13  introduced to him because it was known that I'm
14  associated with Sakharov, and he said "I want to
15  visit him," and I said sure.  So I brought him
16  to his apartment, to Sakharov's apartment.
17       Q.   Do you know what the purpose of his
18  visit to the USSR was?
19       A.   Well, he was an influential senator
20  in the United States, a very -- it was -- I
21  don't remember.  Was it -- it was Nixon
22  administration, and he was a Republican and the
23  whole issue of Soviet-American relations was
24  very much on the agenda.
25           And Nixon and Kissinger were pushing

ALEXANDER GOLDFARB

1
2   for some sort of a rapport with the Soviet
3   government, and there was opposition to that,
4   mostly led by Senator Henry Jackson, a Democrat.
5   And at the time there was legislation debated in
6   the United States about blocking some economic
7   benefits, trade benefits, to the Soviet
8   government unless and until the Soviet
9   government allows free emigration.
10          This legislation later became known
11  as Jackson Amendment to the trade bill, and
12  Sakharov was the one who spoke strongly in favor
13  of the Jackson Amendment, and essentially, in
14  the larger sense, in favor of Western
15  legislative sanctions against the Soviet Union
16  on the subject of human rights.
17          So this was the context of the
18  Senator Buckley visit, and Sakharov forcefully
19  explained to him why pressuring the Soviet
20  government through economic sanctions is in the
21  interests of the humanity at large, and I
22  translated it.
23      Q.   Did that meeting occur at Sakharov's
24  apartment?
25      A.   Yes.

ALEXANDER GOLDFARB

1
2    Q.   How long was it, if you recall?  An
3   hour, five hours?
4    A.   No, it was between one and two hours.
5    Q.   Was Mr. Sakharov ultimately awarded
6   the Nobel Peace Prize?
7    A.   Yes.
8    Q.   And what's your understanding of what
9   that was for?
10       A.   It was for his public activity on
11  behalf of human rights and peace and fostering
12  better understanding of -- between East and
13  West, but I don't remember of course the exact
14  wording.
15       Q.   It sounds like it took you
16  approximately two years to obtain the exit visa.
17  Is that correct?
18       A.   Yes.  Yes.
19           If I may, I should say that initially
20  when I applied for exit visa, my application was
21  turned down and I became what's known as a
22  refusenik.  That is a person whose exit
23  application was refused, and it was in the fall
24  of '73.  So -- and then in the spring of '75, I
25  was told that I can leave.

ALEXANDER GOLDFARB

1
2    Q.   Did you have to reapply after it
3   was --
4    A.   No.  I was called in to department of
5   the Police Ministry, and they told me that "You
6   better get out of here as soon as you can or
7   else, so you have a visa."  They gave me the
8   visa.
9    Q.   What was your understanding of the
10  basis for the initial refusal?
11       A.   The basis for initial refusal was a
12  policy of refusing educated people from leaving
13  the country in order to contain brain drain from
14  the Soviet Union.  Officially it was because
15  it's not in the interests of Soviet -- it's not
16  in the Soviet national interest, something to
17  that effect.
18       Q.   Did you ever consider defecting or
19  otherwise trying to leave the country without
20  authorization?
21       A.   Well, no, because that would entail
22  the risk of being shot at the border.
23       Q.   At that time in the USSR, was it
24  necessary to get an exit visa even if it was for
25  travel, to the extent you were allowed to travel

Page 130

```
                ALEXANDER GOLDFARB
1
2    outside of the --
3        A.   No.  Nobody was getting a visa.
4    There were no essentially private visas.  There
5    were probably for, you know, marriage purposes,
6    but travel abroad was something which was
7    reserved for the privilege elite, and in every
8    case involved a loyalty check.  My father
9    traveled a lot when he was -- when I was a kid,
10   but then everything stopped.
11       Q.   Were your parents still alive in
12   1975?
13       A.   Yes.
14       Q.   Were they in Russia or the USSR?
15       A.   Yes, they stayed back.
16       Q.   Did you consult with them about your
17   decision to emigrate?
18       A.   Yes.
19       Q.   And what was their take on that?
20       A.   Well, my father was the principal
21   decision-maker in that respect, and he actually
22   blessed it, blessed my decision, because he was
23   of the same attitude towards the Soviet power.
24   And he was actually happy that I left because he
25   felt, and he said this explicitly, that if I
```

Page 131

```
                ALEXANDER GOLDFARB
1
2    don't get out, I'll end up in jail.
3        Q.   Is that because of political
4    activities you were engaged in?
5        A.   Yes, because of Sakharov and similar
6    things like passing.  I was involved in, you
7    know, the pipeline of getting information of
8    human rights abuses in the -- in and outside the
9    gulag to the foreign correspondents in Moscow,
10   which will then be publicized in the West.
11       Q.   Were you engaged in those activities
12   prior to first applying for an exit visa?
13       A.   At about the same time.  I applied
14   for a visa and went headlong into these
15   activities because my calculation essentially
16   was that I have to bring myself to the level
17   where they would have no choice, to jail me or
18   to kick me out.
19       Q.   After an initial refusal, obviously
20   your exit visa was granted in 1975 and you then
21   left the USSR.  Is that correct?
22       A.   Yes.
23       Q.   When's the last time you were back to
24   Russia or what is now Russia?
25       A.   The first time, the first time I went
```

Page 132

```
                ALEXANDER GOLDFARB
1
2    back to Russia was in 1987, I think, or '86.  I
3    don't remember exactly.  It was '86 or '87.  I
4    have to double-check if you're interested.
5        Yes, when Gorbachev untightened the
6    screws and proclaimed his policies of openness
7    and restructuring, they allowed me to visit
8    Moscow.  I was not a Russian -- Soviet citizen
9    any longer, and I went there, yes, with the
10   assignment actually from The New York Times
11   Magazine to write about my experiences back in
12   Moscow.
13           MR. SELLIER:  Hang on a second, maybe
14   I misheard -- misunderstood the question.
15   Was the question the last time he was in
16   Russia?
17   BY MR. WANGSGARD:
18       Q.   What was the most recent time you've
19   been in Russia?
20       A.   Oh, I'm sorry, I thought it was the
21   first time.  So the first time was in '86.  The
22   last time I was in Russia was in I think
23   September or October 2000.
24       Q.   Have you sought to go back since fall
25   of 2000?
```

Page 133

```
                ALEXANDER GOLDFARB
1
2        A.   Since I was there in 2000, I was --
3    well, it's hard to explain that I sought it.  I
4    was invited to visit Russia I think in 2013.
5    After Mr. Berezovsky died, I was invited to come
6    to Russia by a TV program, Russian TV program.
7    I think it was Channel One or one other major
8    network, but -- and they tried to arrange a visa
9    for me to visit Russia, but they couldn't, so I
10   didn't go.
11       Q.   I'll touch on that a little bit
12   later.
13           Where did you go immediately upon
14   exiting the USSR on your immigration visa?
15       A.   In '75, I went to Israel via Vienna.
16       Q.   Do you recall giving an interview
17   with the Harvard newspaper, the Harvard Crimson,
18   in approximately 1975?
19       A.   Very possibly.
20       Q.   Do you know if in that -- or do you
21   recall if in that interview you told the Harvard
22   Crimson that you left the USSR because you
23   possessed secret military and warfare
24   information?
25       A.   I left -- sorry, what did I say?
```

34 (Pages 130 to 133)

Page 134

ALEXANDER GOLDFARB

1
2     Q.   Do you recall if you told the Harvard
3  Crimson that you left -- one of the reasons why
4  you left the USSR was because you possessed
5  secret military and warfare information
6  important to the security of the Soviet state?
7     A.   I don't remember it, and I should say
8  that I couldn't have said this to Harvard
9  Crimson or anybody else because I never
10 possessed secret information or military
11 information.  If you could give me an exact
12 quote or show me that article.
13    Q.   We might do that, but we'll move on.
14       Do you recall telling that
15 publication that your work in Moscow involved,
16 quote, physiological biochemistry?
17    A.   I could have told that.  It's not an
18 exact rendition, but, yeah, that's what I was
19 doing.
20    Q.   And what -- how do you define
21 physiological biochemistry of that --
22    A.   It's a basic -- well, if I said this,
23 I definitely didn't mean that it has anything to
24 do with human -- or animal, for that matter --
25 physiology.  That means the functioning of the

Page 135

ALEXANDER GOLDFARB

1
2  human or animal organism.
3       My subject was study of basic
4  biochemical processes in bacterium, so -- but
5  there is a physiology of bacterium.  So with
6  that caveat, that probably is a correct
7  description of what I was doing.
8     Q.   Did any of that involve the study of
9  how a living organism breaks down chemical
10 substances such as radiation?
11    A.   Well, radiation is not a substance,
12 and my research had nothing to do with that sort
13 of thing.  My research, as I already mentioned,
14 had to do with how genes of a living organism,
15 specifically bacteria, are expressed to provide
16 for the functioning of that organism.
17       MR. WANGSGARD:  This is probably a
18    good time for a lunch break if everyone's
19    on board with that.
20       MR. SELLIER:  Okay.
21       (Lunch recess taken at 1:06 p.m.)
22       (Back on the record at 1:48 p.m.)
23       MR. WANGSGARD:  All right, so we're
24    back on at about 1:48.
25 BY MR. WANGSGARD:

Page 136

ALEXANDER GOLDFARB

1
2     Q.   You know, before the break, we had
3  discussed a Harvard Crimson article that I'd
4  like to show you, so I will share my screen.
5       And so hopefully up is -- it's a
6  little difficult to read, so let me know if you
7  can see that, Dr. Goldfarb?
8     A.   Yes, I can see that.
9       MR. WANGSGARD:  This is a five-page
10    document that I guess I'll put in as
11    Exhibit B just for clarity.
12       (DEPOSITION EXHIBIT B MARKED
13        FOR IDENTIFICATION at 1:49 p.m.)
14 BY MR. WANGSGARD:
15    Q.   Sorry, it's a one-page document with
16 four pages of advertisements that are not
17 relevant, so I'll focus on just Page 1.
18       Do you recognize this article?
19    A.   Vaguely.
20    Q.   Do you remember -- does this refresh
21 your recollection as to whether or not you spoke
22 with Harvard Crimson in approximately middle of
23 1975?
24    A.   I don't remember, but I could have.
25 Could very well have.

Page 137

ALEXANDER GOLDFARB

1
2     Q.   And the title of this article is
3  "Soviet Dissident Credits Westerners for His
4  Emigration."
5       Do you recall this article coming out
6  around that time?
7     A.   I don't remember, but it probably did
8  come out about that time.
9     Q.   I'm going to focus on a couple
10 passages here, but if you would like to review
11 the whole document, let me know and you're
12 entitled to do that.
13    A.   Sure.
14    Q.   Do you know if you're the Alexander
15 Goldfarb referenced here as a Jewish molecular
16 biologist who recently emigrated from the Soviet
17 Union to Israel?
18    A.   Yes.
19    Q.   Do you remember being in the
20 Cambridge, presumably Massachusetts, area in
21 1975 on or near the Harvard campus?
22    A.   Yes.
23    Q.   Do you remember what's referenced
24 here in Paragraph 2, an informal discussion that
25 you gave at MIT?

35 (Pages 134 to 137)

Page 138

ALEXANDER GOLDFARB
1
2    A.   Yes.
3    Q.   So this article under the heading in
4 bold "Military Info," and I'll read it.  It says
5 that:
6         "Goldfarb said he was initially
7         refused permission to emigrate on the
8         grounds that he possessed secret military
9         and warfare information important to the
10        security of the Soviet state."
11        Do you remember telling anyone
12 associated with Harvard that you possessed such
13 information?
14   A.   No, I never said that I possessed
15 such information.  I said that I was refused
16 permission on the grounds that I possessed this
17 information, which I really did not.  So what I
18 said, it was the reason for refusing me
19 permission, and the reason was wrong
20 essentially.
21   Q.   So was it that the article
22 inaccurately portrayed something you had said to
23 the interviewer?  Is that --
24   A.   No.  The article is portraying
25 everything very accurately.  The article says

Page 139

ALEXANDER GOLDFARB
1
2 that I was initially refused permission to
3 emigrate on the grounds that I possessed
4 information, but I never said that I possessed
5 information.  I actually denied that I possessed
6 any information in the next paragraph.
7    Q.   So focusing on the first paragraph,
8 is that a reason that the Soviet government gave
9 to you --
10   A.   That is right.  This is --
11   Q.   -- (indiscernible) --
12        (Indiscernible crosstalk.)
13        (Reporter clarification.)
14        MR. SELLIER:  Alex, remember the
15 rule?  Let Kendall finish.
16   A.   Yes, Kendall, go ahead.  Sorry.
17 BY MR. WANGSGARD:
18   Q.   So was the reason you were given by
19 the Soviet government when you were denied your
20 exit visa in 1973, did they give as a reason --
21 and "they" being the government or government
22 agents of the USSR -- tell you that the basis
23 for your denial was because you had state
24 secrets?
25   A.   That is correct.

Page 140

ALEXANDER GOLDFARB
1
2    Q.   But you did not -- your testimony is
3 that you did not in fact have state secrets?
4    A.   My testimony is that -- my testimony
5 is that I didn't have any state secrets in my
6 possession, and my testimony is that the article
7 that you're showing me never says that I stated
8 otherwise, that I had these secrets.
9    Q.   Right, but the article is correct in
10 stating that you -- it's correct in relaying
11 that you stated that it was stated to you that
12 that was the basis for your denial whether or
13 not --
14   A.   Yes.
15   Q.   Got it.  Okay.  That's all I have on
16 Exhibit B.
17        At any point did the Soviet
18 government cite your work at the Institute of
19 Atomic Energy as a basis for denying your exit
20 visa?
21   A.   Yes.
22   Q.   And what was the substance of that
23 discussion or --
24   A.   The substance of that discussion was
25 that "You are being denied exit visa because we

Page 141

ALEXANDER GOLDFARB
1
2 believe that your work in the lab constitutes
3 military -- not military -- "constitutes
4 information important for the national
5 security."
6        And I might add that this is not
7 true.
8    Q.   It's your assessment that none of the
9 work you were doing while studying in Moscow had
10 any bearing on Soviet security or defense?
11   A.   It is indeed my assessment, which is
12 corroborated by some evidence which I can cite.
13   Q.   And just so we're clear, none of that
14 work involved polonium-210.
15   A.   None of this involved polonium-210 or
16 anything else related to nuclear matters.
17   Q.   After your exit visa was initially
18 denied, it was later granted in 1975?
19   A.   Yes.
20   Q.   And if I've got it correct, earlier
21 you were told in sum and substance to pack up
22 and get out.  Is that a fair assessment?
23   A.   Yes.
24   Q.   How quickly after you were told that
25 did you physically leave the USSR?

36 (Pages 138 to 141)

Page 142

ALEXANDER GOLDFARB
A. Within a month approximately.
Q. When did you and your first wife determine to divorce because you were seeking to emigrate? Was that when you first applied for the exit visa or when it was granted or somewhere in between?
A. It was before I first applied. That is sometime early in '73.
Q. Was that finalized by 1975 when you left?
A. No, it was finalized in 1973 before I applied.
Q. So when you say finalized, the divorce decree had actually been granted in 1973.
A. Yes.
Q. Where did you go immediately upon emigrating out of the USSR?
A. To Israel.
Q. And how long were you in Israel?
A. Approximately five years.
Q. Were you living in -- where were you living?
A. I was living in the town called

Page 143

ALEXANDER GOLDFARB
Rehovot, R-E-H-O-V-O-T.
Q. Besides, you know, personal possessions, did you take anything with you when you emigrated?
A. I did send out something which is not my personal possessions, so to say, but I did take it out with me.
Q. What was it that you sent?
A. It was the comprehensive records and notes of my research at the Atomic Institute.
Q. Did the institute know you were taking the notes and records?
A. I don't know about whether the institute knew, but it was reported in the New York Times.
And actually I notified that I am taking out -- I'm sending out my records several government agencies, including the KGB, the Ministry of Police, which was in charge of the exit visa, and the Soviet Academy of Sciences.
So I sent them certified letters notifying them that I'm sending these documents out by mail and with other means, and essentially challenge you to arrest me for

Page 144

ALEXANDER GOLDFARB
disclosing state secret if these documents contain any state secret. Otherwise, I would consider reasons for denying me exit visa false. And this was covered by a specific article in the New York Times at the time.
Q. How did you select Israel as the place to which you would emigrate?
A. Because the exit visa specify that I'm being allowed to leave to Israel.
And I should add that when I left, I was forced to renounce my Soviet citizenship, so this piece of paper that they gave me said "Destination Israel" and I couldn't go anywhere else.
Q. I think you previously testified there was approximately a two-year period between first applying for the exit visa and it being granted. Is that correct?
A. Correct.
Q. And that shortly after or around the time that you first applied in 1973, you resigned your position?
A. I resigned my position sometime before I applied.

Page 145

ALEXANDER GOLDFARB
Q. Before applying, as a favor to Professor Khesin?
A. Yes.
Q. When did you send the notes and collected materials out of the country?
A. It was sometime in '74, probably six months before I received exit visa or so, which can be very easily confirmed by the date line of the article in the New York Times.
Q. And when did you send the certified letters to the various government agencies advising them that you were going to or that you had sent these documents out?
A. Say it again?
Q. The first question is, did the letter advise them that you were planning to send the documents out of the country or that you had already sent the documents out of the country?
A. The notification said that I already have sent it out.
Q. The notification was that you had already sent the documents out.
A. That's correct.
Q. Where did you send them to?

Page 146

ALEXANDER GOLDFARB

1
2    A.   I send them to the Weizmann Institute
3  in Israel, I send them to a colleague at MIT in
4  Boston, and that's all I remember at the moment.
5  Maybe somewhere else.
6    Q.   At the time you sent them, your visa
7  was currently in the denied status.  Is that
8  correct?
9    A.   That is correct.  That was kind of a
10  ploy to force their hand to either getting me a
11  visa or putting me on trial for treason or
12  something like that.
13    Q.   What, you know, in general terms or
14  as specific as you can be if there's -- do you
15  recall what was in the notes?  Like what...
16    A.   In the notes were my lab journal
17  where I recorded for almost a year my
18  experiments, the way they were developing, some
19  notes, some conclusions, some thoughts.  What is
20  normally called in research science lab journal.
21    Q.   You know, what's the quantity?  How
22  much -- how many pages approximately?
23    A.   Well, it's probably -- it's kind of a
24  notebook.  Probably less than a hundred pages,
25  more than 50 pages.

Page 147

ALEXANDER GOLDFARB

1
2    Q.   Is that the totality of what you sent
3  or is that just the lab book?
4    A.   That's the totality of my lab book.
5  That's what I essentially sent.
6    Q.   Was there anything outside of the lab
7  notebook that you sent?
8    A.   No.
9    Q.   And how did you elect MIT and the
10  Weizmann Institute as the places you would
11  send --
12    A.   Well, the Weizmann Institute was
13  the -- I'll call it the top science institution
14  in Israel, where I ended up working later.  And
15  MIT was simply because I had a colleague there
16  so I could put a name on the address.
17    Q.   Do you recall the name of that
18  colleague?
19    A.   I think it was Professor Jonathan
20  King, K-I-N-G.
21    Q.   And were you working with colleagues
22  at either MIT or Weizmann, or were you on this
23  research?  Why would they be interested, I
24  guess?
25    A.   No, I was not working with them, but

Page 148

ALEXANDER GOLDFARB

1
2  their work were in the same field.  Jon King's
3  was in the same field, and I knew him personally
4  from his visit to Moscow earlier on, and that's
5  what I did.
6    Q.   And what was the nature of the
7  experiments that you were doing as part of your
8  studies that would have been reflected in these
9  lab journals?
10    A.   The nature of those experiments
11  was -- as I said, was studying the biochemical
12  mechanism of gene expression in a particular
13  harmless bacterium which pertained to the basic
14  scientific -- the basic biochemical problems at
15  that time.
16    Q.   After you arrived in Israel and for
17  the five years approximately that you were
18  there, did you maintain contact with your
19  ex-wife at all?
20    A.   No.
21    Q.   How about your parents back in the
22  USSR?
23    A.   Oh, yes.
24         Oh, sorry.  I did maintain contact
25  with my ex-wife indirectly through my parents

Page 149

ALEXANDER GOLDFARB

1
2  because I had a child left in Russia at the time
3  by my ex-wife, and I was sending, you know,
4  money, clothing and that sort of thing through
5  my parents to her.
6    Q.   Was it just the one child with your
7  first wife?
8    A.   Yes.
9    Q.   Did you have any children with your
10  second wife?
11    A.   No.
12    Q.   Do you have any other children or
13  just the one?
14    A.   By second wife, you mean Svetlana?
15    Q.   Yes.
16    A.   No, I had no children with Svetlana,
17  but I have a child before Svetlana.
18    Q.   Separate from your first wife?
19    A.   Yes, separate from my first wife and
20  separate from my second wife.
21         Separate from Svetlana.  I had a wife
22  in between.
23    Q.   Is your current wife your fourth
24  wife?  I just want to make sure I'm clear on --
25    A.   Yeah.

38 (Pages 146 to 149)

ALEXANDER GOLDFARB

1
2     Q.   Okay.  What were the dates of your
3  marriage to your second wife?
4     A.   Let me see.  It was approximately
5  from '82 -- or '80- -- no, no, no, no, wait a
6  minute.  Let me collect my thoughts.
7        So it's from '86 approximately to '91
8  or '90.  '86, '90.
9     Q.   And you had a child during that time?
10    A.   Yes.
11    Q.   Do you have any other children other
12 than the two?
13    A.   No, no.  These two.
14    Q.   And why did that second marriage end
15 in approximately 1991?
16    A.   It was a consensual divorce because
17 we kind of drifted apart.
18    Q.   And remind me when you married
19 Svetlana.
20    A.   When I married Svetlana, it was about
21 the time -- so it should be '82 or '83.  I need
22 to refresh my memory.  If you want exact dates,
23 I will send it later.
24    Q.   Is that when you first met her?
25    A.   Yes.

ALEXANDER GOLDFARB

1
2     Q.   And when did you marry her?
3     A.   I married her -- well, let me see.
4        No, that's not when I met her.  I met
5  her in the '90- -- I'm sorry, I mixed up the
6  dates.  I met her and married her shortly
7  afterwards.  It was early '90s, so it should be
8  probably '92.
9     Q.   Were you involved with Svetlana
10 romantically while still married to your second
11 wife?
12    A.   Yes, legally.
13    Q.   So legally married.
14    A.   Legally married, yes, but we
15 separated and then I got involved with Svetlana.
16    Q.   Was your second wife aware of your
17 involvement with Svetlana before the divorce was
18 finalized?
19    A.   Sure.
20    Q.   Besides --
21       MR. SELLIER:  Kendall, hold on a
22 second.  I haven't objected.  It seems very
23 far afield to the subject matter of the
24 case, but, you know, I'm just reserving my
25 rights, but go ahead.

ALEXANDER GOLDFARB

1
2       MR. WANGSGARD:  I'd move on, but I'm
3  just getting the biography straight in my
4  head sort of chronologically who the
5  contacts are, where are the contacts, the
6  nationality of the contacts, and when.
7  BY MR. WANGSGARD:
8     Q.   But my next question would be besides
9  your parents and your ex-wife, who is still in
10 the USSR, at least indirectly, who else did you
11 maintain contact with in the USSR while you were
12 in Israel?
13    A.   Many people.  Essentially all or
14 some, most of the prominent public activists in
15 the dissident movement, including -- let's see.
16 Do you need the names?
17    Q.   If you recall them.
18    A.   I don't recall them all, but, well, I
19 can name Anatoly Sharansky, who took over from
20 me as Sakharov's interpreter and as a spokesman
21 for the dissident community until he was
22 arrested and sent to jail.  I maintained contact
23 with Yuri Orlov, a prominent dissident, until he
24 was arrested and sent to jail.  It was all in
25 the late '70s.  And I maintained contact with

ALEXANDER GOLDFARB

1
2  several of Western, mostly American,
3  correspondents in Moscow.
4     Q.   And what was the nature of your -- of
5  the contact that you maintained with people
6  still in the USSR, besides personal with your
7  parents or your ex-wife and child?
8     A.   Yeah.  Well, the nature was that
9  primarily through the correspondents, I
10 communicated with my family, with my parents,
11 because American correspondents in Moscow at the
12 time had access to the US diplomatic pouch, and
13 through this channel we were able to communicate
14 bypassing Soviet censorship, which opened
15 practically every mail, piece of mail, from the
16 outside.
17       Also I corresponded with the
18 dissidents regarding the ongoing political
19 developments in the dissident movement.
20    Q.   And when you use the term
21 "dissident," I'm just curious what your
22 understanding of that term means.
23    A.   This is kind of an established term
24 in the history of the late Soviet Union.  It is
25 a generic term describing individuals who

39 (Pages 150 to 153)

Page 154

ALEXANDER GOLDFARB

1
2 publicly protested against the Soviet abuses in
3 the field of human rights in various ways, from
4 passing information abroad to the West, to
5 staging demonstrations, through observing
6 political trials, through reporting abuses and
7 torture that the Soviet government subjected all
8 kinds of people.
9     Q.   Earlier you testified, you used the
10 term "refusenik," which my understanding is that
11 that is a term for people who are denied exit
12 visas and perhaps has particular application to
13 Jewish immigrants.  Is that correct?
14     A.   Correct.
15     Q.   Did you when you arrived in Israel
16 associate with other, you know, emigrants, with
17 an E, that had left the USSR to Israel?
18     A.   Yes, I did.
19     Q.   And what was the nature of those
20 relationships?
21     A.   Well, it was mostly social.
22         I should clarify that once I came to
23 Israel, I went back to my science, so I
24 essentially didn't spend much time on political
25 anti-Soviet activism.  So substantively that was

Page 155

ALEXANDER GOLDFARB

1
2 not my major effort.
3     Q.   Did you obtain your Ph.D. while in
4 Israel or complete your Ph.D.?
5     A.   Yes.
6     Q.   And what is your Ph.D. in, degree?
7     A.   Ph.D. is in biochemistry.  I got it
8 in 1980 or '79.  I don't remember correctly.
9     Q.   And what was your dissertation in?
10     A.   It was -- well, if I give you the
11 name, it would be too technical, but it is the
12 same general area; gene expression, basic
13 aspects of gene -- genetic expression in
14 bacteria and bacterial viruses.
15     Q.   Did you have a thesis advisor at the
16 Weizmann Institute?
17     A.   Oh, yes.
18     Q.   And who was that?
19     A.   Professor Violette -- a woman,
20 Violette Daniel.
21     Q.   And what was Professor Violette's
22 field?
23     A.   Genetic expression in bacteria and
24 bacterial viruses.
25     Q.   And was your work at the Weizmann

Page 156

ALEXANDER GOLDFARB

1
2 Institute under a specific department?
3     A.   Yes, it was department of
4 biochemistry.
5     Q.   Where would I go to find a copy of
6 your thesis?
7     A.   Good question.  I certainly don't
8 have it.  It should probably be in the files of
9 the Weizmann Institute if they keep those
10 records.
11     Q.   And you were in Israel for
12 approximately five years?
13     A.   Yes.
14     Q.   Were you at the Weizmann Institute
15 the entire time?
16     A.   Yes.
17     Q.   At some point you left Israel.  Did
18 you go to Germany?  Is that correct?
19     A.   That is correct.
20     Q.   How long after obtaining your Ph.D.
21 did you go to Germany?
22     A.   Right away, actually, even couple of
23 months before I got my Ph.D. by mail from Israel
24 to Germany.
25     Q.   I guess we should say West Germany at

Page 157

ALEXANDER GOLDFARB

1
2 this time for clarification.
3     A.   Yes.
4     Q.   While you were at the Weizmann
5 Institute, did you maintain contact with
6 Jonathan King at MIT?
7     A.   No, no.
8     Q.   Did you reestablish contact with him
9 at any point after sending him your lab
10 journals?
11     A.   Yes.  I met him a couple of times
12 when I was already in New York briefly, but I
13 would say that my journals were of no interest
14 to him.  I never asked him whether he received
15 them.
16     Q.   Do you know if any of his work
17 touched on nuclear energy, atomic energy, or
18 nuclear weapons?
19     A.   Not that I know of.
20     Q.   Do you know if his political
21 activity touched on --
22     A.   Oh, yes.  He was a very prominent
23 activist in the movement against biological
24 weapons in the United States.
25     Q.   Biological or nuclear?

40 (Pages 154 to 157)

ALEXANDER GOLDFARB

1
2     A.   Biological.  Had nothing to do with
3  nuclear.  Germ warfare, so he was campaigning
4  against American germ warfare programs.
5     Q.   While at the Weizmann Institute --
6          (Brief outside interruption.)
7     Q.   -- did any of your coursework or
8  studies relate to nuclear physics?
9     A.   No.
10    Q.   Did any of your coursework or studies
11 relate to radiation?
12    A.   No.
13    Q.   While at the Weizmann Institute, did
14 you have any access to nuclear materials?
15    A.   Using radioactive isotopes is a
16 normal part of any modern biological research,
17 so in that sense, I did have access to research
18 materials which are based on radioactive
19 isotopes.
20    Q.   In what way is the use of radioactive
21 isotopes a normal part of any modern study of
22 microbiology?  To put it more succinctly, how
23 are they used?
24    A.   Well, they're used as molecular
25 tracers of particular components of the cell to

ALEXANDER GOLDFARB

1
2  see how substances are made in the cell, such as
3  DNA or RNA and so on.
4     Q.   Are any polonium isotopes used in
5  that research?
6     A.   No.
7     Q.   Was polonium-210 used in any of that
8  research?
9     A.   No.
10    Q.   Did the Weizmann Institute have
11 access to polonium-210?
12    A.   I don't know.  Not in my work or in
13 the department of biochemistry.
14    Q.   Were you aware of any -- even if it
15 predated your time, any leaks of polonium-210
16 from the Weizmann Institute?
17    A.   I learned about it later on during
18 the Litvinenko case.
19    Q.   What did you learn later on during
20 the Litvinenko case?
21    A.   I learned that at some point before I
22 arrived at the Weizmann Institute, there was an
23 accident with polonium-210 in the department of
24 nuclear physics, and some people got hurt, but
25 this I learned from the press, from the media,

ALEXANDER GOLDFARB

1
2  at the time of the -- Litvinenko's death.
3     Q.   After you left Israel and went to
4  West Germany, where did you go?
5     A.   What did I do?
6     Q.   Where did you go?  Where in Germany?
7     A.   I went to Munich.  I went to Munich
8  and joined the organization called Max Planck
9  Institute for Biochemistry in Munich to do what
10 is called postdoctoral studies.
11    Q.   And what does the Max Planck
12 Institute do?
13    A.   Max Planck Institute is part of the
14 Max Planck Society, which is the national
15 network of government institutes in Germany
16 dedicated to basic research.  So Max Planck
17 Institute for Biochemistry in Munich was doing
18 research in biochemistry, all kinds of research.
19    Q.   Any research related to nuclear
20 physics?
21    A.   No.
22    Q.   Any research related to radiation and
23 its effect on the biology of cells or organisms?
24    A.   No.
25    Q.   Either by you or just at the

ALEXANDER GOLDFARB

1
2  institute at the time, I guess would be --
3     A.   I don't know what was going on in the
4  institute.  As I said, there is a use of
5  radioactive tracers in any modern biochemical
6  experiment basically.  So to that extent, there
7  was isotopes there, but nothing to do with their
8  effect on living organisms or nuclear aspects of
9  that, certainly not polonium.
10    Q.   Do you know if the institute had
11 access to polonium-210?
12    A.   Say it again?
13    Q.   Do you know if the institute had
14 access to polonium-210?
15    A.   I don't know.  I don't think so.
16    Q.   How long were you doing your
17 postdoctoral studies at the institute?
18    A.   Two years.
19    Q.   Was that towards a specific degree or
20 licensure of any sort, or just additional --
21    A.   No.  It was just research, you know,
22 which is part of any standard research career
23 postdoctoral fellowship.
24    Q.   Was there a specific additional
25 thesis or other project that you were working on

41 (Pages 158 to 161)

Page 162

ALEXANDER GOLDFARB

1  
2  for your postdoctoral studies?
3      A.   No.  There were several publications,
4  of course, both I should say in Moscow, from
5  Moscow and from Israel and then from Germany,
6  which were published in peer-reviewed scientific
7  journals, so there were several from Germany.
8      Q.   Why did you ultimately leave Germany?
9      A.   Because my work there was never
10  permanent or tenured.  It was the understanding
11  that I come for a -- it's like -- you know, it's
12  like a fellowship in medicine; you come for a
13  certain period of time, usually two to three
14  years, publish some papers, and then you look
15  for a permanent faculty position elsewhere.
16      Q.   During the time that you were in
17  Israel and then the time that you were in
18  Germany, what was your citizenship?  Which is to
19  say, were you a citizen of either Israel or
20  Germany in a formal sense?
21      A.   Israel all the time.  I got my
22  Israeli citizenship upon arrival in '75 and I
23  still have it.
24      Q.   Are you a dual Israeli-US citizen?
25      A.   Yes.

Page 163

ALEXANDER GOLDFARB

1  
2      Q.   When you left Germany, you came to
3  New York.  Is that correct?
4      A.   That is correct.  I got a position at
5  Columbia and went to New York.
6      Q.   And how did it come about that you
7  got a position at Columbia?  Was that something
8  you applied for or did they recruit you?
9      A.   They advertised the position, I
10  applied.  They called me in for an interview.  I
11  flew to New York, had an interview, and then
12  they made me an offer.
13      Q.   And when you left the Soviet Union
14  and went to Israel, did anyone support you
15  financially that enabled you to emigrate?
16      A.   No.
17      Q.   Did you pay for it yourself with --
18      A.   Yes.
19      Q.   And then did you receive any
20  financial support when you left Israel and went
21  to Germany?
22      A.   I had a fellowship.  It's called Max
23  Planck Fellowship or Max Planck Postdoctoral
24  Fellowship.
25      Q.   And did you receive any sort of

Page 164

ALEXANDER GOLDFARB

1  
2  financial support or other sponsorship when you
3  came from West Germany to New York?
4      A.   No.
5      Q.   When did you start at Columbia?
6      A.   I think it was '82 or about.
7      Q.   When's the last time you prepared a
8  resumé or updated a resumé?
9      A.   My resumé last time was updated -- I
10  mean my research resumé was updated probably
11  around 2002, maybe 2001, when I last applied for
12  a research grant in the US.
13      Q.   Do you still have a copy of that?
14      A.   Sure.
15      Q.   What was your title when you started
16  at Columbia?
17      A.   Assistant professor of microbiology.
18      Q.   Was that a tenure track position?
19      A.   Yes, it was a tenure track position.
20      Q.   Did you receive any promotions while
21  at Columbia to -- for example, to associate
22  professor?
23      A.   No.
24      Q.   Did you ever apply for tenure?
25      A.   No.

Page 165

ALEXANDER GOLDFARB

1  
2      Q.   Why not?
3      A.   Come to think of it, I did come up
4  for tenure.  I'm not sure I formally applied,
5  but I didn't get it.
6      Q.   Do you know why you didn't get it?
7      A.   Oh, you should ask them.  I think my
8  department chairman didn't like me too much
9  because of my political activities.
10      Q.   Do you know who your department
11  chairman was at the time?
12      A.   At the time, his name was Professor
13  Saul Silverstein.
14      Q.   Did you have any discussions with
15  Mr. Silverstein about your political positions
16  or activities?
17      A.   Yeah.  He once told me "You spend too
18  much in politics instead of science and we don't
19  feel you're a good department citizen,"
20  something to that effect.
21      Q.   And approximately when was that
22  discussion where you were labeled --
23      A.   Let me see.  It was sometime in late
24  '80s.  So I probably spent there about six
25  years, so it should be '86 or so.

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 166

ALEXANDER GOLDFARB

1
2      Or wait a minute.  '86 or '87
3  essentially.
4      Q.    After that discussion, did you
5  ultimately leave the employment of Columbia
6  University?
7      A.    Yeah.  I applied for faculty at
8  various institutions and universities, and I got
9  an offer from institute called Public Health
10 Research Institute in the city of New York.
11     Q.    And did you ultimately take that job?
12     A.    Yes.
13     Q.    When?
14     A.    Should be around '86, '87.
15     Q.    What did that job entail?
16     A.    The same thing that -- at Columbia.
17 I had my own lab.  I had research projects which
18 were funded by federal grants such as the NIH,
19 and sometimes by private -- NIH or National
20 Science Foundation, and also by private grants
21 such as American Cancer Society.  And I had a
22 research group of probably four to six people,
23 you know, technicians, students, and so on.
24     This is what is called in the trade
25 principal investigator.  I was a PI.

Page 167

ALEXANDER GOLDFARB

1
2      Q.    And what was the subject matter of
3  the work?
4      A.    Well, broadly speaking, the same;
5  molecular mechanisms of genetic expression in
6  bacteria.
7      I would say you can add the -- a
8  particular enzyme that we were studying actually
9  for all those years.  It's called RNA
10 polymerase.  This is the cellular enzyme which
11 makes RNA in the cells.
12     Q.    And how long did that employment
13 last?
14     A.    Well, I resigned sometime in late
15 2006, after Litvinenko's death.
16     Q.    So you were employed by the Public
17 Health Research Institute for approximately
18 19 years.  Is that right?
19     A.    About so, yeah.
20     Q.    Did you return to Russia between 1987
21 and 1991 at any point?
22     A.    Yes.  I returned to Russia for the
23 first time in 1987 -- I think I mentioned that
24 before -- as soon as it was possible for the
25 folks like myself to return there in the sense

Page 168

ALEXANDER GOLDFARB

1
2  of getting a visa.  And I kept going there many
3  times until October 2000 as a -- to visit family
4  and, you know, see colleagues.
5      And later on, I got involved with --
6  probably around 1990 or 1991, about that time --
7  with Mr. George Soros, the philanthropist, and I
8  became his advisor, and I ran several programs
9  funded by the Soros Foundation as an outside
10 kind of advisor in Russia and the former Soviet
11 Union.
12     Q.    Was the subject of your first visit
13 back to the USSR in 1987, did that become the
14 subject of an article that you wrote for The
15 New York Times Magazine?
16     A.    Yes, correct.  Well, it was also
17 personal to visit my family.  My sister was
18 still in Moscow and my daughter was still in
19 Moscow, but apart from that, I had an assignment
20 from The Times Magazine.
21     Q.    Were you paid by The Times Magazine
22 for that assignment?
23     A.    Yes.
24     Q.    And whose idea was that assignment?
25 Did you go to The Times or did The Times come to

Page 169

ALEXANDER GOLDFARB

1
2  you?  Let me put it that way.
3      A.    I think I approached the editors of
4  The Times Magazine and said that I got a visa to
5  Russia.
6      I was quite well-known character in
7  the Russian -- widely known in their circles, as
8  they say, and said that "I'm going to Russia, do
9  you want me to write something about it, the
10 return."  So the subtitle of this article was
11 "An Exile Visits His Homeland."
12     Q.    Was that published around
13 December 6th, 1987, to the best of your
14 recollection?
15     A.    Yes.
16     Q.    Was that edited by anyone?
17     A.    It was edited.  Not substantially,
18 but with regard to, you know, language, grammar,
19 hopefully not spelling, by the staff editor at
20 the magazine.
21     Q.    Was it an accurate portrayal by you?
22     A.    What was the accurate portrayal?
23     Q.    Do you believe that when you wrote
24 the article, that the content that you put into
25 it was accurate?

43 (Pages 166 to 169)

Page 170

```
1              ALEXANDER GOLDFARB
2      A.   Yes, I do.
3      Q.   Do you stand by that article today
4  and the statements made in it?
5      A.   Yes, in the current context of the
6  time.
7      Q.   In the article, you wrote that while
8  you enjoyed the benefits of freedom, the
9  irrational guilt of having left friends behind
10 is always in the back of your mind, spoiling
11 your best moments.
12          What do you mean by the irrational
13 guilt of having left friends behind?
14     A.   Well, like anybody who spent time
15 let's say incarcerated or imprisoned and who
16 gets out, I would say that irrational guilt
17 towards those who are left behind is always part
18 of the psyche, in that sense.
19     Q.   Why did you leave the Public Health
20 Research Institute in 2006 around the time of
21 the whole Litvinenko affair?
22     A.   Well, I thought that the time come to
23 change my vocation and work full-time towards --
24 in -- you know, in political area trying to get
25 justice for Litvinenko's death, for Marina and
```

Page 171

```
1              ALEXANDER GOLDFARB
2  her son.  That's number one.
3          Number two, at the time, I was less
4  dependent on the university salary because of
5  the book contract and because, by then, I was
6  already running Mr. Berezovsky's foundation, the
7  IFCL, which brought an income comparable to the
8  university salary, so I was not that -- so I
9  kind of fell out of science and fully drifted
10 into politics.
11     Q.   Did they ask you to leave based on
12 your public persona and statements?
13     A.   No, no.  I was fine there.  I still
14 had my funding, my federal grants.  And I
15 actually transferred the grants and the lab
16 directorship to an associate of mine, and that
17 was in -- you know, I just said that I don't
18 want to do it any longer, enough is enough.
19     Q.   You mentioned a little bit your
20 acquaintanceship with George Soros.
21     A.   Yes.
22     Q.   Can you tell me how that came about?
23     A.   Yes.
24     Q.   How did that come about?
25     A.   Well, in 1987, I -- in the context of
```

Page 172

```
1              ALEXANDER GOLDFARB
2  my father and my mother leaving the Soviet
3  Union -- I think it was '86 actually, I don't
4  remember exactly -- '86 my father and my mother
5  arrived to New York from the Soviet Union, which
6  was a big front page story all over the place.
7  And Soros heard about it, and he sought me
8  out -- or he sought my father out, and then
9  through him, he met me.
10          And then sometime later, I asked him
11 for money to support two graduate students from
12 Russia, and he gave me money, and that's how the
13 relationship developed.
14          And then sometime a couple of years
15 later, that should be 1989 or 1990, he made me
16 an offer to run a major program for him in
17 Russia, and I did that without resigning from
18 the Public Health Research Institute.  So I did
19 it for several years in parallel; for all of the
20 '90s, to tell you the truth.
21     Q.   And how frequently were you in Russia
22 during that period?
23     A.   At least every month or more, so I
24 spent probably between one-third and one-half of
25 my time in Russia, but I never lived there.  I
```

Page 173

```
1              ALEXANDER GOLDFARB
2  would come in for a week or two and then leave.
3  This is between 1991 and 2000 when I worked for
4  Soros.
5      Q.   Have you been back to Russia since
6  2000?
7      A.   No.
8      Q.   Other than what you spoke about
9  earlier, being invited to take part in a
10 television program in Russia, have you sought to
11 return since 2000?
12     A.   No.
13     Q.   When you last left in 2000, were you
14 told that you were not permitted to return?
15     A.   No, with the caveat that it was my
16 understanding.  Let me see.
17          At one point I talked to a friend who
18 runs a travel -- I don't remember her name --
19 who runs a travel agency in New York, and she
20 asked a consul of the Russian Consulate in
21 New York whether I had any chance of getting a
22 visa, and the reply was "If he pays enough, we
23 would give him a visa, but we would not advise
24 him to go there."  Informally.
25          MR. WANGSGARD:  I'm going to share on
```

44 (Pages 170 to 173)

Page 174

ALEXANDER GOLDFARB

1
2  my screen and mark as Exhibit C a ten-page
3  document titled "Affidavit of Plaintiff
4  Alex Goldfarb in Opposition to Motion to
5  Dismiss of Channel One Russia."
6         (DEPOSITION EXHIBIT C MARKED
7         FOR IDENTIFICATION at 2:52 p.m.)
8  BY MR. WANGSGARD:
9     Q.   Do you recognize this document?
10    A.   Yes.
11    Q.   And it's Document 63, e-filed in
12  Case 18-cv-8128, which is this action, correct?
13    A.   Yes.
14    Q.   Did you draft this document?
15    A.   Yes.
16    Q.   Would you like to review it before I
17  focus on specific portions?  Because you're
18  certainly entitled to.
19    A.   No.
20    Q.   So I'll direct your attention to
21  Paragraph 3, and your first sentence is:
22         "As a threshold matter, it is
23  unlikely that I would be able to obtain a
24  Russian visa to attend hearings in Moscow."
25         Is that your current belief?

Page 175

ALEXANDER GOLDFARB

1
2     A.   Yes.
3     Q.   And what's the basis that you think
4  it would be unlikely that you would be able to
5  obtain a visa?
6     A.   Well, the story is that in June 2013,
7  I got a phone call from a producer of TV
8  Russia 1 -- it is not Channel One, it's a rival,
9  second most important TV channel in Russia --
10  inviting me to take part in a talk show, live
11  talk show, in relation to the death of
12  Mr. Berezovsky, which occurred a couple of
13  months before that.  And I told her, the
14  producer, whose name I don't remember, that,
15  yeah, why shouldn't we try.
16         Part of the reasons why I agreed was
17  to -- well, I should say that many people whom I
18  talked about at the time told me don't go there,
19  it's dangerous, and I -- my response was "Let's
20  see if they give me a visa" and then I would
21  worry whether I go or not.  So I never was
22  explicitly committed to this trip, but anyway I
23  told them yes.
24         Some days later, as they say, they
25  informed me that they have a problem of getting

Page 176

ALEXANDER GOLDFARB

1
2  me visa support because in the first call they
3  said "Don't apply for visa, we will let you know
4  at what time you have to come to the consulate
5  and collect your visa, which we will sponsor or
6  support," the TV channel.
7         So sometime later, she called me and
8  said "We cannot get you visa support."  I said
9  "You see?  I told you they wouldn't give me a
10  visa."  And the producer said "Wait, wait, wait
11  a minute.  We are a major media in Russia and
12  who they think they are in the foreign ministry
13  to deny our invitation.  We will raise it at a
14  higher level."
15         Then a few days later, she called me
16  and said that "Guess what, our invitation was --
17  or our attempt to get you a visa was denied by
18  the foreign ministry at an executive level in
19  categorical terms, so you are essentially
20  persona non grata."  And that's it.
21         So I never went -- or I never got a
22  visa, not to mention, and that I never went.  As
23  I mentioned, for me, it was both a test to see
24  if I get a visa and possibly decide to go there
25  or not depending on the circumstances.

Page 177

ALEXANDER GOLDFARB

1
2     Q.   So was that -- I guess, first of all,
3  so you never actually applied for a visa?
4     A.   I never formally applied for a visa.
5  I was told that Russia 1 applied to the foreign
6  ministry to get me a visa, which I would then
7  collect at the consulate.
8     Q.   And then how does the conversation
9  you had with the TV Russia 1 producer relate to
10  the conversation you had with your friend who
11  was a travel agent?
12    A.   Oh, it was several years later.  I
13  asked about a visa to my travel agent probably
14  even before Litvinenko died, probably 2005 or
15  2004.  It was just a social conversation, but it
16  was "If you wish an attempt to get a visa."
17  Informal.
18    Q.   So between your last trip to Russia
19  in 2000 and the present, on at least two
20  occasions you had discussions about whether or
21  not you could return?
22    A.   I would say first occasion, I tested
23  the waters and never applied because I was told
24  there's no point.  And my purpose at the time
25  was not that much to get a visa, but to see if

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 178

ALEXANDER GOLDFARB

1   I'm on the blacklist.
2           And in 2013, it was a more concerted
3   effort by a powerful institution in Moscow to
4   get me a visa, but from my standpoint, it was
5   also a way to test my standing with the powers
6   that be in Moscow.
7       Q.   Did you say test to see if you were
8   on a blacklist?
9       A.   Yes.
10      Q.   Can you detail that for me?  What
11  were you testing exactly?
12      A.   People who are denied visas -- and
13  there's several -- are referred to as people
14  being blacklisted.  So I have a couple of
15  friends who are blacklisted, so from that I
16  figured out that I'm one of them.
17      Q.   You believe that you're currently
18  blacklisted from Russia?
19      A.   Well, I believe that if I for some
20  reason get a visa currently, it would be not a
21  visa but a ploy to get me in and harm me in some
22  way, either by putting Novichok in my food or,
23  you know, arresting me and putting me in jail.
24  So now my relationships with Russia are much
25

Page 179

ALEXANDER GOLDFARB

1   more I would say -- after the Litvinenko
2   inquiry, actually, I would say that it's beyond
3   visa issue.  I am worried about traveling not
4   only to Russia, but to Europe and stay alive.
5       Q.   What was going to be the purpose of
6   the 2004 slash 2005, whenever it was, trip that
7   you were -- first tested the waters regarding
8   why you were going to go over?
9       A.   It was not an explicit idea to go on
10  a trip to Russia.  It was the purpose to see if
11  I am blacklisted or not.
12      Q.   And did you come to the conclusion at
13  that time that you were blacklisted?
14      A.   As the -- no, I didn't get any
15  conclusion other than friendly advice from a
16  friendly consul to a friend of mine saying "You
17  can get anything if you pay enough, but if I
18  were him, I wouldn't go there," something to
19  that effect.  It was not about visa.  It's about
20  physical safety.
21      Q.   And a moment ago it sounded like you
22  said you were testing to see whether you were
23  blacklisted at that time.  Is that --
24      A.   Yes.
25

Page 180

ALEXANDER GOLDFARB

1       Q.   And the response you received was
2   there's very little chance other than if you
3   paid enough money that you would get a visa?
4       A.   Yes.
5       Q.   And that you would have safety -- or
6   you took -- you drew the conclusion that you
7   would have physical safety concerns if you went
8   over?
9       A.   You can put it that way, yes.
10      Q.   Do you know if you were blacklisted
11  in 2000 after your last left?
12      A.   Well, in 2000, I helped Litvinenko to
13  defect to UK and it was public, so at the time I
14  wouldn't even think of going to Russia.
15      Q.   Would that apply for the year of 2001
16  as well?
17      A.   Yeah, probably until 2003.  I --
18  well, I would put it that way.  I never was
19  eager to go to Russia starting with 2000, and
20  the two instances where I was in contact
21  indirectly with the Russian Consulate regarding
22  a visa, it was more to assess the attitude of
23  the powers that be in Moscow to my persona than
24  to actually secure a way of getting into Moscow.
25

Page 181

ALEXANDER GOLDFARB

1       Q.   Draw your attention to Paragraph 4.
2   You say that:
3           "Even if I am allowed to enter,
4       there's a considerable risk that I would be
5       arrested as a suspect in the murder of
6       Alexander Litvinenko."
7           Is that your belief currently?
8       A.   Yes.
9       Q.   And then the next sentence:
10          "Based on official statements from
11      the Russian Prosecutor General Office, or
12      PGO, Russian investigators give credence to
13      the theory that Mr. Berezovsky and I killed
14      Mr. Litvinenko."
15          Is that your current belief?
16      A.   Yes.
17      Q.   Why in here in Paragraph 4 do you
18  describe this as "the theory that I and
19  Mr. Berezovsky killed Mr. Litvinenko."
20      A.   I think I elaborate that in the
21  following paragraph, Paragraph 5.
22      Q.   And Paragraph 5 highlights some
23  relevant PGO statements?  Is that --
24      A.   Yes.  PGO is the Russian prosecutor

46 (Pages 178 to 181)

Page 182

ALEXANDER GOLDFARB

1
2  service.
3     Q.   So is it your statement here in
4  Paragraph 4, as supported by Paragraph 5, that
5  the version of events that Walter Litvinenko
6  stated on, you know, Channel One Broadcast
7  Number 1 in the complaint is the official
8  government position of the government of Russia?
9     A.   I would say it's the official
10 position of investigators in the prosecutor's
11 office, which ostensibly is different from the
12 position of the Russian government.
13    Q.   So the prosecutors and the
14 investigators in Russia have adopted the version
15 of events that Walter provided on the
16 Channel One programs?
17    A.   From what I can read from the
18 prosecution statement is that they
19 investigating -- or they were investigating that
20 theory, and in that context, they asked the
21 British to question me as a possible accomplice.
22 But I emphasize that this is the investigation
23 rather than the government position.
24          MR. WANGSGARD:  I guess it's been
25    about another hour, so why don't we take a

Page 183

ALEXANDER GOLDFARB

1
2  break for everyone to stretch.
3          (Recess taken at 3:06 p.m.)
4          (Back on the record at 3:13 p.m.)
5          MR. WANGSGARD:  So let's pick back
6  up.  It's about 3:13 on my clock.
7  BY MR. WANGSGARD:
8     Q.   We touched on it earlier, but can you
9  briefly describe to me what the IFCL is, to
10 refresh me?
11    A.   International Foundation for Civil
12 Liberties.  It is a not-for-profit corporation
13 in the state of New York, which I registered
14 around 2000, I think, and which essentially is a
15 vehicle to fund various groups and activities
16 broadly opposing Mr. Putin's regime in Russia
17 and around Russia, which was funded by
18 Mr. Berezovsky and which was active between 2000
19 and I would say 2007.
20    Q.   Is it no longer active?
21    A.   It's no longer active.  It still
22 exists on paper, but there was no activity in
23 the past six or seven years or so.
24    Q.   Does it have any money left?
25    A.   No.

Page 184

ALEXANDER GOLDFARB

1
2     Q.   Was it funded by Mr. Berezovsky?
3     A.   Yes.
4     Q.   Solely, or was there other sources of
5  funding?
6     A.   Solely, with the exception of one
7  transfer back in 2000 from a different Russian
8  oligarch whose name I don't remember really.  Or
9  maybe it was -- I would remember, yes, if I
10 focus, whom Berezovsky asked to send the money
11 essentially.
12    Q.   Did you receive a salary from the
13 IFCL while you were its --
14    A.   Yes.
15    Q.   For all the years in which you had
16 that role?
17    A.   Yes.
18    Q.   And how much was your salary?
19    A.   Well, it was roughly quote my
20 university salary.  I would say about hundred
21 thousand a year or so, give or take in different
22 years.
23    Q.   Did the IFCL provide any funding to
24 you or your co-author Marina Litvinenko for the
25 "Death of a Dissident" book?

Page 185

ALEXANDER GOLDFARB

1
2     A.   No.
3     Q.   Did the IFCL provide any funding for
4  the lawsuit that we're currently discussing
5  against Channel One?
6     A.   No.
7     Q.   Do you know what the FGS is?
8     A.   FGS?
9     Q.   FGS.
10    A.   No.
11    Q.   Did Mr. Berezovsky support Walter
12 Litvinenko financially or otherwise?
13    A.   Yes.
14    Q.   Can you describe that for me.
15    A.   Well, he paid for -- he paid money to
16 him at the time of Litvinenko's death.  Not
17 much, but a reasonable -- I don't know how much,
18 directly while he was in London and so on, right
19 after his death.
20          Then Walter traveled back and forth
21 and went to different countries.  Like I
22 remember he went to Czech Republic and had some
23 action in front of the Russian Embassy, and it
24 was all funded by Boris.
25          Then at some point -- I was not

47 (Pages 182 to 185)

Page 186

ALEXANDER GOLDFARB

1  involved in this.  At some point Walter moved to
2  Italy, and at some point, Boris, Mr. Berezovsky,
3  asked me to send him some money from IFCL.  I
4  think it was about $40,000 in that area.  It
5  was the time when Berezovsky was already in
6  financial straits, and Walter had his own
7  financial problems in Italy, and that was one
8  time when I was financially involved with him.
9      Q.   With "him" being Walter?
10     A.   Walter, yes.
11     Q.   So did Mr. Berezovsky at some point
12  stop supporting Walter?
13     A.   Well, Mr. Berezovsky at some point,
14  at around 2010 and later, stopped supporting
15  everybody, including IFCL and Marina's legal
16  action and so on, because he ran out of money
17  essentially.
18     Q.   Have you ever collaborated with
19  British Intelligence Services; MI5, MI6,
20  et cetera?
21         MR. SELLIER:  Hold it a second.
22     Would you just read that back?
23         (Requested portion of the record was
24         read by the reporter at 3:21 p.m.)

Page 187

ALEXANDER GOLDFARB

1      A.   How you define "collaborate"?
2  Elaborate on "collaborate."
3  BY MR. WANGSGARD:
4      Q.   Were you ever an intelligence asset
5  of British Intelligence?
6      A.   No.  But you have to define "asset."
7  I never received any money from them, but I met
8  them a couple of times in London.
9      Q.   When?
10     A.   It was the time before Litvinenko's
11  death, so it would -- I would say around 2003,
12  and then -- no, I think that's it, because at
13  the time of police investigation of Litvinenko's
14  death, they were already trying to distance
15  themselves as much as possible from our crowd,
16  so we dealt with the police.
17     Q.   What do you mean by "distancing
18  themselves from our crowd"?
19     A.   Well, I would say that they --
20  essentially they disappeared in the woodwork.
21  They -- occasionally you could sense them
22  around.
23         THE WITNESS:  Can you hold on?  I'll
24     just answer that phone call.  It's

Page 188

ALEXANDER GOLDFARB

1  important.
2         MR. WANGSGARD:  Sure.  Let's go off
3  the record and mute yourself.
4         (Off the record at 3:22 p.m.)
5         (Back on the record at 3:22 p.m.)
6      A.   Sorry about that.  That's it.
7      Yeah, what do I mean?  I meant
8  that -- what was the question, the last
9  question?
10         MR. WANGSGARD:  Do you mind reading
11     back the last answer about "distancing
12     themselves from our group"?
13         (Requested portion of the record was
14         read by the reporter at 3:23 p.m.)
15     A.   Let me elaborate.  I met with them a
16  couple of times during Litvinenko's lifetime
17  when they were around asking questions about
18  matters of interest to them.  They were speaking
19  to me, they were speaking to Berezovsky.  I
20  don't know who else.  And I see no reason why
21  not answer those questions.
22         Since I know from the events
23  surrounding Litvinenko's death, when he was in
24  the hospital, they were -- I mean somebody from

Page 189

ALEXANDER GOLDFARB

1  MI6, I guess, was around there with the police,
2  but I didn't -- I kind of knew it indirectly
3  from Marina.  And then they simply disappeared
4  for obvious reasons.  It was too public and too
5  noisy.
6  BY MR. WANGSGARD:
7      Q.   When was the first time you had a
8  meeting with anyone associated with the British
9  Intelligence Services?
10     A.   I think it was sometime in 2002 or
11  2003 when Litvinenko arranged for a meeting.
12     Q.   And the last time you had a meeting
13  with someone associated with the British
14  Intelligence Services?
15     A.   I don't remember.  Sometime in 2005
16  probably.
17     Q.   Between 2002 and 2005, how many
18  contacts would you say you had with British
19  Intelligence Services, whether they be in
20  person, telephonic, or otherwise?
21     A.   I would say three, two or three.
22     Q.   Was it always with the same person or
23  persons?
24     A.   Different persons.

48 (Pages 186 to 189)

ALEXANDER GOLDFARB

1
2  Q.   Were you paid by anyone associated
3  with British Intelligence Services for any
4  reason?
5  A.   No.
6  Q.   Did you provide them information?
7  A.   I answered their questions, yes.
8  Q.   What did their questions pertain to?
9  A.   In the first meeting, they were -- it
10 was before the British-American invasion of
11 Iraq, in Iraq, so it should be before 2003, and
12 this guy was interested in my professional
13 contacts with Russian biologists because they
14 knew that I am involved in basic biology and
15 whether I know anything which might be some
16 sort -- some way interpreted in the, you know,
17 Iraqi aspect of Soviet biological weapons.  And
18 essentially I didn't know anything of the sort,
19 and that was it.
20     And another time, essentially Sacha
21 Litvinenko brought them because they had
22 questions related to a member of Berezovsky's
23 entourage, an oligarch who fled to Georgia from
24 Moscow.  It was probably 2002 or so or 2003.
25 His name was Badri Patarkatsishvili.

ALEXANDER GOLDFARB

1
2     Anyway, he is a prominent, very rich
3  guy who was Berezovsky's partner, and he -- and
4  I knew him quite well, and the Brits wanted to
5  see what I think with regard to a theory that
6  Badri was a Russian asset in Georgia.  And I
7  said, no, I don't think so, because at the time
8  I understand Badri was, you know, quite active
9  in Georgia.  He ended up running for president
10 of Georgia, but at the time he was not yet.  And
11 I said, no, I don't think so, and they -- then
12 they asked "Do you think it's okay if somebody
13 from the embassy talks to him," and I said I
14 will ask.
15     So I called Badri, who was in
16 Georgia, and asked him "Do you mind if British
17 spies talk to you," and he says, "No, not at
18 all."
19     And they -- I knew later on from
20 Badri that somebody from the embassy talked to
21 him, and he believes that they trusted him that
22 he's not a Russian asset, so that was the second
23 episode.
24     And the third episode when they
25 talked to me was later on in relation -- also

ALEXANDER GOLDFARB

1
2  around 2003 or '04 in relation to the Russian
3  guy who --
4     THE WITNESS:  Excuse me, can I
5  interrupt for a second?  I'll just quiet
6  this dog, okay?
7     MR. SELLIER:  Give him a treat.
8     (Off the record at 3:30 p.m.)
9     (Back on the record at 3:31 p.m.)
10 A.   Okay.  So the third time, the third
11 time was also at that time when there was a guy
12 who -- it was the time -- probably it was later.
13     It was the time Litvinenko was
14 already working in Spain, and there was this
15 guy, Litvinenko's friend, in Moscow who got in
16 jail and then was released.  His name is Mikhail
17 Trepashkin, and he also is ex-security officer,
18 and they wanted to talk to me about him because
19 I knew him, asking essentially whether he was
20 okay and -- because Litvinenko wanted to -- him
21 to leave Russia and get some sort of a
22 consulting position with them.
23     So that was the three times I met
24 them.
25 BY MR. WANGSGARD:

ALEXANDER GOLDFARB

1
2  Q.   Just for clarity of the record, when
3  you refer to Sacha, that's another name for
4  Alexander Litvinenko?
5  A.   Correct.
6  Q.   So when we use that today, we all
7  understand Sacha is Alexander and Alexander is
8  Sacha.
9  A.   Yes.
10 Q.   Briefly, why do you think that
11 British Intelligence was coming to you to ask
12 about the gentleman from Georgia, country of
13 Georgia?
14 A.   Because I knew him quite well, was on
15 friendly basis with him, and they wanted
16 apparently to establish contact with him or
17 somehow vet him.  I don't know.
18 Q.   And, briefly, why do you think they,
19 being British Intelligence, was wanting to talk
20 to you about anything that touched on biological
21 weapons?
22 A.   Well, it was a very hectic time in
23 the run-up to the war in Iraq with biological
24 weapons being, you know, in the center of the
25 controversy, and I'm a biologist and I knew the

49 (Pages 190 to 193)

Page 194

ALEXANDER GOLDFARB

1    ALEXANDER GOLDFARB
2    community in Moscow, and apparently that was
3    some sort of a fishing operation on their part
4    to find out anything which might be remotely
5    related to transfer of know-how in the weapons
6    area to the Iraqis, but I couldn't help them
7    because I don't know anything.
8        Q.   Did you ever do any work on
9    biological weapons or research regarding
10   biological weapons?
11       A.   No, never.
12       Q.   When you first met with British
13   Intelligence Services, did they contact you or
14   did you contact them?
15       A.   Litvinenko brought them.  He said "My
16   friends want to talk to you," and I said "Sure,
17   why not."
18       Q.   And Litvinenko, during his time in
19   London, was on the payroll and working with
20   British Intelligence.  Is that correct?
21       A.   Yes.
22       Q.   If in whatever understanding of the
23   term "asset" as it's used in the intelligence
24   community, I'll just ask the question again:
25            Were you an asset, in your view, of

Page 195

1    ALEXANDER GOLDFARB
2    British Intelligence?
3        A.   How you define "asset" then in the
4    present context?
5        Q.   So if I define an asset as a person
6    who is providing information to an outside
7    intelligence person or agency, under that
8    definition, someone who provides information to
9    an outside intelligence person or agency, would
10   you be an asset?
11       A.   Can I ask you to elaborate?  If
12   someone from the FBI is conducting a security
13   check and talks to the neighbors, is the
14   neighbor becomes an asset?
15       Q.   I guess technically under my
16   definition, yes; however, contextually, I don't
17   think so.
18       A.   So technically I would say yes, but
19   contextually, I don't think I was an asset.
20       Q.   Did you ever work with Spanish
21   intelligence agencies?
22       A.   No.
23       Q.   Did you ever work with Italian
24   intelligence agencies?
25       A.   No.

Page 196

1    ALEXANDER GOLDFARB
2        Q.   Did you ever work with Israeli
3    intelligence agencies?
4        A.   I never worked with them; however,
5    during my five years in Israel, they did
6    interview me, as they did any significant
7    arrival from the Soviet Union at the time.
8        Q.   Did you ever work with the FSB?
9        A.   No.
10       Q.   Did you ever work with the KGB?
11       A.   No.
12       Q.   Have you ever worked with or for the
13   United States CIA?
14       A.   No.
15       Q.   Have you ever worked with or for the
16   United States FBI?
17       A.   Yes.
18       Q.   Can you describe that?
19       A.   I mean I never worked for them, but
20   they did come -- they did come talk to me on a
21   couple of occasions.
22       Q.   When was the first time the FBI
23   talked to you?
24       A.   The first time?
25       Q.   How many times were there

Page 197

1    ALEXANDER GOLDFARB
2    approximately?
3        A.   Let me go back.  There was an
4    incident where -- actually there were a couple,
5    come to think of it, couple of instances where I
6    had contact with the CIA without I believe
7    working for them.  If you want, I can elaborate.
8        Q.   Please.
9        A.   Once they came to my work at
10   Columbia.  I believe they identified themselves
11   as the CIA.  It was during the Soviet times.
12   They were interested in couple of colleagues of
13   mine back in Russia, so it should have been
14   sometime '81 or '82.  And essentially that was
15   it.  I didn't provide them any meaningful
16   information other than general.
17            The other time I was in touch with
18   the CIA is when I brought the Litvinenkos to the
19   American Embassy in Ankara.  It is kind of
20   well-documented in my book and later in the
21   materials of the London inquiry.
22            So I did arrange for that meeting.  I
23   did arrange for that meeting, and then when I
24   brought him -- I arranged for that meeting by
25   sending my wife Svetlana to the US Embassy and

50 (Pages 194 to 197)

Page 198

ALEXANDER GOLDFARB

1
2  just, you know, like a walk-in, and she came
3  back and said that they are expecting him,
4  Litvinenko.
5       And then I brought him to the
6  embassy, and he was met by a diplomat, and the
7  diplomat took us all in the secure room, and
8  after brief introduction, he ask me -- she
9  actually, it was a woman -- asked me to leave,
10 and that's it.  And then after they debriefed
11 him, they -- she called me and -- after couple
12 of days and said that "We have no interest in
13 him, come -- no, not couple days, that same day,
14 "We have no interest in him, come pick him up,"
15 and essentially that was it.
16      And I'm quite sure it was the CIA, so
17 technically that was the two occasions I dealt
18 with them.
19      Now, the FBI, the FBI talked to me
20 probably two or three times and once even bought
21 me lunch.
22      First time, it was in New York.  They
23 were interested what I was doing with a member
24 of the Soviet mission at the UN whom I've met
25 socially, and they told me -- and I was at

Page 199

ALEXANDER GOLDFARB

1
2  Columbia at the time.  And they told me "Do you
3  know they're all spies," and I said yes, and
4  they said okay and they left.
5       The other time they came, if I
6  remember correctly, was -- when was that?
7       The last time they came actually
8  probably was the second time recently after --
9  oh, no.  The other time they talked to me quite
10 a lot.  They were investigating the
11 disappearance of an American in Chechnya.  It
12 was a kind of famous case, and I was involved
13 with this American, and he was killed apparently
14 by some bad actors in Chechnya and the FBI was
15 investigating and they came to talk to me.  That
16 was the second time.  It was probably in the
17 early -- in 2000 or so.  That's second time.
18      And the third time was -- when was
19 that?  I have it in the back of my mind, but if
20 I remember, I'll tell you.
21      And the last time was after the
22 programs we discussed.  They called and said
23 that they want to talk to me.  And I described
24 that in my complaint, that they wanted to know
25 if everything is quiet around me and do I sense

Page 200

ALEXANDER GOLDFARB

1
2  any danger and that sort of thing.
3       Q.   What was your understanding of why
4  the CIA was reaching out to you regarding
5  colleagues at the Atomic Institute?
6       A.   Well, they came right after I went to
7  Moscow in 1997 and I wrote this article in The
8  New York Times Magazine.  So essentially their
9  line was that, "Look, you're one of the first of
10 the political emigres who went back to Moscow
11 and you met people."  And I described meeting my
12 old colleagues, not only from Atomic Institute,
13 but in the field in that article.
14      So they said "We read your article,
15 and we are interested in what's going on there,
16 would you please let us -- identify people whom
17 we might quietly approach in Moscow to help us
18 with matters of interest."
19      And I said, no, I wouldn't do that,
20 with all due respect, and they said why, and I
21 said "Because you're a bureaucracy, you'll screw
22 up and my friends will end up in the slammer,"
23 so I would not want to be involved.
24      And they said "But if there was a
25 war."  I said "When the war starts, come back

Page 201

ALEXANDER GOLDFARB

1
2  and we'll talk."  So that was the conversation.
3       Q.   Who was the American who disappeared
4  that you referenced?
5       A.   His name was Fred Cuny, C-U-N-Y, Fred
6  Cuny.  He was a very prominent relief worker.
7  For example, he was in charge of the airlift for
8  Kurds in Iraq when Kurds ran away from Saddam
9  and were stranded on the mountains, and he
10 arranged for an airlift for them.
11      So he was a prominent international
12 relief worker, and he worked very closely with
13 the Department of Defense.  I think the
14 Secretary of Defense, his name was John
15 Shalikashvili or something like that, was his
16 personal friend and so on.
17      And so I met Fred as part of the
18 Soros operation because I was in Moscow running
19 a Soros outlet there at the time, and it was the
20 time when the war started in Chechnya in 2000 --
21 1999, late 1999, 2000, and the Russian army
22 besieged and bombed Drozdne and there were
23 thousands of refugees running away.  And then
24 the Soros headquarters sent this guy Fred to me
25 and said -- asked me to help him organize the

51 (Pages 198 to 201)

ALEXANDER GOLDFARB

1
2  mission to Chechnya.
3        So we organized for Fred a mission to
4  Chechnya because he said that he wanted to
5  organize a relief from -- for the refugees from
6  the Russian bombings.  And Fred went there, and
7  then he -- how to put it?  He got carried away,
8  over my objections, and went too far into trying
9  to negotiate or being a go-between the Russian
10  generals and the Chechen fighters, and in the
11  end, he got killed -- I mean he disappeared.
12  Later we learned that he got killed.
13        He disappeared, and there was a big
14  thing about it because he was friendly with very
15  high-ranking officials in Washington.  There was
16  an investigation and the FBI was involved, so
17  they came to ask me about the last days of Fred
18  Cuny in Moscow before he went off to Chechnya.
19     Q.   Do you know if Mr. Cuny ever worked
20  for the CIA?
21     A.   No idea.
22     Q.   Do you know if he ever worked for the
23  FBI?
24     A.   No idea.
25     Q.   Do you know if he ever worked for --

ALEXANDER GOLDFARB

1
2     A.   I think he worked for the army.  He
3  worked for the army.
4     Q.   Army.
5     A.   There is a book about him and there
6  is an HBO program about him.  There's lots of
7  detail.
8     Q.   Other than the two publications we've
9  discussed today, specifically your book "Death
10  of a Dissident" and your New York Times Magazine
11  article "Testing Glasnost," have you been
12  published in other mediums or other -- have you
13  been published other than the two articles -- or
14  book and article that we talked about?
15     A.   I authored several op-ed pieces
16  mostly at the time of the collapse of the Soviet
17  Union, and some op-ed pieces at the time of
18  Litvinenko's -- shortly after Litvinenko's death
19  all over the place.  Probably a dozen of them in
20  New York Times, in Washington Post, in Wall
21  Street Journal and The Guardian and Daily
22  Telegraph and so on.
23     Q.   Have you ever appeared on news
24  programs for live broadcast?
25     A.   Yes.

ALEXANDER GOLDFARB

1
2     Q.   Do you know -- can you give me a
3  sample of what those might be?
4     A.   Well, over years I was on the NBC
5  Today Show and Good Morning America and
6  MacNeil/Lehrer at the time and news programs of
7  CNN couple of times, or three times, and so on.
8     Q.   And what about talk shows?
9     A.   Talk shows?  Yes.  In Britain -- I
10  mean by talk shows, you mean with the audience?
11     Q.   Yes.
12     A.   Yeah.  On the BBC, yes, and probably
13  News 4 a couple of times.
14     Q.   Have you attended and presented or
15  spoken at conferences?
16     A.   The conferences, yes, I did.
17     Q.   And have you appeared in any
18  documentaries at any point?
19     A.   Yes, many.
20     Q.   Have the subject of these been
21  Litvinenko or --
22     A.   It was mostly Litvinenko, starting
23  from his death and ending with the public
24  inquiry, and I guess Skripal maybe.
25     Q.   What about before his death, so prior

ALEXANDER GOLDFARB

1
2  to 2006?
3     A.   Prior to 2006, yes, of course, during
4  the Soviet times when my father was living
5  and -- yeah, on the Soviet subjects, yeah, I
6  appeared probably several times.
7     Q.   Did you ever participate with the
8  Frontline Club?
9     A.   Frontline Club is a journalistic club
10  in London.  I appeared -- I was there definitely
11  once or maybe twice with Marina about
12  Litvinenko's case.
13     Q.   What about BBC News Night?
14     A.   Yes, definitely.
15     Q.   Did you attend and give a speech at
16  the Oxford Union Society?
17     A.   Yes, I did, on Putin.
18     Q.   How about the program "Influence"?
19     A.   I didn't get it, sorry?
20     Q.   The program "Influence"?
21     A.   "Influence"?  Don't recall.
22     Q.   Anything by the CBC, the Canadian
23  Broadcasting Corporation?
24     A.   They made a documentary and they put
25  me in as one of their talking heads on

Page 206

ALEXANDER GOLDFARB

1
2  Litvinenko.
3      Q.   What about Radio Canada?
4      A.   Radio Canada, I can't remember.
5  There's a Russian Radio Canada in Vancouver,
6  yes, they interviewed me a couple of times.
7      Q.   How about the VPRO, which I think is
8  the Dutch public broadcasting?
9      A.   I can't recall.  Over the years,
10 particularly with Litvinenko and later with
11 Skripal, people would call from all over the
12 world, you know, to put me for two minutes on
13 some news programs, and I don't even remember
14 their names.
15     Q.   The Atlantic Council, have you
16 appeared --
17     A.   Yes, probably -- definitely two
18 times, probably three times.  Definitely two
19 times, all in connection with the Litvinenko
20 case.  And last one was in connection with our
21 lawsuit actually together with Randy.
22         THE WITNESS:  Remember, Randy?
23         MR. SELLIER:  How could I forget.
24 BY MR. WANGSGARD:
25     Q.   So it sounds like both -- and tell me

Page 207

ALEXANDER GOLDFARB

1
2  if I'm fairly characterizing this, that you've
3  had a pretty wide-ranging public persona both
4  before Litvinenko and certainly after.  Is that
5  accurate?
6      A.   Yes.
7      Q.   Who's Yuri Rashkin?
8      A.   Yuri Rashkin is a journalist.  I
9  believe he's in Boston, although I know him from
10 the internet, who runs his own YouTube current
11 affairs channel and who interview -- have me as
12 a guest a couple of times.
13     Q.   And is the name of that program "The
14 Rashkin Report"?
15     A.   Yes, that's his channel.
16     Q.   Would you consider Mr. Rashkin a
17 friend?
18     A.   Well, I've never met him in person.
19 I would consider he's good acquaintance of mine.
20     Q.   Why did you and Marina Litvinenko
21 decide to publish the book "Death of a
22 Dissident"?
23     A.   Why did we decide to publish the
24 book?
25     Q.   To write and publish" Death of a

Page 208

ALEXANDER GOLDFARB

1
2  dissident."
3      A.   Because the story was crying for a
4  book.
5      Q.   The story was crying for a book.  You
6  mean that you thought that the public
7  interest --
8      A.   There was a lot of public interest.
9  It was the probably number one news story in UK
10 and even in the world for a while, and
11 because -- there was tremendous interest because
12 we had a story to tell and because we wanted to
13 tell the world what we believe happened at the
14 time.  It was like ten years before all these
15 aspects became legally established fact.
16         It was essentially our view of the
17 story, namely that Mr. Putin and his security
18 services killed Litvinenko, so we felt compelled
19 to tell the story.
20     Q.   But do you think it was a matter of
21 public concern?
22     A.   What, the story?  Of course, yes.
23     Q.   In your complaint, Paragraph 108, you
24 refer to the death of Alexander Litvinenko as,
25 quote, a high profile case.  What do you mean by

Page 209

ALEXANDER GOLDFARB

1
2  a high profile case?
3      A.   I mean that it was a front page story
4  on every newspaper in the world for -- not in
5  the world for a day, but for probably a few
6  days, on every TV news program, and it became a
7  permanent fixture in the discourse of
8  West-Russia relations to this day and also is
9  probably the -- probably the hallmark of
10 Mr. Putin's reign for a couple of hundred years
11 to come.
12         MR. SELLIER:  Well, that may have
13 been eclipsed by recent events, but...
14         THE WITNESS:  No.
15         MR. SELLIER:  Okay.  We're not having
16 a discussion.
17         Next question, please.
18 BY MR. WANGSGARD:
19     Q.   Have you had media appearances since
20 March of 2018?
21     A.   Since March of 2018, well, several
22 probably on Russian media, such as the Rashkin
23 Report that you have mentioned.  And I don't
24 recall offhand any appearances of the Western
25 mainstream media except for documentaries

53 (Pages 206 to 209)

Page 210

ALEXANDER GOLDFARB

1   produced by, you know, networks, but not -- oh,
2   yes, there was a story on the BBC.  There was a
3   big program on the BBC of -- for the anniversary
4   of Litvinenko's death, so I was on it.
5       Q.   Have you published any articles or
6   op-eds since March 2018?
7       A.   Yes.  I had an op-ed in Washington
8   Post describing essentially my lawsuit.
9       Q.   At some point did you meet with
10  members of the United States Congress to discuss
11  the Litvinenko murder?
12      A.   Yes, several times, several times.
13      Q.   What was the most recent?
14      A.   The most recent was in connection
15  with our lawsuit filing.
16      Q.   Was that after the lawsuit?  Did
17  you --
18      A.   After we filed it, we went with
19  Marina to Washington and had couple of days of
20  meetings on The Hill.
21      Q.   Did you also meet with any senators
22  at that time?
23      A.   Yes.
24      Q.   Did you have any meetings with the

Page 211

ALEXANDER GOLDFARB

1   State Department or State Department personnel?
2       A.   I think we met with someone at the
3   Russian desk of the State Department.
4       Q.   And the subject of these meetings,
5   generally and briefly, how would you describe
6   it?
7       A.   Well, we informed them about our
8   lawsuit, saying that it fits into the general
9   issue of Russian propaganda and misinformation
10  or disinformation, and that -- and that we would
11  like to propose -- actually we did it
12  publicly -- to include organizations and
13  individuals involved in the Russian
14  disinformation effort into the US sanctions,
15  which led to nowhere at the time.
16      Q.   And how many representatives did you
17  meet with?
18      A.   Well, over two days, we have probably
19  a dozen meetings, some of them with
20  representatives and senators, some of them with
21  their staff members.  I can pull out -- I
22  probably have this itinerary still.  I remember
23  Senator Shaheen, I remember Senator Weicker,
24  probably Steny Hoyer.  I don't remember, but I

Page 212

ALEXANDER GOLDFARB

1   have a list some place.
2       Q.   I take it Rohrabacher was not someone
3   you met with?
4       A.   Who?
5       Q.   Dana Rohrabacher.
6       A.   I met Dana Rohrabacher, of course,
7   yeah, he was there.  Colorful character.
8       Q.   And how many personnel from the State
9   Department did you meet with?
10      A.   Well, in this last visit, probably
11  five or six from different sections.
12      Q.   Any other topics other than sanctions
13  that you were -- or sanctions that you wanted,
14  economic sanctions, that you were engaged in
15  these meetings for?
16      A.   Well, that was our two particular
17  talking points, our lawsuit and sanctions, but,
18  you know, when you come to those meetings,
19  they're general discussions, usual things.
20      Q.   And who --
21      A.   Nothing specific I recall.
22      Q.   Who individually or what
23  organizations did you think should be
24  sanctioned?

Page 213

ALEXANDER GOLDFARB

1       A.   I would say top executives of the
2   propaganda outlets that are out there.  I think
3   they already sanctions many of them by now --
4   sanctioned, have been sanctioned.  Certainly
5   Russia Today, and then everybody else;
6   Channel One, Russia 1, NTV, Sputnik, TASS, so a
7   whole list.
8       Q.   Other than meetings on The Hill or
9   meetings at the State Department, did you meet
10  with any other representatives of the United
11  States Government or United States Government
12  organizations during that time?
13      A.   No, not during this visit.  Earlier
14  visits maybe, but I don't remember, such as
15  USAID, you know, that sort of thing.
16      Q.   What about NSA, the National
17  Security --
18      A.   No.
19      Q.   CIA at any point?  Have you met with
20  the CIA in Washington?
21      A.   No, that I know of.
22      MR. WANGSGARD:  I just shared a
23  document on the screen, which I think we're
24  up to D, so I'll mark this as Exhibit D.

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 214

ALEXANDER GOLDFARB

1
2     (DEPOSITION EXHIBIT D MARKED
3     FOR IDENTIFICATION at 4:05 p.m.)
4         MR. WANGSGARD:  It's a nine-page
5     document bearing Bates stamps G000640
6     through G000648.
7         MR. SELLIER:  Kendall, what tab?
8         MR. WANGSGARD:  Tab 5.
9     BY MR. WANGSGARD:
10        Q.   And at the top, the first page is
11    titled "Alex Goldfarb's Blog on Echo.msk.ru."
12        Do you recognize this nine-page
13    document?
14        A.   Yes.
15        Q.   What is it?
16        A.   It's a list of my posts on my blog on
17    a Moscow-based radio called Echo Moscow, which
18    no longer exists.  It was dissolved yesterday
19    because of the war in Ukraine.
20        Q.   And there's a series of Echo listed
21    blogs through Page 644, and then we have on Page
22    Number 6 of the document bearing the Bates stamp
23    645, we have something -- a list of Alex
24    Goldfarb's blogs on Snob.ru?
25        A.   Yes.

Page 215

ALEXANDER GOLDFARB

1
2         Q.   What are these?
3         A.   It's my posts on a blog which I have
4     on this internet portal, Snob.ru, which
5     publishes opinion stories, culture, politics,
6     and so on.
7         Q.   And then at the bottom of Page G647,
8     the heading is "Alex Goldfarb's Blogs on
9     Grani.ru.  What are these?
10        A.   This is my other -- another blog of
11    mine, and it lists my posts there.  Grani.ru is
12    Russian language internet portal which I believe
13    had moved from Moscow to Paris some while ago.
14        Q.   Is there a reason that blogs found
15    under the blog AlexGoldfarb.livejournal.com are
16    not listed in these pages?
17        A.   I don't think there is a particular
18    reason.  They're probably duplicates of what I
19    have here or I might have overlooked them.
20        Q.   Do you know when the last time you
21    posted on AlexGoldfarb.livejournal.com was?
22        A.   Quite a while ago.  It was at the
23    time of a public inquiry in London.  We were
24    fundraising on that blog.
25        Q.   Does anyone else have access to that

Page 216

ALEXANDER GOLDFARB

1
2     live journal?
3         A.   No.
4         Q.   So is there a reason why there would
5     be a post dated October 1, 2021 titled "Finally
6     a Feature Film About Litvinenko"?
7         A.   Really?  What can I tell you.  I
8     don't know.  Probably it's a duplicate of
9     something else or I may have overlooked it.  Too
10    many of them.
11        Q.   How about June 8th, 2020 titled "On
12    Jews, Blacks and America's Cultural Choices"?
13        A.   Is it related to the current issue?
14        Q.   It's just a blog post on the live
15    journal blog that you don't recall?
16        A.   I recall that I wrote something like
17    that, but I wouldn't say it had any relation to
18    the -- our lawsuit or the programs.
19        Q.   For the blogs that are listed on
20    Exhibit D, are these maintained by you?
21        A.   Yes.
22        Q.   Does anyone else maintain them or
23    update them?
24        A.   No.
25        Q.   Are the posts on here authored by

Page 217

ALEXANDER GOLDFARB

1
2     you?
3         A.   Yes.
4         Q.   Does anybody else author the posts on
5     here?
6         A.   No.
7         Q.   Are they edited by anybody?
8         A.   No.
9         Q.   Does anyone contribute to the posts
10    other than yourself?
11        A.   No.
12        Q.   Do you preview them to anyone else
13    before posting them?
14        A.   No.
15        Q.   Is it fair to say then that these are
16    your words and your words alone?
17        A.   Yes, that's my words alone.
18        Q.   Do you stand by the blog posts that
19    you've posted on these -- listed here on
20    Exhibit D?
21        A.   Yes.
22        MR. WANGSGARD:  I'm going to enter as
23    Exhibit E, which, Randy, is Tab 6.
24        MR. SELLIER:  Thank you.
25        MR. WANGSGARD:  Is a two-page blog

55 (Pages 214 to 217)

ALEXANDER GOLDFARB

1
2    post written in Russian.
3         (DEPOSITION EXHIBIT E MARKED
4         FOR IDENTIFICATION at 4:11 p.m.)
5    BY MR. WANGSGARD:
6         Q.   Could you tell me what the date of
7    this blog post is?  I can zoom in.
8         A.   June 18, 2018 or June 19 -- yeah, 19
9    of June of 2018.
10        Q.   And the title of the blog post to the
11   left of your portrait?
12        A.   "We're Going to Sue Channel One and
13   RT."
14        Q.   And then can you read the first line
15   and a half of this through the first question
16   mark that you see there?
17        A.   Yes.
18             "When you happen to become a target
19        of an exotic, very crude slander, your
20        first reaction is to brush it aside as a
21        bad joke."
22             Meaning that who would believe this
23   kind of crap.  Shall I continue?
24        Q.   Yes, please, with the next one.
25        A.   Well, the next phrase:

ALEXANDER GOLDFARB

1
2             "But then you realize that 60 million
3        people heard that you are a murderer and
4        your friends call to tell that they don't
5        believe a word of what was said about you
6        on TV, you grow uneasy."
7         Q.   Did you have friends calling you and
8    saying that they didn't believe a word of what
9    they saw about you on TV?
10        A.   Yes, I do.
11        Q.   Did you have any friends calling you
12   and telling you that they did believe what they
13   saw on TV?
14        A.   Not my friends, no.
15        Q.   Approximately how many friends or
16   relatives or any other acquaintances reached out
17   to you telling you they did not believe --
18        A.   Three or four.
19        Q.   And approximately when did that
20   happen?
21        A.   Right after the first program.
22        Q.   Skipping ahead to the fourth
23   paragraph, can you read the last two sentences,
24   "And I don't give a damn that Putin's media."
25        A.   Well, if you could slowly scroll it

ALEXANDER GOLDFARB

1
2    so that I can count the paragraphs.  That's one,
3    two, three -- fourth paragraph, right?
4         Q.   Correct.  Last two sentences right
5    around here.
6         A.   Last two sentences, okay.
7              "I confess I'm not a big fan of
8         Putin, who poisoned my friend, and I don't
9         really care what Putin's media -- "I don't
10        care that Putin's media project my demonic
11        image to the millions of Russian viewers.
12        This audience has been lost to reality a
13        long time ago."
14             Seriously lost to reality certainly.
15        Q.   What do you mean by "This audience
16   has been lost to reality a long time ago"?
17        A.   I'm saying that the majority of the
18   viewers of Channel One in Russia have been
19   brainwashed to the point that they are unable
20   and devoid of any other sources of information
21   so that they lost any ability to have a rational
22   judgment or to use common sense when they --
23   even when they hear grotesque lies.
24             MR. WANGSGARD:  How about five
25   minutes comfort break?

ALEXANDER GOLDFARB

1
2             (Recess taken at 4:17 p.m.)
3             (Back on the record at 4:26 p.m.)
4             MR. WANGSGARD:  So let's go back on
5    the record.
6             I'm going to share my screen.  Randy,
7    this is Tab 7.
8             MR. SELLIER:  Okay.
9             MR. WANGSGARD:  Which I'll mark as
10   Exhibit F.
11            (DEPOSITION EXHIBIT F MARKED
12            FOR IDENTIFICATION at 4:27 p.m.)
13            MR. WANGSGARD:  It's a two-page
14       document written in Russian, appears to be
15       from the blog posts of Dr. Goldfarb.
16   BY MR. WANGSGARD:
17        Q.   Could you let me know what the date
18   of this is in Russian, please?
19        A.   25th of July 2018.
20        Q.   And the title of this post, so after
21   your name?
22        A.   The title of this post is "The Legal
23   Chronicle from New York," Issue Number 3, "The
24   Trace of a Chameleon Grandfather."
25            MR. SELLIER:  Say that again?

56 (Pages 218 to 221)

Page 222

ALEXANDER GOLDFARB

1
2     THE WITNESS:  The footsteps, let's
3  put it, footsteps or a trace of a chameleon
4  grandfather.
5     MR. SELLIER:  Okay.
6  BY MR. WANGSGARD:
7     Q.   Can you read and translate, please,
8  for me, this third paragraph near my cursor,
9  which roughly starts "He lies as they say, but
10  does not blush."
11     A.   Yeah.  "As they say, he lies, but
12  doesn't blush."
13     Q.   And then continue, please.
14     A.   "But we did not include him in the
15     list of defendants, not only because he
16     doesn't fall under American jurisdiction as
17     opposed to the two TV channels, but also
18     because we do not want this lawsuit to be
19     portrayed as a sort of family squabble."
20        Meaning the widow is suing her
21  father-in-law because VA, meaning Walter, is not
22  an independent actor, and our conflict is not
23  with him, but with him puppeteers -- with his
24  puppeteers.
25        (Reporter clarification.)

Page 223

ALEXANDER GOLDFARB

1
2     Q.   And so just to clarify, I think
3  you've answered it, but in the prior paragraph
4  we referred to, it refers to Walter
5  Alexandrovich Litvinenko.  Is that where the VA
6  comes from, so from the --
7     A.   Correct, it's name and patron name.
8  It's an abbreviation of his name and patron
9  name.
10     Q.   And so in this paragraph, the "he's"
11  are referring to Alexander Litvinenko's father?
12     A.   Correct.
13     Q.   Did you consider suing Walter
14  considering he's the one who actually made the
15  statements at issue?
16     A.   My understanding, which may be wrong,
17  at the time -- it was before I think Randy came
18  on board.  My understanding at the time is that
19  the respondent must have some sort of presence
20  in New York, like Channel One Russia, for
21  example, but Walter was not, so I was not sure
22  that I could sue him in the American court, but
23  maybe I'm wrong.
24     Q.   Have you sought to sue him in Russian
25  court?

Page 224

ALEXANDER GOLDFARB

1
2     A.   Russian courts won't do for the
3  reasons which are amply elaborated upon in our
4  jurisdictional exchanges.
5     Q.   Why is it that your conflict is not
6  with Walter?
7     A.   Because Walter, in my view, is a pawn
8  in the propaganda war that Russian media, and
9  Channel One in particular, is waging against me
10  and Marina.
11     Q.   Why if he was a defendant do you
12  think that it would be portrayed as some sort of
13  family squabble?
14     A.   Because Channel One Russia,
15  particularly the program "Let Them Talk," is
16  specializing in the sort of family squabble
17  themes.
18     Q.   That's interesting.  So tell me, what
19  is your understanding of the program "Let Them
20  Talk"?
21     A.   "Let Them Talk" is a talk show which
22  most of the times focus on high profile cases
23  which are not really political.  So they like
24  very much their producers and their presenters
25  to expose family squabbles, among other things.

Page 225

ALEXANDER GOLDFARB

1
2        This is not the case presently, and
3  as I think anybody who watches them would see
4  that this particular program is out of character
5  with their general sort of programming.
6     Q.   Is "Let Them Talk" a news program?
7     A.   No, it's a talk show.
8     Q.   Is there an American equivalent that
9  you can give me of what -- you know, the Jerry
10  Springer, is it "60 Minutes," is it somewhere on
11  the spectrum between the two?
12     A.   I don't watch much of American TV.
13  This is definitely not "60 Minutes."  The other
14  program is -- the "Man and Law" is more like
15  "60 Minutes."  This one, "Let Them Talk" is
16  probably close to Oprah Winfrey, if I
17  understand, or probably close to -- you know
18  what, Geraldo Rivera, is this kind of program.
19  That's what it reminds me of.
20        MR. WANGSGARD:  Sharing what I will
21  mark or designate as Exhibit G.
22        Randy, this is Tab 8.
23        MR. SELLIER:  Thank you.
24        MR. WANGSGARD:  A two-page blog post
25  from the Echo blog of Dr. Goldfarb.

57 (Pages 222 to 225)

Page 226

```
 1            ALEXANDER GOLDFARB
 2      (DEPOSITION EXHIBIT G MARKED
 3       FOR IDENTIFICATION at 4:36 p.m.)
 4  BY MR. WANGSGARD:
 5      Q.   Could you read for me, please, the
 6  date that's written up here in Russian?
 7      A.   July 29, 2018.
 8      Q.   And the title here to the left of
 9  your portrait?
10      A.   That's "New York Court Chronicles
11  Number 4, the Defamation Law and How We are
12  Going to Defeat -- well, that's a Russian term,
13  "zombo yashik."  This is a kind of a I would say
14  mocking term widely used among the educated
15  classes in Russia to refer to the propaganda TV.
16  I could translate it probably best way as
17  brainwashing box, how we're going to defeat the
18  brainwash box.  Everybody in Russia would
19  understand.
20      Q.   And does the brainwashing box just
21  refer to television specifically or specifically --
22      A.   No.  Brainwash box is a generic term
23  for Russian state-controlled TV which brainwash
24  the population, and this is how they refer to by
25  anybody -- by any thinking person in Russia,
```

Page 227

```
 1            ALEXANDER GOLDFARB
 2  which are not many.
 3      Q.   The first line here to the left of my
 4  cursor, does that say "Previous issues here,
 5  Number 1, Number 2, Number 3"?
 6      A.   Yes.
 7      Q.   Could you read the next couple
 8  sentences for me through the question mark?
 9      A.   "Well, in connection to our lawsuit,
10  our libel lawsuit against Channel One and
11  RT, we had to research American -- relevant
12  American law.  I'm going to -- I'll try to
13  explain here what they are and how we're
14  going to use them, and not only for general
15  educational reasons, but also because some
16  potential sponsors of this project
17  expressed doubts as to the legal merits of
18  this lawsuit basing on many popular myths
19  and misunderstandings."
20      Q.   All right.  I'm going to skip over to
21  the first paragraph, first full paragraph of
22  Page 2 at the -- one moment.
23           Sorry.  We'll skip down to the bottom
24  of Page 1.  This is the third paragraph from the
25  bottom.  It looks like it says "Regarding Marina
```

Page 228

```
 1            ALEXANDER GOLDFARB
 2  Litvinenko and myself."  Can you read the
 3  first --
 4      A.   "Regarding Marina," right?
 5           "Regarding Marina Litvinenko and
 6  myself, the defendants will easily prove
 7  that we are public figures and therefore
 8  we're covered by this caveat or this rule."
 9           I refer here to the actual malice.
10           "And so we will have to prove that
11  the lies that were broadcast was
12  predetermined and malicious."
13      Q.   So what do you mean when you say that
14  "we're going to have to prove actual malice"?
15      A.   I mean that we have to prove that
16  when they -- that it was an actual malice, that
17  they -- that it was a predetermined lies which
18  was, as it says here, premeditated lie, let's
19  put it that way.  If you translate that
20  correctly, it was malicious and premeditated.
21      Q.   And based on some of your
22  publications, it seems like you're familiar with
23  at least the libel case of New York Times versus
24  Sullivan.  Is that correct?
25      A.   Yes.
```

Page 229

```
 1            ALEXANDER GOLDFARB
 2      Q.   And although not a legal expert,
 3  unless you tell me otherwise, it sounds like
 4  when you're referring to the actual malice
 5  standard, you're using it in the -- sort of the
 6  legal sense based on your understanding of
 7  applicable libel law.  Is that correct?
 8      A.   Correct.
 9      Q.   And do you know why, in your opinion,
10  an actual malice standard should apply to you in
11  this case?
12      A.   Because I believe and I guess we have
13  sufficient evidence to prove that when
14  Channel One alleged that I did all those
15  things -- I won't list them -- they knew that
16  this is a lie.
17           MR. SELLIER:  That wasn't what he
18  asked you, Alex.
19           THE WITNESS:  No?  What was the
20  question?
21           MR. SELLIER:  I believe he asked you
22  why do you believe the actual malice
23  standard applies to you.
24           THE WITNESS:  To my lawsuit, you
25  mean?
```

58 (Pages 226 to 229)

Page 230

ALEXANDER GOLDFARB

1
2     MR. SELLIER:  Yes, that's what he
3  asked you.
4     A.   Because I believe they knew that they
5  were lying when they lied.
6  BY MR. WANGSGARD:
7     Q.   So not so much why do you think that
8  you satisfy that, but why should that standard
9  be held to you?  Is it because, as you reference
10  in this paragraph with regard to Marina
11  Litvinenko and me, the defendants will easily
12  prove that we are public figures?
13     A.   Yes.
14     Q.   And you're a public figure.
15     A.   Yeah, I would believe we are public
16  figures, which we are, and that means that the
17  standard applies to us, the standard of actual
18  malice.  That's what I meant here.
19     Q.   Are you a public figure with respect
20  to this case, or do you think you're a public
21  figure because of your other --
22     A.   No, I understand that I am a -- I'll
23  call it limited purpose public figure with
24  regard to a large -- a large area of discourse
25  like connected to Russia, Putin, and all that.

Page 231

ALEXANDER GOLDFARB

1
2     Q.   So with regard to topics such as
3  Russia and Putin, you're at least a limited
4  purpose public figure, is your understanding?
5     A.   Yes.
6     Q.   And how about topics such as
7  Litvinenko?
8     A.   Definitely, because it's part of the
9  Russia issue.
10     Q.   Poisonings by or allegedly by
11  apparatuses of the Russian government included
12  in that?
13     A.   I don't think I'm -- well, I'm
14  definitely now a public figure with this regard
15  because I was associated with a very public and
16  prominent case of Litvinenko.
17     Q.   Following the publication of your
18  book "Death of a Dissident" and --
19     A.   No, following the moment I read out
20  Litvinenko's deathbed statement to the press on
21  the day he died, and on and on and on.
22     Q.   Did you draft that statement?
23     A.   Did I what?
24     Q.   Did you draft that statement?
25     A.   I didn't draft this statement.  This

Page 232

ALEXANDER GOLDFARB

1
2  statement was drafted by Litvinenko's lawyer by
3  the name of George Menzies, and then I -- after
4  he had spoken to Litvinenko in my presence and I
5  translated and after he had drafted this
6  statement, we went back to his hospital ward,
7  and I back translated what he had drafted into
8  Russian in the presence of Marina, and
9  Litvinenko agreed and signed it.
10     Q.   Did you edit it or did you just
11  translate it?
12     A.   I just translated.  Was a good
13  statement.
14     Q.   And what was Alexander Litvinenko's
15  condition at the time?
16     A.   At the time he signed the statement,
17  you mean?
18     Q.   Yes.
19     A.   He was very ill, but perfectly
20  coherent and in his sound mind.  It was -- on
21  that day, he still gave evidence to the police.
22     Q.   Were you acting as -- either formally
23  or in an informal capacity as his spokesman
24  during the time that he was in the hospital, at
25  University Hospital in London?

Page 233

ALEXANDER GOLDFARB

1
2     A.   I would say that the best
3  characterization of my role, friend, spokesman.
4     Q.   Friend, spokesman?
5     A.   Yeah.
6     Q.   The paragraph beginning after the
7  question "How are we going to do it," could you
8  read that to me, please?
9     A.   "First of all, basing on the findings
10  of the London's public inquiry, Litvinenko
11  public inquiry, which in 2006 established
12  that he was murdered by Andrei Lugovoi and
13  Dmitry Kovtun, Channel One and RT could not
14  have not known about these findings since
15  they reported on them themselves.  Of
16  course they can say that they consider
17  public inquiry illegitimate and politically
18  influenced, and then the American court
19  will have to decide whether this was an
20  honest misunderstanding of our respondents
21  or was it part of their malicious plan."
22     Q.   Thank you.  So it sounds like at the
23  time of writing this, it's an open question in
24  the US courts under -- your understanding of
25  whether this was a good faith error or malicious

59 (Pages 230 to 233)

ALEXANDER GOLDFARB

1
2  intent?
3      A.   No.  What I say that we will insist
4  that they knew, that they're lying basing on the
5  London inquiry finding, which they reported
6  themselves upon, but if they object, then the
7  American court will have to decide on the issue
8  of actual malice.  That's what I'm saying.
9      Q.   Would you describe Marina Litvinenko
10 as, quote, an unconditional interested party in
11 your action?
12     A.   What does mean unconditional?  Sounds
13 very legal, legalese, unconditional interest.
14          MR. WANGSGARD:  So I will pull up and
15     mark as H, Exhibit H, Tab 10, Randy.
16          (DEPOSITION EXHIBIT H MARKED
17          FOR IDENTIFICATION at 4:49 p.m.)
18          MR. WANGSGARD:  Which I'm sharing
19     now.
20 BY MR. WANGSGARD:
21     Q.   This is a two-page document.  Again,
22 appears to be from the Echo blog of Dr. Goldfarb
23 written in Russian.  And the date on it, if you
24 could tell us, is that --
25     A.   It's the 9th of February 2019.

ALEXANDER GOLDFARB

1
2      Q.   And the title?
3      A.   The title is "The Legal Chronicle
4  from New York, Number 11," and so on Monday
5  dash.
6      Q.   And could you read the first say
7  three sentences of the second paragraph that
8  look to begin "Although I'm an only plaintiff"?
9      A.   "Even though I'm the sole plaintiff,
10     I use -- I'm writing our lawsuit and not
11     my lawsuit for two reasons.  First of all,
12     because Marina Litvinenko, the widow, is
13     undoubtedly an interested party in this
14     case."
15     Q.   Thank you.  So my translation of
16 "unconditional," we'll use your words of
17 "undoubtedly an interested party."  What do you
18 mean by that?
19     A.   Well, you can translate both ways,
20 but that's what I meant; undoubtedly she's an
21 interested party.  I simply don't understand
22 what unconditional interested party is.
23     Q.   So what do you mean by she's
24 undoubtedly an interested party?
25     A.   That without any doubt she's an

ALEXANDER GOLDFARB

1
2  interested party.
3      Q.   In what way?
4      A.   In the way that the -- her husband
5  and the father of her child was viciously
6  murdered.  And to add insult to injury, somebody
7  is spreading misinformation with regard to who
8  kill him.  She obviously would -- anybody in her
9  place would want to set the record straight.
10          MR. WANGSGARD:  I'm going to share on
11     my screen and mark as I, Exhibit I, a
12     one-page document, which is Tab 11, Randy.
13          (DEPOSITION EXHIBIT I MARKED
14          FOR IDENTIFICATION at 4:52 p.m.)
15 BY MR. WANGSGARD:
16     Q.   And it appears to be dated March 4th,
17 2019.  Is that correct?
18     A.   Yes, it's March 4, 2019.
19     Q.   And is this -- I guess what's the
20 title of this to the left of your portrait
21 there?
22     A.   The title is "Legal Chronicles from
23 New York -- or "Court Chronicles from New York
24 Number 12, the CIA and Déjà Vu."
25     Q.   "The CIA and Déjà Vu."  What do you

ALEXANDER GOLDFARB

1
2  mean by that?
3      A.   I mean that these are two themes that
4  they want to address; the theme of CIA and the
5  theme of déjà vu is obvious from the content.
6      Q.   So the one, two -- third paragraph
7  from the bottom, could you read to me what
8  begins on the second -- you know, is that the
9  second message?
10     A.   "The second news story is the
11     emotional rebuttal of a lady from Russian
12     foreign ministry directed to the Brits, who
13     defamed the Russian ambassador because --
14     "defaming the Russian ambassador.  As you
15     see, he was called the KGB agent, which is
16     malicious propaganda -- I mean in the words
17 of the foreign minister spokeswoman, so I'll
18 repeat.
19          "The second news story is the
20     emotional rebuttal of a lady from ministry
21     of foreign affairs towards Brits, who
22     slandered or defamed the Russian ambassador
23     by saying that he was a KGB agent, which is
24     a piece of malicious propaganda.  For
25     example -- I continue, right?

60  (Pages 234 to 237)

Page 238

ALEXANDER GOLDFARB

1
2    Q.   Yes, the next sentence, "Last year
3  Russian TV channels."
4    A.   "For example, Russian TV channels
5  last year called me an agent of CIA who
6  murdered Litvinenko.  I, as is known, sued
7  them, brought them to court, and now the
8  attorney for the Russia Today channel wrote
9  to the judge that the allegation of
10 belonging to the CIA could not be
11 considered slanderous.  Here I agree."
12   Q.   Okay.  So "Here I agree," what do you
13 mean by "Here I agree"?
14   A.   I agree that allegation of belonging
15 to the CIA are not slander per se.
16   Q.   Not slander per se or --
17   A.   What I say, I agree here, I agree
18 with that, I'm in agreement.
19   Q.   It's not defamatory or
20 (indiscernible) --
21   A.   It's not defamatory, yes.
22       (Reporter clarification.)
23   Q.   -- or slanderous to be accused of
24 being a CIA agent.
25   A.   Yeah, here I agree.  What I mean is

Page 239

ALEXANDER GOLDFARB

1
2  that I agree that -- with the attorney for
3  Russia Today who asserts that alleging that
4  someone belongs to the CIA by itself is not
5  defamatory.
6    Q.   Is it defamatory when taken with
7  something else?
8    A.   Well, it's a gray area.  It depends
9  on the context.  For example, in some parts and
10 some times, saying that somebody is gay may be
11 defamatory, but generally nowadays it is not.
12       So -- so I agree that -- with that
13 statement, let's put it that way.  "I agree with
14 that statement of the Russia Today lawyer even
15 though -- shall I continue?
16   Q.   No, that's good, thank you.
17       So I'm going to read to you
18 Paragraph 1 of your complaint, Document 5 in
19 this matter, which says in the second
20 paragraph -- or in the second sentence of
21 Paragraph 1:
22       "Dr. Goldfarb brings this action
23       because he's a victim of malicious
24       defamation by defendants who have falsely
25       accused him of murdering his friend,

Page 240

ALEXANDER GOLDFARB

1
2  Alexander Litvinenko and his own wife, as
3  well as being an agent of the United States
4  Central Intelligence Agency."
5       Whether it's true or false -- well,
6  first of all, is it true or false that you're a
7  member of the CIA?
8    A.   It's false.  I'm not the member of
9  the CIA.
10   Q.   Even if that false statement was made
11 about you, is it defamatory or slanderous to be
12 accused of being a member of the CIA, in your
13 opinion?
14   A.   I would say that being a murderer is
15 obviously slanderous; and when you say that
16 someone is a murderer on behalf of the CIA is
17 also slanderous; and when you add to this some
18 additional facets to this whole statement that
19 he is a murderer on behalf of the CIA because he
20 administered a poison given to him by the CIA in
21 order to prevent the victim of traveling to
22 Russia, this whole situation is very, very
23 slanderous and each element of this statement
24 reinforces all other elements.
25       So in the context, it's very

Page 241

ALEXANDER GOLDFARB

1
2  slanderous, although I agree that technically
3  calling let's say somebody an agent of the CIA
4  is let's say not slanderous, but it puts the
5  object in -- objective -- I mean the -- sorry
6  for the -- it puts the person in a very serious
7  objective danger and does harm.  It's harmful
8  but not slanderous.  It's harmful for other
9  reasons.  I hope I'm clear --
10   Q.   Standing alone, being a member of the
11 CIA, whether true or false, is not slanderous.
12   A.   No.
13   Q.   Is that what you said?  No, okay.
14   A.   Standing alone, no.  In the context
15 of this story, it is.
16   Q.   So the basis of your complaint is
17 that you've been accused of being a murderer of
18 two people.  Is that correct?
19   A.   Yes.
20   Q.   And also the basis of your complaint
21 is that you're a CIA agent with respect to those
22 murders?
23   A.   Yes.
24   Q.   So really the basis of the complaint
25 is the murderer accusation, not the CIA agent

61 (Pages 238 to 241)

Page 242

ALEXANDER GOLDFARB

1
2  accusation.
3     A.   Can you please repeat it?
4     Q.   So isn't it true then that the basis
5  of your complaint is that you've been accused of
6  being a murderer, not that you've been accused
7  of being a CIA agent?
8     A.   Well, it's becomes a linguistical
9  issue.  I would say the accusation that I'm a
10  murderer wouldn't stand by itself because nobody
11  would believe that all of a sudden I would go
12  and kill my good friend and my own wife.  So
13  it's an incredible allegation which any
14  reasonable person wouldn't take seriously.
15          However, if you say that he had done
16  this bad deed because he had a motive, it's a
17  much more serious slanderous allegation.
18          And the allegation by Channel One is
19  that I killed Litvinenko and my wife on behalf
20  of the CIA, which puts my alleged murderous act
21  in a very different -- on a very different
22  ground.
23     Q.   So standing alone, the accusations of
24  being a murderer are so incredible to be not
25  believed by a reasonable party.  Is that what

Page 243

ALEXANDER GOLDFARB

1
2  you just -- standing alone without the CIA
3  aspect of it?
4     A.   I would say that it was much more --
5  much less believable depending on the listener,
6  much less believable than when it's reinforced
7  by alleging the CIA element.
8     Q.   And you've worked -- you're not an
9  agent of -- debatable whether you're an asset or
10  were an asset of, but you had meetings with the
11  CIA going back to the '80s when they approached
12  you, and you spoke with them while at Columbia
13  University.  Is that correct?
14     A.   I think we have covered that.  I
15  believe that technically I could be called an
16  asset, but substantively I'm not.
17     Q.   And you use the term "incredible"
18  meaning -- what do you mean by "incredible"?
19  The allegations that you're a murderer, that
20  you -- well, it's in the transcript, but you
21  tell me.
22          You said that it's incredible that
23  you just up and decided, absent some other
24  motivation, to murder Sacha and your wife.
25     A.   Well, any statement has a certain

Page 244

ALEXANDER GOLDFARB

1
2  degree of credibility, so if you allege
3  something, you are perceived as more or less
4  credible depending on the context and the
5  additional, you know, elements of this
6  statement.
7          So the defamatory weight, let's put
8  it that way, or defamatory power of Channel One
9  allegations are very strong because of the
10  cumulative effect of the allegation itself and
11  the other allegation and the third allegation.
12  Like why would somebody kill his wife makes no
13  sense, but why would somebody kill his wife
14  to -- because she talks too much, it makes more
15  sense.
16          So what I'm saying is that all this
17  taken together creates an enormously defamatory
18  meaning.
19     Q.   Do you watch Fox News at all?
20     A.   Very rarely, but I do.
21     Q.   Do you ever watch Tucker Carlson?
22     A.   I watch Tucker Carlson occasionally,
23  but not much.  Enough to understand what he's
24  all about.
25     Q.   What is your understanding of what

Page 245

ALEXANDER GOLDFARB

1
2  he's all about?
3     A.   I think he's crazy.
4     Q.   Do you think viewers think he's crazy
5  or is that --
6     A.   Well, some viewers think he's crazy,
7  some viewers think he's a very serious source of
8  information.  The same is true about Putin.
9     Q.   Part of your claims are that the
10  accusation of being a CIA agent have put you in
11  reasonable threat of physical harm.  Is that
12  accurate?
13     A.   Yes.
14     Q.   And what's the basis for that
15  accusation --
16     A.   The basis for that accusation is
17  that, as we all know, there are many bad actors
18  around the world who want to harm Americans in
19  general and the American Jews in particular, and
20  the American Jews who are CIA agents
21  cumulatively much more.
22          So by being publicly identified as a
23  CIA agent to a multimillion audience by a major
24  network puts me in objective danger of becoming
25  a target of these kind of bad actors.  Not

62 (Pages 242 to 245)

ALEXANDER GOLDFARB
1
2  necessarily some, you know, spy agencies, but
3  mostly radical groups or some radicalized
4  individuals who think that it's a good thing to
5  kill a CIA agent, or kidnap, and particularly
6  because there were incidents on the record of
7  such things happening.
8      Q.   Have there been any specific
9  incidents that you can relate, specific threats
10  rather than generalized --
11     A.   Well, there was a CIA guy killed -- I
12  think kidnapped and killed in Turkey --
13     Q.   (Indiscernible)?
14     A.   -- (indiscernible).
15         (Reporter clarification.)
16     Q.   When?
17     A.   When?  I can't tell you right away,
18  but I researched the issue.  There was a CIA
19  operative or agent or asset, as they say,
20  kidnapped and killed in Turkey maybe 20 years
21  ago.
22     Q.   My question was, have you
23  specifically to your own physical security
24  suffered any threats as a result of the
25  allegation of being a member of the CIA?

ALEXANDER GOLDFARB
1
2      A.   I believe if you can count my
3  reluctance to travel, for example, outside of
4  the United States, I consider that -- for that
5  specific reason, I consider that specific
6  perception of threat.
7          Nobody threatened, you know,
8  Litvinenko, or others were killed without a
9  prior threat they specifically articulated.
10  Nobody articulated that they're going to kill me
11  because they believe I'm the CIA, but enough
12  people believe that I'm the CIA, and therefore I
13  feel an objective threat.
14         MR. WANGSGARD:  I'm going to share
15  Tab 12 and mark it as J.
16         (DEPOSITION EXHIBIT J MARKED
17         FOR IDENTIFICATION at 5:10 p.m.)
18         MR. WANGSGARD:  A two-page document
19         written in Russian appearing to be from the
20         Echo blog of Dr. Goldfarb dated --
21  BY MR. WANGSGARD:
22     Q.   If you could tell me, confirm that
23  this is --
24     A.   December 2, 2019.
25     Q.   And the title to the left of your --

ALEXANDER GOLDFARB
1
2      A.   It's the "Legal Chronicle from
3  New York, Let's Hit Propaganda With a Lawsuit."
4      Q.   Let's hit them with a lawsuit or
5  let's -- or would that also translate to let's
6  sue propaganda?
7      A.   "Let's Hit Propaganda with a
8  Lawsuit."
9      Q.   And why did you punctuate that with
10  an exclamation point?
11     A.   Well, it's a play on a famous quote
12  from Russian literature which everybody knows in
13  Russia.  It was from the time of
14  industrialization, something to the effect that
15  "Let's hit the lack of proper roads with our
16  automobiles," something like that.  It's an
17  idiom.
18     Q.   Does an idiom normally get punctuated
19  with the exclamation point?
20     A.   Yes.
21     Q.   This first paragraph here after this
22  intro, tell me if my translation -- or why don't
23  you translate it for me.
24     A.   First paragraph?
25     Q.   Yes.

ALEXANDER GOLDFARB
1
2      A.   "This blog post is a reminder to our
3  friends and enemies that our lawsuit to
4  Russian TV channels that had been filed
5  more than a year ago has not died, has not
6  deflated, and is slowly muddling through
7  the American legal jungle."
8      Q.   Okay.  I'm going to stop you there,
9  thank you.
10         On the second page, this all caps
11  heading, what does that say?
12     A.   The heading is again an idiom which
13  essentially says whether this hide -- "hide" I
14  mean the skin -- whether this hide is worth you
15  know, the processing, whether it's worth doing
16  it.
17     Q.   And it looks like the next paragraph
18  is all one sentence.  Can you read that to me?
19     A.   "This is a civil lawsuit, and if we
20  win, the respondents will face
21  multimillion punitive damages.  We
22  naturally do not expect that they will pay
23  anything, but in case we win, we have a
24  possibility -- we'll get a possibility to
25  significantly interfere with the commercial

63 (Pages 246 to 249)

ALEXANDER GOLDFARB

1
2  activities of Channel One and RT in the
3  USA, Europe, and elsewhere where they would
4  recognize decisions of American courts."
5      Q.   So significantly interfere with the
6  commercial activities --
7      A.   Yes.
8      Q.   -- of the defendants?
9      A.   Uh-huh.
10     Q.   Is that the basis or is that the
11 reason why you wrote this lawsuit?
12     A.   No.  The reason, as I explained, is
13 to get the truth known and set the record
14 straight and get some justice.
15         But the second reason, as in any
16 civil suit, is to get damages.  The purpose of
17 this paragraph and the meaning of this
18 paragraphs reflect to the doubts of many people
19 that this case is collectible for reasons I'm
20 not going to go into if you don't want me to
21 elaborate.  So the assumption, which was
22 expressed to us by many people, including
23 potential donors, is that why bother, it's not
24 collectable or it's not likely collectable.
25         So this is our response, and it says

ALEXANDER GOLDFARB

1
2  that maybe it's not collectable, but at least we
3  will hurt their -- the guilty party, the
4  offenders, by making their life difficult
5  through the enforcement of the court decision.
6  That's what I refer to.
7      Q.   Did Alexander Litvinenko know that
8  polonium-210 was determined to be the cause of
9  his death before he died or did he pass away not
10 knowing that?
11     A.   No, he passed away not knowing that.
12     Q.   In 2007, when you appeared before the
13 Frontline Club, you suggested that it was
14 determined about 30 minutes before he passed
15 away that polonium-210 had been identified.  Do
16 you recall that?
17     A.   About so, that's when we learned
18 about it.
19     Q.   But that information did not make it
20 to him?
21     A.   No.  He was in a coma by then.
22     Q.   In that same appearance, at the
23 Frontline Club in 2007, you said that, quote,
24 Sacha had no objective basis for naming Putin.
25         What did you mean by that?

ALEXANDER GOLDFARB

1
2      A.   What did I say?  Can you say it
3  again?
4      Q.   Sacha had no objective basis for
5  naming Putin.
6      A.   Oh.  When Sacha named Putin in his
7  deathbed statement as his murderer essentially,
8  he didn't have any evidence other than a hunch.
9      Q.   Ultimately there was -- I guess it
10 was both an inquest and became an inquiry in the
11 UK --
12     A.   Yes.
13     Q.   -- in the complaint?
14         Did you provide testimony in that
15 proceeding?
16     A.   Yes, I did.
17     Q.   Have you reviewed the statements in
18 that proceeding that are attributable to you?
19     A.   I guess I did, at the time, yeah.
20     Q.   Are any of those incorrect?
21     A.   I don't think so, no.  They correct.
22     Q.   Did you provide written witness
23 statements in that proceeding?
24     A.   Honestly, I don't remember.
25     Q.   If you provided written witness

ALEXANDER GOLDFARB

1
2  statements in that proceeding, would they have
3  been your own words as opposed to having been
4  written by anyone else?
5      A.   No.  What I definitely remember that
6  I was put on the stand, and whatever I read in
7  this transcript later was an accurate
8  transcription of what I said on the stand.
9      Q.   So you testified.
10     A.   I testified, yes.
11     Q.   How many times did you testify during
12 the UK proceeding?
13     A.   I think once, but it was a long
14 testimony.
15     Q.   And you were given the opportunity to
16 review the transcript or the output of your
17 testimony?
18     A.   No.  I just read it in the final --
19 the report and whatever they put on the website.
20 They didn't give it to me in the course of the
21 hearings.
22     Q.   When you read it on the website, did
23 you disagree with any of what was attributed to
24 you?
25     A.   No.

Page 254

ALEXANDER GOLDFARB

1
2     Q.   Have any of the CIA-hating
3  individuals out there that you mentioned earlier
4  specifically threatened you?
5     A.   No.
6     Q.   How many times have you met Walter
7  Litvinenko in person?
8     A.   Several times, many times during the
9  time he was in London when Litvinenko was dying
10  and died and afterwards.  I don't remember
11  whether I've met Walter before, if at all he
12  visited London, but I met him at that time and
13  probably a couple of times later when -- at the
14  funeral definitely and so on.  So probably I've
15  met him dozen -- more than a dozen of times,
16  mostly at that time.
17     Q.   When's the last time you met him or
18  spoke with him?
19     A.   Probably at the funeral.  I'm not
20  hundred percent sure, but I spoke with him on
21  the phone later on in the course of transferring
22  that money that I mentioned before.
23     Q.   The money while he was living in
24  Italy?
25     A.   Yes.

Page 255

ALEXANDER GOLDFARB

1
2     Q.   In the UK inquiry, you stated that
3  you forgive him.  Do you forgive Walter?
4     A.   I would say that the UK inquiry was
5  before his participation in the problems we
6  discuss now, so yes, I stand by those
7  forgiveness.
8         If you ask me whether I forgive him
9  today, I would say, as they used to in Russia or
10  what Sacha said about Putin in his deathbed
11  statement, let the Lord be his judge.
12     Q.   Who's Maria Anna Carter?
13     A.   Maria Anna Carter is the legal name
14  of Marina Litvinenko, which she was -- that she
15  took when they naturalized in the UK.
16     Q.   Why did she change her name to Maria
17  Carter?
18     A.   The usual practice of the British
19  government when they give asylum to people whom
20  they believe are fleeing from real danger,
21  anybody, is to offer them to take a new name.
22  One of the reasons why they do it is that when
23  they believe there is an outstanding arrest
24  warrant from Russia through Interpol so that the
25  people can travel with a different name.

Page 256

ALEXANDER GOLDFARB

1
2  So this is what was offered to Marina
3  and Sacha at the time they got their
4  residence -- their asylum shortly after they
5  arrived to UK, and they chose these names.  He
6  was Redwald Carter and she was Maria Anna
7  Carter.
8         MR. WANGSGARD: Let's take a
9  five-minute break just to collect our
10  thoughts and then see if we can wrap it up
11  within five to ten minutes thereafter.
12         (Recess taken at 5:25 p.m.)
13         (Back on the record at 5:32 p.m.)
14         MR. WANGSGARD:  Let's go back on the
15  record at about 5:32 according to my clock.
16  BY MR. WANGSGARD:
17     Q.   Dr. Goldfarb, did you tell the Daily
18  Beast in 2018 that you forgave Walter Litvinenko
19  specifically in September of 2018?
20     A.   I might have.
21     Q.   Have you ever met Lugovoi,
22  Mr. Lugovoi?
23     A.   Yes.  In the old days when he was
24  working for Mr. Berezovsky in Moscow, I met him,
25  and then I met him for the second time in France

Page 257

ALEXANDER GOLDFARB

1
2  shortly after Litvinenko's defection and
3  Berezovsky's emigration at the Berezovsky's
4  house in the south of France.
5     Q.   And what was the purpose of that
6  meeting?
7     A.   The purpose of the second meeting was
8  the -- well, there was a general kind of crowd
9  there in Berezovsky's house.  I think he was
10  discussing where it would be better for him to
11  go, to settle in UK or the US, and that was the
12  meeting and Lugovoi was there.
13         And another aspect of that meeting
14  was that Berezovsky asked me to help Lugovoi get
15  a US visa, though it was not in Lugovoi's
16  presence, and I said -- like inviting him as a
17  personal guest, and I said no.
18     Q.   Have you ever met Mr. Kovtun?
19     A.   No, never.
20     Q.   Do you know why Sacha Alexander
21  Goldfarb was willing to meet them in October and
22  then again in November 2006?
23     A.   You mean Litvinenko?
24     Q.   Yes.
25     A.   Why he --

65 (Pages 254 to 257)

ALEXANDER GOLDFARB

1
2     Q.   Why he would be willing to meet with
3   them at the Millennium Bar and at the sushi bar?
4     A.   Well, if you want my honest answer is
5   this.
6     Q.   I do.
7     A.   I believe, based on the evidence that
8   transpired in the public inquiry, that
9   Mr. Lugovoi was a British, as you say, asset in
10  the sense that they met with him and they tried
11  to engage him in some of their activities and
12  they vetted him.  So I believe that Sacha met
13  Lugovoi because he was vetted by his handlers at
14  MI6.
15    Q.   Did you and Maria Carter a/k/a Marina
16  Litvinenko ever create a podcast in
17  approximately 2019 to discuss these events in
18  your book?
19    A.   We were planning this and we were
20  discussing this, but if I remember correctly, it
21  never came to any fruition.
22         Let me elaborate.  Actually we
23  started as some sort of a two-sided podcast
24  on -- I think it was on YouTube or on Facebook,
25  and maybe we produced one or two issues

ALEXANDER GOLDFARB

1
2   essentially dedicated to our book, but then it
3   died out.
4         MR. WANGSGARD:  I'm sharing my screen
5     to introduce Exhibit K, a one-page document
6     bearing Bates stamp G625.
7         (DEPOSITION EXHIBIT K MARKED
8         FOR IDENTIFICATION at 5:38 p.m.)
9   BY MR. WANGSGARD:
10    Q.   Do you recognize this document?
11    A.   It looks like an email from me to
12  Marina.
13        MR. SELLIER:  Did you mention the tab
14    of that?
15        MR. WANGSGARD:  Tab 18.
16        MR. SELLIER:  Okay.
17  BY MR. WANGSGARD:
18    Q.   You know, it's seven words.  Can you
19  read the seven words of the content of the
20  email, please?
21    A.   It's just, you know, an empty email
22  with apparently some attachments.
23    Q.   And the subject is "Draft Schedule"?
24    A.   Yeah.
25    Q.   Did you, to your knowledge, produce

ALEXANDER GOLDFARB

1
2   the attachment, this -- it looks to be an .xl --
3   sx or Excel attachment?
4     A.   Did I produce -- oh, I remember what
5   it was.  Yes, I did.
6     Q.   You produced the attachment to this
7   email?
8     A.   Yeah.  If you open it, I'll tell you
9   for sure, but I think -- let me see it before I
10  answer.
11    Q.   So I guess the issue is I couldn't
12  find that, so...
13    A.   Oh, you couldn't find that
14  attachment.
15    Q.   Correct.
16    A.   It looks some Excel documents, so
17  then I can't comment because I don't really
18  remember.
19    Q.   Understood, thank you.
20         Did I hear you correctly that Lugovoi
21  was a British asset, British Intelligence asset?
22    A.   Can you repeat the question?
23    Q.   Was Lugovoi a British Intelligence
24  asset?
25    A.   I think so.  There's an inference

ALEXANDER GOLDFARB

1
2   from evidence that was made public during the
3   London inquiry.
4     Q.   If your inference is correct and he
5   was a British Intelligence asset, and in that
6   capacity associated with the British government
7   and he had a role in Sacha's murder, does that
8   mean the British government had a role in
9   Sacha's murder based on the inferences?
10    A.   No, I believe he was a double agent.
11  He was simultaneously a British asset and the
12  FSB Russian asset, and he fooled the Brits and
13  he killed Sacha on behalf of the Russian secret
14  service and Mr. Putin.
15    Q.   Do people who contribute a hundred
16  dollars or more to your GoFundMe page receive a
17  copy of your book?
18    A.   Yes, they do.
19        MR. WANGSGARD:  So just while we're
20    on the record, you know, Randy and I
21    discussed during one of the breaks that
22    there may be some documents that we'll
23    follow up, but we're happy to do that via
24    email, but we've agreed to work together on
25    that.  Otherwise, that's everything I have.

66  (Pages 258 to 261)

Page 262

```
 1          ALEXANDER GOLDFARB
 2          MR. SELLIER:  Great.  We'll go off
 3   the record.
 4          (Off the record.)
 5          MR. WANGSGARD:  Yes, I'd like the
 6   transcript, please.  Regular turnaround and
 7   then a rough draft.
 8          (TIME NOTED:  5:50 p.m.)
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 264

```
 1            *** ERRATA SHEET ***
       TRANSPERFECT DEPOSITION SERVICES
 2           216 E. 45th Street, Suite #903
             NEW YORK, NEW YORK 10017
 3               (212) 400-8845
 4   CASE: ALEX GOLDFARB vs. CHANNEL ONE RUSSIA
     DATE: MARCH 4, 2022
 5   WITNESS: ALEXANDER GOLDFARB    REF: 4369
 6   PAGE  LINE  FROM        TO
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20

21   _____

22        ALEXANDER GOLDFARB

23   Subscribed and sworn to before me

24   this ____ day of _____, 20__.

25   _____
            Notary Public
```

Page 263

```
 1          ALEXANDER GOLDFARB
 2          C E R T I F I C A T E
 3
 4
 5
 6          I, PAULA S. RASKIN, Certified
 7   Shorthand Reporter and Notary Public,
 8   hereby certify that this deposition was
 9   taken before me on the date hereinbefore
10   set forth; that the foregoing questions and
11   answers were recorded by me
12   stenographically and reduced to computer
13   transcription; that this is a true, full,
14   and correct transcript of my stenographic
15   notes so taken; and that I am not related,
16   nor of counsel, to either party, nor
17   interested in the event of this cause.
18
19
20
21
22          _____
23          Paula Raskin, CSR
24
25
```

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

**A**

abbreviation 223:8
ability 10:12
    220:21
able 12:6 17:20
    27:7,13 46:6
    97:22 153:13
    174:23 175:4
Abramovich 6:16
abroad 130:6 154:4
absent 243:23
Absolutely 46:24
absorb 81:12
absorbed 89:9,11
    92:10
absorption 113:25
abuses 131:8 154:2
    154:6
academy 122:8,9
    122:10 143:21
acceptable 9:14
access 71:24
    153:12 158:14,17
    159:11 161:11,14
    215:25
accident 159:23
accomplice 182:21
account 34:25
    42:15
accounts 37:23
    41:8,9
accumulated 69:20
accurate 10:9
    11:13 12:7 67:22
    169:21,22,25
    207:5 245:12
    253:7
accurately 138:25
accusation 241:25
    242:2,9 245:10,15
    245:16
accusations 242:23
accused 238:23
    239:25 240:12
    241:17 242:5,6
achieve 55:12,13
achieved 57:24

acquaintance
    207:19
acquaintances
    219:16
acquaintanceship
    171:20
act 242:20
acted 53:13
acting 121:15
    232:22
action 23:15 54:22
    55:7 66:17 174:12
    185:23 186:17
    234:11 239:22
actions 48:7,25
    50:23 51:19 52:12
active 20:22 183:18
    183:20,21 191:8
activism 154:25
activist 117:23
    157:23
activists 152:14
activities 36:24
    37:14 38:3 78:25
    79:12 112:21
    131:4,11,15 165:9
    165:16 183:15
    250:2,6 258:11
activity 128:10
    157:21 183:22
actor 222:22
actors 199:14
    245:17,25
acts 24:13 63:21
actual 11:3 49:3
    53:13,16 228:9,14
    228:16 229:4,10
    229:22 230:17
    234:8
add 141:6 144:11
    167:7 236:6
    240:17
added 36:16
additional 56:24
    161:20,24 240:18
    244:5
address 13:25

34:15,24 147:16
    237:4
addressed 12:5
    39:15,25,25 40:2
    40:5
adds 57:7
administered
    240:20
administration
    126:22
adopted 182:14
advance 84:25
    85:13,14,18 86:20
    86:23 91:7
advertised 163:9
advertisements
    136:16
advice 21:21 29:25
    112:13 179:16
advise 42:18
    145:17 173:23
advising 145:13
advisor 115:15,19
    118:8,15 155:15
    168:8,10
advisors 115:13,13
advocacy 37:13
affair 170:21
affairs 207:11
    237:21
affect 10:12
Affidavit 3:17
    174:3
affiliated 65:20
afield 106:8 151:23
afraid 93:7 95:4,25
age 12:13 108:16
    108:18
agencies 143:19
    145:12 195:21,24
    196:3 246:2
agency 88:10,11
    89:9,19,22,24
    91:25 173:19
    195:7,9 240:4
agenda 126:24
agent 85:10 87:6,7

87:23 88:9,12,17
    89:8 90:2 92:2,11
    95:9 177:11,13
    237:15,23 238:5
    238:24 240:3
    241:3,21,25 242:7
    243:9 245:10,23
    246:5,19 261:10
agents 139:22
    245:20
ages 34:17
aggravation 118:19
ago 15:21 17:2,23
    75:15 90:16 98:22
    99:13 108:15
    179:22 215:13,22
    220:13,16 246:21
    249:5
agree 8:3 38:13
    238:11,12,13,14
    238:17,17,25
    239:2,12,13 241:2
agreeable 83:6
agreed 6:22 27:20
    175:16 232:9
    261:24
agreement 81:22
    84:8 91:25 92:7
    92:20 93:15 97:14
    97:16 238:18
agreements 93:16
ahead 6:13 31:25
    93:21 101:7
    106:10 107:4
    139:16 151:25
    219:22
aid 29:17 79:16
aired 13:22 61:13
airlift 201:7,10
Alex 1:4 3:20 5:18
    29:20 42:17 81:7
    97:2 101:11
    139:14 174:4
    214:11,23 215:8
    229:18 264:4
Alexander 1:14 3:5
    5:1,18 6:1 7:1 8:1

9:1 10:1 11:1
    12:1 13:1 14:1
    15:1,14,16 16:1
    16:13 17:1 18:1
    19:1 20:1 21:1
    22:1 23:1 24:1
    25:1 26:1 27:1
    28:1 29:1 30:1
    31:1 32:1 33:1
    34:1 35:1 36:1
    37:1 38:1 39:1
    40:1 41:1 42:1
    43:1 44:1 45:1
    46:1 47:1 48:1
    49:1 50:1 51:1
    52:1 53:1 54:1
    55:1 56:1 57:1
    58:1 59:1 60:1
    61:1 62:1 63:1
    64:1 65:1 66:1
    67:1 68:1 69:1
    70:1 71:1 72:1
    73:1 74:1 75:1
    76:1 77:1,10 78:1
    79:1 80:1 81:1
    82:1 83:1 84:1
    85:1 86:1 87:1
    88:1 89:1 90:1
    91:1 92:1 93:1
    94:1 95:1 96:1
    97:1 98:1 99:1
    100:1 101:1 102:1
    103:1 104:1 105:1
    105:7,9,14 106:1
    107:1 108:1 109:1
    110:1 111:1 112:1
    113:1 114:1 115:1
    116:1 117:1 118:1
    119:1 120:1 121:1
    122:1 123:1 124:1
    125:1 126:1 127:1
    128:1 129:1 130:1
    131:1 132:1 133:1
    134:1 135:1 136:1
    137:1,14 138:1
    139:1 140:1 141:1
    142:1 143:1 144:1

145:1 146:1 147:1
148:1 149:1 150:1
151:1 152:1 153:1
154:1 155:1 156:1
157:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1 167:1 168:1
169:1 170:1 171:1
172:1 173:1 174:1
175:1 176:1 177:1
178:1 179:1 180:1
181:1,7 182:1
183:1 184:1 185:1
186:1 187:1 188:1
189:1 190:1 191:1
192:1 193:1,4,7,7
194:1 195:1 196:1
197:1 198:1 199:1
200:1 201:1 202:1
203:1 204:1 205:1
206:1 207:1 208:1
208:24 209:1
210:1 211:1 212:1
213:1 214:1 215:1
216:1 217:1 218:1
219:1 220:1 221:1
222:1 223:1,11
224:1 225:1 226:1
227:1 228:1 229:1
230:1 231:1 232:1
232:14 233:1
234:1 235:1 236:1
237:1 238:1 239:1
240:1,2 241:1
242:1 243:1 244:1
245:1 246:1 247:1
248:1 249:1 250:1
251:1,7 252:1
253:1 254:1 255:1
256:1 257:1,20
258:1 259:1 260:1
261:1 262:1 263:1
264:5,21
**Alexandrovich**
223:5
**AlexGoldfarb.liv...**

215:15,21
**alive** 80:2,3,7 88:17
130:11 179:5
**allegation** 53:12
61:17 238:9,14
242:13,17,18
244:10,11,11
246:25
**allegations** 19:3
24:6 54:6,13
243:19 244:9
**allege** 244:2
**alleged** 24:11 63:11
229:14 242:20
**allegedly** 231:10
**alleging** 239:3
243:7
**allowance** 122:10
**allowed** 119:25
125:10 129:25
132:7 144:10
181:4
**allows** 127:9
**altogether** 84:10
86:15 91:24
**Amazon** 89:4
**ambassador**
237:13,14,22
**Ambien** 11:4,6
13:12
**Amendment**
127:11,13
**America** 121:8
204:5
**American** 113:5
125:15 153:2,11
158:4 166:21
197:19 199:11,13
201:3 222:16
223:22 225:8,12
227:11,12 233:18
234:7 245:19,20
249:7 250:4
**Americans** 245:18
**America's** 216:12
**amount** 55:19 56:2
56:2,5 93:23

**amounts** 87:21
95:21
**amply** 224:3
**Anatoly** 152:19
**Andrei** 117:14
233:12
**and/or** 32:23
**anguish** 51:21
**animal** 134:24
135:2
**Ankara** 197:19
**ankle** 13:2
**Anna** 255:12,13
256:6
**anniversary** 210:4
**answer** 8:10,21
9:19,22 12:18
79:5,6 81:16 97:3
104:5 106:10
107:4 187:25
188:12,22 258:4
260:10
**answered** 190:7
223:3
**answering** 8:12,23
**answers** 263:11
**anti-Soviet** 154:25
**anybody** 14:16,23
41:14,18,22 42:9
73:21 82:4,5
134:9 170:14
217:4,7 225:3
226:25 236:8
255:21
**anyway** 46:21
96:21 118:17
175:22 191:2
**apart** 150:17
168:19
**apartment** 121:22
123:3,8 124:20
126:16,16 127:24
**apparatuses** 64:13
65:24 231:11
**apparently** 38:3
193:16 194:2
199:13 259:22

**appear** 15:8
**appearance** 251:22
**appearances**
209:19,24
**appeared** 203:23
204:17 205:6,10
206:16 251:12
**appearing** 2:10,19
247:19
**appears** 221:14
234:22 236:16
**applicable** 229:7
**application** 128:20
128:23 154:12
**applied** 114:15
128:20 131:13
142:5,8,13 144:22
144:25 163:8,10
164:11 165:4
166:7 177:3,4,5
177:23
**applies** 229:23
230:17
**apply** 7:11 164:24
176:3 180:16
229:10
**applying** 131:12
144:18 145:2
**apprised** 87:2
91:18
**approach** 73:24,25
200:17
**approached** 74:7
169:3 243:11
**appropriate** 25:25
**approved** 19:8
**approximate** 107:7
**approximately**
12:24 32:25 70:15
71:2 82:18 84:12
86:12 96:3 108:16
108:18,25 109:17
128:16 133:18
136:22 142:2,22
144:17 146:22
148:17 150:4,7,15
156:12 165:21

167:17 197:2
219:15,19 258:17
**April** 119:15
**ar** 74:15
**archive** 33:9 35:16
35:21 69:13,13,19
69:25 70:4,9,16
70:21 73:5,18,23
74:5,6,21,24 75:7
75:12 76:12,22,23
83:11
**archives** 35:24 70:5
70:22 71:22 72:6
81:4,20
**area** 137:20 155:12
170:24 186:5
194:6 230:24
239:8
**arguably** 9:22
**argue** 120:5
**arguing** 120:25
**army** 201:21 203:2
203:3,4
**arrange** 133:8
197:22,23
**arranged** 126:4
189:12 197:24
201:10
**arrest** 124:21
143:25 255:23
**arrested** 152:22,24
181:6
**arresting** 178:24
**arrival** 59:22
162:22 196:7
**arrived** 148:16
154:15 159:22
172:5 256:5
**art** 39:18
**article** 3:16 134:12
136:3,18 137:2,5
138:3,21,24,25
140:6,9 144:5
145:10 168:14
169:10,24 170:3,7
200:7,13,14
203:11,14

**articles** 69:22
203:13 210:6
**articulated** 247:9
247:10
**artist** 57:14
**aside** 16:20 44:4
69:8 218:20
**asked** 8:24 42:14
42:18,22 43:5
45:10 46:20 47:8
94:7 157:14
172:10 173:20
177:13 182:20
184:10 186:4
191:12,16 198:9
201:25 229:18,21
230:3 257:14
**asking** 30:22 75:17
188:18 192:19
**aspect** 116:11
190:17 243:3
257:13
**aspects** 36:23
112:23 114:15
155:13 161:8
208:15
**asserts** 239:3
**assess** 180:23
**assessment** 141:8
141:11,22
**asset** 187:5,7 191:6
191:22 194:23,25
195:3,5,10,14,19
243:9,10,16
246:19 258:9
260:21,21,24
261:5,11,12
**assignment** 132:10
168:19,22,24
**Assistant** 164:17
**associate** 154:16
164:21 171:16
**associated** 42:9
45:9 82:5 94:17
126:14 138:12
189:9,14 190:2
231:15 261:6

**assume** 8:23
100:21
**assumption** 250:21
**asylum** 255:19
256:4
**Atlantic** 206:15
**atomic** 111:18,21
112:2,25 113:23
114:7,10,10
115:17 116:4,24
117:2,5,11 118:4
118:6,7 119:3
140:19 143:11
157:17 200:5,12
**attached** 4:6 93:4,9
93:16 94:24 96:15
**attachment** 260:2,3
260:6,14
**attachments**
259:22
**attacks** 17:19
**attempt** 176:17
177:16
**attend** 16:11 40:16
109:8 174:24
205:15
**attended** 17:12
204:14
**attention** 48:3
62:21 63:14 64:8
174:20 181:2
**attitude** 23:19
130:23 180:23
**attitudes** 14:8
**attorney** 9:16 36:7
238:8 239:2
**attorneys** 14:18,20
14:24
**attributable** 252:18
**attributed** 253:23
**audience** 204:10
220:12,15 245:23
**author** 67:13,18,18
67:19,22 83:14
217:4
**authored** 203:15
216:25

**authorities** 126:8
**authorization**
129:20
**automobiles**
248:16
**available** 73:22
**Avenue** 2:6,15
**average** 35:11
**awarded** 56:3
117:24 128:5
**aware** 57:20 103:4
103:8 151:16
159:14
**a.m** 1:16 5:4 28:20
28:21 31:12 47:3
47:4 97:10,11
102:10
**a/k/a** 5:18 258:15

**B**

**B** 3:9,16 30:14,14
30:15 136:11,12
140:16
**BA** 109:25
**bachelor's** 109:19
109:22 110:3
**back** 28:21,23
34:20,24 41:8
47:4,5 54:16 58:9
58:18 65:16 74:6
76:16 84:16 97:11
99:12 102:11,12
106:20,22 111:14
121:7 125:11
130:15 131:23
132:2,11,24
135:22,24 148:21
154:23 168:13
170:10 173:5
183:4,5 184:7
185:20 186:23
188:6,12 192:9
197:3,13 198:3
199:19 200:10,25
221:3,4 232:6,7
243:11 256:13,14
**background**

108:24
**backup** 35:21
**bacteria** 116:11
135:15 155:14,23
167:6
**bacterial** 155:14,24
**bacterium** 135:4,5
148:13
**bad** 125:4 199:14
218:21 242:16
245:17,25
**Badri** 190:25 191:6
191:8,15,20
**BAKER** 2:12
**Bakhmetiev** 70:4
76:22,24
**bank** 37:2 42:15
**bar** 258:3,3
**based** 16:13 26:18
27:21 59:12 69:7
89:24 96:9,10
98:15 158:18
171:11 181:11
228:21 229:6
258:7 261:9
**basement** 45:4
**basic** 110:15,16,22
111:20 112:12
113:16 114:14
117:4,8 120:14
134:22 135:3
148:13,14 155:12
160:16 190:14
**basically** 161:6
**basing** 227:18
233:9 234:4
**basis** 57:13 61:14
112:9 129:10,11
139:22 140:12,19
175:3 193:15
241:16,20,24
242:4 245:14,16
250:10 251:24
252:4
**Bates** 214:5,22
259:6
**BBC** 96:21 204:12

205:13 210:3,4
**bear** 28:8
**bearing** 141:10
214:5,22 259:6
**Beast** 103:5 256:18
**becoming** 245:24
**beginning** 7:3
34:20,24 35:14
36:14 233:6
**begins** 237:8
**behalf** 2:10,19
128:11 240:16,19
242:19 261:13
**belief** 174:25 181:8
181:16
**believable** 243:5,6
**believe** 18:23 24:3
35:18 42:20 75:25
85:23 123:5 141:2
169:23 178:18,20
197:6,10 207:9
208:13 215:12
218:22 219:5,8,12
219:17 229:12,21
229:22 230:4,15
242:11 243:15
247:2,11,12
255:20,23 258:7
258:12 261:10
**believed** 20:7 37:13
242:25
**believes** 191:21
**belong** 15:13
**belonged** 115:17
**belonging** 112:24
113:5 238:10,14
**belongs** 239:4
**benefit** 57:6
**benefited** 91:3
**benefits** 53:24
68:20 127:7,7
170:8
**Berezovsky** 6:9,15
37:6,18 38:21
39:9 41:13 45:23
74:14 75:17,19,20
133:5 175:12

181:14,20 183:18
184:2,10 185:11
186:3,6,12,14
188:20 256:24
257:14
**Berezovsky's** 36:24
75:24 171:6
190:22 191:3
257:3,3,9
**Bertrand** 2:4
**besieged** 201:22
**best** 8:9 10:13 28:9
43:8 169:13
170:11 226:16
233:2
**better** 56:21,22
57:2 73:22 76:9
128:12 129:6
257:10
**beyond** 179:3
**big** 37:17 86:2
119:22 120:6,24
172:6 202:13
210:4 220:7
**bigger** 26:17
**bill** 23:12 127:11
**billions** 95:22
**biochemical** 135:4
148:11,14 161:5
**biochemistry**
110:11,13,14
111:8 112:12
116:2 117:9
134:16,21 155:7
156:4 159:13
160:9,17,18
**biography** 152:3
**biological** 113:3,6
116:4 117:4
157:23,25 158:2
158:16 190:17
193:20,23 194:9
194:10
**biologist** 115:22
137:16 193:25
**biologists** 190:13
**biology** 110:15,16

110:20 112:11
113:2,4,24 114:6
114:9,11 116:23
117:3,9 123:24,25
160:23 190:14
**bit** 12:9,19 14:2
19:23 21:12 38:25
39:5 55:23 68:6
102:16 108:23
119:5 133:11
171:19
**blacklist** 178:2,9
**blacklisted** 178:15
178:16,19 179:12
179:14,24 180:11
**Blacks** 216:12
**blessed** 130:22,22
**blocking** 127:6
**blog** 3:20,22,23,24
3:25 4:1,2 14:11
15:3 18:11 214:11
214:16 215:3,10
215:15,24 216:14
216:15 217:18,25
218:7,10 221:15
225:24,25 234:22
247:20 249:2
**blogs** 214:21,24
215:8,14 216:19
**blood** 11:19 13:8
**blush** 222:10,12
**board** 135:19
223:18
**bold** 138:4
**Bolshevik** 76:25
**bomb** 115:6 117:21
**bombed** 201:22
**bombings** 202:6
**book** 16:14 20:13
20:14 67:13 68:23
68:24 69:7,10
83:17,21 84:19,22
85:3,7,8,10,13,17
85:22 86:2,10,19
86:21 89:2,6,20
90:3,11,23,25
91:10,19 96:9,10

96:12 98:21 124:7
147:3,4 171:5
184:25 197:20
203:5,9,14 207:21
207:24 208:4,5
231:18 258:18
259:2 261:17
**bookmark** 108:8
**books** 80:8 89:6
90:6 98:14,16
**border** 129:22
**Boris** 6:8,15 36:24
185:24 186:3
**born** 102:20,22
108:25
**Boston** 146:4 207:9
**bother** 250:23
**bottom** 215:7
227:23,25 237:7
**bought** 198:20
**box** 226:17,18,20
226:22
**boxed** 71:4
**boxes** 36:12 45:4
69:24 71:2,5,7,17
76:5 77:17,20,25
78:6 80:3 82:7,9
91:12
**brain** 129:13
**brainwash** 226:18
226:22,23
**brainwashed**
220:19
**brainwashing**
226:17,20
**break** 9:6,7,9,11
45:15,20 46:17
47:2 67:8 102:7,9
135:18 136:2
183:2 220:25
256:9
**breaks** 9:13 135:9
261:21
**brief** 158:6 198:8
**briefly** 32:12
157:12 183:9
193:10,18 211:6

**bring** 26:6 54:22
55:6 131:16
**bringing** 25:18
26:3
**brings** 239:22
**Britain** 204:9
**British** 17:15 24:9
26:5 69:6 86:9
97:25 110:5
113:18 182:21
186:20 187:6
189:9,14,19 190:3
191:16 193:11,19
194:12,20 195:2
255:18 258:9
260:21,21,23
261:5,6,8,11
**British-American**
190:10
**Brits** 191:4 237:12
237:21 261:12
**broad** 62:3,4
**broadcast** 182:6
203:24 228:11
**broadcasting**
205:23 206:8
**broadcasts** 24:4
91:4 121:7
**broadly** 167:4
183:16
**broken** 13:2
**Brothers** 96:9,13
96:17
**brought** 16:5,8
27:6 28:4 29:4
40:19 121:21
123:11 126:15
171:7 190:21
194:15 197:18,24
198:5 238:7
**Brown** 89:17,19,21
89:23 92:8
**brush** 218:20
**BS** 109:25
**bsellier@rlrpcla...**
2:9
**Buckley** 126:2,10

127:18
**Building** 2:5
**bunch** 17:20
**bureaucracy**
112:25 200:21
**bus** 17:20
**business** 92:11
**buying** 74:3
**bypassing** 153:14
**B-A-K-H-M-E-T...**
76:23

---

**C**

**C** 2:1,4 3:17 30:13
174:2,6 263:2,2
**cable** 17:15
**calculation** 63:11
131:15
**calendar** 83:17
**California** 100:3
**call** 8:8 17:4 35:21
44:3 59:20 106:15
114:14 147:13
175:7 176:2
187:25 206:11
219:4 230:23
**called** 11:20 15:13
17:3,23 37:4,21
45:6 47:12 70:4
84:23 114:7
124:19 129:4
142:25 146:20
160:8,10 163:10
163:22 166:9,24
167:9 176:7,15
191:15 198:11
199:22 214:17
237:15 238:5
243:15
**calling** 219:7,11
241:3
**Cambridge** 137:20
**campaign** 24:7
**campaigning** 158:3
**campus** 137:21
**Canada** 206:3,4,5
**Canadian** 205:22

Cancer 103:17
166:21
capacity 40:2,3,6
67:14 122:17
232:23 261:6
capital 69:16
caps 249:10
car 76:6
care 56:5,7,12,14
87:24 220:9,10
career 120:16
161:22
Carlson 244:21,22
carried 74:16
202:7
carries 56:24
carry 26:17
Carter 4:3 255:12
255:13,17 256:6,7
258:15
case 1:7 14:13 15:7
15:15 17:7 18:7
26:18 28:4 71:11
130:8 151:24
159:18,20 174:12
199:12 205:12
206:20 208:25
209:2 225:2
228:23 229:11
230:20 231:16
235:14 249:23
250:19 264:4
cases 224:22
cast 13:3 96:16
casting 94:14,15
catalogs 71:11
categorical 176:19
categories 119:24
cause 52:14 103:16
251:8 263:17
caused 48:8 49:2
50:24 51:20 52:13
63:21
caveat 135:6
173:15 228:8
CBC 205:22
cell 158:25 159:2

cells 160:23 167:11
cellular 167:10
censorship 153:14
center 15:15
111:12 193:24
Central 240:4
cents 55:18 57:5
CEO 38:19
certain 44:8 119:24
162:13 243:25
certainly 156:7
161:9 174:18
207:4 213:5
220:14
certified 143:22
145:11 263:6
certify 263:8
cetera 7:19 186:21
chairman 165:8,11
challenge 143:25
chameleon 221:24
222:3
chance 48:4 173:21
180:3
change 170:23
255:16
changed 12:14 14:7
channel 1:9 3:12
5:9 13:22 14:5,9
17:15 31:8 48:7
48:25 50:23 51:19
52:12 53:13 61:13
63:21 64:15 65:3
65:5 66:2 88:3
90:11 133:7
153:13 174:5
175:8,9 176:6
182:6,16 185:5
207:11,15 213:7
218:12 220:18
223:20 224:9,14
227:10 229:14
233:13 238:8
242:18 244:8
250:2 264:4
channeling 37:9
channels 222:17

238:3,4 249:4
character 169:6
212:8 225:4
characterization
233:3
characterize 22:14
characterizing
207:2
charge 90:25
143:20 201:7
Chebotarev 70:13
Chechen 202:10
Chechnya 79:18,21
199:11,14 201:20
202:2,4,18
check 81:25 82:3
130:8 195:13
chemical 135:9
chemistry 110:20
113:16 117:8
child 149:2,6,17
150:9 153:7 236:5
children 149:9,12
149:16 150:11
choice 131:17
Choices 216:12
cholesterol 11:20
13:8
choose 115:9
119:19
choosing 115:12,14
chose 26:6 115:15
256:5
chronic 13:6,7
Chronicle 221:23
235:3 248:2
Chronicles 226:10
236:22,23
chronologically
152:4
chronology 18:13
CIA 196:13 197:6
197:11,18 198:16
200:4 202:20
213:20,21 236:24
236:25 237:4
238:5,10,15,24

239:4 240:7,9,12
240:16,19,20
241:3,11,21,25
242:7,20 243:2,7
243:11 245:10,20
245:23 246:5,11
246:18,25 247:11
247:12
CIA-hating 254:2
circles 169:7
circumstances
176:25
cite 140:18 141:12
citizen 24:18,19
132:8 162:19,24
165:19
citizenship 144:12
162:18,22
city 124:17 166:10
civil 6:14 25:5,9,10
37:5,6,20 38:10
38:12 40:19 78:16
79:2 183:11
249:19 250:16
claim 64:2,6
claims 15:4 24:25
26:22 29:5 62:24
63:3 66:16,21
245:9
clarification 26:2
29:12,15 39:4
73:13 81:6 139:13
157:2 222:25
238:22 246:15
clarify 23:8 36:3
38:16 61:20
154:22 223:2
clarity 47:19
136:11 193:2
class 79:11 111:3
classes 110:17
111:2 226:15
cleaning 35:3
clear 38:7 141:13
149:24 241:9
clearer 102:2
clearly 107:24

click 47:23
client 69:5
clinic 29:14,17
clippings 50:12
clock 183:6 256:15
close 17:5 21:4
225:16,17
closed 71:19 88:10
89:8
closely 126:8
201:12
clothing 149:4
club 205:8,9,9
251:13,23
CNN 204:7
coherent 232:20
collaborate 187:2,3
collaborated
186:19
collapse 203:16
Collateral 95:2
colleague 5:11
15:12 146:3
147:15,18
colleagues 71:25
147:21 168:4
197:12 200:5,12
collect 150:6 176:5
177:7 256:9
collectable 250:24
250:24 251:2
collected 69:23
145:6
collectible 250:19
Colorful 212:8
Columbia 69:14
70:3,6,16 71:8
72:16 73:11,15,24
73:25 74:20 75:5
75:11 76:10,11,12
76:12 78:6 80:4
80:23 81:20 82:5
83:2 91:13 163:5
163:7 164:5,16,21
166:5,16 197:10
199:2 243:12
coma 251:21

combination 26:12
come 65:16 77:14
111:14 120:22
125:11 126:3
133:5 137:8
162:11,12 163:6
165:3,3 168:25
170:22 171:24
173:2 176:4
179:13 196:20,20
197:5 198:13,14
200:25 209:11
212:19
comes 90:22 223:6
comfort 220:25
coming 41:7 88:21
98:16 119:6 137:5
193:11
Commencing 1:16
comment 260:17
comments 93:18
commercial 57:23
249:25 250:6
Commission
117:12
committed 175:22
common 220:22
communicate 59:4
60:2 62:14 121:13
153:13
communicated
61:3,7,12,17,25
153:10
communicating
20:23 60:17 123:9
communications
54:10,20 58:12,14
60:8 61:9,10
62:12
communism
120:15
community 75:9
152:21 194:2,24
company 69:6
86:10 94:16,17,19
97:25
comparable 171:7

compelled 208:18
compensatory
63:18
competing 96:14
compiled 33:15
44:16,25 46:12
complaint 11:12
18:22 19:3,6,7,10
24:16 48:9 49:3
49:21 51:2,22
52:15 53:25 54:13
55:20 56:19 58:11
58:16 61:14 62:2
108:7,10 182:7
199:24 208:23
239:18 241:16,20
241:24 242:5
252:13
complete 116:13
155:4
completed 8:12
116:16
components 158:25
comprehensive
143:10
comprised 117:7
computer 35:6,17
35:20 263:12
conceivable 104:7
concern 208:21
concerned 18:10
72:21 78:15
concerning 54:21
55:3
concerns 180:8
concerted 178:3
conclude 8:10
conclusion 30:7,9
179:13,16 180:7
conclusions 146:19
condition 232:15
conditions 11:25
13:6
conduct 53:22
conducted 36:23
116:24
conducting 40:20

195:12
confer 17:6
conference 44:19
conferences 204:15
204:16
confess 220:7
confined 124:20
confirm 247:22
confirmed 145:9
conflict 120:24
222:22 224:5
confusion 103:15
Congress 210:11
connected 230:25
Connecticut 2:15
connecting 30:14
connection 44:14
114:5 206:19,20
210:15 227:9
conscience 120:17
conscripts 79:16
consensual 150:16
consider 129:18
144:4 207:16,19
223:13 233:16
247:4,5
considerable 49:19
181:5
considered 25:17
58:8 118:12
238:11
considering 223:14
constitutes 141:2,3
consul 173:20
179:17
consulate 173:20
176:4 177:7
180:22
consult 93:14
130:16
consulted 30:18
69:2
consulting 68:25
69:8,9 93:15,22
192:22
contact 89:18
90:24 125:5,8,13

148:18,24 152:11
152:22,25 153:5
157:5,8 180:21
193:16 194:13,14
197:6
contacted 74:24
76:10
contacts 152:5,5,6
189:19 190:13
contain 129:13
144:3
contend 53:12 63:3
contends 62:23
content 60:21
169:24 237:5
259:19
contention 48:7,25
49:18 50:18,23
51:19 52:12 53:21
63:17
contentions 53:16
contents 77:24 82:9
context 32:8 123:8
127:17 170:5
171:25 182:20
195:4 239:9
240:25 241:14
244:4
contextually
195:16,19
continue 52:14
115:9 218:23
222:13 237:25
239:15
contract 81:22 88:7
92:3,4 98:10
171:5
contribute 217:9
261:15
controversy 193:25
conversation 177:8
177:10,15 201:2
conversations
26:14
converse 62:20
convey 62:12
copies 44:9 70:20

70:24 72:19 80:18
87:4,12,13,13
91:19,24
copy 31:16 33:22
44:24 71:5 83:4,7
93:25 156:5
164:13 261:17
corporation 37:4
95:24 183:12
205:23
correct 43:13 44:10
59:2 62:10 71:4
77:18 83:14 84:20
86:25 91:11 98:25
108:10 109:2
116:14 123:14,15
128:17 131:21
135:6 139:25
140:9,10 141:20
144:19,20 145:24
146:8,9 154:13,14
156:18,19 163:3,4
168:16 174:12
193:5 194:20
220:4 223:7,12
228:24 229:7,8
236:17 241:18
243:13 252:21
260:15 261:4
263:14
correcting 38:9
correctly 42:8
55:20 95:11 155:8
199:6 228:20
258:20 260:20
corresponded
153:17
correspondence
69:14,21 80:22
correspondent
96:11 124:6
correspondents
121:14 123:9
131:9 153:3,9,11
corroborated
141:12
costs 58:7

Council 206:15
counsel 25:17
    54:14,21 55:11
    97:7 263:16
count 35:14 67:7
    220:2 247:2
counterclaim 14:10
counterclaims 15:4
countries 20:15
    91:23 185:21
country 57:17
    121:17 129:13,19
    145:6,18,19
    193:12
couple 10:22 14:6
    45:18 75:15,23
    77:12 108:4 117:6
    120:19 137:9
    156:22 157:11
    172:14 175:12
    178:15 187:9
    188:17 196:21
    197:4,5,12 198:11
    198:13 204:7,13
    206:6 207:12
    209:10 210:20
    227:7 254:13
course 20:4,17 24:8
    56:7,12 57:16
    74:5 101:2 107:23
    113:15,16 126:9
    128:13 162:4
    205:3 208:22
    212:7 233:16
    253:20 254:21
coursework 158:7
    158:10
court 1:1 7:4,5,11
    7:16,20 18:16,17
    21:18 24:12 25:18
    27:24 28:5 29:4,8
    29:17 30:11 32:22
    55:21 56:20
    101:23 223:22,25
    226:10 233:18
    234:7 236:23
    238:7 251:5

Courthouse 103:6
courtroom 6:3
courts 224:2
    233:24 250:4
cover 50:8 74:16
    85:18 123:6
coverage 14:8
covered 58:4 86:20
    144:5 228:8
    243:14
COVID 71:20
co-author 184:24
co-authors 85:12
co-written 16:14
craft 19:3
crap 218:23
crazy 245:3,4,6
create 82:6,10,17
    258:16
created 80:15,15
    82:8,12,14
creates 244:17
creating 19:4 115:6
credence 181:13
credibility 244:2
credible 244:4
credited 117:20
Credits 137:3
criminal 25:13
    37:14 40:18
Crimson 3:16
    133:17,22 134:3,9
    136:3,22
crosstalk 8:8
    139:12
crowd 187:16,19
    257:8
crude 218:19
crying 208:3,5
CSR 263:23
CSR-4757 1:18
culminated 24:8
cultural 75:8
    216:12
culture 215:5
cumulative 244:10
cumulatively

245:21
Cuny 201:5,6
    202:18,19
curator 70:10
    71:23
curious 50:10
    72:24 153:21
current 14:5,13
    25:5 30:17 68:17
    68:19,22 83:12
    104:3,7 105:18
    107:25 149:23
    170:5 174:25
    181:16 207:10
    216:13
currently 35:10
    67:2,21 83:13
    90:2 103:25 146:7
    178:18,21 181:8
    185:4
curry 53:22
cursor 222:8 227:4
Curtis 89:17,19,21
    89:23 92:8
Czech 185:22
C-H-E-B-O-T-A-...
    70:14
C-U-N-Y 201:5

**D**

D 3:20 213:25,25
    214:2 216:20
    217:20
DA 36:11,18,20
    38:2 39:7,12
    43:19 44:7,17
Daily 103:5 203:21
    256:17
damage 51:2 52:14
    53:4,8
damages 49:3 56:2
    57:22 58:3,6
    62:25 63:4,7,12
    63:18,20 249:21
    250:16
damn 219:24
Dana 212:6,7

danger 200:2 241:7
    245:24 255:20
dangerous 175:19
Daniel 155:20
dash 235:5
date 145:9 218:6
    221:17 226:6
    234:23 263:9
    264:4
dated 63:23 78:20
    216:5 236:16
    247:20
dates 150:2,22
    151:6
dating 74:6
daughter 168:18
day 9:5 86:21
    113:17 198:13
    209:5,8 231:21
    232:21 264:23
days 14:6 17:2,11
    17:23 175:24
    176:15 198:12,13
    202:17 209:6
    210:20 211:19
    256:23
day-to-day 59:22
    112:9
DC 2:16
dead 85:11
deals 75:7
dealt 187:17
    198:17
death 16:12 61:4,7
    68:6 75:17,25
    80:9 103:16 160:2
    167:15 170:25
    175:11 184:25
    185:16,19 187:12
    187:15 188:24
    203:9,18 204:23
    204:25 207:21,25
    208:24 210:5
    231:18 251:9
deathbed 231:20
    252:7 255:10
debatable 243:9

debated 127:5
debriefed 198:10
December 169:13
    247:24
decide 55:21 56:20
    176:24 207:21,23
    233:19 234:7
decided 26:18
    41:11 243:23
decision 24:9 54:22
    55:6 130:17,22
    251:5
decisions 250:4
decision-maker
    130:21
declaration 118:13
decrease 88:2
decree 142:15
dedicated 160:16
    259:2
deed 242:16
deep 51:21
defamation 24:14
    24:25 26:15 57:11
    226:11 239:24
defamatory 63:21
    238:19,21 239:5,6
    239:11 240:11
    244:7,8,17
defamed 24:3
    56:11 237:13,22
defaming 237:14
defeat 226:12,17
defect 180:14
defecting 129:18
defection 257:2
defend 79:20
defendant 1:10
    2:19 25:8,10,12
    31:8 64:15 66:2
    224:11
defendants 53:21
    222:15 228:6
    230:11 239:24
    250:8
defender 117:23
defense 114:16

115:4 141:10
201:13,14
**define** 41:25
134:20 187:2,7
195:3,5
**definitely** 35:24
80:6 134:23
205:10,14 206:17
206:18 225:13
231:8,14 253:5
254:14
**definition** 195:8,16
**deflated** 249:6
**degree** 109:20,21
110:3,10,13,14
111:8 118:21,24
155:6 161:19
244:2
**Democrat** 127:4
**demonic** 220:10
**demonstrations**
154:5
**denial** 139:23
140:12
**denied** 139:5,19
140:25 141:18
146:7 154:11
176:17 178:13
**deny** 176:13
**denying** 140:19
144:4
**department** 114:12
114:13,17 129:4
156:2,3 159:13,23
165:8,10,19
201:13 211:2,2,4
212:10 213:10
**departments**
114:18,19,24
115:3
**departure** 59:23
**dependent** 171:4
**depending** 176:25
243:5 244:4
**depends** 239:8
**deposed** 5:22
**deposition** 1:14

7:10 10:4 14:4,17
15:18,20 17:24
19:20 31:11 32:11
46:22 136:12
174:6 214:2 218:3
221:11 226:2
234:16 236:13
247:16 259:7
263:8 264:1
**depository** 33:9
**Depp** 96:16
**describe** 6:6 19:24
21:2 79:10 124:14
181:19 183:9
185:14 196:18
211:6 234:9
**described** 19:18
23:14 199:23
200:11
**describing** 44:6,6
153:25 210:9
**description** 3:11
135:7
**design** 117:20
**designate** 47:14
225:21
**desk** 211:4
**desktop** 35:7
**Destination** 144:14
**detail** 100:5 178:11
203:7
**detailed** 63:22
**determine** 142:4
**determined** 251:8
251:14
**develop** 69:7
**developed** 93:2
98:17 172:13
**developing** 98:2
146:18
**developments**
153:19
**devoid** 220:20
**diabetes** 11:21 13:9
**dialogue** 8:2
**die** 73:20 88:22
99:3 102:17

**died** 87:7 88:9,23
95:9 99:4 102:17
102:18,19,24
103:7,10,12,13
133:5 177:14
231:21 249:5
251:9 254:10
259:3
**different** 6:3 40:25
89:9,12 110:2
114:24 182:11
184:7,21 185:21
189:25 212:12
242:21,21 255:25
**difficult** 136:6
251:4
**digitize** 71:14
**digress** 36:4
**diminished** 98:23
**diplomat** 198:6,7
**diplomatic** 153:12
**direct** 48:3 62:21
64:8 174:20
**directed** 237:12
**Directing** 63:14
**directly** 185:18
**director** 38:18 93:4
94:13,22,23 96:15
96:15,19,21
**directorship**
171:16
**disagree** 253:23
**disagreed** 120:14
**disappearance**
199:11
**disappeared** 17:11
187:21 189:4
201:3 202:11,13
**disclosing** 144:2
**disclosures** 63:23
**discourse** 209:7
230:24
**discuss** 17:24 26:4
27:10 44:2 46:15
59:16 210:11
255:6 258:17
**discussed** 25:16

32:16 136:3
199:22 203:9
261:21
**discussing** 54:11
83:10 185:4
257:10 258:20
**discussion** 7:25
22:3 27:16,17
95:12 137:24
140:23,24 165:22
166:4 209:16
**discussions** 15:17
26:10 55:9,24
94:15 165:14
177:20 212:20
**disinformation**
211:11,15
**disk** 34:13 80:11
**disloyalty** 118:13
**Dismiss** 3:19 174:5
**dispute** 57:23
**dissertation** 155:9
**dissident** 137:3
152:15,21,23
153:19,21 184:25
203:10 207:22
208:2 231:18
**dissidents** 153:18
**dissolved** 90:16
214:18
**distance** 187:15
**distancing** 187:18
188:12
**distress** 51:22
63:19
**District** 1:1,2 29:17
36:7
**division** 90:20
112:11 113:2,2
117:3
**divorce** 99:17
100:6,7 142:4,15
150:16 151:17
**divorced** 99:20,21
100:11 101:3
**Dmitry** 233:13
**DNA** 159:3

**docket** 18:17
**doctor** 13:11,13
**document** 29:2
31:2,2,8,21 32:3
32:16 33:5,6
46:12 82:23,24
83:2 136:10,15
137:11 174:3,9,11
174:14 213:24
214:5,13,22
221:14 234:21
236:12 239:18
247:18 259:5,10
**documentaries**
204:18 209:25
**documentary**
205:24
**documents** 3:14
14:11 15:2,5
31:10 32:11,12
33:11,14,16 34:10
36:8,10,13,14
40:7,8,8,9,10 42:2
46:7,20 48:6,13
48:18,24 49:8,17
50:17,22 51:8,18
51:24 52:5,11,18
53:3,7,11,15,20
54:2,5,20,24
58:20 62:23 63:2
63:10,16,25 64:10
64:17,20,24 65:18
66:4,15,20 69:21
72:2,9,13 73:4,8
73:14 75:2,18
76:3,13 77:3,14
77:21 78:5,19,21
79:6,11,25 80:3,5
80:14,14,25 81:21
88:6 90:7 91:13
91:15 95:7 143:23
144:2 145:14,18
145:19,23 260:16
261:22
**dog** 192:6
**doing** 24:16 89:2
112:10 115:16

117:12 122:2 134:19 135:7 141:9 148:7 160:17 161:16 198:23 249:15
**dollar** 58:7
**dollars** 41:7 55:17 57:5 64:3,6 85:14 85:15 86:4 95:22 261:16
**domain** 18:15 50:15 64:21,22,25 92:10
**donors** 250:23
**dots** 30:14
**double** 261:10
**double-check** 43:16 132:4
**doubt** 235:25
**doubts** 227:17 250:18
**dozen** 98:14 203:19 211:20 254:15,15
**Dr** 5:17 31:3 49:18 50:24 52:15 54:10 136:7 221:15 225:25 234:22 239:22 247:20 256:17
**draft** 79:17 174:14 231:22,24,25 259:23 262:7
**drafted** 232:2,5,7
**drafts** 69:21
**drain** 129:13
**dramatic** 20:6
**dramatically** 98:23
**dramatization** 84:8 85:23 92:14
**dramatize** 67:14
**Draw** 181:2
**drew** 180:7
**drifted** 150:17 171:9
**drive** 77:24
**driving** 27:19
**Drozdne** 201:22

**drug** 11:3
**dual** 162:24
**due** 26:10,12 87:22 200:20
**dug** 36:13
**duplicate** 216:8
**duplicates** 215:18
**Dutch** 206:8
**dying** 254:9
**déjà** 236:24,25 237:5

**E**

**E** 2:1,1,13 3:1,9,22 154:17 217:23 218:3 263:2,2 264:2
**eager** 180:20
**earlier** 36:14 78:7,8 119:6 141:20 148:4 154:9 173:9 183:8 213:14 254:3
**early** 15:25 36:5 72:25 73:2 77:4 79:7 100:25,25 118:9 119:14 142:9 151:7 199:17
**ease** 7:15
**easier** 101:23
**easily** 145:9 228:6 230:11
**East** 128:12
**Eastern** 74:17,22
**Echo** 214:17,20 225:25 234:22 247:20
**Echo.msk.ru** 3:21 214:11
**eclipsed** 209:13
**economic** 53:24 127:6,20 212:15
**economy** 114:16
**edit** 232:10
**edited** 82:20 169:16,17 217:7

**editor** 169:19
**editors** 169:3
**educated** 129:12 226:14
**educational** 227:15
**effect** 95:7 116:3 129:17 160:23 161:8 165:20 179:20 244:10 248:14
**effects** 113:25
**effort** 155:2 178:4 211:15
**eight** 70:18,19
**either** 16:22 30:23 43:8,18 80:2 82:4 82:6 87:17 88:5 90:9 146:10 147:22 160:25 162:19 178:23 232:22 263:16
**elaborate** 181:21 187:3 188:16 195:11 197:7 250:21 258:22
**elaborated** 224:3
**elect** 147:9
**electronic** 78:3 80:11,13
**electronically** 80:16
**element** 240:23 243:7
**elements** 240:24 244:5
**elite** 130:7
**Elizabeth** 2:14 5:11
**email** 4:3 28:15 33:10 34:10,11,12 34:14,15,18 58:25 59:10 61:3,6,11 61:16,24 62:15 259:11,20,21 260:7 261:24
**emails** 34:19,23 35:5 36:25 69:20 77:13 80:17,22

**embarrassment** 50:25 63:19
**embassy** 185:23 191:13,20 197:19 197:25 198:6
**emigrants** 154:16
**emigrate** 100:8 119:16 130:17 138:7 139:3 142:5 144:8 163:15
**emigrated** 101:4,5 137:16 143:5
**emigrating** 142:19
**emigration** 119:22 127:9 137:4 257:3
**emigres** 200:10
**emotional** 10:3,7 51:21 52:14 53:4 53:8 63:18 237:11 237:20
**emphasis** 75:8
**emphasize** 182:22
**employed** 67:2 68:2,4,7,11 111:25 118:4 167:16
**employing** 117:6
**employment** 83:12 111:15 118:6,7 123:21 166:5 167:12
**empty** 259:21
**enabled** 163:15
**endeavor** 27:18 50:14
**ended** 24:16 100:18 100:20 147:14 191:9
**endowed** 76:23
**endowment** 76:15 76:18,20
**enemies** 249:3
**energy** 111:19,21 112:2,25 113:23 114:7,10,10 115:17 116:4,24 117:3,5,12 140:19

157:17,17
**enforcement** 251:5
**engage** 258:11
**engaged** 131:4,11 212:15
**English** 121:10,10 121:11,13
**enjoyed** 170:8
**enjoys** 49:18
**enormously** 244:17
**entail** 110:13 129:21 166:15
**entails** 110:14
**enter** 181:4 217:22
**entered** 56:6
**entertainment** 96:8 97:6
**entire** 156:15
**entities** 89:10
**entitled** 96:11 137:12 174:18
**entity** 89:12
**entourage** 190:23
**entry** 124:4
**environment** 6:3
**enzyme** 167:8,10
**episode** 17:13 191:23,24
**episodes** 11:11 61:13
**equivalent** 225:8
**ERRATA** 264:1
**error** 233:25
**Esq** 2:4,13,14
**essential** 113:15
**essentially** 19:5,8 20:16 27:19 37:4 37:13,24 38:19 88:20 93:2 120:11 124:20 127:13 130:4 131:15 138:20 143:25 147:5 152:13 154:24 166:3 176:19 183:14 184:11 186:18 187:21 190:18,20

192:19 197:14
198:15 200:8
208:16 210:9
249:13 252:7
259:2
**establish** 193:16
**established** 74:5
125:13 153:23
208:15 233:11
**establishment**
122:6
**et** 7:19 186:21
**Europe** 74:18,22
179:5 250:3
**evading** 79:17
**event** 23:2 80:10
263:17
**events** 11:10
107:12 182:5,15
188:23 209:13
258:17
**eventually** 93:5
100:18 112:14
117:24
**everybody** 94:6
121:5 186:16
213:6 226:18
248:12
**everyone's** 135:18
**evidence** 14:14
20:24 57:10 66:15
66:20 141:12
229:13 232:21
252:8 258:7 261:2
**exact** 128:13
134:11,18 150:22
**exactly** 16:9,25
23:17 40:4 77:12
98:9 104:15
108:15 109:3
132:3 172:4
178:12
**EXAMINATION**
3:6 5:14
**example** 50:12
74:14 78:14 79:15
115:3 121:8

123:10 125:14
164:21 201:7
223:21 237:25
238:4 239:9 247:3
**exams** 124:4
**Excel** 260:3,16
**exception** 54:14
184:6
**exchanges** 224:4
**exclamation**
248:10,19
**exclude** 21:18
64:20
**exclusive** 92:21,23
**exclusively** 18:14
18:15 96:25
**Excuse** 192:4
**executive** 38:18
176:18
**executives** 213:2
**exercised** 84:9
**exhibit** 3:12,16,17
3:20,22,23,24,25
4:1,2,3 28:8 31:6
31:11 47:11,11,21
58:9 60:19 62:9
62:22 66:12,19
72:14 77:22
136:11,12 140:16
174:2,6 213:25
214:2 216:20
217:20,23 218:3
221:10,11 225:21
226:2 234:15,16
236:11,13 247:16
259:5,7
**exhibits** 4:6 28:12
**exile** 125:6 169:11
**exiled** 124:16
**exist** 90:15,19
**exists** 183:22
214:18
**exit** 118:11 119:20
119:21,25 120:4
121:16 123:13,20
128:16,20,22
129:24 131:12,20

139:20 140:19,25
141:17 142:6
143:21 144:4,9,18
145:8 154:11
**exiting** 133:14
**exotic** 218:19
**expat** 75:8
**expect** 18:8 249:22
**expecting** 198:3
**expenses** 23:11
58:5
**experience** 75:10
**experiences** 132:11
**experiment** 161:6
**experiments**
112:13 146:18
148:7,10
**expert** 229:2
**expire** 98:6
**expired** 86:8 93:16
**explain** 18:7 39:19
71:23 133:3
227:13
**explained** 27:19
127:19 250:12
**explicit** 179:10
**explicitly** 130:25
175:22
**expose** 224:25
**exposing** 37:13
**express** 80:23
**expressed** 69:23
135:15 227:17
250:22
**expression** 116:11
148:12 155:12,13
155:23 167:5
**extend** 92:24
**extended** 92:17,25
**extending** 97:17
**extensions** 97:13
**extent** 33:12 57:7
66:13 113:3
117:11 129:25
161:6
**extra** 93:23
**ex-security** 192:17

**ex-wife** 148:19,25
149:3 152:9 153:7
**e-filed** 174:11
**e.g** 48:9 49:3

## F

**F** 3:23 221:10,11
263:2
**face** 124:9 249:20
**Facebook** 60:14
62:16 258:24
**facets** 240:18
**fact** 19:20 22:16
27:11 140:3
208:15
**faculty** 162:15
166:7
**faded** 89:7 92:18
**fair** 26:23 67:19
141:22 217:15
**fairly** 207:2
**faith** 233:25
**fake** 65:13
**fall** 128:23 132:24
222:16
**false** 24:11 144:4
240:5,6,8,10
241:11
**falsely** 239:24
**familiar** 57:12,14
57:25 117:15
228:22
**family** 13:13
124:22 153:10
168:3,17 222:19
224:13,16,25
**famous** 96:15
115:21 117:19
199:12 248:11
**fan** 220:7
**far** 18:9 19:19
24:19 25:2 71:10
78:14 84:16 94:12
95:15 106:8
114:12 122:11
151:23 202:8
**father** 130:8,20

172:2,4,8 205:4
223:11 236:5
**father-in-law**
222:21
**favor** 53:22 55:14
119:18 127:12,14
145:2
**FBI** 195:12 196:16
196:22 198:19,19
199:14 202:16,23
**Feature** 216:6
**featured** 75:21
**February** 234:25
**federal** 21:18 25:25
166:18 171:14
**Federation** 64:12
64:15 65:23,25
**feel** 165:19 247:13
**feels** 24:5
**fees** 58:7
**fell** 117:21 171:9
**fellowship** 161:23
162:12 163:22,23
163:24
**felt** 26:14 130:25
208:18
**FGS** 185:7,8,9
**field** 110:16 116:23
117:8 148:2,3
154:3 155:22
200:13
**fields** 110:15
111:20
**fifth** 35:13
**fighters** 202:10
**figure** 28:18 90:24
113:20 230:14,19
230:21,23 231:4
231:14
**figured** 25:24
39:14 120:9
178:17
**figures** 74:13 228:7
230:12,16
**file** 27:22 33:16
35:24 52:17
**filed** 18:21 19:7

108:7,10 210:19
249:4
**files** 33:11 34:12
48:12 49:7,14
50:2,5 51:7,13,23
52:24 53:2 54:24
87:23 92:6 156:8
**filing** 22:24 210:16
**filled** 78:18
**film** 69:4,7 94:9
95:15 98:15,21
216:6
**final** 253:18
**finalized** 142:10,12
142:14 151:18
**Finally** 216:5
**financial** 22:18
44:8 88:20 163:20
164:2 186:7,8
**financially** 163:15
185:12 186:9
**find** 38:3 76:9 87:9
124:8 156:5 194:4
260:12,13
**finding** 234:5
**findings** 233:9,14
**fine** 12:13 171:13
**finish** 78:23 81:13
101:14 116:7
139:15
**finished** 101:17
112:19
**fire** 118:17
**firm** 91:15
**first** 3:12 17:8,13
20:3 31:9,24
32:20 56:9 74:24
75:16 82:12,18
99:10,11,12,15,23
104:8 105:16
113:12,14,16
123:4 125:14
131:12,25,25
132:21,21 139:7
142:3,5,8 144:18
144:22 145:16
149:7,18,19

150:24 167:23
168:12 174:21
176:2 177:2,22
179:8 189:8 190:9
194:12 196:22,24
198:22 200:9
214:10 218:14,15
218:20 219:21
227:3,21,21 228:3
233:9 235:6,11
240:6 248:21,24
**fishing** 194:3
**fits** 211:9
**five** 11:7,7 99:16
124:19 125:3
128:3 142:22
148:17 156:12
196:5 212:12
220:24 256:11
**five-minute** 45:15
46:16 47:2 102:7
256:9
**five-page** 136:9
**five-year** 125:6
**fixture** 209:7
**flagship** 111:19
**fled** 190:23
**fleeing** 255:20
**flew** 163:11
**flight** 20:4
**Floor** 2:6
**fluent** 105:4
**focus** 108:23
111:20 136:17
137:9 174:17
184:10 224:22
**focused** 113:17
114:9
**focusing** 139:7
**folded** 37:7
**Foley** 2:14 5:11
**folks** 167:25
**follow** 46:10,23
261:23
**following** 88:3 91:3
91:9 181:22
231:17,19

**food** 178:23
**fooled** 261:12
**footsteps** 222:2,3
**force** 27:19 146:10
**forced** 144:12
**forcefully** 127:18
**force-fed** 124:25
**foregoing** 66:14
263:10
**foreign** 21:16,17
121:14 123:9
131:9 176:12,18
177:5 237:12,17
237:21
**foreigner** 124:22
**foreigners** 123:10
**forgave** 256:18
**forget** 95:20 96:2
206:23
**forgive** 255:3,3,8
**forgiveness** 255:7
**forgot** 38:6 91:21
96:20
**form** 61:13 78:3,18
79:24 80:11
**formal** 73:23 110:3
162:20
**formally** 165:4
177:4 232:22
**former** 168:10
**forth** 185:20
263:10
**forward** 10:4
**forwarding** 88:12
88:15
**fostering** 128:11
**found** 66:24 87:10
215:14
**foundation** 15:13
37:19,20 38:10,11
166:20 168:9
171:6 183:11
**four** 13:22 17:2,23
35:12 61:12 92:17
97:15 112:3
136:16 166:22
219:18

**fourth** 149:23
219:22 220:3
**Fox** 244:19
**France** 256:25
257:4
**frankly** 90:4
**Fred** 201:5,5,17,24
202:3,6,17
**free** 76:8 84:23
88:5 90:10,15,19
127:9
**freedom** 170:8
**frequent** 62:17
**frequently** 172:21
**Fresh** 115:12
**Friday** 1:17 5:3
**friend** 15:11
173:17 177:10
179:17 192:15
201:16 207:17
220:8 233:3,4
239:25 242:12
**friendly** 20:10
179:16,17 193:15
202:14
**friends** 17:5 19:20
21:3,4 107:17
170:9,13 178:16
194:16 200:22
219:4,7,11,14,15
249:3
**frightened** 96:23
**front** 31:16 47:21
85:2 172:6 185:23
209:3
**Frontline** 205:8,9
251:13,23
**fruition** 258:21
**FSB** 196:8 261:12
**full** 5:17 122:8
227:21 263:13
**fully** 171:9
**full-time** 170:23
**functioning** 134:25
135:16
**fund** 23:11 79:15
183:15

**funded** 37:5,18
76:13,14 94:18
166:18 168:9
183:17 184:2
185:24
**funding** 39:11
78:16 79:22
171:14 184:5,23
185:3
**fundraising** 22:19
22:22 23:2,4,9
215:24
**funeral** 254:14,19

---

**G**

**G** 3:24 225:21
226:2
**gain** 69:16
**gathered** 18:12
**gay** 239:10
**gene** 116:11 148:12
155:12,13
**general** 12:11
13:13 14:7 18:5
18:12 76:17
146:13 155:12
181:12 197:16
211:9 212:20
225:5 227:14
245:19 257:8
**generalized** 246:10
**generally** 9:5 12:10
211:6 226:21
239:11
**generals** 202:10
**generation** 35:14
**generic** 153:25
226:22
**genes** 135:14
**genetic** 116:10
155:13,23 167:5
**genetics** 116:2
**gentleman** 193:12
**George** 74:13
168:7 171:20
232:3
**Georgia** 190:23

191:6,9,10,16
193:12,13
**Geraldo** 225:18
**germ** 158:3,4
**German** 110:4
**Germany** 101:6
156:18,21,24,25
160:4,6,15 162:5
162:7,8,18,20
163:2,21 164:3
**getting** 25:15 106:8
112:13 122:7
130:3 131:7
146:10 152:3
168:2 173:21
175:25 180:25
**give** 6:11,18 10:13
71:24 79:20 104:8
106:15 134:11
139:20 155:10
173:23 175:20
176:9 181:13
184:21 192:7
204:2 205:15
219:24 225:9
253:20 255:19
**given** 6:2 7:5 12:12
71:16 139:18
240:20 253:15
**giving** 10:8 15:20
20:24 121:6
122:23 133:16
**Glasnost** 203:11
**go** 6:13,21 7:2 8:3
22:6 28:16,23
29:8 31:25 34:20
34:24 43:15 45:3
77:6 84:16 93:21
97:8 102:8 103:11
106:10,17 107:4
115:9 120:5
132:24 133:10,13
139:16 142:18
144:14 151:25
156:5,18,21 160:4
160:6 168:25
173:24 175:18,21

176:24 179:9,10
179:19 180:20
188:3 197:3 221:4
242:11 250:20
256:14 257:11
262:2
**goal** 57:8
**goals** 55:10 56:8,9
**goes** 76:16 110:3
**GoFundMe** 22:20
23:6 261:16
**going** 5:23 6:21 7:2
8:8,23 10:4 18:7
19:16 26:9 28:7
28:14 30:4 31:6
32:15 46:14,18
47:22,24 51:16
62:21 75:23 100:4
101:19 104:11
109:10 114:20,21
137:9 145:13
161:3 168:2 169:8
173:25 179:6,9
180:15 200:15
217:22 218:12
221:6 226:12,17
227:12,14,20
228:14 233:7
236:10 239:17
243:11 247:10,14
249:8 250:20
**Goldfarb** 1:4,14
3:5,17 4:3 5:1,17
5:19 6:1 7:1 8:1
9:1 10:1 11:1
12:1 13:1 14:1
15:1 16:1 17:1
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1,3 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1
45:1 46:1 47:1

48:1,8,10 49:1,2
49:18 50:1,24
51:1,20 52:1,15
53:1 54:1,10 55:1
56:1 57:1 58:1
59:1 60:1 61:1
62:1,23 63:1 64:1
64:11 65:1,19
66:1 67:1 68:1
69:1,25 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1 85:1 86:1
87:1 88:1 89:1
90:1 91:1 92:1
93:1 94:1 95:1
96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1,7
137:1,15 138:1,6
139:1 140:1 141:1
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1 150:1
151:1 152:1 153:1
154:1 155:1 156:1
157:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1 167:1 168:1
169:1 170:1 171:1
172:1 173:1 174:1
174:4 175:1 176:1
177:1 178:1 179:1

180:1 181:1 182:1
183:1 184:1 185:1
186:1 187:1 188:1
189:1 190:1 191:1
192:1 193:1 194:1
195:1 196:1 197:1
198:1 199:1 200:1
201:1 202:1 203:1
204:1 205:1 206:1
207:1 208:1 209:1
210:1 211:1 212:1
213:1 214:1 215:1
216:1 217:1 218:1
219:1 220:1 221:1
221:15 222:1
223:1 224:1 225:1
225:25 226:1
227:1 228:1 229:1
230:1 231:1 232:1
233:1 234:1,22
235:1 236:1 237:1
238:1 239:1,22
240:1 241:1 242:1
243:1 244:1 245:1
246:1 247:1,20
248:1 249:1 250:1
251:1 252:1 253:1
254:1 255:1 256:1
256:17 257:1,21
258:1 259:1 260:1
261:1 262:1 263:1
264:4,5,21
**Goldfarb's** 54:22
66:16 214:11,24
215:8
**Goldfarb's** 3:20
**good** 5:5 23:15
35:18 74:16 81:14
102:4,6 118:20
120:17 121:10
135:18 156:7
165:19 204:5
207:19 232:12
233:25 239:16
242:12 246:4
**Gorbachev** 125:2,2
125:10 132:5

**Gorky** 124:17,19
**gotten** 32:22 86:22
**govern** 7:8
**government** 23:13
37:15 41:14,18,22
42:5,10 46:3
53:23 64:12,14,19
65:13,22,25
117:22 120:25
124:10 127:3,8,9
127:20 139:8,19
139:21,21 140:18
143:19 145:12
154:7 160:15
182:8,8,12,23
213:12,12 231:11
255:19 261:6,8
**governments** 37:16
**go-between** 202:9
**GP** 13:13
**graduate** 109:14
112:6 115:14
172:11
**graduated** 115:8
**graduates** 115:12
**graduating** 111:16
**graduation** 111:23
119:9
**grammar** 169:18
**Grand** 38:4 45:6
**grandfather**
221:24 222:4
**Grani.ru** 215:9,11
**grant** 164:12
**granted** 131:20
141:18 142:6,15
144:19
**grants** 166:18,20
171:14,15
**grant-making**
79:13
**grapevine** 74:3
**grata** 176:20
**gravitas** 56:24
**gravity** 57:11
**gray** 239:8
**Great** 262:2

**greater** 27:11,12
**grotesque** 220:23
**ground** 6:21
  242:22
**grounds** 138:8,16
  139:3
**group** 166:22
  188:13
**groups** 37:10 78:17
  183:15 246:3
**grow** 109:6 219:6
**Guardian** 203:21
**guess** 11:24 16:6
  20:20 28:23 29:6
  31:21 40:23 46:19
  55:7,23 58:5,6
  59:11 74:18 76:14
  87:11 94:21
  100:13 105:12,24
  122:10 136:10
  147:24 156:25
  161:2 176:16
  177:2 182:24
  189:2 195:15
  204:24 229:12
  236:19 252:9,19
  260:11
**guessing** 101:18
**guest** 207:12
  257:17
**guidance** 112:13
**guilt** 170:9,13,16
**guilty** 251:3
**gulag** 131:9
**guy** 73:19 190:12
  191:3 192:3,11,15
  201:24 246:11
**G000640** 214:5
**G000648** 214:6
**G625** 259:6
**G647** 215:7

**H**
**H** 3:9,25 234:15,15
  234:16
**half** 30:14 85:13,15
  85:19 86:3,16

98:13 218:15
**hallmark** 209:9
**hand** 7:21 146:10
**handed** 72:9
**handlers** 258:13
**handwritten** 78:5
  78:17,19,22 79:6
  79:23 80:21 82:22
**handy** 87:15
**Hang** 132:13
**happen** 218:18
  219:20
**happened** 36:2
  74:23 208:13
**happening** 18:14
  87:7 246:7
**happens** 115:15
**happy** 8:18 9:8
  21:24 30:12 56:16
  130:24 261:23
**hard** 34:13 71:5
  72:19 77:24 80:11
  133:3
**harm** 48:8 62:24
  63:4,7 178:22
  241:7 245:11,18
**harmful** 241:7,8
**harmless** 148:13
**Harry** 96:20
**Harvard** 133:17,17
  133:21 134:2,8
  136:3,22 137:21
  138:12
**HBO** 98:17 203:6
**head** 7:22 40:3
  152:4
**heading** 138:3
  215:8 249:11,12
**headlong** 131:14
**headquarters**
  201:24
**heads** 205:25
**health** 10:2,6 12:11
  13:21 166:9
  167:17 170:19
  172:18
**hear** 220:23 260:20

**heard** 57:15,19
  172:7 219:3
**hearings** 174:24
  253:21
**hectic** 193:22
**Hedrick** 124:7
**held** 58:18 124:24
  230:9
**Helmsley** 2:5
**help** 20:5 194:6
  200:17 201:25
  257:14
**helped** 124:8
  180:13
**helping** 19:3
  121:12
**Henry** 127:4
**hereinbefore** 263:9
**hero** 125:12
**hide** 249:13,13,14
**high** 208:25 209:2
  224:22
**higher** 26:16,19
  27:4 176:14
**highlights** 181:23
**highly** 100:9
**high-ranking**
  202:15
**Hill** 210:21 213:9
**history** 74:17 75:8
  75:10 89:7 153:24
**hit** 248:3,4,7,15
**hold** 54:16 98:3
  101:9 151:21
  186:22 187:24
**holds** 90:17
**Hollywood** 96:23
**Homeland** 169:11
**honest** 10:9 12:7
  233:20 258:4
**Honestly** 252:24
**hope** 55:12 241:9
**hoped** 55:13
**hopefully** 136:5
  169:19
**hospital** 188:25
  232:6,24,25

**HOSTETLER**
  2:12
**hour** 9:6 45:18
  128:3 182:25
**hours** 10:12 128:3
  128:4
**house** 124:21 257:4
  257:9
**Hoyer** 211:25
**huge** 112:25 117:5
**human** 37:10
  117:22,23,25
  121:3 127:16
  128:11 131:8
  134:24 135:2
  154:3
**humanity** 127:21
**humiliation** 50:25
  63:20
**hunch** 252:8
**hundred** 74:6
  76:16 79:19 117:7
  126:6 146:24
  184:20 209:10
  254:20 261:15
**hundreds** 50:11
  79:15
**hunger** 124:24
**hurt** 159:24 251:3
**husband** 20:8 21:9
  24:6,8 61:4,8,19
  100:19 236:4
**hydrogen** 117:20

**I**
**idea** 26:3 28:6
  85:11 103:9
  114:20 168:24
  179:10 202:21,24
**IDENTIFICATI...**
  31:12 136:13
  174:7 214:3 218:4
  221:12 226:3
  234:17 236:14
  247:17 259:8
**identified** 43:7
  197:10 245:22

251:15
**identify** 58:20
  65:18 200:16
**idiom** 248:17,18
  249:12
**IFCL** 37:21 38:13
  38:17,21 40:8,9
  40:10 42:10,13,19
  43:7,13,18,21
  44:6 45:9 47:9
  68:7,10 74:16
  78:14,23 79:13
  171:7 183:9
  184:13,23 185:3
  186:4,16
**ill** 232:19
**illegal** 38:4
**illegitimate** 233:17
**image** 220:11
**immediately**
  111:22 125:13
  133:13 142:18
**immigrants** 154:13
**immigration**
  118:11 133:14
**impact** 27:4,12
  57:8
**important** 7:18 8:6
  134:6 138:9 141:4
  175:9 188:2
**impression** 103:10
**imprint** 84:24
**imprisoned** 170:15
**inaccurately**
  138:22
**inasmuch** 23:3
**incarcerated**
  170:15
**inception** 34:25
**incident** 197:4
**incidents** 246:6,9
**include** 77:9
  211:13 222:14
**included** 84:9
  231:11
**includes** 30:16 77:3
**including** 7:12

19:14 37:15 49:20
103:5 143:19
152:15 186:16
250:22
**income** 67:15,16
68:18,19,19,20,22
68:24 69:12,15
83:16 85:7,16,21
91:8 105:23 107:7
122:11 171:7
**incorrect** 252:20
**increase** 88:2
**increased** 91:3
**incredible** 242:13
242:24 243:17,18
243:22
**independent** 23:6
37:11 222:22
**index** 82:6
**indirectly** 148:25
152:10 180:22
189:3
**indiscernible** 73:11
139:11,12 238:20
246:13,14
**individual** 70:7
**individually** 212:23
**individuals** 70:8
71:13 122:24
126:6 153:25
211:14 246:4
254:3
**industrialist** 76:25
**industrialization**
248:14
**inference** 260:25
261:4
**inferences** 261:9
**Influence** 205:18
205:20,21
**influenced** 233:18
**influential** 126:19
**Info** 138:4
**informal** 137:24
177:17 232:23
**informally** 93:6
97:19 173:24

**information** 46:3
87:14 131:7
133:24 134:5,10
134:11 138:9,13
138:15,17 139:4,5
139:6 141:4 154:4
190:6 195:6,8
197:16 220:20
245:8 251:19
**informed** 175:25
211:8
**initial** 63:23 129:10
129:11 131:19
**initially** 19:9 24:14
128:19 138:6
139:2 141:17
**injury** 236:6
**inquest** 252:10
**inquiry** 20:18,19
20:20 23:12 24:9
179:3 197:21
204:24 215:23
233:10,11,17
234:5 252:10
255:2,4 258:8
261:3
**insight** 88:25 89:3
**insist** 234:3
**instances** 180:21
197:5
**institute** 68:5
111:18 112:2
113:23 114:6,7
115:5,10,18
116:24 117:2,5
118:4,6,8 119:4
120:20 140:18
143:11,12,15
146:2 147:10,12
155:16 156:2,9,14
157:5 158:5,13
159:10,16,22
160:9,12,13,17
161:2,4,10,13,17
166:9,10 167:17
170:20 172:18
200:5,12

**institutes** 160:15
**institution** 117:5
147:13 178:4
**institutions** 166:8
**instructed** 9:20
**insult** 236:6
**intelligence** 186:20
187:5,6 189:10,15
189:20 190:3
193:11,19 194:13
194:20,23 195:2,7
195:9,21,24 196:3
240:4 260:21,23
261:5
**intended** 53:22
**intends** 71:8
**intent** 234:2
**interactions** 79:2
124:12
**interest** 41:13
69:23 80:23,24
89:5 129:16
157:13 188:19
198:12,14 200:18
208:7,8,11 234:13
**interested** 36:23
38:2 73:20 74:10
75:3,5,12 97:7
132:4 147:23
190:12 197:12
198:23 200:15
234:10 235:13,17
235:21,22,24
236:2 263:17
**interesting** 12:17
224:18
**interests** 65:12
72:4 127:21
129:15
**interfere** 10:3,17
12:2 249:25 250:5
**international** 37:5
37:19,20 38:8,9
38:11 89:24
183:11 201:11
**internet** 15:9
113:21 207:10

215:4,12
**Interpol** 255:24
**interpretation**
78:13
**interpreted** 190:16
**interpreter** 121:16
121:19 122:18
123:22 152:20
**interrupt** 192:5
**interruption** 29:11
39:3 158:6
**intersection** 114:10
**interview** 123:5
125:14 133:16,21
163:10,11 196:6
207:11
**interviewed** 206:6
**interviewer** 138:23
**interviews** 19:14
121:6 122:23
124:11
**intro** 248:22
**introduce** 259:5
**introduced** 126:12
126:13
**introduction** 198:8
**introductions** 5:7
**invasion** 190:10
**inventory** 82:6,17
82:23,25 83:7
**investigating** 20:25
182:19,19 199:10
199:15
**investigation** 36:7
36:18,20 38:5,20
39:7 40:19 41:16
41:20,24 42:11
43:9,19 182:22
187:14 202:16
**investigator** 166:25
**investigators**
181:13 182:10,14
**invitation** 176:13
176:16
**invited** 133:4,5
173:9
**inviting** 175:10

257:16
**invoice** 81:23,24
82:2
**involve** 112:8 135:8
**involved** 30:16
36:6 37:12 39:10
78:25 95:17 96:16
112:10 115:6
117:4 120:24
130:8 131:6
134:15 141:14,15
151:9,15 168:5
186:2,9 190:14
199:12 200:23
202:16 211:14
**involvement**
151:17
**in-person** 14:16
**Iraq** 190:11,11
193:23 201:8
**Iraqi** 190:17
**Iraqis** 194:6
**irrational** 170:9,12
170:16
**irrelevant** 62:5
**irreparable** 50:25
**isotopes** 158:15,19
158:21 159:4
161:7
**Israel** 101:5,6
116:18 120:5
133:15 137:17
142:20,21 144:7
144:10,14 146:3
147:14 148:16
152:12 154:15,17
154:23 155:4
156:11,17,23
160:3 162:5,17,19
162:21 163:14,20
196:5
**Israeli** 162:22
196:2
**Israeli-US** 162:24
**issue** 13:23 18:4
30:11 88:3 91:4
119:22 126:23

179:4 211:10
216:13 221:23
223:15 231:9
234:7 242:9
246:18 260:11
**issued** 91:22
**issues** 30:21 58:11
62:2 65:15 72:21
112:12 227:4
258:25
**Italian** 195:23
**Italy** 186:3,8
254:24
**item** 48:4,19,22
49:8,16 50:3,20
51:8,24 52:7 54:3
54:18 58:10 60:19
62:8
**items** 49:13 51:13
55:5 70:20 72:14
82:7
**itinerary** 211:23
**ITV** 17:15

**J**
**J** 4:2 247:15,16
**Jackson** 127:4,11
127:13
**jail** 100:9 131:2,17
152:22,24 178:24
192:16
**James** 126:2
**Jerry** 225:9
**Jersey** 25:19
**Jew** 120:4,6
**Jewish** 120:2
137:15 154:13
**Jews** 216:12 245:19
245:20
**job** 35:18 166:11
166:15
**John** 201:14
**Johnny** 96:16
**join** 21:13 27:8,23
**joined** 5:9,10 160:8
**joint** 24:15
**joke** 218:21

**Jon** 148:2
**Jonathan** 147:19
157:6
**journal** 146:16,20
203:21 216:2,15
**journalist** 207:8
**journalistic** 205:9
**journals** 148:9
157:10,13 162:7
**JPC** 1:8
**judge** 7:6,11 9:18
20:24 238:9
255:11
**judgment** 55:13,15
55:17 56:2,6,13
56:16,18 57:5,8
57:10,24 58:6
220:22
**July** 32:25 77:17
221:19 226:7
**jump** 101:7
**jumping** 101:16
**June** 63:24 121:23
175:6 216:11
218:8,8,9
**jungle** 249:7
**junior** 111:17
**junk** 35:4
**jurisdiction** 26:21
222:16
**jurisdictional**
224:4
**jury** 7:11 38:4 45:7
**justice** 15:13 24:7
170:25 250:14

**K**
**K** 4:3 259:5,7
**keep** 33:22 35:4,22
71:11 156:9
**Ken** 5:8
**Kendall** 2:13 42:18
45:13 101:13
106:8 139:15,16
151:21 214:7
**kept** 87:2 91:18
168:2

**keyed** 34:2
**keywords** 33:11,19
33:22 34:2,5,8,9
58:23
**KGB** 126:9 143:19
196:10 237:15,23
**Khesin** 115:20,21
145:3
**Khesin's** 119:10
**kick** 86:24 131:18
**kid** 130:9
**kidnap** 246:5
**kidnapped** 246:12
246:20
**kids** 79:21 124:3
**kill** 236:8 242:12
244:12,13 246:5
247:10
**killed** 181:14,20
199:13 202:11,12
208:18 242:19
246:11,12,20
247:8 261:13
**kind** 23:10 32:13
59:22 74:2,4 87:6
92:5,18 97:19
112:6 113:16
146:9,23 150:17
153:23 168:10
171:9 189:3
197:19 199:12
218:23 225:18
226:13 245:25
257:8
**kinds** 35:2 37:22
117:12 154:8
160:18
**King** 147:20 157:6
**Kingdom** 26:4
**King's** 148:2
**Kissinger** 126:25
**knew** 105:7 113:15
121:11,17 143:15
148:3 189:3
190:14 191:4,19
192:19 193:14,25
229:15 230:4

234:4
**know** 5:6,12,13
6:20,22 7:2,16,25
8:17,22 9:3,8,13
9:16,22 10:2,7
11:2,9 13:21
16:22 17:16 18:17
21:8,22,24 22:23
23:5,7,14,22
24:20,23,24 25:3
25:15 27:17 28:11
30:6,13,17,22
31:15,23 32:21,25
34:2,20 35:3,17
36:10,25 37:16
38:14 39:18 42:14
45:11,12,23 46:2
47:13 49:13 55:22
56:24 57:22 59:16
59:19 60:20,25
68:2 69:15 71:8
71:14 73:22 74:3
74:10 76:11,14,21
81:19 83:16 85:2
86:23 87:7,11,17
87:20,20,25 89:13
90:4,9,13,14,18
90:19 91:2,5,16
91:19 94:16,25
95:11,12,22 97:14
98:5 99:23 100:2
100:20 105:6,9
106:24 107:10,18
110:12,18 113:10
114:4 119:17
121:2,9,10 122:2
122:12,24 125:22
126:17 130:5
131:7 133:20
136:2,6 137:11,14
143:3,12,14
146:13,21 149:3
151:24 154:16
157:16,19,20
159:12 161:3,10
161:13,15,21
162:11 165:6,10

166:23 168:4
169:18 170:24
171:17 176:3
178:24 180:11
182:6 185:7,17
188:21,23 190:15
190:16,18 191:8
193:17,24 194:7
198:2 199:3,24
202:19,22,25
204:2 206:12
207:9 210:2
212:19 213:16,22
215:20 216:8
221:17 225:9,17
229:9 237:8 244:5
245:17 246:2
247:7 249:15
251:7 257:20
259:18,21 261:20
**knowing** 251:10,11
**knowledge** 45:10
74:20 82:5 259:25
**known** 18:15 87:22
126:13 127:10
128:21 169:7
233:14 238:6
250:13
**knows** 43:4 248:12
**know-how** 194:5
**Kovtun** 233:13
257:18
**Kurchatov** 120:20
**Kurds** 201:8,8
**kwangsgard@ba...**
2:18
**K-H-E-S-I-N**
115:21
**K-I-N-G** 147:20

**L**
**lab** 111:19 112:12
112:24 113:4,5
115:23 119:6,10
141:2 146:16,20
147:3,4,6 148:9
157:9 166:17

171:15
**labeled** 165:22
**laboratory** 113:5 115:17
**labs** 117:8,11,12
**lack** 248:15
**lady** 237:11,20
**lagged** 97:19
**language** 169:18 215:12
**languages** 91:22
**laptop** 33:8 35:7,8 35:10 70:23 72:18 77:15
**large** 57:10 127:21 230:24,24
**larger** 26:23,25 27:12 57:5 127:14
**lasted** 20:2
**lasts** 98:5
**late** 15:15,25 32:25 72:7 73:2 77:3,4 104:14 152:25 153:24 165:23 167:14 201:21
**latest** 82:20
**law** 21:16 91:15 225:14 226:11 227:12 229:7
**lawsuit** 6:8 11:9,11 18:3 19:14 21:14 22:11,15,25 25:18 57:21 73:8,14 78:2,10,12 79:8 79:10 185:4 206:21 210:9,16 210:17 211:9 212:18 216:18 222:18 227:9,10 227:18 229:24 235:10,11 248:3,4 248:8 249:3,19 250:11
**lawyer** 9:21 26:5 26:11,14 29:18 30:17 48:15,17 49:10,12 50:3 51:11 52:21 232:2 239:14
**lawyers** 18:19 20:23 22:4 25:24 29:23 30:6,16 32:17,19,23 36:9 40:15 44:17 52:3 55:25 66:7 79:20
**lawyer's** 18:25 21:20 29:25
**leaked** 95:19
**leaks** 159:15
**learn** 113:12 159:19
**learned** 113:14 159:17,21,25 202:12 251:17
**leave** 56:20 100:10 118:5 128:25 129:19 141:25 144:10 162:8 166:5 170:19 171:11 173:2 192:21 198:9
**leaving** 120:8 121:17 129:12 172:2
**led** 127:4 211:16
**left** 47:8 55:20 83:11 99:21 118:7 124:15 130:24 131:21 133:22,25 134:3,4 142:11 144:11 149:2 154:17 156:17 160:3 163:2,13,20 170:9,13,17 173:13 180:12 183:24 199:4 218:11 226:8 227:3 236:20 247:25
**legal** 19:11 22:13 23:11,15 25:16 26:19 29:14,17 54:14,21 55:11 58:7 79:16 186:16 221:22 227:17 229:2,6 234:13 235:3 236:22 248:2 249:7 255:13
**legalese** 234:13
**legally** 151:12,13 151:14 208:15
**legislation** 127:5,10
**legislative** 127:15
**letter** 71:22 145:16
**letters** 47:15,18 77:12 143:22 145:12
**let's** 27:3 28:16,22 35:12 46:16 47:18 67:8 84:11 102:7 106:17 107:10 111:14 113:3,4 152:15 170:15 175:19 183:5 188:3 221:4 222:2 228:18 239:13 241:3,4 244:7 248:3,4,5,5,7,15 256:8,14
**level** 87:18 124:2 131:16 176:14,18
**libel** 24:14 227:10 228:23 229:7
**Liberties** 37:5,20 38:10,12 183:12
**licensure** 161:20
**lie** 228:18 229:16
**lied** 230:5
**lies** 65:13 220:23 222:9,11 228:11 228:17
**life** 16:12 75:10 98:12 251:4
**lifetime** 188:17
**likewise** 8:10
**limit** 58:11
**limited** 230:23 231:3
**limits** 12:13
**line** 45:14 145:9 200:9 218:14 227:3 264:6
**linguistical** 242:8
**link** 61:21 125:15
**LIPMAN** 2:3
**list** 33:23 71:11 82:22 212:2 213:8 214:16,23 222:15 229:15
**listed** 72:14 76:5 214:20 215:16 216:19 217:19
**Listen** 81:12
**listener** 243:5
**listening** 5:12
**lists** 215:11
**literary** 89:24
**literature** 248:12
**litigation** 55:11
**little** 12:9,19 14:2 19:23 21:11 38:25 39:5 55:23 68:6 68:25 83:24 98:2 102:15 106:8 108:23 119:5 133:11 136:6 171:19 180:3
**Litvinenko** 15:10 15:11,13,14,16,18 16:13,21 17:14 19:25 20:18,18 23:12 27:7 58:13 58:15 59:5 60:18 61:18,25 73:6 77:10 80:2,6 89:6 95:16 98:14 103:12 105:7,10 107:16 113:18 159:18,20 170:21 177:14 179:2 180:13 181:7,15 181:20 182:5 184:24 185:12 189:12 190:21 192:13,20 193:4 194:15,18 198:4 204:21,22 206:2 206:10,19 207:4 207:20 208:18,24 210:12 216:6 223:5 228:2,5 230:11 231:7,16 232:4,9 233:10 234:9 235:12 238:6 240:2 242:19 247:8 251:7 254:7,9 255:14 256:18 257:23 258:16
**Litvinenkos** 197:18
**Litvinenko's** 37:8 68:6 160:2 167:15 170:25 185:16 187:11,14 188:17 188:24 192:15 203:18,18 205:12 210:5 223:11 231:20 232:2,14 257:2
**Litvinenko-related** 80:25
**live** 6:11,18 16:6 175:10 203:24 216:2,14
**lived** 172:25
**lives** 16:7 100:2
**living** 99:24 122:3 135:9,14 142:23 142:24,25 161:8 205:4 254:23
**LLP** 2:12
**locate** 46:6
**London** 6:10,16 16:4,5,6,7,8,11,12 17:3,23 20:11,21 22:25 24:12 87:6 87:24 96:11 185:18 187:9 194:19 197:21 205:10 215:23 232:25 234:5 254:9,12 261:3
**London's** 233:10
**long** 9:3 11:5,22

20:2 34:15 35:9
68:8 72:3 79:6
97:13 98:5,22
99:13,14 111:25
128:2 142:21
156:20 161:16
167:12 220:13,16
253:13
**longer** 90:15 118:4
124:21 132:9
171:18 183:20,21
214:18
**look** 25:22 27:23
30:2,10 41:11
43:15 45:4 59:13
59:15 66:11 71:25
83:23 84:7 88:23
162:14 200:9
235:8
**looked** 30:5 72:15
76:2 77:22
**looking** 27:22
**looks** 227:25
249:17 259:11
260:2,16
**Lord** 255:11
**losses** 62:24 63:3,7
**lost** 88:11 220:12
220:14,16,21
**lot** 19:13 67:24
93:3,3 94:20,20
118:18 124:5
130:9 199:10
208:8
**lots** 15:8 203:6
**loud** 48:5
**lower** 44:20
**loyalty** 130:8
**Lugovoi** 233:12
256:21,22 257:12
257:14 258:9,13
260:20,23
**Lugovoi's** 257:15
**lunch** 135:18,21
198:21
**lying** 230:5 234:4

**M**

**M** 3:1
**MacNeil/Lehrer**
204:6
**magazine** 132:11
168:15,20,21
169:4,20 200:8
203:10
**magnitude** 56:17
**mail** 72:10 143:24
153:15,15 156:23
**main** 122:11
**mainstream** 209:25
**maintain** 60:5
70:20 83:4 89:18
93:25 148:18,24
152:11 157:5
216:22
**maintained** 152:22
152:25 153:5
216:20
**maintenance** 13:5
**Majesty's** 23:13
**major** 89:23 133:7
155:2 172:16
176:11 245:23
**majority** 220:17
**making** 8:3 120:16
251:4
**malice** 53:13,16
228:9,14,16 229:4
229:10,22 230:18
234:8
**malicious** 228:12
228:20 233:21,25
237:16,24 239:23
**man** 118:20 225:14
**managing** 87:23
**Manhattan** 36:7,18
36:20 39:7 43:19
44:20 105:22
**Mann** 94:25
**manner** 12:7 16:23
**manually** 71:25
**March** 1:17 5:3
10:15 12:14,25
87:18 91:4,9

107:11,21 209:20
209:21 210:7
236:16,18 264:4
**Maria** 255:12,13
255:16 256:6
258:15
**Marina** 15:10,11
15:18 16:14 58:13
58:15 59:4 61:25
85:12 98:8,12
105:13 107:16
108:6,6 170:25
184:24 189:4
205:11 207:20
210:20 224:10
227:25 228:4,5
230:10 232:8
234:9 235:12
255:14 256:2
258:15 259:12
**Marina's** 186:16
**mark** 31:6 108:9
174:2 213:25
218:16 221:9
225:21 227:8
234:15 236:11
247:15
**MARKED** 31:11
136:12 174:6
214:2 218:3
221:11 226:2
234:16 236:13
247:16 259:7
**market** 95:21,23
**marketplace**
115:11
**marriage** 100:6,7
102:16 130:5
150:3,14
**married** 99:10,12
99:14 103:25
108:5,13,15
150:18,20 151:3,6
151:10,13,14
**marry** 105:18
151:2
**Massachusetts**

137:20
**master's** 109:21
110:4,6 111:16
118:24
**material** 71:3
**materialized** 86:8
**materials** 74:11,12
77:9 114:2 145:6
158:14,18 197:21
**math** 110:20
**matter** 18:3 69:9
77:2 93:7 134:24
151:23 167:2
174:22 208:20
239:19
**matters** 59:8,17
106:9 141:16
188:19 200:18
**Max** 160:8,11,13
160:14,16 163:22
163:23
**mean** 12:13,18
14:21 23:20 39:17
41:2 50:10 69:18
70:3,23 71:3
72:24 85:17,25
90:21 95:24 98:11
102:5 134:23
149:14 164:10
170:12 187:18
188:8,25 196:19
202:11 204:10,10
208:6,25 209:3
220:15 228:13,15
229:25 232:17
234:12 235:18,23
237:2,3,16 238:13
238:25 241:5
243:18 249:14
251:25 257:23
261:8
**meaning** 218:22
222:20,21 243:18
244:18 250:17
**meaningful** 197:15
**meanings** 44:3
**means** 59:5 62:12

68:9 85:20 86:13
94:19 100:21
134:25 143:24
153:22 230:16
**meant** 188:8
230:18 235:20
**mechanism** 22:20
116:10 148:12
**mechanisms** 167:5
**media** 37:11 121:6
159:25 176:11
209:19,22,25
219:24 220:9,10
224:8
**medical** 11:25
12:23 13:4 110:22
**medications** 10:11
10:16 11:16,23
12:10
**medicine** 111:13
114:15 162:12
**mediums** 203:12
**meet** 14:15,19 21:9
104:12,19 105:21
107:11,19 118:2
120:18 124:22
210:10,22 211:18
212:10 213:10
257:21 258:2
**meeting** 14:24
18:25 120:22
123:4 126:3
127:23 189:9,12
189:13 190:9
197:22,23,24
200:11 257:6,7,12
257:13
**meetings** 14:16
18:19 40:12
210:21,25 211:5
211:20 212:16,19
213:9,10 243:10
**member** 65:19
122:8 190:22
198:23 240:7,8,12
241:10 246:25
**members** 122:7

210:11 211:22
**memory** 10:17 12:2
150:22
**mental** 10:3,7
13:20 51:21 63:19
**mention** 176:22
259:13
**mentioned** 15:4
42:13 46:20 58:22
135:13 167:23
171:19 176:23
209:23 254:3,22
**Menzies** 232:3
**merits** 227:17
**message** 59:6 61:8
237:9
**messages** 59:8,14
59:16,19,21,22
60:6 61:2 66:23
**messaging** 60:9
**Messenger** 60:14
62:16
**met** 18:23 20:3,11
21:8,10 104:13,14
105:13,14,16
107:9,13,20,24,25
108:4,6,9,11
118:3 120:19
121:22 123:7
126:11 150:24
151:4,4,6 157:11
172:9 187:8
188:16 192:23
194:12 198:6,24
200:11 201:17
207:18 211:3
212:4,7 213:20
254:6,11,12,15,17
256:21,24,25
257:18 258:10,12
**metformin** 11:20
**methods** 60:17
62:15
**Michael** 94:25
**microbiology**
158:22 164:17
**middle** 5:20,21

30:15 36:4 136:22
**Mike** 96:20
**Mikhail** 125:2
192:16
**military** 133:23
134:5,10 138:4,8
141:3,3
**Millennium** 258:3
**million** 63:22 64:2
64:6 85:13,15,19
86:4,16 219:2
**millions** 37:9 41:6
220:11
**mind** 79:11 121:18
170:10 188:11
191:16 199:19
232:20
**mine** 23:16 57:9
171:16 179:17
197:13 207:19
215:11
**miniseries** 17:13
**minister** 237:17
**ministry** 129:5
143:20 176:12,18
177:6 237:12,20
**minor** 62:6
**minute** 28:17 78:23
150:6 166:2
176:11
**minutes** 113:20
206:12 220:25
225:10,13,15
251:14 256:11
**misheard** 132:14
**misinformation**
211:10 236:7
**mission** 198:24
202:2,3
**mistaken** 57:18
86:11 117:18
**misunderstanding**
233:20
**misunderstandin...**
227:19
**misunderstood**
132:14

**MIT** 137:25 146:3
147:9,15,22 157:6
**mixed** 151:5
**MI5** 186:20
**MI6** 186:20 189:2
258:14
**mocking** 226:14
**modern** 74:17
158:16,21 161:5
**molecular** 137:15
158:24 167:5
**moment** 111:6
146:4 179:22
227:22 231:19
**moments** 170:11
**Monday** 235:4
**monetary** 55:15,17
56:15,17
**money** 23:11 37:9
37:19,22 56:23,23
57:2,3 67:24
69:17,25 79:20
85:4 87:9,21
88:21 93:3,23
94:21 98:2 124:5
149:4 172:11,12
180:4 183:24
184:10 185:15
186:4,17 187:8
254:22,23
**monitored** 95:10
**month** 10:22 15:21
142:2 172:23
**months** 119:8
120:19 145:8
156:23 175:13
**moral** 22:17 26:25
27:12
**morning** 5:6 204:5
**Moscow** 95:20
109:4,6,8,13,14
110:7 118:23
120:21 121:7,14
122:25 123:2,11
124:6 125:11,22
126:10 131:9
132:8,12 134:15

141:9 148:4 153:3
153:11 162:4,5
168:18,19 174:24
178:4,7 180:24,25
190:24 192:15
194:2 200:7,10,17
201:18 202:18
214:17 215:13
256:24
**Moscow-based**
214:17
**mother** 172:2,4
**Motion** 3:18 174:4
**motions** 7:21
**motivated** 65:15
**motivation** 243:24
**motive** 242:16
**mountains** 201:9
**move** 14:2 47:10
65:17 108:22
134:13 152:2
**moved** 186:2
215:13
**movement** 152:15
153:19 157:23
**movie** 67:14
**muddling** 249:6
**multimillion**
245:23 249:21
**Munich** 160:7,7,9
160:17
**murder** 20:25 37:8
73:7 80:9 95:16
181:6 210:12
243:24 261:7,9
**murdered** 233:12
236:6 238:6
**murderer** 95:18
219:3 240:14,16
240:19 241:17,25
242:6,10,24
243:19 252:7
**murdering** 24:6
239:25
**murderous** 242:20
**murders** 241:22
**music** 107:5

**mute** 188:4
**myths** 227:18

## N

**N** 2:1 3:1,1
**name** 5:8,16,17,18
5:20,21 11:2
57:15 70:11,12,12
70:13 88:14 89:21
96:19 99:5,6
104:8,9 113:14,15
115:20,23 117:14
124:7 147:16,17
152:19 155:11
165:12 173:18
175:14 184:8
190:25 192:16
193:3 201:5,14
207:13 221:21
223:7,7,8,9 232:3
255:13,16,21,25
**named** 60:13 76:21
76:22 95:18 252:6
**names** 152:16
206:14 256:5
**naming** 251:24
252:5
**national** 111:19
113:5 117:11
125:12 129:16
141:4 160:14
166:19 213:17
**nationality** 152:6
**naturalized** 24:21
255:15
**naturally** 249:22
**nature** 148:6,10
153:4,8 154:19
**NBC** 125:16 204:4
**near** 137:21 222:8
**necessarily** 22:2,8
35:16 57:13 246:2
**necessary** 129:24
**need** 9:7,12,19
71:23 150:21
152:16
**negotiate** 202:9

neighbor 195:14
neighbors 19:20
  195:13
neither 62:15
network 126:6
  133:8 160:15
  245:24
networks 210:2
neurology 110:21
never 27:25 36:21
  39:10 58:8 61:3
  86:7,20 87:5 92:4
  112:19 134:9
  138:14 139:4
  140:7 157:14
  162:9 172:25
  175:21 176:21,21
  176:22 177:3,4,23
  180:19 187:8
  194:11 196:4,19
  207:18 257:19
  258:21
new 1:2 2:7,7 18:21
  19:15 21:17 25:18
  25:19 35:20 40:13
  96:10 103:18,20
  104:13,23 124:6
  125:17 132:10
  143:16 144:6
  145:10 157:12
  163:3,5,11 164:3
  166:10 168:15
  172:5 173:19,21
  183:13 198:22
  200:8 203:10,20
  221:23 223:20
  226:10 228:23
  235:4 236:23,23
  248:3 255:21
  264:2,2
news 14:6 65:13
  103:4,6 125:16
  203:23 204:6,13
  205:13 206:13
  208:9 209:6 225:6
  237:10,19 244:19
newspaper 133:17

209:4
Newsweek 123:6
NGOs 37:10 79:19
Night 205:13
NIH 166:18,19
nine 86:6 97:15
nine-page 214:4,12
Nixon 126:21,25
Nizhny 124:18
Nobel 117:24 128:6
nodding 7:21
noisy 189:6
non 176:20
non-email 60:17
  61:8
non-self-employ...
  68:3
non-verbal 7:20
normal 158:16,21
normally 146:20
  248:18
nos 7:19
Notary 263:7
  264:25
note 46:22
notebook 146:24
  147:7
NOTED 262:8
notes 143:11,13
  145:5 146:15,16
  146:19 263:15
notification 145:20
  145:22
notified 143:17
notifying 143:23
notwithstanding
  22:15 23:22 66:1
not-for-profit 37:4
  183:12
November 257:22
Novgorod 124:18
Novichok 178:23
nowadays 239:11
NSA 213:17
NTV 213:7
nuclear 111:11,13
  117:9 121:3

141:16 157:17,18
  157:25 158:3,8,14
  159:24 160:19
  161:8
nuclear-related
  111:7 112:20,23
number 3:11 28:15
  48:19,22 49:8,16
  50:20 51:8,24
  52:7,18 54:3,18
  58:10 60:19 62:8
  62:9 171:2,3
  182:7 208:9
  214:22 221:23
  226:11 227:5,5,5
  235:4 236:24
numbers 47:18
nutshell 100:6
NW 2:15

_____

**O**

O 3:1
oath 7:3,4,4
object 9:16 234:6
  241:5
objected 151:22
objection 9:21
objectionable 9:23
objections 9:17
  202:8
objective 241:5,7
  245:24 247:13
  251:24 252:4
observing 154:5
obtain 53:24
  128:16 155:3
  174:23 175:5
obtained 57:21
obtaining 156:20
obvious 35:4 57:3
  189:5 237:5
obviously 7:2,16,19
  8:7 19:15 27:2
  54:13 55:12 67:17
  116:13 131:19
  236:8 240:15
occasion 177:22

occasional 10:18
  68:25
occasionally 60:4
  60:15 187:22
  244:22
occasions 177:20
  196:21 198:17
occur 29:7 123:16
  127:23
occurred 175:12
October 72:11
  105:12,12 132:23
  168:3 216:5
  257:21
offenders 251:4
offer 163:12 166:9
  172:16 255:21
offered 74:8 256:2
offhand 209:24
office 36:8,11
  181:12 182:11
officer 192:17
official 181:11
  182:7,9
Officially 129:14
officials 202:15
oh 11:17 15:24
  20:17 29:9 34:17
  57:15 69:12
  100:25 101:15
  107:21 132:20
  148:23,24 155:17
  157:22 165:7
  177:12 199:9
  210:2 252:6 260:4
  260:13
okay 9:24 12:20
  22:5 28:19 29:24
  30:20 43:11 81:10
  97:9 101:22 102:4
  106:21 135:20
  140:15 150:2
  191:12 192:6,10
  192:20 199:4
  209:15 220:6
  221:8 222:5
  238:12 241:13

249:8 259:16
old 45:4 72:20,20
  72:23 73:19 83:21
  102:19 200:12
  256:23
oligarch 184:8
  190:23
once 9:6 62:18
  67:18 71:20 124:4
  154:22 165:17
  197:9 198:20
  205:11 253:13
onerous 26:21
ones 60:12
One's 63:21
one-half 172:24
one-page 136:15
  236:12 259:5
one-third 172:24
ongoing 67:18
  153:18
online 18:11
open 71:20 233:23
  260:8
opened 153:14
openness 132:6
opera 16:12,18
operation 37:17,25
  39:10 65:11 68:8
  194:3 201:18
operative 246:19
opinion 65:5,7,10
  215:5 229:9
  240:13
opportunity 253:15
opposed 116:25
  222:17 253:3
opposing 183:16
opposition 3:18
  127:3 174:4
Oprah 225:16
option 84:8,9,18
  85:23,25 86:3,8
  92:13,20 93:16,23
  97:14,17,25 98:3
optioned 67:13
  96:13

op-ed 203:15,17
   210:8
op-eds 210:7
oral 92:5
order 27:11 91:23
   129:13 240:21
organism 135:2,9
   135:14,16
organisms 160:23
   161:8
organization 15:12
   39:8 40:3 160:8
organizations
   65:19 211:13
   212:24 213:13
organization's 41:7
organize 201:25
   202:5
organized 202:3
original 92:12
originally 80:15,19
Orlov 152:23
ostensibly 182:11
outlet 201:19
outlets 122:24
   213:3
output 253:16
outside 29:11 39:3
   61:3 68:2,11
   94:16 130:2 131:8
   147:6 153:16
   158:6 168:9 195:6
   195:9 247:3
outstanding 255:23
overlooked 215:19
   216:9
overseas 41:8,9
over-the-counter
   10:24
owners 23:10
Oxford 205:16

———————————
          P
———————————
P 2:1,1
pack 141:21
page 3:4,11 22:19
   22:22 23:6,9,10

71:17 136:17
172:6 209:3
214:10,21,21
215:7 227:22,24
249:10 261:16
264:6
pages 36:10 71:7,9
   136:16 146:22,24
   146:25 215:16
paid 16:17,19
   69:25 86:3 168:21
   180:4 185:15,15
   190:2
pandemic 15:24
   82:13
paper 144:13
   183:22
papers 162:14
paragraph 48:9
   49:4,22 51:3,16
   51:22 52:9,16
   53:18,25 54:7
   55:3,6 62:22
   63:15 64:9 65:17
   66:4,11,12 137:24
   139:6,7 174:21
   181:2,18,22,22,23
   182:4,4 208:23
   219:23 220:3
   222:8 223:3,10
   227:21,21,24
   230:10 233:6
   235:7 237:6
   239:18,20,21
   248:21,24 249:17
   250:17
paragraphs 66:19
   220:2 250:18
parallel 172:19
parent 95:24,25
parents 100:10,12
   130:11 148:21,25
   149:5 152:9 153:7
   153:10
Paris 215:13
Park 2:6
parliaments 37:16

part 20:22 23:3
   24:15 75:6 88:6
   93:22 111:7
   112:24 148:7
   158:16,21 160:13
   161:22 170:17
   173:9 175:10,16
   194:3 201:17
   231:8 233:21
   245:9
participant 27:14
participants 24:10
participate 205:7
participated 18:18
   18:24
participation 255:5
particular 17:7
   34:15 35:10 75:6
   84:17 90:25
   111:20 148:12
   154:12 158:25
   167:8 212:17
   215:17 224:9
   225:4 245:19
particularly 51:20
   80:7 206:10
   224:15 246:5
particulars 19:6
parties 68:12
partner 191:3
parts 239:9
party 19:10 22:11
   24:25 68:3 105:22
   107:25 234:10
   235:13,17,21,22
   235:24 236:2
   242:25 251:3
   263:16
pass 251:9
passages 137:10
passed 92:2,25
   251:11,14
passing 88:18,19
   131:6 154:4
Patarkatsishvili
   190:25
patron 223:7,8

Paula 1:18 263:6
   263:23
pawn 224:7
pay 70:16 163:17
   179:18 249:22
payment 76:7
   81:20 85:2
payments 41:4
   84:9,14
payroll 194:19
pays 173:22
PC 2:3
peace 117:24 128:6
   128:11
peer-reviewed
   162:6
pending 9:11
   106:23
people 22:23 55:24
   96:22 119:24
   120:7,8 129:12
   152:13 153:5
   154:8,11 159:24
   166:22 175:17
   178:13,14 200:11
   200:16 206:11
   219:3 241:18
   247:12 250:18,22
   255:19,25 261:15
perceived 24:13
   244:3
percent 254:20
perception 57:10
   247:6
perfectly 9:13
   232:19
period 67:9 71:12
   73:5 78:9 92:21
   100:15,17 107:10
   125:6 144:17
   162:13 172:22
perjury 7:12
permanent 162:10
   162:15 209:7
permission 138:7
   138:16,19 139:2
permitted 173:14

person 15:8,23
   16:21,24 40:24
   41:13 89:22
   121:18,21 128:22
   189:21,23 195:5,7
   195:9 207:18
   226:25 241:6
   242:14 254:7
persona 171:12
   176:20 180:24
   207:3
personal 40:2,6,8
   50:17 57:13 69:13
   69:19 73:4 77:3
   100:5 143:3,7
   153:6 168:17
   201:16 257:17
personally 41:15
   41:19,23 91:6
   148:3
personnel 211:2
   212:9
persons 21:16,17
   54:11 189:24,25
perspective 12:11
pertain 190:8
pertained 148:13
pertaining 54:11
PGO 181:13,24,25
phase 94:9
philanthropist
   168:7
phone 5:10 14:22
   16:23 17:6 37:2
   42:14 59:19 62:19
   62:20 175:7
   187:25 254:21
phrase 218:25
physical 10:2,7
   179:21 180:8
   245:11 246:23
physically 72:8
   141:25
physicist 117:19
physics 110:20,25
   110:25 111:4
   117:9,9 158:8

159:24 160:20
**physiological**
113:25 134:16,21
**physiology** 110:21
134:25 135:5
**Ph.D** 111:11
112:19 116:13,14
155:3,4,6,7
156:20,23
**PI** 166:25
**pick** 183:5 198:14
**picked** 23:13
**Pictures** 92:16,16
95:4,25
**piece** 144:13
153:15 237:24
**pieces** 203:15,17
**pill** 10:19
**pills** 10:21
**pipeline** 131:7
**place** 22:6 29:4
43:15 82:16
121:19 144:8
172:6 203:19
212:2 236:9
**placed** 7:3
**places** 37:22
147:10
**plaintiff** 1:5 2:10
3:15 21:13,19
23:21,25 25:4
27:8,24 28:4
31:10 63:17 174:3
235:8,9
**plaintiff's** 63:23
**plan** 233:21
**Planck** 160:8,11,13
160:14,16 163:23
163:23
**planning** 118:16
145:17 258:19
**play** 248:11
**please** 5:16 8:17
32:2 34:22 61:5
101:13 197:8
200:16 209:17
218:24 221:18

222:7,13 226:5
233:8 242:3
259:20 262:6
**ploy** 146:10 178:22
**plug** 95:3
**podcast** 258:16,23
**point** 24:22 26:2
27:2 40:13 44:14
44:19 60:23 68:15
86:18,22 125:9
140:17 156:17
157:9 159:21
167:21 173:17
177:24 185:25
186:2,3,12,14
204:18 210:10
213:20 220:19
248:10,19
**points** 212:18
**poison** 240:20
**poisoned** 61:18
113:19 220:8
**Poisonings** 231:10
**police** 20:25 113:18
129:5 143:20
187:14,17 189:2
232:21
**policies** 121:2
132:6
**policy** 129:12
**political** 64:13
65:23 75:7 120:10
120:12 131:3
153:18 154:6,24
157:20 165:9,15
170:24 200:10
224:23
**politically** 65:15
233:17
**politician** 76:24
**politics** 165:18
171:10 215:5
**polonium** 159:4
161:9
**polonium-210**
113:8,10,13,19
141:14,15 159:7

159:11,15,23
161:11,14 251:8
251:15
**polymerase** 167:10
**pop** 57:17
**popular** 227:18
**population** 226:24
**portal** 215:4,12
**portion** 74:17
186:24 188:14
**portions** 174:17
**portrait** 218:11
226:9 236:20
**portrayal** 169:21
169:22
**portrayed** 138:22
222:19 224:12
**portraying** 138:24
**position** 144:23,24
162:15 163:4,7,9
164:18,19 182:8
182:10,12,23
192:22
**positions** 64:11,18
65:2,22 165:15
**possessed** 133:23
134:4,10 138:8,12
138:14,16 139:3,4
139:5
**possession** 77:17
140:6
**possessions** 143:4,7
**possibility** 249:24
249:24
**possible** 23:18,23
23:24 33:13
167:24 182:21
187:16
**possibly** 133:19
176:24
**post** 107:24 203:20
210:9 216:5,14
218:2,7,10 221:20
221:22 225:24
249:2
**postdating** 11:10
**postdoctoral**

160:10 161:17,23
162:2 163:23
**posted** 33:3 215:21
217:19
**posting** 217:13
**posts** 14:11 15:3
214:16 215:3,11
216:25 217:4,9,18
221:15
**potential** 227:16
250:23
**Potter** 96:20
**pouch** 153:12
**power** 130:23
244:8
**powerful** 178:4
**powers** 178:6
180:24
**practically** 153:15
**practice** 9:5 255:18
**precluded** 22:12
**predate** 72:21
**predated** 159:15
**predates** 73:6
**predating** 11:9,11
**predetermined**
228:12,17
**premeditated**
228:18,20
**premier** 16:16,18
17:13
**premiering** 16:15
**preparation** 14:16
20:19
**prepare** 14:3
**prepared** 164:7
**preparing** 32:10
**preproduction**
94:10,12
**prescribed** 10:23
10:25 11:6,22
**prescribes** 13:11
**prescription** 11:3
11:15
**presence** 223:19
232:4,8 257:16
**present** 14:23

80:10 177:19
195:4
**presented** 204:14
**presenters** 224:24
**presently** 124:17
225:2
**preserved** 73:22
**president** 191:9
**press** 50:11 84:23
88:6 90:10,15,19
159:25 231:20
**pressure** 11:9
13:8 124:23
**pressuring** 127:19
**presumably** 27:7
67:21 137:20
**presume** 34:7
73:21 87:8 90:4
**pretty** 45:5 62:11
207:3
**prevent** 240:21
**preview** 217:12
**previous** 92:11
227:4
**previously** 32:16
144:16
**Price** 2:14 5:11
**primarily** 153:9
**primary** 56:9,10
**principal** 130:20
166:25
**printed** 70:22
72:17
**printouts** 70:23
**prior** 28:25 131:12
204:25 205:3
223:3 247:9
**private** 130:4
166:19,20
**privately** 123:23
**privilege** 30:21
130:7
**Prize** 117:24 128:6
**probably** 9:4 13:3
15:21 16:25 17:2
34:18 35:13 36:5
37:9 62:5,7 68:9

69:4 71:6,7,21
72:3 74:6 82:12
82:19 84:5 90:17
90:24 95:21 96:5
98:9,13 99:16
101:18 102:6
103:15 104:15,16
109:24 113:20
117:6,7 119:15
121:23 125:19
130:5 135:6,17
137:7 145:7
146:23,24 151:8
156:8 164:10
165:24 166:22
168:6 172:24
177:13,14 180:18
189:17 190:24
192:12 198:20
199:8,16 203:19
204:12 205:6
206:17,18 208:9
209:5,9,9,22
211:19,23,25
212:11 215:18
216:8 225:16,17
226:16 254:13,14
254:19
**problem** 175:25
**problems** 126:7
148:14 186:8
255:5
**proceeding** 6:4
40:18 45:7 252:15
252:18,23 253:2
253:12
**proceedings** 6:17
28:12
**process** 5:23 82:15
94:13
**processes** 116:2,4
135:4
**processing** 249:15
**proclaimed** 132:6
**produce** 36:8,25
42:2,14 50:2,6,12
52:2,6,20 54:24

58:21 64:23 66:4
66:6,20 259:25
260:4
**produced** 32:7
36:11,14,16 38:6
40:10 44:16,25
46:8,13 48:16,19
50:8 51:10,14
52:23 53:3,9,11
54:2,23 58:14,24
63:8,10,25 64:5
64:17,24 66:9,13
77:13 78:3 80:12
95:15 210:2
258:25 260:6
**producer** 94:19
175:7,14 176:10
177:9
**producers** 224:24
**producing** 83:6
**production** 3:14
31:10 33:8,17
36:16 46:15 69:4
69:6 86:9 94:16
94:17,19 95:4
**professional**
190:12
**professor** 115:20
121:19 145:3
147:19 155:19,21
164:17,22 165:12
**profile** 208:25
209:2 224:22
**profound** 52:14
53:4,8
**program** 14:9
24:10 61:21
112:19 133:6,6
172:16 173:10
203:6 205:18,20
207:13 209:6
210:4 219:21
224:15,19 225:4,6
225:14,18
**programming**
225:5
**programs** 13:22

14:6 24:4 74:15
74:21 88:3 90:12
158:4 168:8
182:16 199:22
203:24 204:6
206:13 216:18
**prohibited** 119:23
**project** 76:12 86:7
93:5 94:17 96:8
96:19,22,24
161:25 220:10
227:16
**projects** 96:14
98:15,21 122:14
166:17
**prominent** 117:22
152:14,23 157:22
191:2 201:6,11
231:16
**prominently** 22:21
75:21
**promotions** 164:20
**propaganda** 65:11
211:10 213:3
224:8 226:15
237:16,24 248:3,6
248:7
**proper** 248:15
**propose** 211:12
**prosecution** 182:18
**prosecutor** 181:12
181:25
**prosecutors** 40:13
40:14 44:19
182:13
**prosecutor's**
182:10
**protested** 154:2
**prove** 26:21 228:6
228:10,14,15
229:13 230:12
**provide** 44:13
45:10 48:15 49:10
49:14 50:14 82:25
88:6 90:5 135:15
184:23 185:3
190:6 197:15

252:14,22
**provided** 14:14
46:2 49:11,11
50:19 63:2 182:15
252:25
**provides** 195:8
**providing** 195:6
**provincial** 124:16
**proving** 26:15
**psyche** 170:18
**psychiatrist** 13:15
**psychologist** 13:14
**public** 18:15 27:4
27:12 49:19 50:15
50:24 57:9 64:21
64:22,25 74:13
92:10 120:24,24
128:10 152:14
166:9 167:16
170:19 171:12
172:18 180:14
189:5 204:23
206:8 207:3 208:6
208:8,21 215:23
228:7 230:12,14
230:15,19,20,23
231:4,14,15
233:10,11,17
258:8 261:2 263:7
264:25
**publication** 86:15
91:20 134:15
231:17
**publications** 162:3
203:8 228:22
**publicized** 131:10
**publicly** 154:2
211:13 245:22
**publish** 162:14
207:21,23,25
**published** 84:22
98:22 162:6
169:12 203:12,13
210:6
**publisher** 86:22
87:3,25 91:7
**publishes** 215:5

**pull** 28:10 72:4
211:22 234:14
**pulled** 76:4 93:2,5
95:3 96:18,18,22
96:24
**punctuate** 248:9
**punctuated** 248:18
**punitive** 249:21
**puppeteers** 222:23
222:24
**purchase** 75:18
81:22
**purchased** 76:13
81:20 92:19
**pure** 114:13,14
**purpose** 17:4
126:17 177:24
179:6,11 230:23
231:4 250:16
257:5,7
**purposes** 130:5
**pursued** 20:7 24:24
**purview** 75:6
**pushing** 126:25
**put** 18:11 30:25
46:14 71:5 72:9
93:7 108:8 124:22
136:10 147:16
158:22 169:2,24
180:10,19 202:7
205:24 206:12
222:3 228:19
239:13 244:7
245:10 253:6,19
**Putin** 93:8 95:5,17
205:17 208:17
220:8 230:25
231:3 245:8
251:24 252:5,6
255:10 261:14
**Putin's** 183:16
209:10 219:24
220:9,10
**puts** 241:4,6 242:20
245:24
**putting** 146:11
178:23,24

**p.m** 102:11 106:19
106:20 135:21,22
136:13 174:7
183:3,4 186:25
188:5,6,15 192:8
192:9 214:3 218:4
221:2,3,12 226:3
234:17 236:14
247:17 256:12,13
259:8 262:8

**Q**

**quantity** 87:3 90:6
146:21
**question** 8:11,15,21
8:24 9:11,23 24:4
42:4,20 43:2,6,11
55:23 59:11 62:4
79:9 81:12,13,13
81:14 101:17
106:6,12,23
132:14,15 145:16
152:8 156:7
182:21 188:9,10
194:24 209:17
218:15 227:8
229:20 233:7,23
246:22 260:22
**questioning** 45:14
**questions** 9:17,20
31:23,25 45:19
47:9 97:4 101:14
188:18,22 190:7,8
190:22 263:10
**question's** 101:19
**quickly** 32:14
141:24
**quiet** 192:5 199:25
**quietly** 200:17
**quite** 13:3 17:6
20:5 23:18 93:3
94:20 169:6 191:4
191:8 193:14
198:16 199:9
215:22
**quote** 23:15 52:13
53:3 134:12,16

184:19 208:25
234:10 248:11
251:23
**quoted** 54:6

**R**

**R** 2:1 263:2
**radiation** 135:10
135:11 158:11
160:22
**radical** 246:3
**radicalized** 246:3
**radio** 206:3,4,5
214:17
**radioactive** 114:2
158:15,18,20
161:5
**radioactivity** 114:2
**raise** 176:13
**raised** 23:11
**ran** 37:24 39:8
58:22 168:8
186:17 201:8
**Randy** 9:12 18:23
33:16 46:10 91:14
104:4 106:5
206:21,22 217:23
221:6 223:17
225:22 234:15
236:12 261:20
**Randy's** 91:15
**rapport** 127:2
**rarely** 60:15
244:20
**Rashkin** 207:7,8,14
207:16 209:22
**Raskin** 1:18 263:6
263:23
**rational** 220:21
**reach** 30:13 62:19
75:14
**reached** 30:6 75:16
82:18 87:5 219:16
**reaching** 200:4
**reaction** 218:20
**read** 32:13 48:5,5
48:23 50:21 51:17

52:9 53:19 54:19
62:22 63:15 64:9
65:17 66:12 72:2
93:17 94:2 136:6
138:4 182:17
186:23,25 188:15
200:14 218:14
219:23 222:7
226:5 227:7 228:2
231:19 233:8
235:6 237:7
239:17 249:18
253:6,18,22
259:19
**reading** 15:7
188:11
**reads** 58:12
**real** 13:4 41:13
255:20
**reality** 103:13
220:12,14,16
**realize** 219:2
**really** 12:16,17
18:10 22:6 28:12
29:22 30:10 36:2
59:7 91:21 94:4
97:7 138:17 184:8
216:7 220:9
224:23 241:24
260:17
**reapply** 129:2
**reason** 9:8 10:3
12:4 13:15 17:10
29:2 38:24 39:9
73:17 74:19 78:4
98:19,20 103:15
138:18,19 139:8
139:18,20 178:21
188:21 190:4
215:14,18 216:4
247:5 250:11,12
250:15
**reasonable** 29:19
185:17 242:14,25
245:11
**reasonably** 33:13
64:22 121:11

**reasons** 19:11
22:13 55:7 57:4
120:3,10,13 126:7
134:3 144:4
175:16 189:5
224:3 227:15
235:11 241:9
250:19 255:22
**rebuttal** 237:11,20
**recall** 29:6,9 34:4
36:19 72:5,8
99:19 125:21
128:2 133:16,21
134:2,14 137:5
146:15 147:17
152:17,18 205:21
206:9 209:24
212:22 216:15,16
251:16
**receive** 32:19
109:19,22 163:19
163:25 164:20
184:12 261:16
**received** 12:24 33:4
40:25 42:2 45:24
72:5 83:17 84:11
85:2,4,8,20 86:12
86:16,19 110:6
118:21 123:13,20
145:8 157:14
180:2 187:8
**receiving** 33:5
122:10
**recess** 47:3 102:10
135:21 183:3
221:2 256:12
**recipient** 44:7,11
**recipients** 79:14
**recital** 16:11
**recognize** 136:18
174:9 214:12
250:4 259:10
**recollection** 43:8
59:13 61:24
136:21 169:14
**record** 5:17 6:24
8:3 9:18 28:17,20

28:21,23 31:5
42:18 46:14 47:4
47:5 84:15,16
92:6 97:10,11
101:25 102:8,11
106:13,18,19,20
135:22 183:4
186:24 188:4,5,6
188:14 192:8,9
193:2 221:3,5
236:9 246:6
250:13 256:13,15
261:20 262:3,4
**recorded** 146:17
263:11
**recording** 57:14
**records** 32:22
34:11 37:2 42:15
44:8,9 143:10,13
143:18 156:10
**record's** 38:7
**recover** 86:23
**recovered** 91:7
**recruit** 163:8
**reduced** 263:12
**Redwald** 256:6
**reestablish** 125:8
157:8
**Ref** 1:25 264:5
**refer** 50:20 51:16
52:9 53:18 54:18
80:13 193:3
208:24 226:15,21
226:24 228:9
251:6
**reference** 230:9
**referenced** 55:5
137:15,23 201:4
**referencing** 54:12
**referred** 178:14
223:4
**referring** 13:7
43:18,21 48:22
49:23 51:4 58:9
80:14 223:11
229:4
**refers** 223:4

reflect 64:18
  250:18
reflected 148:8
reflecting 64:10
reflects 23:19
reform 125:2
reforms 125:3
reform-minded
  125:12
refresh 136:20
  150:22 183:10
refugees 17:21
  201:23 202:5
refusal 129:10,11
  131:19
refuse 79:21
refused 128:23
  138:7,15 139:2
refusenik 128:22
  154:10
refusing 129:12
  138:18
refute 66:15,21
regard 55:25 68:14
  89:20 91:12
  169:18 191:5
  230:10,24 231:2
  231:14 236:7
regarding 18:3
  29:3 54:12 61:7
  61:12,17 62:2
  64:11,19,25 65:2
  65:22 153:18
  179:8 180:22
  194:9 200:4
  227:25 228:4,5
regime 118:14
  183:16
registered 183:13
regular 111:3
  262:6
regular-size 71:7
Rehovot 143:2
reign 209:10
reinforced 243:6
reinforces 240:24
relate 66:16,21

74:12 113:24
  158:8,11 177:9
  246:9
related 14:12 58:15
  69:3,9 73:8,14
  75:18 77:9 78:9
  78:11 79:7,10,25
  80:6,9 81:21
  85:16,21 114:9
  115:3 116:3
  141:16 160:19,22
  190:22 194:5
  216:13 263:15
relates 72:20
relating 63:11
  74:22
relation 15:6 77:25
  107:15,16 114:15
  175:11 191:25
  192:2 216:17
relations 126:23
  209:8
relationship 19:25
  21:3,5 172:13
relationships
  154:20 178:25
relatively 37:17
  57:20 120:7
relatives 219:16
relaying 140:10
released 17:14
  20:13 124:25
  125:9 192:16
releasing 94:6
relevance 104:7
relevant 32:13
  33:14 46:13 75:11
  107:10 136:17
  181:24 227:11
relief 201:6,12
  202:5
reluctance 247:3
rely 54:6
relying 63:6
remarried 103:21
  103:23
remember 23:17

25:11 32:18 35:25
  40:4 42:7 55:19
  62:5 74:9 77:7,12
  79:5,5 80:8 81:7
  83:24 90:8 94:4
  95:17 97:2 107:22
  108:4 111:6
  115:24,25 126:21
  128:13 132:3
  134:7 136:20,24
  137:7,19,23
  138:11 139:14
  146:4 155:8 172:4
  173:18 175:14
  184:8,9 185:22
  189:16 199:6,20
  206:4,13,22
  211:23,24,25
  213:15 252:24
  253:5 254:10
  258:20 260:4,18
remind 150:18
reminder 249:2
reminds 225:19
Remote 1:15 2:1
  5:2
remotely 194:4
rendition 134:18
renounce 144:12
repeat 237:18
  242:3 260:22
repercussions
  124:10
rephrase 8:16
  60:23
rephrased 8:18
replace 35:11
reply 173:22
report 207:14
  209:23 253:19
reported 67:15
  103:6 143:15
  233:15 234:5
reporter 7:4,16,20
  29:11,15 39:3
  73:13 81:6 101:23
  139:13 186:25

188:15 222:25
  238:22 246:15
  263:7
reporting 154:6
reports 79:23
  103:5
represent 5:8 58:10
representatives
  211:17,21 213:11
represented 22:22
Republic 185:22
Republican 126:22
reputation 51:2
reputational 63:20
request 9:10 33:7
  46:15 48:13 52:18
  118:8
requested 36:8
  40:7 118:9 186:24
  188:14
requests 3:13 31:9
  34:7 66:14 77:21
  78:16 79:15,19,22
requirements
  21:16
research 25:23
  26:13 27:21 29:3
  68:4 71:12 110:15
  111:11 112:10,21
  112:23 113:3,6,7
  114:14 115:10,16
  117:4 135:12,13
  143:11 146:20
  147:23 158:16,17
  159:5,8 160:16,18
  160:18,19,22
  161:21,22 164:10
  164:12 166:10,17
  166:22 167:17
  170:20 172:18
  194:9 227:11
researched 27:25
  246:18
resell 97:22
reserved 130:7
reserving 151:24
residence 256:4

resign 118:10,18
  119:18
resignation 119:13
resigned 120:20
  123:18 144:23,24
  167:14
resigning 172:17
respect 43:18 90:3
  91:9 130:21
  200:20 230:19
  241:21
respondent 223:19
respondents
  233:20 249:20
responding 77:21
response 50:3 62:8
  66:4,14 67:20
  175:19 180:2
  250:25
responses 7:19,21
responsive 35:19
  48:13,19 49:8
  51:8,24 52:6,18
  54:3 60:22 83:9
responsiveness
  60:19 72:14,19
restaurant 104:20
restructuring
  132:7
result 13:21 40:19
  90:11 99:17
  246:24
resulted 100:6,7
resumé 164:8,8,9
  164:10
retain 30:18
retire 67:6
retired 67:4 68:14
  83:13,13
retirement 68:20
return 83:23 94:7
  167:20,25 169:10
  173:11,14 177:21
returned 167:22
revert 98:7
reverted 97:21
review 15:2,8 31:20

31:24 48:12 49:7
50:2 51:7,23
52:17 54:9,24
60:16,18 62:13
66:3 71:16 72:13
77:20 78:4 83:8
91:15 137:10
174:16 253:16
**reviewed** 14:10
15:5 19:6 32:11
32:12 33:12 53:2
61:2 62:9 72:18
74:25 77:23
252:17
**Revolution** 76:25
**rich** 2:3 191:2
**rid** 35:4
**right** 5:5 12:12
28:22 29:6 30:10
33:8 92:24 93:21
101:18 108:22
135:23 139:10
140:9 156:22
167:18 185:18
200:6 219:21
220:3,4 227:20
228:4 237:25
246:17
**rights** 37:10 86:2
86:10 90:17 92:14
92:19,21,23 97:21
98:7,11,12 117:22
117:23,25 121:3
127:16 128:11
131:8 151:25
154:3
**rise** 11:10
**risk** 129:22 181:5
**rival** 175:8
**Rivera** 225:18
**RNA** 159:3 167:9
167:11
**roads** 248:15
**Rohrabacher**
212:3,6,7
**role** 19:2,4 38:16
112:4 184:16

233:3 261:7,8
**Roman** 6:15
115:21
**romantic** 21:6
**romantically**
151:10
**room** 44:20 198:7
**ROTTENBERG**
2:3
**rough** 262:7
**roughly** 184:19
222:9
**route** 120:9
**royalties** 86:19
**royalty** 86:23
**RT** 218:13 227:11
233:13 250:2
**rule** 81:8 139:15
228:8
**rules** 6:21,25 7:8
7:10,12
**run** 172:16
**running** 37:3 171:6
191:9 201:18,23
**runs** 173:18,19
207:10
**run-up** 193:23
**Russia** 1:9 5:9 20:4
37:11,11 48:8
49:2,19 50:24
51:20 52:13 53:13
64:16,19 65:3,6
66:2 74:18,22
78:17 79:14,20
95:23 99:13,21
100:8,12 104:21
114:25 120:7
124:8 130:14
131:24,24 132:2
132:16,19,22
133:4,6,9 149:2
167:20,22 168:10
169:5,8 172:12,17
172:21,25 173:5
173:10 174:5
175:8,9 176:11
177:5,9,18 178:19

178:25 179:5,11
180:15,20 182:8
182:14 183:16,17
192:21 197:13
213:6,7 220:18
223:20 224:14
226:15,18,25
230:25 231:3,9
238:8 239:3,14
240:22 248:13
255:9,24 264:4
**Russian** 3:22,23,24
3:25 4:1,2 6:9
17:19 20:7 24:20
37:6,14 53:23
64:12,14 65:12,23
65:25 75:7 79:2
79:16 95:20
104:24,24 105:2
115:6,22 117:20
122:8 125:12
132:8 133:6 169:7
173:20 174:24
180:22 181:12,13
181:25 182:12
184:7 185:23
190:13 191:6,22
192:2 201:21
202:6,9 206:5
209:22 211:4,10
211:14 215:12
218:2 220:11
221:14,18 223:24
224:2,8 226:6,12
226:23 231:11
232:8 234:23
237:11,13,14,22
238:3,4 247:19
248:12 249:4
261:12,13
**Russian-related**
70:5
**Russia's** 3:12 31:9
**R-E-H-O-V-O-T**
143:2

---
S
---

**S** 1:18 2:1 3:1,9
263:6
**Sacha** 190:20 193:3
193:7,8 243:24
251:24 252:4,6
255:10 256:3
257:20 258:12
261:13
**Sacha's** 261:7,9
**Saddam** 201:8
**safely** 17:8
**safety** 179:21 180:6
180:8
**sake** 96:7
**Sakharov** 117:14
117:17 118:2
120:18,19,23
121:12 122:4
123:21 124:9
125:11 126:14
127:12,18 128:5
131:5
**Sakharov's** 121:19
121:22 126:16
127:23 152:20
**salary** 171:4,8
184:12,18,20
**sale** 81:22
**sales** 85:6,17 86:19
87:3,17 88:2,2
89:3 90:10 91:3
91:10
**sample** 204:3
**sanctioned** 212:25
213:5,5
**sanctions** 127:15
127:20 211:15
212:13,14,15,18
213:4
**sane** 120:17
**Sat** 5:23
**satellite** 125:15
**satisfy** 230:8
**Saul** 165:13
**save** 118:18
**savings** 68:20
**saw** 15:22 16:10,21

32:6,7,9 219:9,13
**saying** 59:12 98:19
179:17 211:9
219:8 220:17
234:8 237:23
239:10 244:16
**says** 54:19 90:22
98:10 138:4,25
140:7 191:17
227:25 228:18
239:19 249:13
250:25
**scanned** 80:18
**schedule** 84:13
86:11 90:6 259:23
**school** 109:8
**Schuster** 84:24
88:5 90:10,17,20
90:21,24 91:2
**science** 110:23
111:20 117:8,13
120:16 146:20
147:13 154:23
165:18 166:20
171:9
**Sciences** 122:9
143:21
**scientific** 122:14
148:14 162:6
**scientist** 111:18
**scientists** 117:7
**screen** 30:25 31:18
31:19 47:24 58:10
114:23 136:4
174:2 213:24
221:6 236:11
259:4
**screenwriter** 93:9
**screw** 200:21
**screws** 132:6
**script** 93:3,11,12
93:14,17 94:2,14
94:21
**scroll** 219:25
**scrolling** 31:21
**se** 238:15,16
**search** 33:10,20

58:23,23 64:23
72:18
**searched** 34:14
**searching** 33:23
35:19
**second** 17:12 79:17
100:19 101:10
102:16 104:11
132:13 149:10,14
149:20 150:3,14
151:10,16,22
175:9 186:22
191:22 192:5
199:8,16,17 235:7
237:8,9,10,19
239:19,20 249:10
250:15 256:25
257:7
**secondary** 56:8
**seconds** 81:15
**secret** 133:23 134:5
134:10 138:8
144:2,3 261:13
**Secretary** 201:14
**secrets** 139:24
140:3,5,8
**sections** 212:12
**secure** 114:25
180:25 198:7
**security** 20:8
114:23 115:3
134:6 138:10
141:5,10 195:12
208:17 213:18
246:23
**see** 14:6 16:3,18
28:10 30:7 31:2
42:24 48:8,10
49:3,5,21,23 51:2
51:4,22 52:15
53:24 98:11
102:21 104:14
116:20 120:15
125:19 136:7,8
150:4 151:3
152:15 159:2
165:23 168:4

173:16 175:20
176:9,23 177:25
178:8 179:11,23
188:21 191:5
218:16 225:3
237:15 256:10
260:9
**seeing** 13:14
**seek** 119:19,25
120:4
**seeking** 38:3 44:7
118:10 119:16,21
142:4
**seeks** 63:17
**seen** 32:3
**select** 144:7
**selected** 33:18
**self-employed** 67:9
67:12,22 105:25
**self-employment**
67:7,16 106:3
107:2,3
**sell** 87:12,13,14
**Sellier** 2:4 28:14,19
29:20,22 39:16
42:17,22,25 43:4
45:13,21 46:18,25
47:15 81:7,10,15
97:2,6 101:9,13
101:16,22,25
102:4 104:6 106:7
106:14,21,24
107:3 132:13
135:20 139:14
151:21 186:22
192:7 206:23
209:12,15 214:7
217:24 221:8,25
222:5 225:23
229:17,21 230:2
259:13,16 262:2
**selling** 70:8 85:22
**senator** 123:11
125:21 126:19
127:4,18 211:24
211:24
**senators** 210:22

211:21
**send** 46:22 76:6
143:6 145:5,11,17
145:25 146:2,3
147:11 150:23
184:10 186:4
**sending** 72:15 88:8
143:18,23 149:3
157:9 197:25
**sense** 7:23 8:13,25
9:14,23 41:6
45:17 67:12,17
70:24 110:22,23
110:24 127:14
158:17 162:20
167:25 170:18
187:22 199:25
220:22 229:6
244:13,15 258:10
**sent** 33:16 37:19
61:21 81:23,24,25
82:2,3,14 143:9
143:22 145:14,19
145:21,23 146:6
147:2,5,7 152:22
152:24 201:24
**sentence** 174:21
181:10 238:2
239:20 249:18
**sentences** 219:23
220:4,6 227:8
235:7
**separate** 58:7
105:23 149:18,19
149:20,21
**separated** 151:15
**separately** 24:4,10
**September** 72:11
132:23 256:19
**series** 214:20
**serious** 13:4 241:6
242:17 245:7
**seriously** 30:11
220:14 242:14
**serve** 79:21
**service** 32:22 34:12
182:2 261:14

**services** 20:8 60:10
186:20 189:10,15
189:20 190:3
194:13 208:18
264:1
**serving** 65:12
**set** 3:13 31:9 34:8
44:4 236:9 250:13
263:10
**setting** 16:20 20:6
**settle** 257:11
**seven** 97:14 183:23
259:18,19
**sexual** 21:6
**Shaheen** 211:24
**Shalikashvili**
201:15
**shape** 125:4
**Sharansky** 152:19
**share** 22:8 28:10
136:4 173:25
221:6 236:10
247:14
**shared** 213:23
**sharing** 225:20
234:18 259:4
**SHEET** 264:1
**shelves** 89:2
**She'll** 5:11
**shipped** 69:24
**shooting** 94:10
**short** 59:21 79:5
82:8,10
**Shorthand** 263:7
**shortly** 108:11
119:4 124:15
144:21 151:6
203:18 256:4
257:2
**shot** 129:22
**shoulder** 7:22
**show** 134:12 136:4
175:10,11 204:5
224:21 225:7
**showing** 140:7
**shows** 204:8,9,10
**shrugs** 7:22

**sic** 17:11
**Signal** 59:6 60:10
60:11
**signed** 232:9,16
**significance** 89:5
**significant** 49:2
87:21 196:6
**significantly**
249:25 250:5
**Silverstein** 165:13
165:15
**similar** 6:4 46:19
131:5
**Simon** 84:24 88:5
90:9,17,20,21,24
91:2
**simply** 93:7 147:15
189:4 235:21
**simultaneously**
93:17 261:11
**singer** 57:16,17
**sir** 81:17
**sister** 168:17
**sit** 44:18 71:24
**sitting** 28:2 34:4
59:12 61:23
125:16
**situation** 96:25
240:22
**six** 145:7 165:24
166:22 183:23
212:12
**sixth** 35:13
**skin** 249:14
**skip** 47:22 227:20
227:23
**Skipping** 219:22
**Skripal** 204:24
206:11
**slammer** 200:22
**slander** 218:19
238:15,16
**slandered** 237:22
**slanderous** 238:11
238:23 240:11,15
240:17,23 241:2,4
241:8,11 242:17

**slash** 179:7
**sleeping** 10:18,20
**slowly** 219:25
  249:6
**Smith** 124:7
**SMS** 59:19
**Snob.ru** 214:24
  215:4
**social** 154:21
  177:15
**socially** 123:7
  198:25
**society** 37:7 78:16
  79:2 160:14
  166:21 205:16
**sold** 69:13 73:15,17
  78:6 80:3 84:18
  85:10,23,25 86:2
  86:9 87:4 89:9
  90:6 91:13,16,19
**sole** 235:9
**Solely** 184:4,6
**somebody** 71:12
  87:22,24 90:21,22
  121:12,15 126:11
  188:25 191:12,20
  236:6 239:10
  241:3 244:12,13
**son** 18:22 20:9
  61:18 171:2
**Sony** 92:16,16,19
  95:4,18,23,25,25
  96:25 97:14
**soon** 129:6 167:24
**Soros** 74:14 168:7
  168:9 171:20
  172:7 173:4
  201:18,19,24
**sorry** 6:12 29:24
  47:24 55:16 69:12
  79:4 97:9 101:7
  101:15,24 102:3
  132:20 133:25
  136:15 139:16
  148:24 151:5
  188:7 205:19
  227:23 241:5

**sort** 8:21 9:18
  12:23 13:20 15:3
  19:24,25 21:11
  25:15 33:19 55:17
  59:23 83:11 90:5
  92:6 100:5 109:20
  110:21 112:8,20
  115:9 124:9,11
  125:11 126:5
  127:2 135:12
  149:4 152:4
  161:20 163:25
  190:16,18 192:21
  194:3 200:2
  213:16 222:19
  223:19 224:12,16
  225:5 229:5
  258:23
**sought** 13:20 26:20
  57:21 132:24
  133:3 172:7,8
  173:10 223:24
**sound** 232:20
**sounded** 179:22
**sounds** 91:8 116:12
  128:15 206:25
  229:3 233:22
  234:12
**source** 68:18,19
  69:12 245:7
**sources** 68:18
  124:8 184:4
  220:20
**south** 257:4
**Southern** 1:2 29:17
**Soviet** 100:24
  111:18 115:22
  117:21 118:12
  119:21 120:10,14
  120:16,25 121:2
  127:2,7,8,15,19
  129:14,15,16
  130:23 132:8
  134:6 137:3,16
  138:10 139:8,19
  140:17 141:10
  143:21 144:12

153:14,24 154:2,7
  163:13 168:10
  172:2,5 190:17
  196:7 197:11
  198:24 203:16
  205:4,5
**Soviet-American**
  126:23
**Spain** 192:14
**Spanish** 195:20
**speak** 18:5,6 44:22
  105:2
**speaking** 121:13
  167:4 188:19,20
**specializing** 224:16
**specific** 31:23 34:6
  34:8 42:5 43:22
  44:3 55:19 70:7
  74:21 76:18,19,19
  79:24 80:24
  111:12 112:4
  113:17 144:5
  146:14 156:2
  161:19,24 174:17
  212:22 246:8,9
  247:5,5
**specifically** 24:5
  36:22 42:11 62:8
  135:15 203:9
  226:21 246:23
  247:9 254:4
  256:19
**specified** 36:21
**specify** 144:9
**spectrum** 225:11
**speech** 205:15
**spelling** 169:19
**spend** 37:23 154:24
  165:17
**spent** 93:3 94:20
  124:19 165:24
  170:14 172:24
**spies** 191:17 199:3
**split** 85:19 86:4,13
**spoiling** 170:10
**spoke** 16:22,25
  17:22 18:2 23:2

127:12 136:21
  173:8 243:12
  254:18,20
**spoken** 204:15
  232:4
**spokesman** 152:20
  232:23 233:3,4
**spokeswoman**
  237:17
**sponsor** 176:5
**sponsors** 227:16
**sponsorship** 164:2
**spread** 84:10
**spreading** 65:13
  236:7
**spring** 118:22
  119:2,14 123:17
  123:19,19 128:24
**Springer** 225:10
**Sputnik** 213:7
**spy** 96:12 246:2
**squabble** 222:19
  224:13,16
**squabbles** 224:25
**staff** 169:19 211:22
**stage** 18:8
**staging** 154:5
**stain** 24:7
**stamp** 214:22
  259:6
**stamps** 214:5
**stand** 170:3 217:18
  242:10 253:6,8
  255:6
**standard** 26:15,19
  97:16 161:22
  229:5,10,23 230:8
  230:17,17
**standing** 49:19
  178:6 241:10,14
  242:23 243:2
**standpoint** 27:3
  178:5
**Stanford** 74:25
  75:14 82:18
**start** 111:22 164:5
**started** 6:20 17:10

82:15 115:16
  119:3,5,9 125:3
  164:15 201:20
  258:23
**starting** 75:24
  180:20 204:22
**starts** 200:25 222:9
**state** 5:16 25:18
  27:24 28:4 29:3,8
  30:11 109:13,15
  110:7 134:6
  138:10 139:23
  140:3,5 144:2,3
  183:13 211:2,2,4
  212:9 213:10
**stated** 140:7,11,11
  182:6 255:2
**statement** 8:22
  44:16,25 182:3,18
  231:20,22,24,25
  232:2,6,13,16
  239:13,14 240:10
  240:18,23 243:25
  244:6 252:7
  255:11
**statements** 64:10
  64:18 65:21 88:20
  170:4 171:12
  181:11,24 223:15
  252:17,23 253:2
**States** 1:1 20:12,15
  46:5 49:21 100:22
  104:21 126:20
  127:6 157:24
  196:13,16 210:11
  213:12,12 240:3
  247:4
**state-controlled**
  226:23
**statin** 11:19
**stating** 140:10
**station** 6:9
**status** 146:7
**stay** 179:5
**stayed** 20:10 87:18
  100:15,17 130:15
**staying** 120:17

stenographic 263:14
stenographically 263:12
Steny 211:25
stop 186:13 249:8
stopped 130:10 186:15
stored 34:13,19 80:16
stories 215:5
storing 35:15
story 95:14,19 96:14,23 123:6 172:6 175:6 208:3 208:5,9,12,17,19 208:22 209:3 210:3 237:10,19 241:15
straight 110:3 152:3 236:9 250:14
straightforward 43:6
straits 186:7
stranded 201:9
street 126:11 203:21 264:2
stretch 183:2
strike 124:24
strong 244:9
strongly 127:12
structure 86:24
student 112:6 119:6
students 115:14 166:23 172:11
studies 111:7 148:8 158:8,10 160:10 161:17 162:2
studio 86:3 92:12 92:13 94:18 125:16
study 110:25 135:3 135:8 158:21
studying 110:19 113:22 114:6,8

141:9 148:11 167:8
stumbled 41:4
styles 14:8
subdivisions 64:13 65:24
subject 11:12 18:3 40:23 41:15,16 42:10,20 43:12 50:8 69:9 77:2 93:6 110:9 111:12 114:9 116:8,9 123:24 127:16 135:3 151:23 167:2 168:12,14 204:20 211:5 259:23
subjected 154:7
subjects 110:18 205:5
submit 119:12
submitted 79:23
subpoena 42:13 43:5 44:7 45:24
subpoenas 39:15 39:24 41:12 42:2 43:15 44:10,12,14 46:11
subscribed 32:21 264:22
substance 18:9 26:9 27:17 30:5 32:15 41:12 59:9 62:13 95:11,14 113:17 135:11 140:22,24 141:21
substances 135:10 159:2
substantial 59:17
substantially 169:17
substantive 60:21 95:23
substantively 154:25 243:16
subtitle 169:10
successful 26:22

succinctly 158:22
sudden 242:11
suddenly 121:16
sue 218:12 223:22 223:24 248:6
sued 27:24 57:24 238:6
suffered 53:5 90:10 246:24
suffering 63:19
sufficient 65:18 229:13
suggested 119:12 251:13
suing 21:17 58:2,8 222:20 223:13
suit 6:15 25:5,9,10 25:13,25 26:3 250:16
Suite 2:15 264:2
Sullivan 228:24
sum 141:21
summary 18:13 82:8,11
summer 16:10 33:4
supervisor 112:14
support 37:6 50:18 53:12,16 54:6 62:24 63:3 66:15 66:20 163:14,20 164:2 172:11 176:2,6,8 185:11
supported 182:4
supporter 22:15,17 22:18
supporting 48:6,24 49:17 50:22 51:18 52:11 53:3,7,20 63:16 64:2 186:13 186:15
supports 64:6
supposed 112:14
sure 8:4,9 29:24 30:24 39:21 45:5 45:21 46:4 57:4 62:11 90:18 92:5 106:9 119:18

126:15 137:13
149:24 151:19
164:14 165:4
188:3 194:16
198:16 223:21
254:20 260:9
surely 77:14
surprised 17:18
surrounding 188:24
sushi 258:3
suspect 9:4 181:6
suspicious 41:6,10
Svetlana 99:6,8 102:17 104:12 149:14,16,17,21 150:19,20 151:9 151:15,17 197:25
Swift 57:14,24
sworn 264:22
sx 260:3
system 110:2,4,5
S-A-K-H-A-R-O... 117:18
S-V-E-T-L-A-N-A 99:7

_____

**T**
T 3:1,9 263:2,2
tab 28:15 47:18 214:7,8 217:23 221:7 225:22 234:15 236:12 247:15 259:13,15
take 9:6,9 10:20 11:16 45:15,19 46:16,25 48:4 72:3 102:6,8 110:17 130:19 143:4,8 166:11 173:9 175:10 182:25 184:21 212:3 242:14 255:21 256:8
taken 1:15 10:11 10:16 47:3 64:11 64:19 65:2,21

88:10 102:10
135:21 183:3
221:2 239:6
244:17 256:12
263:9,15
takes 87:24
talk 8:7 9:12 29:23 111:15 175:10,11 191:17 192:18 193:19 194:16 196:20 199:15,23 201:2 204:8,9,10 224:15,20,21,21 225:6,7,15
talked 12:9 19:19 30:5 173:17 175:18 191:20,25 196:23 198:19 199:9 203:14
talking 20:25 25:24 38:14 71:3 102:15 205:25 212:18
talks 22:23 191:13 195:13 244:14
Tanya 104:9
target 38:22,23,24 39:6,17 40:23 41:19 43:9,17 218:18 245:25
tasked 93:4
TASS 213:7
Tatiana 70:12
tax 83:23
taxes 85:21
Taylor 57:14,23
teacher 107:5
technical 155:11
technically 68:7 195:15,18 198:17 241:2 243:15
technicians 166:23
Telegraph 203:22
telephonic 189:21
television 125:15 173:10 226:21
tell 12:23 16:9 18:10 21:12,25

22:2,8 25:17
28:15 29:9 30:13
30:23 39:12 41:14
41:18,22 42:10,19
77:7 78:12 85:11
96:7 100:5 104:15
110:12 114:13
139:22 171:22
172:20 199:20
206:25 208:12,13
208:19 216:7
218:6 219:4
224:18 229:3
234:24 243:21
246:17 247:22
248:22 256:17
260:8
**telling** 134:14
138:11 219:12,17
**ten** 11:7 13:17 86:6
88:9 92:15 97:15
208:14 256:11
**tenets** 120:15
**tens** 95:21
**tenure** 164:18,19
164:24 165:4
**tenured** 162:10
**ten-page** 174:2
**ten-year** 92:13
**term** 39:17 40:24
41:16 42:5 43:12
43:17,22 153:20
153:22,23,25
154:10,11 194:23
226:12,14,22
243:17
**Terminal** 96:12
**terms** 18:5 42:11
44:2 118:20
146:13 176:19
**test** 176:23 178:6,8
**tested** 177:22 179:8
**testi** 6:11
**testified** 144:16
154:9 253:9,10
**testify** 12:6 253:11
**testimonial** 46:12

**testimony** 6:2,18
7:9 10:9,13 24:11
44:13 45:7,10
46:2 140:2,4,4,6
252:14 253:14,17
**testing** 178:12
179:23 203:11
**tests** 121:3
**text** 19:5 59:5,8,14
59:15,17,18,19
61:8,21 62:16
66:23
**thank** 217:24
225:23 233:22
235:15 239:16
249:9 260:19
**theme** 237:4,5
**themes** 224:17
237:3
**theory** 181:14,19
182:20 191:5
**thesis** 112:11,15,16
112:17,18 115:12
115:13,15,16,19
116:6 118:8,15
155:15 156:6
161:25
**thing** 7:23 11:20
17:12 24:2 59:23
110:21 135:13
149:4 166:16
200:2 202:14
213:16 246:4
**things** 15:8 17:8
18:13 26:13 30:12
42:16 74:4,15
131:6 212:20
224:25 229:15
246:7
**think** 5:6 12:5,13
17:17 23:9 24:21
25:2,6,7 26:22
27:20 28:7,9
32:24 33:2,25
38:8,23 40:4,5
42:7 43:14,24
44:11,15 45:3,16

45:25 46:7,9,11
47:8,17 50:7 57:3
58:2 71:15 74:7
75:5 76:15,17,19
80:5 83:10,12
84:2,17 87:23
88:23 89:11,16,24
93:10 94:3,4
97:16 102:15
108:22 123:10
124:15 132:2,22
133:4,7 144:16
147:19 161:15
164:6 165:3,7
167:23 169:3
172:3 175:3
176:12 180:15
181:21 183:14
186:5 187:13
189:11 191:5,7,11
191:12 193:10,18
195:17,19 197:5
201:13 203:2
206:7 208:20
211:3 212:24
213:3,24 215:17
223:2,17 224:12
225:3 230:7,20
231:13 243:14
245:3,4,4,6,7
246:4,12 252:21
253:13 257:9
258:24 260:9,25
**thinking** 120:2
226:25
**third** 68:3,11
191:24 192:10,10
199:18 222:8
227:24 237:6
244:11
**thorough** 33:10
**thought** 19:9 24:15
32:12 41:5,9 76:8
132:20 170:22
208:6
**thoughts** 146:19
150:6 256:10

**thousand** 36:10
184:21
**thousands** 117:6
120:8 201:23
**threat** 245:11
247:6,9,13
**threatened** 247:7
254:4
**threats** 246:9,24
**three** 17:2,22 35:12
44:2 81:15 85:24
92:17 97:18
162:13 189:22,22
192:23 198:20
204:7 206:18
219:18 220:3
235:7
**three-quarters**
30:15
**three-second** 81:8
**threshold** 174:22
**time** 9:8 10:16
13:17 15:22 16:20
16:22 18:2,6,24
19:15 20:21,24
25:9 27:15 29:13
32:6 36:9 37:3,8
38:17 43:25 55:20
59:23,23 67:9,25
68:5 69:2 72:3
75:16 78:8 79:17
82:19 85:4,14
92:21,25 96:18
98:8,22 99:13
100:13,16,18
102:6 104:16
105:16 108:12
111:9,10 116:17
118:12 119:19
120:6,23 121:9
122:3 124:5,17,18
127:5 129:23
131:13,23,25,25
132:15,18,21,21
132:22 135:18
137:6,8 144:6,22
146:6 148:15

149:2 150:9,21
153:12 154:24
156:15 157:2
159:15 160:2
161:2 162:13,16
162:17,21 164:7,9
165:11,12 167:23
168:6 170:6,14,20
170:22 171:3
172:25 175:18
176:4 177:24
179:14,24 180:14
185:16 186:6,9
187:11,14 189:8
189:13 190:20
191:7,10 192:10
192:11,11,12,13
193:22 194:18
196:7,22,24
197:17 198:22
199:2,5,7,8,9,16
199:17,18,21
201:19,20 203:16
203:17 204:6
208:14 210:23
211:16 213:13
215:20,23 220:13
220:16 223:17,18
232:15,16,24
233:23 248:13
252:19 254:9,12
254:16,17 256:3
256:25 262:8
**times** 10:22 20:11
72:20,23 85:24
96:11 124:6
132:10 143:16
144:6 145:10
157:11 168:3,15
168:20,21,25,25
169:4 187:9
188:17 192:23
196:25 197:11
198:20 200:8
203:10,20 204:7,7
204:13 205:4,6
206:6,18,18,19

207:12 210:13,13
224:22 228:23
239:10 253:11
254:6,8,8,13,15
**title** 96:12 137:2
164:15 218:10
221:20,22 226:8
235:2,3 236:20,22
247:25
**titled** 16:12 17:14
31:8 174:3 214:11
216:5,11
**today** 5:13,24 7:9
9:4 10:2,13 12:6
15:18 18:4 28:2
34:4 59:12 61:23
86:12 170:3 193:6
203:9 204:5 213:6
238:8 239:3,14
255:9
**today's** 14:3
**told** 15:19 17:7,8
17:12,18 29:23
75:19 93:6 95:6,8
95:19,25 97:3
113:18 118:10,15
128:25 129:5
133:21 134:2,17
141:21,24 165:17
173:14 175:13,18
175:23 176:9
177:5,23 198:25
199:2
**tons** 33:13,14,14
37:9
**top** 122:6 147:13
213:2 214:10
**topic** 28:25
**topics** 212:13 231:2
231:6
**torture** 154:7
**totality** 147:2,4
**touch** 39:21 47:10
55:22 75:4 77:11
133:11 197:17
**touched** 19:23
21:11 113:7

157:17,21 183:8
193:20
**tour** 20:14
**town** 115:13 121:5
121:5 142:25
**trace** 221:24 222:3
**tracers** 158:25
161:5
**track** 88:11 164:18
164:19
**trade** 127:7,11
166:24
**trade-off** 27:10
**transaction** 73:25
**transactional** 44:8
**transactions** 41:5
**transcript** 4:6 7:17
243:20 253:7,16
262:6 263:14
**transcription**
116:10 253:8
263:13
**transfer** 35:24 82:3
184:7 194:5
**transferred** 35:17
171:15
**transferring** 37:22
254:21
**transfers** 37:2 41:5
**translate** 123:5
222:7 226:16
228:19 232:11
235:19 248:5,23
**translated** 124:4
127:22 232:5,7,12
**translating** 125:17
**translation** 235:15
248:22
**translator** 121:20
122:17
**TRANSPERFECT**
264:1
**transpired** 258:8
**travel** 16:17 122:20
122:21,22 129:25
129:25 130:6
173:18,19 177:11

177:13 247:3
255:25
**traveled** 130:9
185:20
**traveling** 179:4
240:21
**treason** 146:11
**treat** 192:7
**treatment** 12:24
13:5,21
**tremendous** 124:23
208:11
**trend** 120:6
**Trepashkin** 192:17
**trial** 146:11
**trials** 154:6
**tried** 133:8 258:10
**tries** 69:7
**trip** 175:22 177:18
179:7,11
**true** 141:7 240:5,6
241:11 242:4
245:8 263:13
**trusted** 191:21
**truth** 56:10 57:9
77:8 172:20
250:13
**try** 8:6 9:5 28:8
175:15 227:12
**trying** 30:23 47:23
114:5 129:19
170:24 187:15
202:8
**Tucker** 244:21,22
**Turkey** 20:3
105:11 246:12,20
**turnaround** 262:6
**turned** 19:10
128:21
**tutored** 123:23
**tutoring** 124:2
**TV** 6:9 133:6,6
175:7,9 176:6
177:9 209:6 219:6
219:9,13 222:17
225:12 226:15,23
238:3,4 249:4

**twice** 85:24 205:11
**two** 17:8 85:12 86:5
86:12 93:10 96:14
97:17,20 128:4,16
150:12,13 161:18
162:13 171:3
172:11 173:2
177:19 180:21
189:22 198:17,20
203:8,13 206:12
206:17,18 211:19
212:17 219:23
220:3,4,6 222:17
225:11 235:11
237:3,6 241:18
258:25
**two-page** 217:25
221:13 225:24
234:21 247:18
**two-sided** 258:23
**two-year** 144:17
**type** 7:22 13:11
110:17,24

--- U ---

**Uh-huh** 250:9
**UK** 20:4 24:18,19
24:22,25 26:7,10
26:16 27:6 46:5
98:16 180:14
208:9 252:11
253:12 255:2,4,15
256:5 257:11
**Ukraine** 17:9,9,16
17:19 74:18
214:19
**ultimate** 118:13
**ultimately** 26:6
101:8 112:16
116:12 118:5
123:13 128:5
162:8 166:5,11
252:9
**UN** 198:24
**unable** 220:19
**unaffected** 91:8
**unconditional**

234:10,12,13
235:16,22
**underground**
126:5
**understand** 7:6,13
8:4,16,17,22
21:25 36:21 38:21
44:5 71:10 81:13
85:6 94:13 95:15
114:5 191:8 193:7
225:17 226:19
230:22 235:21
244:23
**understanding**
6:23,24 21:12,15
21:19,23 22:3,7
22:12 23:23 26:20
28:3 38:22 40:24
41:2,3,10 60:25
71:18 94:8 98:24
105:15 128:8,12
129:9 153:22
154:10 162:10
173:16 194:22
200:3 223:16,18
224:19 229:6
231:4 233:24
244:25
**understands** 39:18
**understood** 8:25
21:20 41:12
260:19
**undertake** 66:3,18
**undertaken** 54:9
54:23
**undoubtedly**
235:13,17,20,24
**uneasy** 219:6
**Union** 37:5 38:8
100:25 118:12
119:22 120:10
127:15 129:14
137:17 153:24
163:13 168:11
172:3,5 196:7
203:17 205:16
**United** 1:1 20:12

20:15 26:4 46:5
49:21 100:22
104:21 126:20
127:6 157:24
196:13,16 210:11
213:11,12 240:3
247:4
universities 166:8
university 69:14
70:3,6,16 71:22
74:25 109:10,13
109:15 110:7
111:3 118:24
119:7 124:3 166:6
171:4,8 184:20
232:25 243:13
unpack 38:25 39:5
unquote 52:15
unrelated 33:15
59:8 62:6
untightened 132:5
update 216:23
updated 164:8,9,10
uptight 94:5
USA 250:3
USAID 213:16
use 35:10 42:5
47:18 59:24,25
60:2,7,9,14 62:12
153:20 158:20
161:4 193:6
220:22 227:14
235:10,16 243:17
USSR 100:13,14
116:23 124:10
126:18 129:23
130:14 131:21
133:14,22 134:4
139:22 141:25
142:19 148:22
152:10,11 153:6
154:17 168:13
usual 212:20
255:18
usually 59:21 62:19
123:8 162:13

**V**

VA 222:21 223:5
vacation 17:18
Vaguely 136:19
value 56:13 97:6
98:11,21
Vancouver 206:5
various 37:10
60:16 65:15 78:16
79:13,19 145:12
154:3 166:8
183:15
vehicle 183:15
venue 30:10
verbalize 7:18
verify 62:9
version 82:21
182:5,14
versus 228:23
vet 193:17
vetted 258:12,13
viciously 236:5
victim 239:23
240:21
victory 26:23,25
27:5,13
video 5:10 7:9
Videoconference
1:15 5:2
Vienna 133:15
view 27:2 29:16
33:15 42:6 57:11
194:25 208:16
224:7
viewers 220:11,18
245:4,6,7
Violette 155:19,20
Violette's 155:21
virtual 14:15
124:21
virtually 14:21
31:7
viruses 155:14,24
visa 118:11,11
119:20,21,25
120:4 121:16
123:13,20 128:16

128:20 129:7,8,24
130:3 131:12,14
131:20 133:8,14
139:20 140:20,25
141:17 142:6
143:21 144:4,9,18
145:8 146:6,11
168:2 169:4
173:22,23 174:24
175:5,20 176:2,3
176:5,8,10,17,22
176:24 177:3,4,6
177:13,16,25
178:5,21,22 179:4
179:20 180:4,23
257:15
visas 130:4 154:12
178:13
visit 123:11 126:15
126:18 127:18
132:7 133:4,9
148:4 168:3,12,17
212:11 213:14
visited 19:15 108:6
108:7 125:22
126:10 254:12
visiting 123:10
visits 169:11
213:15
Vladimir 95:5
vocation 170:23
voice 60:8 61:10,11
61:16,24 62:15,20
121:8
VPRO 206:7
vs 1:7 264:4
vu 236:24,25 237:5

**W**

waging 224:9
wait 8:9,11 45:13
78:22 81:15
101:20 150:5
166:2 176:10,10
176:10
walk-in 198:2
wall 114:20,22,23

115:2 203:20
Walter 61:18
103:11 182:5,15
185:11,20 186:2,7
186:10,11,13
222:21 223:4,13
223:21 224:6,7
254:6,11 255:3
256:18
Wangsgard 2:13
3:6 5:5,8,15 28:7
28:16,22,24 30:3
31:5,14 39:21,23
43:10 45:16,22
46:9,24 47:5,7,12
47:17,20,23 48:2
81:11,18 97:12
102:5,12,14
104:10 106:17,22
107:2,6 132:17
135:17,23,25
136:9,14 139:17
152:2,7 173:25
174:8 182:24
183:5,7 187:4
188:3,11 189:7
192:25 206:24
209:18 213:23
214:4,8,9 217:22
217:25 218:5
220:24 221:4,9,13
221:16 222:6
225:20,24 226:4
230:6 234:14,18
234:20 236:10,15
247:14,18,21
256:8,14,16 259:4
259:9,15,17
261:19 262:5
want 5:12 14:2
22:2 23:20,24
25:22 30:22 36:3
39:16,19 44:5
47:10,13,16 48:3
56:3 90:22 100:10
106:14 120:5,9
126:14 149:24

150:22 169:9
171:18 194:16
197:7 199:23
200:23 222:18
236:9 237:4
245:18 250:20
258:4
wanted 26:18 30:7
36:24 71:16 85:6
87:11 92:22
106:24 191:4
192:18,20 193:15
199:24 202:4
208:12 212:14
wanting 193:19
wants 71:12
war 17:10 79:17
193:23 200:25,25
201:20 214:19
224:8
ward 232:6
warfare 133:23
134:5 138:9 158:3
158:4
Warner 96:9,13,17
warrant 255:24
Washington 2:16
18:21 202:15
203:20 210:8,20
213:21
wasn't 16:24 23:23
229:17
watch 102:13
106:11 225:12
244:19,21,22
watched 14:5 126:8
watches 225:3
waters 177:23
179:8
way 5:7 10:8 28:9
36:22 37:24 56:13
56:22 74:23 89:4
91:3 115:11
121:10 146:18
158:20 169:2
178:6,23 180:10
180:19,25 190:16

226:16 228:19
236:3,4 239:13
244:8
**ways** 154:3 235:19
**weapons** 115:4
157:18,24 190:17
193:21,24 194:5,9
194:10
**web** 33:3
**website** 18:16
253:19,22
**week** 62:18 173:2
**Weicker** 211:24
**weight** 26:17 244:7
**Weizmann** 146:2
147:10,12,22
155:16,25 156:9
156:14 157:4
158:5,13 159:10
159:16,22
**welcome** 21:25
31:15,20
**well-documented**
197:20
**well-informed**
19:16
**well-known** 121:4
169:6
**went** 16:11 17:17
19:11 20:5,21
29:10,13,16 41:8
75:22 87:18,18
90:16 105:11
111:17 112:21
131:14,25 132:9
133:15 154:23
160:3,7,7 163:5
163:14,20 176:21
176:22 180:8
185:21,22 200:6
200:10 202:6,8,18
210:19 232:6
**west** 17:19 128:13
131:10 154:4
156:25 160:4
164:3
**Western** 121:6,7

122:24 127:14
153:2 209:24
**Westerners** 137:3
**Western-related**
124:11
**West-Russia** 209:8
**we'll** 9:3 28:18
38:13 44:4 45:19
55:22 66:11 101:6
106:10 111:14
134:13 201:2
227:23 235:16
249:24 261:22
262:2
**we're** 5:23 6:25 7:9
13:7 21:4 38:14
102:12 106:7,22
135:23 141:13
185:4 209:15
213:24 218:12
226:17 227:13
228:8,14 261:19
261:23
**we've** 45:17 95:13
203:8 261:24
**WhatsApp** 59:6,7
59:24,25 60:5,7
62:16
**whatsoever** 114:3
**when's** 16:21 18:2
67:25 69:2 131:23
164:7 254:17
**whichever** 36:15
**widely** 169:7
226:14
**wide-ranging**
207:3
**widow** 222:20
235:12
**widower** 98:25
**wife** 15:14 99:3,4,8
99:11,12,15,23
102:16 104:3,11
105:19 107:25
108:9,12 142:3
149:7,10,14,18,19
149:20,21,23,24

150:3 151:11,16
197:25 240:2
242:12,19 243:24
244:12,13
**wife's** 106:25
**willing** 257:21
258:2
**win** 249:20,23
**wind** 109:10
**Winfrey** 225:16
**wire** 41:4 82:3
**wish** 177:16
**withheld** 53:15
54:5
**witness** 3:4 6:10,14
29:21,24 41:23,25
42:6,24 43:22,23
81:9,17 97:5,9
101:12,15,21,24
102:3 104:4 106:5
106:12,16 187:24
192:4 206:22
209:14 222:2
229:19,24 252:22
252:25 264:5
**woman** 155:19
198:9
**woodwork** 187:21
**word** 82:22,24,25
219:5,8
**wording** 128:14
**words** 9:19 23:17
58:23 217:16,16
217:17 235:16
237:16 253:3
259:18,19
**word-of-mouth**
74:2
**work** 47:25 105:24
111:17 112:20
113:7,24 115:9,14
117:25 119:7
122:13,16 134:15
140:18 141:2,9,14
148:2 155:25
157:16 159:12
162:9 167:3

170:23 194:8
195:20,23 196:2,8
196:10 197:9
261:24
**worked** 70:8 94:20
173:3 196:4,12,15
196:19 201:12
202:19,22,25
203:2,3 243:8
**worker** 201:6,12
**working** 20:22
113:24 116:6,22
119:9 123:21
147:14,21,25
161:25 192:14
194:19 197:7
256:24
**works** 28:11
**world** 37:15 44:3
49:20 65:14
121:13 206:12
208:10,13 209:4,5
245:18
**worried** 179:4
**worry** 175:21
**worth** 71:2 249:14
249:15
**worthy** 79:13
**wouldn't** 27:13
58:4 87:20,20
88:4 176:9 179:19
180:15 200:19
216:17 242:10,14
**wrap** 256:10
**write** 71:21,22
112:15,16,17,18
132:11 169:9
207:25
**writing** 68:21,22
80:7 85:2 124:7
233:23 235:10
**written** 8:2 44:15
44:24 46:11 78:15
92:7 96:10 218:2
221:14 226:6
234:23 247:19
252:22,25 253:4

**wrong** 21:20 47:24
138:19 223:16,23
**wrongful** 53:21
**wrote** 74:8 168:14
169:23 170:7
200:7 216:16
238:8 250:11

------

**X**

**X** 3:1,9
**xl** 260:2

------

**Y**

**yashik** 226:13
**yeah** 22:17 38:15
45:16 46:18 67:23
67:23 71:6 80:17
88:19 89:14,23
97:5 98:4,9
100:25 101:15
102:23 106:7
107:5 108:21
109:24 119:8
134:18 149:25
153:8 165:17
166:7 167:19
175:15 180:18
188:8 204:12
205:5,5 212:8
218:8 222:11
230:15 233:5
238:25 252:19
259:24 260:8
**year** 17:15 69:15
72:7,12 83:17
84:7,7,14 85:7,7,8
85:8 97:18,19
98:6,16 105:20
107:13,13 108:15
125:18 146:17
180:16 184:21
238:2,5 249:5
**yearly** 107:7
**years** 11:8,24 13:18
14:12 34:18 35:12
35:13,25 69:22
74:6 75:15,23,24
76:16 84:10 86:6

86:6,17 88:9
90:16 92:17 97:14
97:15,15,15,17,18
97:24 99:16 108:5
112:3 124:19
125:3 128:16
142:22 148:17
156:12 161:18
162:14 165:25
167:9,18 172:14
172:19 177:12
183:23 184:15,22
196:5 204:4 206:9
208:14 209:10
246:20
**year-end** 88:6 90:6
**yesterday** 14:21,22
32:6,9 214:18
**York** 1:2 2:7,7
18:21 19:15 21:17
25:18 40:13 96:10
103:18,20 104:13
104:23 124:6
125:17 132:10
143:16 144:6
145:10 157:12
163:3,5,11 164:3
166:10 168:15
172:5 173:19,21
183:13 198:22
200:8 203:10,20
221:23 223:20
226:10 228:23
235:4 236:23,23
248:3 264:2,2
**YouTube** 207:10
258:24
**Yuri** 152:23 207:7
207:8

**Z**
**zero** 91:9,9
**zombo** 226:13
**zoom** 16:23 218:7

**$**
**$1** 57:22,24 58:2,8
**$18,000** 70:17 72:6

81:19
**$20,000** 107:8
**$250,000** 85:20
**$35,000** 86:16
**$40,000** 84:3 186:5
**$500** 124:5
**$70,000** 86:13

**#**
**#903** 264:2

**0**
**04** 192:2
**07** 37:7

**1**
**1** 47:11 48:4,19
66:19 136:17
175:8 177:5,9
182:7 213:7 216:5
227:5,24 239:18
239:21
**1:06** 135:21
**1:18-CV-08128** 1:8
**1:48** 135:22,24
**1:49** 136:13
**10** 63:22 64:2,6
102:21 234:15
**10:05** 28:20,21,23
**10:08** 31:12
**10:30** 47:3
**10:38** 47:4,6
**10017** 264:2
**10169** 2:7
**1050** 2:15
**108** 49:22 51:3
208:23
**11** 68:9 71:6,17
77:17,20 78:6
80:3 82:7 91:12
235:4 236:12
**11:50** 97:10,11
**11:56** 102:10
**110** 51:22
**1100** 2:15
**113** 52:16
**114** 53:25
**12** 54:18 55:3,6

71:6,17 88:24
236:24 247:15
**12-page** 31:7
**12/2/19** 4:2
**12:06** 102:11,12
**12:12** 106:19
**12:14** 106:20,23
**13** 58:10 60:19 62:8
88:24 92:2
**136** 3:16
**15** 11:24
**16** 86:17
**17** 86:16
**174** 3:17
**18** 62:22 218:8
259:15
**18th** 2:6
**18-cv-8128** 174:12
**19** 167:18 218:8,8
**1947** 108:25
**1955** 102:22
**1969** 109:18,23
110:6 111:16
115:8 118:22
119:2
**1973** 99:22 118:3,9
119:11 121:24
139:20 142:12,16
144:22
**1974** 125:24
**1975** 123:17 124:16
130:12 131:20
133:18 136:23
137:21 141:18
142:10
**1980** 116:20 155:8
**1987** 132:2 167:20
167:23 168:13
169:13 171:25
**1989** 172:15
**1990** 104:16,17
168:6 172:15
**1990s** 73:2
**1991** 150:15 167:21
168:6 173:3
**1997** 200:7
**1999** 201:21,21

**2**
**2** 48:22 49:8 137:24
227:5,22 247:24
**2/9/19** 3:25
**2:52** 174:7
**20** 34:18 63:15
108:2 113:20
246:20 264:23
**20s** 72:25
**2000** 35:15 72:25
78:20 79:18 82:13
88:24 105:12
132:23,25 133:2
168:3 173:3,6,11
173:13 177:19
180:12,13,20
183:14,18 184:7
199:17 201:20,21
**2000s** 36:5,15 73:2
77:4 79:7
**2001** 79:18 164:11
180:16
**2002** 36:6 164:11
189:11,18 190:24
**2003** 36:6 180:18
187:12 189:12
190:11,24 192:2
**20036** 2:16
**2004** 177:15 179:7
**2005** 177:14 179:7
189:16,18
**2006** 37:7 68:5 77:6
78:20 85:14,19
103:12 167:15
170:20 205:2,3
233:11 257:22
**2007** 20:14 84:19
85:5 86:2,5 91:20
183:19 251:12,23
**2009** 94:15 96:4,6
**2010** 68:9,10 99:4
102:18,24 103:14
103:23 186:15
**2011** 68:10
**2012** 20:20 92:2
**2013** 23:9 75:16,25
82:17 89:2 133:4

175:6 178:3
**2015** 20:20 84:18
**2016** 20:20 23:9
84:6,11 86:10
**2017** 84:4
**2018** 10:15 11:11
12:15,25 18:20
19:14 22:24,24
69:4 84:2 87:19
91:4,9 107:11,21
107:24 108:7
209:20,21 210:7
218:8,9 221:19
226:7 256:18,19
**2019** 16:2,10 83:25
84:2 87:13 108:2
234:25 236:17,18
247:24 258:17
**202** 2:17
**2020** 15:25 83:22
87:12 216:11
**2021** 32:25 33:4
63:24 77:17 82:21
83:18 87:12 216:5
**2022** 1:17 5:3 264:4
**2073** 121:23
**21** 108:2
**212** 2:8 264:3
**214** 3:20
**216** 264:2
**218** 3:22
**221** 3:23
**226** 3:24
**23** 99:13
**230** 2:6
**234** 3:25
**236** 4:1
**24** 10:12
**24th** 63:24
**247** 4:2
**25th** 221:19
**250** 86:5
**259** 4:3
**27** 64:9
**28** 65:17 66:4
**29** 226:7

**3**

**3** 49:16 174:21
 221:23 227:5
**3/4/19** 4:1
**3:06** 183:3
**3:13** 183:4,6
**3:21** 186:25
**3:22** 188:5,6
**3:23** 188:15
**3:30** 192:8
**3:31** 192:9
**30** 66:19 69:22 71:7
 71:9 251:14
**31** 3:12 66:12
**35** 86:14

**4**

**4** 1:17 5:3 50:20
 51:8 181:2,18
 182:4 204:13
 226:11 236:18
 264:4
**4th** 236:16
**4:05** 214:3
**4:11** 218:4
**4:17** 221:2
**4:26** 221:3
**4:27** 221:12
**4:36** 226:3
**4:49** 234:17
**4:52** 236:14
**40,000** 71:7,9
**400-8845** 264:3
**4369** 1:25 264:5
**45** 102:21
**45th** 264:2

**5**

**5** 3:6 51:16,24 52:7
 181:22,23 182:4
 214:8 239:18
**5:10** 247:17
**5:25** 256:12
**5:32** 256:13,15
**5:38** 259:8
**5:50** 262:8
**50** 84:12 91:24

 146:25
**50s** 108:20 115:7
**50-something**
 108:19
**51** 103:6,10,13
**55** 102:20,21 103:2
 103:10,14

**6**

**6** 52:9,18 214:22
 217:23
**6th** 169:13
**6/19/18** 3:22
**60** 219:2 225:10,13
 225:15
**60,000** 84:12
**63** 174:11
**644** 214:21
**645** 214:23
**661-3080** 2:8
**67** 109:24
**69** 109:21 118:22
 118:23

**7**

**7** 221:7
**7/25/18** 3:23
**7/29/18** 3:24
**70s** 152:25
**73** 123:19 128:24
 142:9
**74** 123:12 145:7
**75** 123:19 128:24
 133:15 162:22
**79** 116:20 155:8

**8**

**8** 225:22
**8th** 216:11
**80** 116:21 125:19
 150:5
**80s** 104:14 165:24
 243:11
**80,000** 91:24
**81** 197:14
**82** 150:5,21 164:6
 197:14
**83** 150:21

**86** 125:20 132:2,3
 132:21 150:7,8
 165:25 166:2,14
 172:3,4
**861-1500** 2:17
**87** 132:3 166:2,14

**9**

**9** 48:9 49:4 53:18
 54:3,7
**9th** 234:25
**9/9/18** 4:4
**9:31** 1:16 5:4
**90** 77:3 150:8,8
 151:5
**90s** 72:25 77:4 78:8
 78:24 79:3 100:25
 101:2 151:7
 172:20
**91** 101:2 150:7
**92** 151:8