2.6. Заказчик не возмещает Исполнителю потери в заработной плате и иных доходах, возникшие у Исполнителя в связи с участием в Программе, а также любые другие расходы Исполнителя, связанные с его участием в Программе, за исключением расходов, предусмотренных в п. 2.2.4 настоящего Договора.

### 3. ПОРЯДОК СДАЧИ-ПРИЕМКИ ОКАЗАННЫХ УСЛУГ

3.1. Факт выполнения обязательств по оказанию Исполнителем услуг по Договору, а также фактические даты оказания Исполнителем услуг по Договору (даты съемок) фиксируются Сторонами в Акте об оказании услуг.

3.2. Исполнитель в течение 2 (двух) дней с даты оказания полного объема услуг по настоящему Договору передает Заказчику два экземпляра Акта об оказании услуг, подписанные со своей стороны.

3.3. Заказчик обязуется принять Акт об оказании услуг, предоставленный Исполнителем, подписать и направить Исполнителю один экземпляр Акта об оказании услуг, подписанный с обеих Сторон не позднее 5 (Пяти) рабочих дней после его получения, или направить в указанный срок мотивированный отказ от подписания Акта об оказании услуг.

### 4. ВОЗНАГРАЖДЕНИЕ ИСПОЛНИТЕЛЯ

4.1. Вознаграждение Исполнителя за оказание услуг по настоящему Договору, а также отчуждение исключительного права на Исполнение составляет **34 483 (Тридцать четыре тысячи четыреста восемьдесят три) рубля 00 копеек**, при этом стоимость отчуждаемого исключительного права составляет 1 (один) % от общей суммы вознаграждения, указанной выше в настоящем пункте Договора.

4.2. Указанное в п.4.1. Договора вознаграждение выплачивается Исполнителю путем выдачи наличных денежных средств из кассы Заказчика в срок, не позднее «03» апреля 2018 г.

4.3. Заказчик является налоговым агентом Исполнителя и удерживает из суммы вознаграждения денежные средства для уплаты налогов и сборов в рамках и объеме, предусмотренных действующим законодательством РФ.

4.4. Никаких дополнительных выплат к вознаграждению, установленному п.4.1. настоящего Договора Заказчик Исполнителю не выплачивает.

4.5. Указанное в п.4.1. Договора вознаграждение является вознаграждением за все способы использования Исполнения, без каких-либо исключений.

4.6. Стороны установили, что по настоящему Договору коммерческий кредит (ст.823 ГК РФ) не предоставляется, проценты по коммерческому кредиту не начисляются.

### 5. ИСКЛЮЧИТЕЛЬНОЕ ПРАВО НА ИСПОЛНЕНИЕ

5.1. Исполнитель в порядке ст. 1307 Гражданского кодекса РФ отчуждает Заказчику в полном объеме исключительное право на Исполнение (в т.ч. его фрагментов), созданного в процессе оказания услуг по Договору и участия в создании Программы, что означает право Заказчика использовать самостоятельно и разрешать третьим лицам использовать Исполнение и указанные выше результаты интеллектуальной деятельности, любыми способами, не противоречащими законодательству РФ и нормами международного права, включая, но не ограничиваясь, способами, указанными в ст. 1317 Гражданского кодекса РФ без ограничения сроком и территорией использования, в том числе:

5.1.1. Сообщение в эфир, то есть сообщение исполнения для всеобщего сведения посредством его передачи по радио или телевидению (в том числе путем ретрансляции), за исключением кабельного телевидения;

5.1.2. Сообщение по кабелю, то есть сообщение исполнения для всеобщего сведения посредством его передачи по радио или телевидению с помощью кабеля, провода, оптического волокна или аналогичных средств (в том числе путем ретрансляции);

5.1.3. Запись исполнения, то есть фиксация звуков и (или) изображения или их отображений с помощью технических средств в какой-либо материальной форме, позволяющей осуществлять их неоднократное восприятие, воспроизведение или сообщение;

5.1.4. Воспроизведение записи исполнения, то есть изготовление одного и более экземпляра исполнения либо его части в любой материальной форме;

5.1.5. Распространение записи исполнения путем продажи или иного отчуждения ее оригинала или экземпляров, представляющих собой копии такой записи на любых материальных носителях;

5.1.6. Действие, осуществляемое в отношении записи исполнения и предусмотренное подпунктами 5.1.1, 5.1.2., 5.1.7. настоящего пункта Договора;

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
COR_000048

2.6. Заказчик не возмещает Исполнителю потери в заработной плате и иных доходах, возникшие у Исполнителя в связи с участием в Программе, а также любые другие расходы Исполнителя, связанные с его участием в Программе, за исключением расходов, предусмотренных в п. 2.2.4 настоящего Договора.

## 3. ПОРЯДОК СДАЧИ-ПРИЕМКИ ОКАЗАННЫХ УСЛУГ

3.1. Факт выполнения обязательств по оказанию Исполнителем услуг по Договору, а также фактические даты оказания Исполнителем услуг по Договору (даты съемок) фиксируются Сторонами в Акте об оказании услуг.

3.2. Исполнитель в течение 2 (двух) дней с даты оказания полного объема услуг по настоящему Договору передает Заказчику два экземпляра Акта об оказании услуг, подписанные со своей стороны.

3.3. Заказчик обязуется принять Акт об оказании услуг, предоставленный Исполнителем, подписать и направить Исполнителю один экземпляр Акта об оказании услуг, подписанный с обеих Сторон не позднее 5 (Пяти) рабочих дней после его получения, или направить в указанный срок мотивированный отказ от подписания Акта об оказании услуг.

## 4. ВОЗНАГРАЖДЕНИЕ ИСПОЛНИТЕЛЯ

4.1. Вознаграждение Исполнителя за оказание услуг по настоящему Договору, а также отчуждение исключительного права на Исполнение составляет **68 966 (Шестьдесят восемь тысяч девятьсот шестьдесят шесть) рублей 00 копеек**, при этом стоимость отчуждаемого исключительного права составляет 1 (один) % от общей суммы вознаграждения, указанной выше в настоящем пункте Договора.

4.2. Указанное в п.4.1. Договора вознаграждение выплачивается Исполнителю путем выдачи наличных денежных средств из кассы Заказчика в срок, не позднее «10» апреля 2018 г.

4.3. Заказчик является налоговым агентом Исполнителя и удерживает из суммы вознаграждения денежные средства для уплаты налогов и сборов в рамках и объеме, предусмотренных действующим законодательством РФ.

4.4. Никаких дополнительных выплат к вознаграждению, установленному п.4.1. настоящего Договора Заказчик Исполнителю не выплачивает.

4.5. Указанное в п.4.1. Договора вознаграждение является вознаграждением за все способы использования Исполнения, без каких-либо исключений.

4.6. Стороны установили, что по настоящему Договору коммерческий кредит (ст.823 ГК РФ) не предоставляется, проценты по коммерческому кредиту не начисляются.

## 5. ИСКЛЮЧИТЕЛЬНОЕ ПРАВО НА ИСПОЛНЕНИЕ

5.1. Исполнитель в порядке ст. 1307 Гражданского кодекса РФ отчуждает Заказчику в полном объеме исключительное право на Исполнение (в т.ч. его фрагментов), созданного в процессе оказания услуг по Договору и участия в создании Программы, что означает право Заказчика использовать самостоятельно и разрешать третьим лицам использовать Исполнение и указанные выше результаты интеллектуальной деятельности, любыми способами, не противоречащими законодательству РФ и нормами международного права, включая, но не ограничиваясь, способами, указанными в ст. 1317 Гражданского кодекса РФ без ограничения сроком и территорией использования, в том числе:

5.1.1. Сообщение в эфир, то есть сообщение исполнения для всеобщего сведения посредством его передачи по радио или телевидению (в том числе путем ретрансляции), за исключением кабельного телевидения;

5.1.2. Сообщение по кабелю, то есть сообщение исполнения для всеобщего сведения посредством его передачи по радио или телевидению с помощью кабеля, провода, оптического волокна или аналогичных средств (в том числе путем ретрансляции);

5.1.3. Запись исполнения, то есть фиксация звуков и (или) изображения или их отображений с помощью технических средств в какой-либо материальной форме, позволяющей осуществлять их неоднократное восприятие, воспроизведение или сообщение;

5.1.4. Воспроизведение записи исполнения, то есть изготовление одного и более экземпляра исполнения либо его части в любой материальной форме;

5.1.5. Распространение записи исполнения путем продажи или иного отчуждения ее оригинала или экземпляров, представляющих собой копии такой записи на любых материальных носителях;

5.1.6. Действие, осуществляемое в отношении записи исполнения и предусмотренное подпунктами 5.1.1, 5.1.2., 5.1.7. настоящего пункта Договора;

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                              COR_000059

Исполнителя, в связи с чем, Исполнитель заявляет, что Заказчик не несет никакой ответственности перед Исполнителем в случае возникновения у последнего каких-либо негативных последствий, связанных участием в съемках Программы.

2.6. Заказчик не возмещает Исполнителю потери в заработной плате и иных доходах, возникшие у Исполнителя в связи с участием в Программе, а также любые другие расходы Исполнителя, связанные с его участием в Программе, за исключением расходов, предусмотренных в п. 2.2.4 настоящего Договора.

## 3. ПОРЯДОК СДАЧИ-ПРИЕМКИ ОКАЗАННЫХ УСЛУГ

3.1. Факт выполнения обязательств по оказанию Исполнителем услуг по Договору, а также фактические даты оказания Исполнителем услуг по Договору (даты съемок) фиксируются Сторонами в Акте об оказании услуг.

3.2. Исполнитель в течение 2 (двух) дней с даты оказания полного объема услуг по настоящему Договору передает Заказчику два экземпляра Акта об оказании услуг, подписанные со своей стороны.

3.3. Заказчик обязуется принять Акт об оказании услуг, предоставленный Исполнителем, подписать и направить Исполнителю один экземпляр Акта об оказании услуг, подписанный с обеих Сторон не позднее 5 (Пяти) рабочих дней после его получения, или направить в указанный срок мотивированный отказ от подписания Акта об оказании услуг.

## 4. ВОЗНАГРАЖДЕНИЕ ИСПОЛНИТЕЛЯ

4.1. Вознаграждение Исполнителя за оказание услуг по настоящему Договору, а также отчуждение исключительного права на Исполнение составляет **34 483 (Тридцать четыре тысячи четыреста восемьдесят три) рубля 00 копеек**, при этом стоимость отчуждаемого исключительного права составляет 1 (один) % от общей суммы вознаграждения, указанной выше в настоящем пункте Договора.

4.2. Указанное в п.4.1. Договора вознаграждение выплачивается Исполнителю путем выдачи наличных денежных средств из кассы Заказчика в срок, не позднее «25» апреля 2018 г.

4.3. Заказчик является налоговым агентом Исполнителя и удерживает из суммы вознаграждения денежные средства для уплаты налогов и сборов в рамках и объеме, предусмотренных действующим законодательством РФ.

4.4. Никаких дополнительных выплат к вознаграждению, установленному п.4.1. настоящего Договора Заказчик Исполнителю не выплачивает.

4.5. Указанное в п.4.1. Договора вознаграждение является вознаграждением за все способы использования Исполнения, без каких-либо исключений.

4.6. Стороны установили, что по настоящему Договору коммерческий кредит (ст.823 ГК РФ) не предоставляется, проценты по коммерческому кредиту не начисляются.

## 5. ИСКЛЮЧИТЕЛЬНОЕ ПРАВО НА ИСПОЛНЕНИЕ

5.1. Исполнитель в порядке ст. 1307 Гражданского кодекса РФ отчуждает Заказчику в полном объеме исключительное право на Исполнение (в т.ч. его фрагментов), созданного в процессе оказания услуг по Договору и участия в создании Программы, что означает право Заказчика использовать самостоятельно и разрешать третьим лицам использовать Исполнение и указанные выше результаты интеллектуальной деятельности, любыми способами, не противоречащими законодательству РФ и нормами международного права, включая, но не ограничиваясь, способами, указанными в ст. 1317 Гражданского кодекса РФ без ограничения сроком и территорией использования, в том числе:

5.1.1. Сообщение в эфир, то есть сообщение исполнения для всеобщего сведения посредством его передачи по радио или телевидению (в том числе путем ретрансляции), за исключением кабельного телевидения;

5.1.2. Сообщение по кабелю, то есть сообщение исполнения для всеобщего сведения посредством его передачи по радио или телевидению с помощью кабеля, провода, оптического волокна или аналогичных средств (в том числе путем ретрансляции);

5.1.3. Запись исполнения, то есть фиксация звуков и (или) изображения или их отображений с помощью технических средств в какой-либо материальной форме, позволяющей осуществлять их неоднократное восприятие, воспроизведение или сообщение;

5.1.4. Воспроизведение записи исполнения, то есть изготовление одного и более экземпляра исполнения либо его части в любой материальной форме;

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

3/20/2018. Channel One "Let Them Talk". Full transcript from 00:00 to 55:15

Participants:

DB — Dmitry Borisov, program host

AL — Andrey Lugovoy, Duma deputy

AK — Andrey Karaulov, journalist

OL — Oleg Lurie, journalist

AH — Alexander Hinshtein, Duma deputy

MS — Maxim Shingarkin, public activist

ND — Nikolai Dolgopolov, historian of secret services

YK — Yuri Knutov, military historian

AC — Alexander Chalenko, Ukrainian journalist

AT — Alexander Treschev, attorney

IN — Igor Nikulin, former UN bioweapons expert

IP — Igor Prokopenko, TV host

MI — Mikhail Ignatov, forensic expert

VS — Vyacheslav Sokolenko

WL — Walter Litvinenko

AB — Andrey Borovkov, Berezovsky's attorney

ZB — Zoya Boguslavskaya, writer

GZ — Galina Zaporozhtseva, retired police officer

0:00 **DB** This is Channel One. Good evening. In this studio one can't be silent. I am Dmitry Borisov, you are watching 'Let Them Talk' — the most talked about stories and people!

**[Recorded film]** A purely English thriller. The whole world is talking about the mysterious poisoning of an ex-Russian spy Sergei Skripal. Accused of high treason in his homeland, he obtained asylum in Britain. He settled in a quiet green town away from mystery and high politics, but now mystery surrounds Skripal's own poisoning

together with his own daughter who came to visit him from Russia. The townsfolk of Salisbury can't make sense of it. Nor can simple people in other countries.

**[A young lady's interview, as quoted in The Daily Mirror]** 'I was on my way to work when I saw a couple on the bench, a young woman and a man. She was leaning on his shoulder and he was making strange gestures. He was staring upwards and I considered approaching them, but then I started having doubts as to if I really could be of help.'

**DB** Information is fragmentary. The press is full of theories and dramatic accusations against Moscow coming from London. Previous mysterious deaths are recalled — those of Boris Berezovsky, Alexander Litvinenko, Vladimir Pasechnik and now of Berezovsky's pal Nikolai Glushkov. They discuss the attempt on Viktor Yuschenko which has left marks on his face. So we went to Salisbury. Are they — the 64-year-old Sergei Skripal and his daughter (33) — alive? What has really happened to the ex-spy?

**DB [Studio]** When the story of Sergei Skripal's poisoning broke out (according to British secret services, it had been caused by an agent called Novichok — a Russian word that has now entered the English language), everyone recalled another case that had paralyzed Russian-British relations, the murder of Alexander Litvinenko. One of the main protagonists of that case was Andrey Lugovoy. He will now join us. Together we'll try to reconstruct the timeline of what happened to Sergei Skripal. 02:29 **DB** Good evening.

**AL** Good evening.

**DB** When these reports from the UK started coming, did you have a sense of deja vu?

**AL** I had this feeling on the next day. About 1 am I got a phone call from a British media organization. I did not quite understand what it was about but in the morning some forty calls came. Everyone called me: BBC, Sky news, Channel 4, the Times, The Sunday Times. Naturally, I thought: here we go again! From then on I had a strong feeling that the situation with Skripal in London would develop essentially by the same scenario as did the scandalous so-called polonium case in 2006.

COR_000094

**DB** We remember that. You were accused of bringing in polonium. Have the British journalists asked whether you'd been to Salisbury?

**AL** No, thank God, they haven't asked me that because, you see, I haven't been to London for a long while, for some twelve years, and I am unlikely to go there either. But last week I had many questions to answer. Of course, the Skripal case and that of Litvinenko are two sides of the same coin, no doubt. I would describe this whole matter using the words of Sir Winston Churchill: 'A lie can travel half way around the world while the truth is putting on its shoes.' I believe this was a provocation even if it wasn't the work of the UK's secret services, but a third party, such as the United States. In any case, Britain hyped the scandal in order to demonize Russia and stimulate Russophobia.

**DB** So you said to yourself, 'Here we go again.' What did he mean, Andrey Viktorovich?

**AK** What Andrey says is terrifying. This is an attack on Putin. 'Putin sent Lugovoy along with his kids to the Millennium Hotel bar.' Had Lugovoy dispensed one-millionth of a gram of polonium in the Millennium bar and put it into Litvinenko's cup — and the former brought his kids along — then Lugovoy and his kids, and the whole Millennium bar would have died on the spot and the coffee in the cup would have boiled like a volcanic lava. And now we have a new story with Skripal timed to the election precisely.

**OL** They needed a provocation and they did it.

**05:16 DB** Wait. How did it impact the presidential election? Did Putin's team thank the UK for a good voter turnout?

**OL** Their calculation once again was to demonize Putin, to demonize Russia.

**DB** Alexander Evseevich, why use such devious methods of settling scores with alleged enemies? These unthinkable poisons, like polonium then and Novichok now, some chemical weapons?

**AK** Wasn't there a simpler way to hit Litvinenko than dispensing one-millionth of a gram? [Applause]

COR_000095

tons. At that time America and Russia allowed observers to the sites where chemical weapons were stored. I was the first journalist who was allowed to film those storage depots, seven of them in all. I was wearing these costumes like these. I filmed these sites on permission from Defense Minister. I saw canisters with Sarin and Zaman. True, now half of all people in Salisbury wears this gear but remarkably regular policemen are wearing these costumes and they are still breathing. But I want to say that in 1993 it was impossible to conceal anything. I say this as a witness, as a participant in those events. At the time the Americans and Brits saw everything there was to see. No secrets remain. Of course we can talk about poisons, but that's another story. Yet the British keep talking about chemical weapons.

**DB** Yes. They don't say the word 'poison.'

**IP** That's because the phrase 'chemical weapons' reminds of Saddam Hussein and Assad and that test-tube that Colin Powell displayed at the UN. 'Chemical weapons' is a brand that has been promoted in TV shows, mass media and what not. When the British start talking about chemical weapons, we know that it is a lie — a cynical, arrogant, open lie.

**DB** But still it sounds horrifying, and dozens of people in Salisbury having seen the news went to see their doctors.

**IP** I want to say it's not clear if he was poisoned in the first place. Maybe he had a stale beer. Since we don't know what happened it is possible that he now sits at a secret MI6 bunker, sipping his beer and laughing at all this. They shaved Litvinenko's head to show what a beast Lugovoy was. Did they show us a strong handsome man who had lost his hair? Nothing of the kind. They shaved him to fake this for the photo. Shame on the British, they abused the dying man. To sum it up, it's not even a fact that he has been poisoned at all.

**30:31 DB** Since you have mentioned Alexander Litvinenko, after the break we'll hear what his family thinks about his poisoning after all these years. Who was responsible? And where is Sergei Skripal? Stay with us.

COR_000104

**AL** They questioned him.

**DB** Andrey is pointing at you now.

**VS** Let me tell this story from a different angle, which is not known to many. Just three months before these events involving Litvinenko I invited Andrey to a football match. We traveled in a large group with friends, relatives…

**AL** Children.

**VS** With children to see the match. After that they found polonium at the Emirates stadium where CSKA played against Arsenal. And what's interesting, they initially accused CSKA fans that they may be complicit in Litvinenko poisoning. The level of madness was so high that our fans decided to respond in their own way and produced a T-shirt with inscription 'Polonium–210' and CSKA logo with the radiation icon replacing the ball. The inscription went 'London-Hamburg' — since they found polonium in Hamburg as well — 'To Be Continued' and in the back 'CSKA Moscow. Nuclear death is at your door.' The shirt sold out!

**38:13 DB** Among those not amused by this whole episode was the family of Alexander Litvinenko. What are they thinking after all these years about the poisoning and those responsible for it? Let's ask them. Alexander's brother and father have come to our show. Let us greet them. Good evening, an interesting detail: Walter Alexandrovich and Maxim greet Andrey Lugovoy. How can you do it so easily? With someone who, according to the British, is Litvinenko's poisoner, his murderer.

**WL** He is no murderer. I was at the hospital as Sasha lay in his bed. I was there right before his death. He died in my arms. I think he was poisoned several times. Not one time. Even at the hospital they kept poisoning him — that's what I believe.

**DB** My gosh!

**WL** I came to the hospital three days before he died. I was there all the time. I talked to him. I was present when they tried to revive him. Of course, as a doctor I knew it was very serious. Take a look, he went completely bald. On the other hand, as his father I hoped that it was London after all, a good hospital, that they might save him.

COR_000107

First they said it was food poisoning, then they found thallium. He lost his hair, they said it was thallium.

**AT** When you visited him, did they give you any protective gear? Or did you wear your regular clothes?

**WL** Regular clothes only. I was wearing knit socks, too.

**MS** Can you say whether he had any internal burns?

**WL** Yes, exactly. Later I thought that if it had been polonium he wouldn't have lived for three days.

**DB** Even with thallium, hair loss. We can see some hair on his chest.

**WL** That was Polonium-210.

**40:32 Guest** It would've burned his esophagus if it had been polonium.

**WL** Yes it would be all burnt. That hospital was like a revolving door. Anyone could walk in easily.

**DB** You said you think he was poisoned several times also in the hospital. By whom?

**WL** First they said it was a food poisoning, then they said it was a thallium poisoning. And then, when he was already dead, after he died, they kept thinking it was thallium. Then, half an hour later, they came running wearing masks, gas masks and said it was Polonium-210. From then on it was polonium.

**DB** Who could benefit from all that, do you think?

**WL** You know, the next day, a huge crowd gathered. Many people were there, some kind of a rally. I was there, Goldfarb was there, Akhmed Zakayev was there too. Boris Berezovsky and a lot of other people as well. I spoke. I was very upset and I said that there in London a strike on my son had happened, they had stricken his heart with a radioactive agent, a new kind of radiation, well, not a bomb, but... And Goldfarb hit me like this in the ribs. That is, I said something too early that was not yet useful to them and then after that rally we came inside. Goldfarb's wife sat there. A young girl was sitting on a bed, weeping, 'Walter, Walter! Alex killed Alexander.' Those who speak English will understand what I've just said. 'Alex' meaning Goldfarb. She

openly told me that Goldfarb was the murderer. 'Walter, Walter,' she was talking to me.

**42:37 DB** So do you believe an associate of Boris Berezovsky killed your son?

**WL** Goldfarb! While Sasha was at hospital, Goldfarb went to the US three times. I came to Akhmed and asked him, 'Akhmed, what all this is about?' And Akhmed said, 'Look, he is CIA.' Meaning, Alex is. He was interested in making all this fuss, starting all that dirt they are still throwing at Putin. They still sit there rejoicing. Alex was there, Akhmed was there too, saying, 'Now Putin will never rise back. This is the end of him! We've torn him into pieces!"

**DB** Who said that?

**WL** Alex Goldfarb.

**DB** Alexander Goldfarb.

**AK** An incredible account of a man who had sat at Litvinenko's deathbed for three days. We've heard your monologue. It's absolutely sensational. Would anybody in the world, BBC, CNN, anyone request this tape and show what you said today, your testimony especially you naming Goldfarb, Berezovsky's right hand, who is actually an agent, a member of the American Central Intelligence Agency, and here is your monologue which no one in the world, except for us here in Russia, wants to hear!

**WL** Here is what I'll say. This calamity is taking place in Europe. That dirt has been spreading from there during all these years, targeting us, targeting Vladimir Vladimirovich Putin, for whom I've voted, by the way. I voted for him in Italy. I'll say it openly, we should help him now. What I've just said should have been known before they poisoned these people. That man, surely he was a spy, a scoundrel, but he was a human being. After all, he had been punished in his time and they released him so there was no reason to poison him! Who had a right to poison him? And by the way, she is a Russian citizen, she must be helped now.

**45:11 DB** Do you know what else very interesting in what Walter Alexandrovich has just said? He'd been close to Alexander Litvinenko. As we've heard from British security services and authorities, Polonium-210 is super toxic. So Walter

Alexandrovich should be glowing now, but he said no one had checked him. How could that be possible?

**AK** Did they give you a gas mask like those doctors had?

**WL** There was no gas mask.

**MS** Had Litvinenko really been poisoned by polonium, as the witness described the circumstances, there should have been scores of corpses there, dozens of dead people.

**AK** Take note, you slept...

**WL** Where did they put me when I arrived in London? Into Sasha's bed. Sasha was in hospital, and I slept in his bed. By the way, they are saying he is the poisoner. Meaning they walked around London spilling polonium, on themselves as well. Sasha was all covered with polonium, not to mention the tea they gave him or that thing. Sushi Sushi which he had…

**AL** At Itsu Sushi bar with Scaramella.

**WL** Scarmella. Yes, they dragged that poor Scarmella out…

**AL** Scaramella.

**WL** The Italian.The Italian they put into hospital. Totally idiotic. Their police force is non-existent!

**AK** This is not idiotic. Sorry to interrupt you, Walter Alexandrovich…

**WL** Then it's malicious intent. It's either idiotic or malicious!

**AK** The blame is on us the journalists! What fools have we been! No one has thought of it. I haven't thought of calling you and inviting you for an interview. Had your story been aired on Channel One Russia, Skripal would have been alive today.

**DB** But has Skripal died? Nobody knows that. He is in a coma. Is Sergei Skripal alive? The question is troubling the world press. After a short break we are coming back to Britain. Stay with us.

**47:18 DB** Good evening to everyone again. I am Dmitry Borisov. Today in 'Let Them Talk' we are discussing the recent sensation in Britain: the poisoning of Sergei Skripal and his daughter. In this context everyone recollects the poisoning of Alexander Litvinenko in Britain. His father Walther Alexandrovich in this studio is

COR_000110

sitting next to Andrey Lugovoy who was named the murderer of Alexander Litvinenko back then. So Walter Alexandrovich said he believes the CIA is complicit in the murder of Alexander Litvinenko. You've even said you know who specifically did it.

**WL** Yes, Goldfarb. It was his work.

**DB** And you know that it was Alexander Goldfarb, an associate of Boris Berezovsky, from what you've heard from Alexander's own wife.

**WL** Yes, his wife. She told me about that. And a month later she died suddenly, too.

**Unidentified guest.** She died suddenly.

**Unidentified guest.** Was she a young woman?

**WL** She was 28 years old. She was very young. I am so sorry for her. That's how it started. Then it went on and on. Also Berezovsky. The death of Boris Berezovsky brings about many questions.

**DB** During the break we were joined by his associates: lawyer Andrey Borovkov and the writer Zoya Boguslavskaya. The official version of Boris Berezovsky's death was suicide, but those who knew Boris Berezovsky said it was impossible. His love for life, his activism. Which theory do you support?

**AB** Anything but suicide. He was indeed a vivacious life-loving man, he had lots of energy. I am unable to imagine that such a man all of a sudden put his head in the noose.

**DB** Zoya Borisovna, do you disagree with the official version of suicide, too?

**ZB** Regarding his death, I have a view that's probably different from everyone else's. I think he was killed at his own request.

**DB** My gosh!

**WL** And did they break his ribs at his own request?

**ZB** No, he was asking to be killed.

**DB** Andrey, you knew Boris Berezovsky, you worked together.

**WL** No. Did they break Berezovsky's ribs at his request?

COR_000111

04/04/2018. Channel One "Let Them Talk". Full transcript from 00:00 to 56:08

Participants:

AK – ANDREY KARAULOV, TV presenter

AL – ANDREY LUGOVOY, Deputy of the STATE Duma of the RUSSIAN FEDERATION

DK – DMITRY KOVTUN, a Russian businessman, a person involved in the Litvinenko criminal case

VS – VICTORIA SKRIPAL, Sergei Skripal's niece.

AS – ANDREY SYCHEV is a former cellmate of Sergei Skripal in correctional colony No. 5 in Mordovia, former head of the criminal investigation department in Rostov-on-Don

KL – KONSTANTIN LAPIN is a former cellmate of Sergei Skripal in correctional colony No. 5 in Mordovia, ex-FSB officer in St. Petersburg

TF – TATIANA NIKOLAEVNA FEDOTKINA, a journalist of Moskovsky Komsomolets, conducted an investigation into the Berezovsky case

WL – WALTER LITVINENKO - Alexander Litvinenko's father

MS – MAXIM ANDREEVICH SHINGARKIN - public figure, specialist in the protection of nuclear weapons sites

OL – OLEG ANATOLYEVICH LURIE - journalist

MI – MIKHAIL IGNATOV - criminologist

AC – ALEXANDER CHALENKO - journalist (Ukraine)

IN – IGOR NIKULIN - former member of the Biological Weapons Commission at the UN

YK – YURI KNUTOV - military historian

ZG – ZAPOROZHTSEVA GALINA - retired police colonel, human rights activist in Kiev

DG – DMITRY GLADYSHEV is an expert on toxic substances.

GN – GENNADY VIKTOROVICH NEFEDOVSKY - lawyer of Andrey Sychev and Konstantin Lapin

VB – VIKTOR NIKOLAEVICH BARANETS - military journalist, retired colonel

AM – ANDREY MISHIN - Political scientist (Ukraine)

00:00:00
(beginning)
(applause)
Dmitry Borisov: This is Channel One Russia, hello. It is impossible to be silent in this studio. I am Dmitry Borisov, this is Let Them Talk. Most discussed stories and people.
(video): This high-profile story has reached the whole world. More and more it resembles the British TV series 'Strike Back', where MI6 employees rescue the disgraced Russian scientist Markov. The story of the poisoning of ex-GRU officer

COR_000123

DK: Good evening, Dmintry.

Dmitry Borisov: Good evening Dmitry! I know that when our editors talked to you about the version that Alexander Goldfarb could be complicit in the murder of Alexander Litvinenko you put forward a rather sensational supposition regarding the possible relationship of Alexander Goldfarb and. …

41:58 DK: the former wife of Alexander you mean?

Dmitry Borisov: and Marina Litvinenko…

DK: Well, from the first days after Litvinenko's death Goldfarb was near her we saw them together all the time, they wrote a book together, they prepared for the hearings together and all those statements she made during Public Inquiry makes one think that she is of course under someone's influence and does not make her own decisions.

Dmitry Borisov: So you think she is under Goldfarb's influence?

42:28 DK: I think yes.

MS: Colleagues, let's dot the i'es in this matter. Berezovsky said many times that he knows some weapons grade plutonium went missing in Russia. At the time, Berezovsky had a plan to show to the global community Plutonium allegedly originating from Russia to prove a point that Russian Federation cannot secure its nuclear weapons. Some of these materials landed in the hands of Litvinenko and he, knowingly or not, got a radiation dose. He suspected that something went wrong with him and he talked about it. But we should understand that Litvinenko himself did not know what happened. But people who managed Berezovsky and his plan to accuse Russia, knew. Therefore when they had a situation they needed to get rid of Litvinenko, which they did. They claimed it was Polonium, which is impossible to detect by usual methods. Moreover after five years, if there was Polonium there nothing could be found at all, because all of it has decayed. The totality of material demonstrates that under the control of British secret services, their recruited an agent, the fugitive oligarch Berezovsky, who handled radioactive material on the British territory. This is the gravest indictment of Theresa May who at the time virtually controlled all secret services of Britain, as well as a violation of international agreements on handling nuclear materials, and a violation of the international agreement against nuclear terrorism.

WL: I have a question.

Dmitry Borisov: Walter Alexandrovich…

WL: How did Alexander Litvenenko get himself irradiated?

MS: He was irradiated not by Polonium. They gave him a sample. He opened the sample and passed it to Berezovsky That was why Berezovsky's car was contaminated. Where did this sample go? Berezovsky was killed so that he would never tell where that sample went.

Dmitry Borisov: And here again we came to the question what happened to Boris Berezovsky. We will look into that after a short break. This is Let Them Talk. Stay with us.

44:51 Bumper

Goldfarb's trust in the British Justice. We have got in touch with him. Here is how he answered the questions of my colleague.

NA [audio of conversation]: … will be taped.

AG Go ahead.

NA First question. What do you think about the poisoning of Skripal?

AG I think that Russian special services have poisoned Skripal, as British authorities say. Why do I think so? Because I trust British authorities and don't trust Russian authorities. The Russian authorities have poisoned him and sooner or later they must be held accountable. The British have the evidence, they claim, and I fully trust them.

NA Litvinenko's father has accused you of death of his son. How do you respond to him?

AG I can respond: he is no father to him, he abandoned him when the boy was two years old, later he milked him, and later, when Berezovsky stopped giving him money, he returned to Moscow. He is worse than Lugovoy because Lugovoy at least carried out an order while the father betrayed his son for an apartment in Moscow.

NA When Alexander Litvinenko was in hospital, you shaved him bold, they say. What is the story? Why did you do it?

AG I did not do it. When Alexander Litvinenko was in hospital, his hair fell out because of the action of radiation. This was confirmed, by the way, in an open court, all evidence is available on the Internet, anyone can see it.

DB [studio] Alexander Goldfarb says he trusts British authorities 100%, absolutely does not trust what Russia says and if this is what Britain says, then…

MI What else can he say?

(00:43:35) IN Nothing else could be expected from him!

DB Why couldn't anything else be expected from him?

SV There was an election in Russia. Russia was the only country that would not benefit from Skripal's death. So if they wanted to kill Skripal — maybe he deserves to die as a traitor — but it was not to the benefit of Russia to do this during the presidential campaign, you see? This was to the benefit only of the UK and US.

COR_000174