UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
: 
ALEX GOLDFARB,                                                :        Index No. 1:18 -CV-08128 (JPC)
:
Plaintiff,              :
:        **PLAINTIFF'S RESPONSE TO**
:        **DEFENDANT'S LOCAL RULE**
-against-                    :        **56.1(a) STATEMENT OF**
:        **MATERIAL FACTS**
:
CHANNEL ONE RUSSIA,                                          :
:
Defendant.             :
-------------------------------------------------------------- X

Pursuant to Local Rule 56.1(b) of the Unites States District of New York Plaintiff submits the following response to the Local Rule 56.1(a) statement of Defendant Channel One Russia ("Channel One"). Plaintiff reserves the right to assert all evidentiary objections, whether or not stated herein, and does not admit the relevance or materiality of any alleged facts. An admission that a witness for Channel One gave certain deposition testimony or statements in a declaration is solely an admission that such testimony or statement has been correctly quoted; for the reasons stated in plaintiff's memorandum in opposition to Channel One's summary judgment motion the credibility of Channel One's witnesses is denied.

1.      Admit.

2.      Admit.

3.      Admit.

4.      Admit.

5.      Admit.

6.      Admit.

7.      Admit.

8.     Admit.

9.     Admit.

10.     Admit.

11.     Admit.

12.     Admit.

13.     Admit.

14.     Admit.

15.     Admit.

16.     Admit.

17.     Admit.

18.     Admit.

19.     Admit.

20.     Admit.

21.     Admit.

22.     Admit.

23.     Admit.

24.     Admit.

25.     Admit.

26.     Admit.

27.     Deny. Channel One, through its subsidiary, Channel One Russia

Worldwide, broadcasts programs throughout the world, including in the United States.

Goldfarb Aff. dated May 9, 2019, ¶ 14 -16.

28.     Deny. Channel One is controlled by the Russian state and does not permit the airing of facts, views, or opinions that are inconsistent with the positions of the Putin regime. Goldfarb Aff. dated June 18, 2022 ("Goldfarb Aff."), ¶¶35 -47, Exs. F, G and H.

29.     Admit that Larisa Nasonova and Temur Siragiev gave the declaration statements cited.

30.     Admit that Larisa Nasonova and Temur Siraziev gave the declaration statements cited.

31.     Admit that Larisa Nasonova and Temur Siraziev gave the declaration statements cited.

32.     Admit that Larisa Nasonova, Temur Siraziev and Natalia Nikonova gave the declaration statements and deposition testimony cited.

33.     Admit that Larisa Nasonova, and Natalia Nikonova gave the declaration statements and deposition testimony cited.

34.     Admit that Dmitry Borisov gave the deposition testimony cited.

35.     Admit that Larisa Nasonova and Temur Siraziev gave the declaration statements cited.

36.     Admit that Larisa Nasonova and Temur Siraziev gave the declaration statements cited.

37.     Admit.

38.     Admit.

39.     Admit.

40.     Admit.

41.     Admit.

42.     Admit.

43.     Admit.

44.     Admit.

45.     Admit.

46.     Admit.

47.     Admit.

48.     Admit.

49.     Admit.

50.     Admit.

51.     Admit that Larisa Nasonova gave the declaration statements cited.

52.     Admit that Larisa Nasonova gave the declaration statements cited.

53.     Deny. Channel One, through its wholly owned subsidiary, Channel One Worldwide, broadcasts programs throughout the world, including in the United States. See response to paragraph 27.

54.     Admit.

55.     Deny. Channel One is controlled by the Russian state and does not permit the airing of facts, views, or opinions that are inconsistent with the position of the Putin regime. See response to paragraph 28; see also Goldfarb Aff. ¶24-25.

56.     Deny. See response to paragraph 55.

57.     Admit.

58.     Deny. See response to paragraph 55.

59.     Deny. See response to paragraph 55; see also Cpt.¶58 (citing Public Inquiry Report) and Goldfarb Aff. Ex. J.

60.     Admit that Dmitry Borisov gave the deposition testimony cited.

61.     Admit that Natalia Nikonva gave the deposition testimony cited.

62.     Admit that Natalia Nikonva gave the deposition testimony cited.

63.     Admit that Natalia Nikonva gave the deposition testimony cited.

64.     Admit.

65.     Admit that Channel One gave the interrogatory response cited.

66.     Admit that Natalia Nikonva gave the deposition testimony cited.

67.     Admit that Dmitry Borisov gave the deposition testimony cited.

68.     Admit that Dmitry Borisov gave the deposition testimony cited.

69.     Admit that Dmitry Borisov gave the deposition testimony cited.

70.     Admit that Dmitry Borisov gave the deposition testimony cited.

71.     Admit that Natalie Nikonva gave the deposition testimony cited.

72.     Admit that Natalie Nikonva gave the deposition testimony cited.

73.     Admit that Natalie Nikonva gave the deposition testimony cited.

74.     Admit that Dmitry Borisov gave the deposition testimony cited.

75.     Admit.

76.     Deny. See response to paragraph 28.

77.     Admit that Alexey Pimanov gave the deposition testimony cited.

78.     Admit that Alexey Pimanov gave the deposition testimony cited.

79.     Admit that Alexey Pimanov gave the deposition testimony cited.

80.     Admit that Alexey Pimanov gave the deposition testimony cited.

81.     Admit that Alexey Pimanov gave the deposition testimony cited.

82.     Admit that Alexey Pimanov gave the deposition testimony cited.

83.     Admit that Alexey Pimanov gave the deposition testimony cited.

84.     Admit that Alexey Pimanov gave the deposition testimony cited.

85.     Repeat the responses to paragraphs 29-31.

86.     Admit that Larisa Nasonova and Temur Siraziev gave the declaration statements cited.

87.     Admit that Larisa Nasonova and Temur Siraziev gave the declaration statements cited.

88.     Admit that Timur Siraziev gave the declaration statements cited.

89.     Admit that Timur Siraziev gave the declaration statements cited.

90.     Admit that Timur Siraziev gave the declaration statements cited.

91.     Admit.

92.     Admit that Timur Siraziev gave the declaration statements cited.

93.     Admit that Timur Siraziev gave the declaration statements cited.

94.     Admit that Timur Siraziev gave the declaration statements cited.

95.     Admit.

96.     Admit that Timur Siraziev gave the declaration statements cited.

97.     Admit that Timur Siraziev gave the declaration statements cited.

98.     Admit that Timur Siraziev gave the declaration statements cited.

99.     Admit that Larisa Nasonova gave the declaration statements cited.

100.    Admit that Timur Sirayzev gave the declaration statements cited.

101.    Admit that Timur Siraziev gave the declaration statements cited.

102.    Admit that Timur Siraziev gave the declaration statements cited.

103.    Admit that Timur Siraziev gave the declaration statements cited.

104.    Admit that Natalia Nikonova and Timur Siraziev gave the deposition testimony and declaration statement cited.

105.    Admit that Dmitry Borisov and Timur Siraziev gave the deposition testimony and declaration statement cited.

106.    Admit that the quoted excerpts are from the March 20, 2018 "Let Them Talk" program and refer to the English translation of the program (Cpt. Ex. 2) and the video clip with English captions (Cpt. Ex 3) for the full context in which the statements were made.

107.    Admit that the quoted excerpts are from the March 20, 2018 "Let Them Talk" program and refer to the English translation of the program (Cpt. Ex. 2) and the video clip with English captions (Cpt. Ex 3) for the full context in which the statements were made.

108.    Deny. The discussants did not include any participant who acknowledged the Russian state's responsibility for the murder of Alexander Litvinenko. Cpt. Exs 2,3.

109.    Deny. The listed participants did not include "a wide array of perspectives" and did not include any participant who acknowledged the Russian state's responsibility for the murder of Alexander Litvinenko. Cpt. Exs.2, 3.

110.    Deny. See Goldfarb Aff. ¶17.

111.    Admit that the quoted excerpts are from the March 20, 2018 "Let Them Talk" program and refer to the English translation of the program (Cpt. Ex. 2) and the video clip with English captions (Cpt. Ex 3) for the full context in which the statements were made.

112.    Admit that the quoted excerpts are from the March 20, 2018 "Let Them Talk" program and refer to the English translation of the program (Cpt. Ex. 2) and the video clip with English captions (Cpt. Ex 3) for the full context in which the statements were made.

113.    Admit that the quoted excerpts are from the March 20, 2018 "Let Them Talk" program and refer to the English translation of the program (Cpt. Ex. 2) and the

video clip with English captions (Cpt. Ex 3) for the full context in which the statements were made.

114.    Admit that the quoted excerpts are from the March 20, 2018 "Let Them Talk" program and refer to the English translation of the program (Cpt. Ex. 2) and the video clip with English captions (Cpt. Ex 3) for the full context in which the statements were made.

115.    Deny. No guest on the March 20, 2018 "Let Them Talk" program, including Andrey Karaulov, was "an independent journalist". <u>See</u> response to paragraph 28.

116.    Admit that the quoted excerpts are from the March 20, 2018 "Let Them Talk" program and refer to the English translation of the program (Cpt. Ex. 2) and the video clip with English captions (Cpt. Ex 3) for the full context in which the statements were made.

117.    Admit that the quoted excerpts are from the March 20, 2018 "Let Them Talk" program and refer to the English translation of the program (Cpt. Ex. 2) and the video clip with English captions (Cpt. Ex 3) for the full context in which the statements were made.

118.    Admit that the quoted excerpts are from the March 20, 2018 "Let Them Talk" program and refer to the English translation of the program (Cpt. Ex. 2) and the video clip with English captions (Cpt. Ex 3) for the full context in which the statements were made.

119.    Admit that the quoted excerpts are from the March 30, 2018 "Man and Law" program and refer to the English translation of the program (Cpt. Ex. 2) and the

video clip with English captions (Cpt. Ex. 3) for the full context in which the statements were made.

120.   Admit that the quoted excerpts are from the March 30, 2018 "Man and Law" program and refer to the English translation of the program (Cpt. Ex. 2) and the video clip with English captions (Cpt. Ex. 3) for the full context in which the statements were made.

121.   Admit that the quoted excerpts are from the March 30, 2018 "Man and Law" program and refer to the English translation of the program (Cpt. Ex. 2) and the video clip with English captions (Cpt. Ex. 3) for the full context in which the statements were made.

122.   Admit that the quoted excerpts are from the March 30, 2018 "Man and Law" program and refer to the English translation of the program (Cpt. Ex. 2) and the video clip with English captions (Cpt. Ex. 3) for the full context in which the statements were made.

123.   Admit that the quoted excerpts are from the March 30, 2018 "Man and Law" program and refer to the English translation of the program (Cpt. Ex. 2) and the video clip with English captions (Cpt. Ex. 3) for the full context in which the statements were made.

124.   Admit that the quoted excerpts from the March 30,2018," Man and Law" program and refer to the English translation of the program (Cpt. Ex.2) and the video clip with English captions (Cpt.Ex.30 for the full context in which the statements were made.

125.   Deny. The false "allegations" made by Walter Litvinenko on the March 20 "Let Them Talk" program were not "sensational" and were simply repetitions of false

allegations he had made beginning in 2012 on programs aired by Channel One. Goldfarb Aff. ¶¶ 3,4 and 17, Exs.A and B.

126.    Admit that the referenced excerpt is from the April 4, 2018 "Let Them Talk" program and refer to the English translation of the program (Cpt.Ex.2) and the video clip with English captions (Cpt.Ex.3) for the full context in which the statements were made.

127.    Admit that the quoted excerpt is from the April 4, 2018 "Let Them Talk" program and refer to the English translation of the program (Cpt. Ex. 2) and the video clip with English captions (Cpt. Ex. 3) for the full context in which the statements were made.

128.    Admit that the quoted excerpt is from the April 4, 2018 "Let Them Talk" program and refer to the English translation of the program (Cpt. Ex. 2) and the video clip with English captions (Cpt. Ex. 3) for the full context in which the statements were made. See response to paragraph 125.

129.    Admit that the quoted excerpt is from the April 4, 2018 "Let Them Talk" program and refer to the English translation of the program (Cpt. Ex. 2) and the video clip with English captions (Cpt. Ex. 3) for the full context in which the statements were made. See response to paragraph 125.

130.    Admit that the quoted excerpt is from the April 4, 2018 "Let Them Talk" program and refer to the English translation of the program (Cpt. Ex. 2) and the video clip with English captions (Cpt. Ex. 3) for the full context in which the statements were made. See response to paragraph 125.

131.    Admit that the quoted excerpt is from the April 4, 2018 "Let Them Talk" program and refer to the English translation of the program (Cpt. Ex. 2) and the video

clip with English captions (Cpt. Ex. 3) for the full context in which the statements were made. <u>See</u> response to paragraph 125.

132.     Admit that the quoted excerpt is from the April 4, 2018 "Let Them Talk" program and refer to the English translation of the program (Cpt. Ex. 2) and the video clip with English captions (Cpt. Ex. 3) for the full context in which the statements were made.

133.     Admit that the quoted excerpt is from the April 4, 2018 "Let Them Talk" program and refer to the English translation of the program (Cpt. Ex. 2) and the video clip with English captions (Cpt. Ex. 3) for the full context in which the statements were made.

134.     Admit that the quoted excerpt is from the April 4, 2018 "Let Them Talk" program and refer to the English translation of the program (Cpt. Ex. 2) and the video clip with English captions (Cpt. Ex. 3) for the full context in which the statements were made. <u>See</u> responses to paragraphs 115 and 125.

135.     Admit.

136.     Admit that the quoted excerpt is from the April 10, 2018 "Let Them Talk" program and refer to the English translation of the program (Cpt. Ex. 2) and the video clip with English captions (Cpt. Ex. 3) for the full context in which the statements were made. Deny allegations concerning asylum fraud. Cpt.¶¶40-42 and Ex.A.

137.     Admit that the quoted excerpt is from the April 10, 2018 "Let Them Talk" program and refer to the English translation of the program (Cpt. Ex. 2) and the video clip with English captions (Cpt. Ex. 3) for the full context in which the statements were made. <u>See</u> response to paragraph 136.

138.     Admit that the quoted excerpt is from the April 10, 2018 "Let Them Talk" program and refer to the English translation of the program (Cpt. Ex. 2) and the video clip with English captions (Cpt. Ex. 3) for the full context in which the statements were made.

139.     Admit that the quoted excerpt is from the April 10, 2018 "Let Them Talk" program and refer to the English translation of the program (Cpt. Ex. 2) and the video clip with English captions (Cpt. Ex. 3) for the full context in which the statements were made. Deny that plaintiff "deflected the question". Goldfarb Aff. ¶ 37.

140.     Admit that the quoted excerpt is from the April 10, 2018 "Let Them Talk" program and refer to the English translation of the program (Cpt. Ex. 2) and the video clip with English captions (Cpt. Ex. 3) for the full context in which the statements were made.

141.     Admit that the quoted excerpt is from the April 10, 2018 "Let Them Talk" program and refer to the English translation of the program (Cpt. Ex. 2) and the video clip with English captions (Cpt. Ex. 3) for the full context in which the statements were made.

142.     Admit.

143.     Admit.

144.     Admit.

145.     Admit that Natalia Nikonova gave the deposition testimony cited.

146.     Admit that Natalia Nikonova gave the deposition testimony cited.

147.     Admit that Dmitry Borisov gave the deposition testimony cited.

148.     Admit that Dmitry Borisov gave the deposition testimony cited.

149.     Admit that Natalia Nikonova gave the deposition testimony cited.

150.    Admit that Natilia Nikonova and Dmitry Borisov gave the deposition testimony cited. See response to paragraph 139.

151.    Admit that Dmitry Borisov gave the deposition testimony cited

152.    Admit that Natalia Nikonova, Timur Siraziev and Larisa Nasonova gave the deposition testimony and declaration statements cited.

153.    Admit the Dmitry Borisov, Timur Siraziev and Larisa Nasonova gave the deposition testimony and declaration statements cited.

154.    Admit.

155.    Admit.

156.    Admit that the statement by plaintiff quoted is one of his motives in bringing this action and deny that it is his sole motive, as he seeks to recover for the damages he has suffered as a result of Channel One's defamatory statements. .

157.    Admit.

158.    Deny. Plaintiff was opposed to the Soviet dictatorship and is opposed to the current Putin dictatorship and its massive human rights violations. Plaintiff supported the efforts of the Gorbachev and Yeltsin governments to establish democracy.

159.    Admit.

160.    Admit. The United States and the European Union have acted to curtail Channel One's commercial activities for the same reasons as plaintiff has advocated. Goldfarb Aff. ¶¶41,44 and Ex.G.

161.    Admit.

162.    Deny. Plaintiff expressed his general understanding as a lay person of the difficulty for public figures to succeed in defamation cases.

163.    Admit that the statement quoted by plaintiff reflects a portion of the evidence that he believes supports a finding of actual malice.

164.    Admit.

165.    Deny. Plaintiff has suffered tremendous mental pain and anguish as a result of the defamatory statements at issue and has chosen to deal with those issues without medical intervention.

166.    Admit.

167.    Admit.

168.    Admit that plaintiff gave the deposition testimony cited.

169.    Admit that plaintiff gave the deposition testimony cited.


Dated: June 21, 2022
          New York, New York.


                                        _Bertrand C Sellier_
                                        Bertrand Sellier
                                        Rottenberg Lipman Rich P.C.
                                        The Helmsley Building
                                        230 Park Avenue, 18th Floor
                                        New York, NY 10169
                                        (212) 661-3080
                                        bsellier@rlrpclaw.com

                                              -and-

                                        Rodney Alan Smolla
                                        4601 Concord Pike
                                        Wilmington, DE 19803
                                        (302) 477-2278
                                        rodsmolla@gmail.com

                                        *Attorneys for Plaintiff Alex Goldfarb*