IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEX GOLDFARB, <br><br> Plaintiff, <br><br> v. <br><br> CHANNEL ONE RUSSIA, <br><br> Defendant. | Case No. 1:18-cv-08128 (JPC) |

**SECOND DECLARATION OF KENDALL WANGSGARD
IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I, Kendall Wangsgard, Esq., pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am Counsel at the firm of Baker Hostetler LLP, attorneys for defendant Channel One Russia ("Channel One") in the above-captioned matter. I have entered an appearance as counsel of record in this matter. Given my position, I have personal knowledge of the information addressed herein. I am authorized to make this declaration on behalf of Channel One in support of its motion for summary judgment.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an article/video that appeared on Channel One's website on April 25, 2012, titled Тест на детекторе лжи показал, что Андрей Луговой непричастен к смерти Литвиненко or, in English, *Lie detector test shows Andrey Lugovoy not involved in Litvinenko's death*. A certified English translation is included in Exhibit 1.

3. In discovery in this matter, Channel One responded to Plaintiff's Rule 34 requests, in relevant part, by objecting to production of documents "already in Plaintiff's possession or otherwise publicly available."

4. A quick search of Channel One's public website using the term "Литвиненко" ("Litvinenko") returns this item.

5. In any event, on September 20, 2021, Plaintiff produced pages G000184-409, consisting of a single PDF collecting documents. This specific article appeared at G000323-25 thereof. *See* **Exhibit 2**.

6. Clearly, Plaintiff's statement that "only recently did I find that interview on the Internet" is false considering that he produced the very same thing in discovery.

7. In discovery, Channel One produced English-language transcripts and pages bearing Bates stamps COR_000108-09 are attached hereto as **Exhibit 3**.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Washington, DC
       June 28, 2022

_____
Kendall E. Wangsgard