IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ALEX GOLDFARB,

                Plaintiff,

v.

CHANNEL ONE RUSSIA,

                Defendant.

Case No. 1:18-cv-08128 (JPC)

**[PROPOSED]**
**ORDER GRANTING WITHDRWAL OF APPEARANCE**
**OF KENDALL E. WANGSGARD**

In accordance with Local Civil Rule 1.4, and upon consideration of the annexed declaration, Kendall E. Wangsgard of Baker & Hostetler LLP is hereby withdrawn as counsel for defendant Channel One Russia.

**SO ORDERED.**

Dated: November 29, 2022

_____
United States District Judge