UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
:
ALEX GOLDFARB, :
:
                Plaintiff, :
:
   -v- :
:
CHANNEL ONE RUSSIA, :
:
                Defendant. :
:
----------------------------------------------------------------------X     18 Civ. 8128 (JPC)
:
CHANNEL ONE RUSSIA, :         ORDER
:
                Counter Claimant, :
:
   -v- :
:
ALEX GOLDFARB :
:
                Counter Defendant. :
:
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The status conference currently scheduled for 3:00 p.m. on April 5, 2023 is hereby adjourned until 11:00 a.m. on April 6, 2023.  The conference will take place in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

      SO ORDERED.

Dated: March 24, 2023
      New York, New York

                                                JOHN P. CRONAN
                                        United States District Judge