**BakerHostetler**

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5403

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

September 1, 2023

David B. Rivkin, Jr.
direct dial: 202.861.1731
drivkin@bakerlaw.com

**VIA ECF**

Hon. John P. Cronan
Daniel Patrick Moynihan United States Courthouse
40 Foley Square
New York, New York 10007-1312

      **Re:    Alex Goldfarb v. Channel One Russia, et al., No: 18-CV-08128 (JPC)**

Dear Judge Cronan,

      In accordance with the Court's order of July 18, 2023, ECF No. 152, the parties report that they have not received any communications from OFAC with respect to their application for a license permitting Channel One to secure, and U.S. providers to supply, Zoom or similar teleconferencing services for use at trial.  According to the OFAC Check Application Status function, the license request remains "pending."  (Attachment).

      The parties will continue to monitor the status of the request and will keep the Court informed of any change in that status and/or communications they receive from OFAC.

Respectfully Submitted,

*David B. Rivkin*

David B. Rivkin, Jr.
Partner

Cc:    Bertrand Sellier, Esq. (via email)
          Rodney Alan Smolla (via email)

# Attachment

 (../Introduction.aspx)

Check Application Status

Please enter the Case ID provided to you by OFAC, in the Year-Case ID format (i.e. YYYY-999999 or YYYY-9999999) to view the status of your application.

If OFAC has not yet provided you with a Case ID, then no status information will be retrieved.

**Case ID:**

2023-1092691

I'm not a robot

reCAPTCHA
Privacy - Terms

Submit

Application Status Results

Case ID 2023-1092691-1 has a status of PENDING.

Help | Contact Us (/Apply/ContactUs.aspx)

V-20.0

Home (/Apply/Introduction.aspx) | OFAC (https://home.treasury.gov/policy-issues/office-of-foreign-assets-control-sanctions-programs-and-information) | treasury.gov (https://home.treasury.gov/)