UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

ALEX GOLDFARB,

                         Plaintiff,

           -v-

CHANNEL ONE RUSSIA,

                         Defendant.

------------------------------------------------------------------X      18 Civ. 8128 (JPC)

CHANNEL ONE RUSSIA,                             <u>ORDER</u>

                     Counter Claimant,

           -v-

ALEX GOLDFARB,

                     Counter Defendant.

------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On March 1, 2024, the Court set a schedule for default judgment proceedings on Plaintiff-Counter Defendant Alex Goldfarb's surviving claims against Defendant-Counter Claimant Channel One Russia ("Channel One") following a conference with the parties at which Channel One's counsel confirmed that Channel One does not intend to appear further or otherwise defend against Goldfarb's claims in this action.  *See* Dkt. 167 ("March 1 Order").  Accordingly, on March 13, 2024, Plaintiff moved for default judgment on his claims against Channel One.  Dkt. 173.  To date, Channel One has not submitted any opposition to that motion.  A telephonic hearing on Plaintiff's motion is scheduled for April 10, 2024, at 2:00 p.m.  *See* Dkt. 167 at 2.

      In light of Channel One's stated intent to refuse to appear further in this case, the Court

provides notice of its intent at the hearing on April 10 the Court to dismiss Channel One's pending counterclaims for failure to prosecute under Federal Rule of Civil Procedure 41(b) unless Channel One either: (1) submits a filing to the Court requesting that the counterclaims not be dismissed or (2) appears at the hearing to present argument as to why the counterclaims should not be dismissed.

In addition, the March 1 Order directed Plaintiff to file proof that Plaintiff has served Channel One with both Plaintiff's motion for default judgment and a copy of the March 1 Order. *See* March 1 Order at 1-2.  No such proof of service has been filed.  Plaintiff is hereby ordered to file such proof of service by today, April 4, 2024, at 5:00 p.m.

SO ORDERED.

Dated: April 4, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge