UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ALEX GOLDFARB,

                Plaintiff,

    -v-

CHANNEL ONE RUSSIA,

                Defendant.
-----------------------------------------------------------------------X    18 Civ. 8128 (JPC)

CHANNEL ONE RUSSIA,    ORDER

                Counter Claimant,

    -v-

ALEX GOLDFARB,

                Counter Defendant.
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Under Rule 55.2(b) of the Joint Local Rules of the Southern District of New York and the Eastern District of New York, Plaintiff-Counter Defendant Alex Goldfarb was required to submit a proposed form of default judgment along with his motion for default judgment. As no such proposed form of default judgment has been filed, Plaintiff-Counter Defendant is hereby ordered to submit a proposed form of default judgment by April 5, 2024, at 5:00 p.m.

      SO ORDERED.

Dated: April 4, 2024
      New York, New York

                                                     JOHN P. CRONAN
                                                     United States District Judge