```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                         :
ALEX GOLDFARB,                                           :
                                                         :
                          Plaintiff,                     :
                                                         :
            -v-                                          :
                                                         :
CHANNEL ONE RUSSIA,                                      :
                                                         :
                          Defendant.                     :
                                                         :
-----------------------------------------------------------------------X   18 Civ. 8128 (JPC)
                                                         :
CHANNEL ONE RUSSIA,                                      :        ORDER
                                                         :
                          Counter Claimant,              :
                                                         :
            -v-                                          :
                                                         :
ALEX GOLDFARB,                                           :
                                                         :
                          Counter Defendant.             :
                                                         :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On March 13, 2024, Plaintiff-Counter Defendant Alex Goldfarb filed a motion for default judgment against Defendant-Counter Claimant Channel One Russia ("Channel One"). Dkt. 173. Goldfarb's motion does not specify whether Goldfarb is seeking a finding of liability as to all three causes of action alleged in the Complaint, *see* Dkt. 5 ¶¶ 115-134. By 5:00 p.m. today, April 5, 2024, Goldfarb shall submit a letter indicating the specific causes of action for which he is seeking default judgment.

In addition, on or before 5:00 p.m. on Sunday, April 7, 2024, Goldfarb shall additionally submit a letter of no more than five pages, single-spaced, that, for each cause of action on which he seeks a finding of liability, details (1) the elements of that cause of action and (2) the relevant allegations in

the Complaint that satisfy those elements and thus establish Channel One's liability.

    SO ORDERED.

Dated: April 5, 2024
       New York, New York

                                                  JOHN P. CRONAN
                                          United States District Judge