NEW JERSEY OFFICE
PARK 80 WEST, PLAZA ONE
250 PEHLE AVENUE, SUITE 601
SADDLE BROOK, NEW JERSEY 07663
TELEPHONE (201) 490-2022
TELECOPIER (201) 490-2040

ROTTENBERG LIPMAN RICH, P.C.
THE HELMSLEY BUILDING
230 PARK AVENUE
EIGHTEENTH FLOOR
NEW YORK, NEW YORK 10169
TELEPHONE (212) 661-3080
TELECOPIER (212) 867-1914

WWW.RLRPCLAW.COM

BERTRAND C. SELLIER
MEMBER
BSELLIER@RLRPCLAW.COM

April 11, 2024

**VIA ECF AND EMAIL**

Hon. John P. Cronan
United States Southern District Court
500 Pearl St.
New York, NY 10007-1312

  Re: <u>Alex Goldfarb v. Channel One Russia, 18 Civ.8128 (JPC)</u>

Dear Judge Cronan:

  We have filed a proposed judgment. The basis for daily post judgment interest in the proposed judgment is an interest rate of 5.03%, which I believe is the current weekly average 1-year constant maturity, multiplied by the judgment amount of $25,000,000, and then divided by 365.

  Thank you for your attention to this matter.

                Respectfully,

                Bertrand C. Sellier

cc: Rodney Smolla, Esq. (by ECF and email)
   David Rivkin, Esq. (by ECF and email)

BCS:als
3365

Rottenberg Lipman Rich, P.C.

Honorable John P. Cronan, J.S.C.
April 7, 2024
Page 2