```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ALEX GOLDFARB,                                                         :
                                                                       :
                              Plaintiff,                               :
                                                                       :
       -v-                                                             :
                                                                       :
CHANNEL ONE RUSSIA,                                                    :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X   18 Civ. 8128 (JPC)
                                                                       :
CHANNEL ONE RUSSIA,                                                    :   DEFAULT JUDGMENT
                                                                       :
                              Counter Claimant,                        :
                                                                       :
       -v-                                                             :
                                                                       :
ALEX GOLDFARB,                                                         :
                                                                       :
                              Counter Defendant.                       :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

This action having been commenced on September 6, 2018, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Channel One Russia ("Defendant"), on September 26, 2018, by personal service on Nancy Dougherty, Authorized Agent in the Office of the Secretary of State, and a proof of service having been filed on September 28, 2018, and the Defendant, after appearing, having determined to stop defending the case, it is

ORDERED, ADJUDGED AND DECREED that the plaintiff, Alex Goldfarb ("Plaintiff"), have judgment against Defendant on the first two causes of action in the liquidated amount of $25,000,000 including compensatory damages of $20,000,000 and punitive damages of $5,000,000

with post-judgment interest calculated at the rate set forth in 28 U.S.C. § 1961(a), that Plaintiff's third cause of action is dismissed with prejudice, and that Defendant's three counterclaims are dismissed with prejudice.

    SO ORDERED.

Dated: April 15, 2024
       New York, New York

                                        JOHN P. CRONAN
                                  United States District Judge