UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
ALEX GOLDFARB,

                Plaintiff,

     - against -

CHANNEL ONE RUSSIA,

                Defendant.
------------------------------------------------------------------------ X

**DECLARATION OF BERTRAND C. SELLIER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR TURNOVER ORDER**

Index No.: 18-CV-08128 (JPC)

     I, BERTRAND C. SELLIER, an attorney admitted to practice in this Court and the courts of New York State, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

     1.    I am an attorney duly admitted to practice before the United States District Court for the Southern District of New York. I am a member of the law firm of Rottenberg Lipman Rich, P.C., which together with Rod Smolla, Esq. represents Alex Goldfarb ("Plaintiff") in the above-captioned action. I am fully familiar with the facts and circumstances of this action.

     2.    I submit this Declaration in support of Plaintiff's Motion for Turnover Order pursuant to Fed R. Civ. P. 69(a) and Section 5225 of the Civil Practice Law and Rules of State of New York ("CPLR"), directing nonparties NBC Universal ("NBC"), Charter Communications ("Charter") and DirecTV, LLC ("DirecTV") (each, a "Garnishee" and together, "Garnishees") to turn over all monies in Garnishees' possession in which Judgment Debtor Channel One Russia ("Channel One") has an interest, to be applied to Plaintiff's judgment against Channel One in the amount of $25,000,000.00.

1

3. On September 6, 2018, Plaintiff filed this action against Channel One for libel based on statements made in four television programs Channel One broadcast in 2018. (Dkt. No. 5)

4. On May 8, 2022, after Russia's invasion of Ukraine, Channel One, a state owned Russian television station, was sanctioned by the United States Department of Treasury's Office of Foreign Assets Control ("OFAC"). As a result of the sanctions, all of Channel One's assets in the United States were frozen.

5. On March 21, 2023, this Court issued a decision denying Channel One's motion for summary judgment except with respect to one claim. (Dkt. No. 148)

6. On April 15, 2024, this Court entered a default judgment for Plaintiff against Channel One in the amount of $25,000,000.00, including compensatory damages of $20,000,000.00 and punitive damages of $5,000,000.00, with post-judgment interest calculated at the rate set forth in 28 U.S.C. § 1961(a) (the "Judgment"). (Dkt. No. 184)

7. On May 15, 2024, Plaintiff through his counsel applied for a specific licence from OFAC to enforce the Judgment, and thereafter had further correspondence concerning the application. On May 7, 2025, OFAC informed Plaintiff that in fact a license was not required to initiate and conduct legal proceedings to enforce a judgment in cases involving blocked property. A copy of OFAC's May 7, 2025 letter is attached hereto as Exhibit A.

8. On May 29, 2024, Plaintiff served an Information Subpoena on NBC seeking to determine if NBC owed any money to Channel One.

9. On August 16, 2024, in an email counsel for NBC stated that "IMD, an NBC Universal subsidiary, has cash liabilities of $149,812.09 to Channel One" and "IMD has a bankruptcy judgment against … Russia Media Group, for unpaid license fees for C1R networks

in 2018-2019." That bankruptcy judgement was to be paid over 60 months, with "85% of each payment … set aside for cash liabilities to C1R." As of August 16, 2024, 13 of the 60 payments due had been made, and $10,226.08 was "set aside for C1R." A copy of the August 16, 2024, email from NBC's counsel is attached hereto as Exhibit B.

10. On September 4, 2024, Plaintiff served an Information Subpoena on Charter seeking to determine if Charter owed any money to Channel One.

11. On November 12, 2024, in an email counsel for Charter stated that Charter owed Channel One $45,954.13. A copy of the email from Charter's counsel is attached hereto as Exhibit C.

12. On June 30, 2024, Plaintiff served an Information Subpoena on DirecTV seeking to determine if DirecTV owed any money to Channel One.

13. On July 25, 2024, in an email counsel for DirecTV attached a response to the Information Subpoena which stated that DirecTV owed Channel One $152,999.79. A copy of the email from DirecTV's counsel is attached hereto as Exhibit D.

14. Plaintiff has not recovered any portion of the Judgment.

15. Accordingly, to date, there is an amount of $25,000,000.00, plus accrued interest, outstanding on the Judgment.

16. NBC has its headquarters at 30 Rockefeller Plaza, New York, New York 10112.

17. Charter has an office at 120 E. 23rd Street, New York, New York 10010 and is licensed to do business in the State of New York.

18. DirecTV has an office at One Rockefeller Plaza, New York, New York 10020.

19. Plaintiff respectfully requests an order directing NBC to turn over to Plaintiff all of the funds owed by NBC to Channel One identified in the August 16, 2024, email, plus applicable interest.

20. Plaintiff respectfully requests an order directing Charter to turn over to Plaintiff all of the funds owed by Charter to Channel One identified in the November 12, 2024 email, plus applicable interest.

21. Plaintiff respectfully requests an order directing DirecTV to turn over to Plaintiff all of the funds owed by DirecTV to Channel One identified in the July 25, 2024 email, plus applicable interest.

Dated: New York, New York
       May 12, 2025

>                    ROTTENBERG LIPMAN RICH, P.C.
>                    *Attorneys for Plaintiff*
>
>                    _____
>                    Bertrand C. Sellier
>                    Rottenberg Lipman Rich P.C.
>                    230 Park Avenue, 18th Floor
>                    New York, NY 10169
>                    (212) 661-3080
>                    bsellier@rlrpclaw.com