EXHIBIT B

**From:** Schwed, Mariano (NBCUniversal) <mariano.schwed@nbcuni.com>
**Sent:** Friday, August 16, 2024 5:52 PM
**To:** Bertrand Sellier <bsellier@rlrpclaw.com>
**Subject:** RE: Goldfarb- Channel One information subpoena

> **CAUTION:** This email originated from outside of Rottenberg Lipman, Rich, P.C. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Bertrand in response to your subpoena I confirm what I had previous told you verbally.  IMD, an NBCUniversal subsidiary, has cash liabilities of $149,812.09 to Channel 1.

In addition, IMD has a bankruptcy judgement against a different entity, Russian Media Group, for unpaid license fees for C1R networks in 2018-2019.  The judgement was ordered to be paid over 60 months.  To date, 13 of the 60 payments have been made in an amount of $12,030.   IMD retains 15% as its commission share and 85% of each payment is set aside for cash liabilities to C1R.  To date there is $10,226.08 from those payments set aside for C1R.

Mariano

---

**From:** Bertrand Sellier <bsellier@rlrpclaw.com>
**Sent:** Thursday, August 15, 2024 12:22 PM
**To:** Schwed, Mariano (NBCUniversal) <mariano.schwed@nbcuni.com>
**Subject:** [EXTERNAL] Goldfarb- Channel One information subpoena

Please email me the information we discussed responsive to our subpoena. Thanks/
Randy Sellier

*Bertrand C. Sellier, Esq.*
**Rottenberg Lipman Rich, P.C.**
**The Helmsley Building**
**230 Park Avenue, 18th Floor**
**New York, N.Y. 10169**
(646) 203-0275 (direct)

(646) 203-0291 (direct fax)
(212) 661-3080 (office)
(212) 867-1914 (fax)
www.rlrpclaw.com

 ***Please consider the environment before printing this e-mail***

*This message, together with its attachments, if any, may contain information that is legally privileged and/or confidential, and is intended only for the use of the individual or entity to which it is addressed.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or of its contents, or any attachments, is strictly prohibited.  If you have received this message in error, please notify the original sender immediately by return e-mail or by telephone (212-661-3080) and delete the message, along with any attachments thereto, from your computer.  Thank you.*