# EXHIBIT C

**From:** Burke, Brandi L <Brandi.Burke@charter.com>
**Sent:** Tuesday, November 12, 2024 10:42 AM
**To:** Bertrand Sellier <bsellier@rlrpclaw.com>
**Subject:** Goldfarb v. Channel One Russia

**CAUTION:** This email originated from outside of Rottenberg Lipman, Rich, P.C. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Randy,

It was nice talking to you and learning more about your client and your respective experiences in prosecuting this suit. I am writing to confirm Charter is continuing to hold $45,954.13 in accrued license feeds that would have been paid to Channel One Russia but for the sanctions. We will continue to hold that money pending further word from you and will continue to consult with outside counsel regarding options for transfer of the money to Mr. Goldfarb consistent with OFAC.

Thank you,

Brandi



**Brandi L. Burke** | Vice President, Asst. General Counsel, Litigation | 314.394.9864
12405 Powerscourt Drive | Saint Louis, MO 63131

The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.