# EXHIBIT D

**From:** MULLEN, ROBERT <robert.mullen@directv.com>
**Sent:** Thursday, July 25, 2024 3:31 PM
**To:** Bertrand Sellier <bsellier@rlrpclaw.com>
**Subject:** RE: Direc TV Information Subpoena.docx

**CAUTION:** This email originated from outside of Rottenberg Lipman, Rich, P.C. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks, Randy. I attach DIRECTV's response. Please feel free to call me with any questions.

Bob

**Robert B. Mullen**
AVP – Senior Legal Counsel
DIRECTV, LLC
628-224-2016

---

**From:** Bertrand Sellier <bsellier@rlrpclaw.com>
**Sent:** Wednesday, July 24, 2024 3:44 PM
**To:** MULLEN, ROBERT <robert.mullen@directv.com>
**Subject:** Direc TV Information Subpoena.docx

Here is a Word version of the subpoena as requested.
Thanks.
Randy Sellier

**From:** Bertrand Sellier <bsellier@rlrpclaw.com>
**Sent:** Wednesday, July 24, 2024 6:41 PM

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
ALEX GOLDFARB,                                                           :
                                                                         :   Case No. 1:18-CV-08128(JPC)
                         Plaintiff,                                      :
                                                                         :   **INFORMATION SUBPOENA**
-against-                                                                :
                                                                         :
CHANNEL ONE RUSSIA,                                                      :
                                                                         :
                         Defendant.                                      :
------------------------------------------------------------------------ X
```

## THE PEOPLE OF THE STATE OF NEW YORK

TO:   **Direc TV, LLC**                **RE: Channel One Russia**
      **1 Rockefeller Plaza**          **c/o Baker Hostetler**
      **New York, N.Y. 10001**         **1050 Connecticut Avenue, NW**
      **Attn: Legal Department**       **Suite 1100**
                                       **Washington, D.C., 20036**
                                       **Attn: David B. Rivkin, Esq.**

**GREETING:**

   **WHEREAS**, in an action in the United States District Court for the Southern District of New York, between Alex Goldfarb as plaintiff and Channel One Russia as defendant who are all the parties named in said action, a judgment was entered on April 15, 2024 in favor of Alex Goldfarb, judgment creditor, and against Channel One Russia , judgment debtor, in the amount of $25 million, of which $25 million together with interest thereon from April 15, 2024 remains due and unpaid; and

   **NOW, THEREFORE WE COMMAND YOU**, that you answer in writing under oath separately and fully, each question in the questionnaire accompanying this subpoena, each answer referring to the question to which it responds; and that you return the answers together with the original questions within 7 days after your receipt of the questions and this subpoena.

**I HEREBY CERTIFY** that this information subpoena complies with Rule 5224 of the Civil Practice Law and Rules and Section 601 of the General Business Law and I have a reasonable belief that the party receiving this subpoena has in their possession information about the debtor that will assist the creditor in collecting the judgment.

Dated:  New York, New York
June 20, 2024

ROTTENBERG LIPMAN RICH, P.C.

By: _____
Bertrand C. Sellier, Esq.
The Helmsley Building
230 Park Avenue, 18th Floor
New York, New York 10169
(212) 661-3080

*Attorneys for Plaintiff-Judgment Creditor*
*Alex Goldfarb*

```
UNITED STATES DISTRICTCOURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------  X
ALEX GOLDFARB,                                                            :
                                                                          :   Case No. 1:18-CV-08128(JPC)
                    Plaintiff,                                            :
                                                                          :   **QUESTIONNAIRE**
       -against-                                                          :
                                                                          :
CHANNEL ONE RUSSIA,                                                       :
                                                                          :
                    Defendant.                                            :
------------------------------------------------------------------------  X
```

1.     Q.     What is your full name and business address?

   A.   Robert B. Mullen, DIRECTV, LLC, 2260 E. Imperial Highway, El Segundo, CA 90245; Robert.mullen@directv.com; (628)224-2016.

2.     Q.     What is your position at Direc TV, LLC

   A. Associate Vice President, Senior Legal Counsel.

3.     Q.     Does Direc TV, LLC or any of its affiliates (collectively, "Direc TV") owe any money to Channel One Russia or any of its affiliates (collectively, "Channel One"), or have any outstanding obligation of any sort whatsoever to Channel One? If so, please state the nature and the amount of each such debt or obligation.

   A. Yes.
   1. $10,361.25 owed by AT&T/DIRECTV U-Verse to IMD (Channel One Russia)
   2. $142,638.54 owed by DIRECTV, LLC to Channel 1

4.     Q.     Has Direc TV entered into any agreement or arrangement of any sort whatsoever pursuant to which Channel One could be entitled to receive money or other property from Direc TV? If yes, describe fully or enclose a copy of any writing reflecting such agreement.

   A. No.

5. Q. Does Direc TV have any property in which Channel One has an interest in its possession, custody, or control? If so, please identify such property in detail, including, the nature of such property, where applicable the amounts of such property, and the name in which such property is held.

    A. No.

6. Q. Since January 1, 2021, has Direc TV had any business relationship with Channel One? If yes, describe fully any such relationship.

    A. Yes. Until approximately March 2023 DIRECTV distributed Channel One's television content pursuant to one or more distribution agreements.

Deponent is Associate Vice President, Senior Legal Counsel of DIRECTV, LLC, recipient of an information subpoena herein, of the original and a copy of questions accompanying said subpoena and a prepaid self-addressed return envelope.

*Robert B. Mall* (signature)

Sworn to this 25th day
of July, 2024.

Please return by email or mail to:
ROTTENBERG LIPMAN RICH, P.C.
Attn: Bertrand C. Sellier
230 Park Avenue, 18th Floor
New York, New York 10169
bsellier@rlrpclaw.com