UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ALEX GOLDFARB, :
:
                Plaintiff, :
:
   -v- :
:
CHANNEL ONE RUSSIA, :
:
                Defendant. :
:
------------------------------------------------------------------------X     18 Civ. 8128 (JPC)
:
CHANNEL ONE RUSSIA, :          ORDER
:
                Counter Claimant, :
:
   -v- :
:
ALEX GOLDFARB, :
:
                Counter Defendant. :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The parties in this case, including counsel for Garnishees Charter Communications, NBCUniversal, and DirecTV, LLC, are directed to appear at a telephonic conference to discuss Plaintiff's pending turnover motion, Dkt. 192. The conference will take place on July 17, 2025, at 9:30 a.m. Unless the Court orders otherwise, the Court will conduct the conference via Webex. At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307.

       Counsel should be prepared to discuss whether Plaintiff's motion is more appropriately treated under N.Y. C.P.L.R. Section 5227 as motion seeking an order to have Garnishees pay to Goldfarb debts that Garnishees presently owe to Channel One Russia. To that end, the parties should be prepared to discuss whether each of the amounts sought by Goldfarb qualifies as a mature

debt owed by the respective Garnishee to Channel One Russia under Section 5227, and whether any party objects to the Court construing Goldfarb's motion under that provision.

    SO ORDERED.

Dated: July 12, 2025
       New York, New York

                                          JOHN P. CRONAN
                                     United States District Judge