UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
          :
ALEX GOLDFARB,        :
          :
          Plaintiff,    :
          :
          -v-    :    18 Civ. 8128 (JPC)
          :
CHANNEL ONE RUSSIA,        :    <u>ORDER</u>
          :
          Defendant.    :
          :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    Under Federal Rule of Civil Procedure 69 and Section 5227 of Article 52 of New York's Civil Practice Law and Rules, and for the reasons expressed in this Court's Opinion and Order of October 8, 2025, Dkt. 216, it is hereby ordered that:

1. Plaintiff Alex Goldfarb's Amended Motion for Turnover Order, Dkt. 211, is granted.

2. International Media Distribution, LLC shall turn over to Plaintiff the $160,038.17 in its possession in which Judgment Debtor Channel One Russia has an interest, subject to Plaintiff first obtaining the necessary license(s) from the United States Department of the Treasury's Office of Foreign Assets Control authorizing the transaction.

3. Charter Communications Operating, LLC shall turn over to Plaintiff the $45,954.13 in its possession in which Judgment Debtor Channel One Russia has an interest, subject to Plaintiff first obtaining the necessary license(s) from the United States Department of the Treasury's Office of Foreign Assets Control authorizing the transaction.

4. DirecTV, LLC shall turn over to Plaintiff the $152,999.79 in its possession in which Judgment Debtor Channel One Russia has an interest, subject to Plaintiff first obtaining the necessary license(s) from the United States Department of the Treasury's Office of

Foreign Assets Control authorizing the transaction.

Plaintiff shall serve this Order on International Media Distribution, LLC, Charter Communications Operating, LLC, DirecTV, LLC, and Channel One Russia by October 22, 2025, and file proof of service within two business days later.

SO ORDERED.

Dated: October 8, 2025
      New York, New York

                                                 JOHN P. CRONAN
                                      United States District Judge